# Exhibit A

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1  David W. Trench, Esq. (FBN 202975)
   James C. Moon, Esq. (FBN 938211)
2  BILZIN SUMBERG BAENA PRICE & AXELROD LLP
   2500 Wachovia Financial Center
3  200 South Biscayne Boulevard
   Miami, Florida 33131
4  Telephone: (305) 374-7580
   Facsimile: (305) 374-7593
5
   Debra Grassgreen, Esq. (CA Bar No. 169978)
6  Pamela E. Singer, Esq. (CA Bar No. 224758)
   PACHULSKI STANG ZIEHL YOUNG JONES
7    & WEINTRAUB LLP
   150 California Street, 15th Floor
8  San Francisco, California 94111-4500
   Telephone: (415) 263-7000
9  Facsimile: (415) 263-7010

10  Co-Counsel for Jeffrey H. Beck, LIQUIDATING TRUSTEE
    OF THE CROWN PAPER LIQUIDATING TRUST
11

12              UNITED STATES BANKRUPTCY COURT
               NORTHERN DISTRICT OF CALIFORNIA
13                     OAKLAND DIVISION

14  In re                          )  Case No. 00-41584 (RN)
                                   )
15  CROWN VANTAGE, INC.,           )  (Jointly Administered)
    CROWN PAPER CO.,               )
16                                 )  Chapter 11
              Debtors.             )
17                                 )  LIQUIDATING TRUSTEE'S
                                   )  OMNIBUS OBJECTION NO. 7 TO
18                                 )  CERTAIN CLAIMS
                                   )
19                                 )  [*No hearing requested.*]
                                   )
20                                 )  **YOUR CLAIM IS AFFECTED:**
                                   )
21                                 )  **SEE ATTACHED EXHIBITS**
                                   )
22

23  TO:   THE HONORABLE RANDALL J. NEWSOME, UNITED STATES BANKRUPTCY
          JUDGE, THE U.S. TRUSTEE, PARTIES IN INTEREST AND AFFECTED
          CREDITORS
24
           CLAIMANTS RECEIVING THIS OBJECTION SHOULD REVIEW
25           THE ATTACHED EXHIBITS THOROUGHLY TO DETERMINE
            IF THEIR CLAIMS ARE SUBJECT TO ONE OR MORE OBJECTIONS
26
           Pursuant to section 502 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule
27
    3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 3007-1 and
28
    9014-1(b) of the United States Bankruptcy Court for the Northern District of California (the "Local

Rules"), Jeffery H. Beck, as Liquidating Trustee of the Crown Paper Liquidating Trust (the "Liquidating Trustee"), by and through undersigned counsel, hereby request that this Court enter an order granting the *Liquidating Trustee's Omnibus Objection No. 7 to Certain Claims* ("Omnibus Objection No. 7"). The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). This Omnibus Objection No. 7 is based on the facts and arguments set forth below and on the *Declaration of Thomas Simpson in Support of Liquidating Trustee's Omnibus Objection No. 7 to Certain Claims,* filed herewith. In support of his Omnibus Objection No. 7, the Liquidating Trustee respectfully states as follows:

### BACKGROUND

1. The Debtors were a leading producer of value-added paper products in the printing and specialty market segments of the paper industry, which employed approximately 2200 employees and operated seven mills located in the eastern half of the United States as of March 15, 2000. On March 15, 2000 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors continued in the management and operation of their properties as debtors-in-possession. During the pendency of the bankruptcy case, no trustee or examiner was appointed.

2. On or about June 13, 2000, each of the Debtors filed their Schedules of Assets and Liabilities (collectively, the "Schedules"). The Schedules listed the names and addresses of the Debtors' creditors and the creditors' respective claim amounts and claim classification. The Schedules also indicate whether such claims were contingent, disputed, or unliquidated.

3. By Order dated June 30, 2000 (the "Bar Date Order"), a copy of which has previously been submitted to this Court as Exhibit D to Debtors' Omnibus Objection No. 1 to Certain Claims (Docket No. 715, "Omnibus Objection No. 1"), this Court fixed September 7, 2000, as the date by which, with certain limited exceptions, all claimants were required to file proofs of claim or be barred from asserting any claim against the Debtors.

4. On December 18, 2000, Crown Paper Co. filed Amendments to its Schedules and on December 29, 2000, Crown Vantage, Inc. filed Amendments to its Schedules. The Schedules, as amended, listed the names and addresses of the Debtors' creditors and the creditors' respective claim

Case: 00-41584    Doc# 1911-1    Filed: 10/31/07    Entered: 10/31/07 13:56:07    Page 3 of 24

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

amounts and claim classification. The Schedules, as amended, also indicated whether such claims were contingent, disputed, or unliquidated. On or about January 11, 2001, a Notice of Supplemental Bar Date for Creditors listed on the Amendments to Schedules was filed with the Court and served on all creditors listed. Pursuant to the authority given by the Court in the Bar Date Order, the Supplemental Bar Date Notice fixed February 19, 2001, as the Supplemental Bar Date. Only creditors that were listed on the Amendments to Schedules were affected by the February 19, 2001 bar date. All other creditors were required to file their claims no later than September 7, 2000.[1]

     5.     The Bar Date Order further provided for the Debtors to publish notice of the Bar Date Order in certain named publications pursuant to Bankruptcy Rule 3003(c)(3). Copies of the Certificates of Publication issued by each of the publications have previously been submitted to this Court as Exhibit E to Omnibus Objection No. 1. Specifically, notice of the Bar Date Order appeared in the following publications: (a) International Paper Maker / North American Paper Maker, (b) The Cincinnati Enquirer, (c) The Newark Star Ledger, (d) The Manchester Union Leader, (e) The Richmond Times Dispatch, (f) The New Orleans Times Picayune, (g) The Wall Street Journal, National Edition, (h) The Boston Globe, (i) The San Francisco Chronicle and (j) The Detroit Free Press.

     6.     In accordance with the Bar Date Order, on July 7, 2000, Logan & Company, Inc. ("Logan"), the Debtors' claims and noticing agent, mailed a proof of claim package (the "Proof of Claim Package") to (a) all persons or entities that are listed in the Schedules, or any amendments thereto, as holding Claims against either of the Debtors, (b) all parties that are required to receive notices pursuant to ¶ A.1 of the Case Administration Order, and (c) to the extent not otherwise included in (a) and (b) above, all of the following: (i) vendors then supplying to the Debtors and parties to whom the Debtors had accounts payable owing as of the date of such notice, (ii) employees of the Debtors, (iii) parties to litigation with either Debtor pending as of the Petition Date, (iv) taxing authorities that have the power to levy taxes against the Debtors, (v) parties to any contract or lease to which either Debtor was a party, including but not limited to license agreements,

---

[1] The Liquidating Trustee reserves the right to file additional claims objections based upon the same or upon different grounds as set forth herein as they are discovered in the normal course of the claims reconciliation process.

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1   (vi) entities that purport to hold liens against the Debtors' property, and (vii) applicable state and

2   federal environmental agencies (collectively, the "Notice Parties"). A copy of the Proof of Claim

3   Package has previously been submitted to this Court as Exhibit F to Omnibus Objection No. 1. The

4   Proof of Claim Package included the following:

5         (a)    Notice of the Bar Date for Filing Proofs of Claims and Interests, in the form

6       approved by this Court and including a written advisory that such entities were required to

7       file a Proof of Claim on or before the Bar Date or be forever barred from receiving any

8       distributions from the Debtors' Chapter 11 estates;

9         (b)    A proof of claim form (the "Proof of Claim Form") that had been previously

10      approved by the Clerk of the Court, which conforms substantially with Official Bankruptcy

11      Form 10.

12      7.    A Certificate of Service By Mail (the "Certificate of Service") which stated that the

13  Proof of Claim Packages were served on the Notice Parties was filed with the Court on July 27,

14  2000. (See Affidavit of Adriene Emmo of Logan, previously submitted to this Court as Exhibit H to

15  Omnibus Objection No. 1).

16      8.    On March 2, 2001, the Debtors' filed their Omnibus Objection No. 2 to Certain

17  Claims ("Omnibus Objection No. 2") (Docket No. 910).

18      9.    By Order dated August 30, 2001, (the "Administrative Bar Date Order") (Docket No.

19  1246), a copy of which was previously filed with this Court as Exhibit A to Debtors' Omnibus

20  Objection No. 3 to Certain Claims ("Omnibus Objection No. 3") (Docket No. 1384), this Court fixed

21  October 5, 2001, as the date by which, with certain limited exceptions, all claimants asserting

22  administrative claims arising from March 15, 2000, up to and through September 15, 2001, against

23  the Debtors' estates were required to file proofs of claim or be barred from asserting any claim

24  against the Debtors or their estates.

25      10.    In accordance with the Administrative Bar Date Order, on September 7, 2001, Logan

26  mailed a Proof of Claim Package to (a) all persons or entities that are listed in the Schedules, or any

27  amendments thereto, as holding claims against either of the Debtors; (b) all parties that are required

28  to receive notices pursuant to ¶ A.1 of the Case Administration Order, and (c) to the extent not

Case: 00-41584    Doc# 1911-1    Filed: 10/31/07    Entered: 10/31/07 13:56:07    Page 5
of 24

otherwise included in (a) and (b) above, all of the following: (i) vendors then supplying to the Debtors and parties whom the Debtors had accounts payable owing as of the date of such notice, (ii) employees of the Debtors, (iii) parties to litigation with either Debtor pending as of the Petition Date, (iv) taxing authorities that have the power to levy taxes against the Debtors, (v) parties to any contract or lease to which either Debtor was a party, including but not limited to license agreements, (vi) entities that purport to hold liens against the Debtors' property, and (vii) applicable state and federal environmental agencies. The Proof of Claim Package included the following:

        (a)     Notice of the Deadline for Filing Requests for Allowance of Certain Administrative Claims, in the form approved by this Court and including a written advisory that such entities were required to file an Administrative Expense Claim on or before the Administrative Bar Date or be forever barred from receiving any distributions for the Debtors' Chapter 11 estates; and

        (b)     A proof of claim form that had been approved by the Court as a request for payment of an administrative expense claim.

11.     A Certificate of Service By Mail (the "Certificate of Service") (Docket No. 1267), stating that the Proof of Claim Packages were served on the Notice Parties, was filed by Logan with the Court on September 17, 2001.

12.     On November 16, 2001, the Debtors filed their Omnibus Objection No. 3 to Certain Claims ("Omnibus Objection No. 3") (Docket No. 1384).

13.     On October 22, 2004, the Liquidating Trustee filed its Omnibus Objection No. 4 to Certain Claims ("Omnibus Objection No. 4") (Docket No. 1716).

14.     Concurrent with the filing of this Objection, the Liquidating Trustee filed its Omnibus Objection No. 5, Omnibus Objection No. 6, Omnibus Objection No. 8, and Omnibus Objection No. 9.

### BURDEN OF PROOF

15.     All allegations set forth in a properly filed proof of claim are taken as true and, if the allegations set forth all facts necessary to establish a claim and are not self contradictory, the proof constitutes *prima facie* evidence of the validity and amount of the claim. 11 U.S.C. § 502(a);

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

LIQUIDATING TRUSTEE'S OMNIBUS
OBJECTION NO. 7 TO CERTAIN CLAIMS

Case: 00-41584   Doc# 1911-1   Filed: 10/31/07   Entered: 10/31/07 13:56:07   Page 6 of 24

PACHULSKI STANG ZEHL YOUNG JONES & WEINTRAUB LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1  Fed. R. Bankr. P. 3001(f). However, a claimant must attach copies of writings upon which claims

2  are based in order to carry its burden of establishing a *prima facie* case against the debtor. *Hardin v.*

3  *Gianni (In re King Investments Inc.)*, 219 B.R. 848, 858 (BAP 9th Cir. 1998). Further, a claim

4  should not be allowed if that claim is unenforceable against the debtor and property of the debtor,

5  under any agreement or applicable law. 11 U.S.C. § 502(b)(1).

6        16.     Once the objector raises "facts tending to defeat the claim by probative force equal to

7  that of the allegations of the proofs of claim themselves," *Wright v. Holm (In re Holm)*, 931 F.2d

8  620, 623 (9th Cir. 1991), then "the burden reverts to the claimant to prove the validity of the claim

9  by a preponderance of the evidence." *Ashford v. Consolidated Pioneer Mortgage (In re*

10  *Consolidated Pioneer Mortgage)*, 178 B.R. 222, 226 (BAP 9th Cir. 1995), *aff'd*, 91 F.3d 151 (9th

11  Cir. 1996). "[T]he ultimate burden of persuasion is always on the claimant." *Holm*, 931 F.2d at 623.

12  In considering an objection to a claim, a bankruptcy court may take judicial notice of the underlying

13  records in a bankruptcy case, including the debtor's schedules. *O'Rourke v. Seaboard Surety Co.,*

14  *(In re ER Fergert, Inc.)*, 887 F.2d 955, 957-958 (9th Cir. 1998).

15                          **RELIEF REQUESTED**

16        17.     The Liquidating Trustee has been engaged in the highly detailed process of

17  reconciling the multi-millions of dollars of claims filed against the Debtors' estates. As part of the

18  claims reconciliation process, the Liquidating Trustee is reviewing all claims filed in these cases, the

19  Debtors' related books and records, and the Debtors' Schedules. The Liquidating Trustee has

20  identified particular categories of proofs of claim that should be disallowed and expunged, reduced

21  and allowed, and/or reclassified, as applicable. The attached exhibits identify the specific bases

22  upon which the Liquidating Trustee objects to the referenced claims. By this Omnibus Objection

23  No. 7 and pursuant to section 502 of the Bankruptcy Code, the Liquidating Trustee hereby makes the

24  following objections to claims:

25                **OBJECTION TO AMENDED AND SUPERSEDED CLAIMS**

26        18.     The claims listed on **Exhibit A**, attached hereto and made a part hereof by reference,

27  are those proofs of claim that were amended and therefore superseded by a subsequent proof of

28  claim filed by or on behalf of the same claimant (collectively, the "Amended and Superseded

Case: 00-41584    Doc# 1911-1    Filed: 10/31/07    Entered: 10/31/07 13:56:07    Page 7
of 24

Claims"). In addition, the Debtors listed certain claimants on their Schedules whose claims were subsequently amended and superseded by the claimants' own proof(s) of claim. The Liquidating Trustee should not be required to pay the same obligation twice. Moreover, elimination of redundant claims will enable the Liquidating Trustee and the claims agent to maintain a claims register that more accurately reflects the claims that have been made against the Debtors. **Exhibit A** sets forth the names and addresses of the Amended and Superseded Claimants. **Exhibit A** also sets forth, *inter alia*, the relevant claim numbers and face amounts of each Surviving Claim and Amended and Superseded Claim addressed by this Objection.

19. Accordingly, the Liquidating Trustee respectfully requests that the Amended and Superseded Claims, listed on **Exhibit A**, be disallowed and expunged. Unless otherwise indicated on **Exhibit A**, the relief requested herein will have no effect on the claims listed on **Exhibit A** in the column entitled "Surviving Claims."

20. In all instances, the Liquidating Trustee reserves the right to file future objections or to supplement this objection as to the validity, amount, or status of the Surviving Claims or the Amended and Superseded Claims, to the extent not expunged or disallowed, upon different grounds than set forth herein or otherwise.

21. To the extent applicable, the Liquidating Trustee further objects to the Amended and Superseded Claims and/or Surviving Claims on the basis that such Claims are: (a) secondary or contingent liability claims for which no liability has accrued; (b) not held by the Amended and Superseded Claimants, due to the claim having been factored, assigned or otherwise transferred; (c) barred by the applicable statute of limitations and/or laches; (d) duplicative; (e) based on insufficient proof; (f) litigation claims without merit; (g) not on the Debtors' books and records; and/or (h) greater than the amount reflected in the Debtors' books and records.

### OBJECTION TO UNSECURED CLAIMS TO BE REDUCED IN AMOUNT

22. After a careful review of the Debtors' books and records, the Liquidating Trustee has concluded that certain claimants have asserted general unsecured claims in amounts in excess of the amount reflected in the Debtors' books and records ("Unsecured Reduced Claims"). These

///

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Case: 00-41584    Doc# 1911-1    Filed: 10/31/07    Entered: 10/31/07 13:56:07    Page 8 of 24

Unsecured Reduced Claims are set forth specifically on **Exhibit B**, attached hereto and made a part hereof by reference.

23. The Liquidating Trustee hereby requests that the Unsecured Reduced Claims be reduced to the amounts listed in the Reduced Amount column on **Exhibit B**.

24. In all instances, the Liquidating Trustee reserves the right to file future objections or to supplement this objection as to the validity, amount or status of the Unsecured Reduced Claims, upon different grounds than set forth herein or otherwise.

25. To the extent applicable, the Liquidating Trustee further objects to the Unsecured Reduced Claims on the basis that such Claims are: (a) secondary or contingent liability claims for which no liability has accrued; (b) not held by the Unsecured Reduced Claimants, due to the claim having been factored, assigned or otherwise transferred; (c) barred by the applicable statute of limitations and/or laches; (d) duplicative; (e) based on insufficient proof; (f) litigation claims without merit; (g) not on the Debtors' books and records; and/or (h) greater than the amount reflected in the Debtors' books and records.

## NOTICE

26. Notice of this Objection is being served pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1 on those parties identified on the attached General Service List and on the Claimants listed on **Exhibits A** and **B**.

27. In light of the number of claims addressed herein, the Liquidating Trustee anticipates that there may be numerous responses to this Objection and therefore has not attempted to raise in this Objection each defense, counterclaim, or setoff that may apply to each of the claims identified on **Exhibits A** and **B**. Once responses to this Objection are received from the creditors named herein, the Liquidating Trustee will amend and supplement this Objection, or file additional Objections to assert any defenses, counterclaims, and/or setoffs against the claims listed on **Exhibits A** and **B**.

28. The Liquidating Trustee is represented by Co-Counsel in this matter by Bilzin Sumberg Baena Price & Axelrod LLP ("Bilzin Sumberg") and Pachulski Stang Ziehl Young Jones & Weintraub LLP ("Pachulski Stang"). Certain creditors affected by this Objection may present a

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Case: 00-41584    Doc# 1911-1    Filed: 10/31/07    Entered: 10/31/07 13:56:07    Page 9 of 24

conflict of interest to Bilzin Sumberg, and because of such conflict, certain claim objections may be handled by Pachulski Stang. Any creditor affected by this Objection who presents a conflict or interest for either Bilzin Sumberg or Pachulski Stang, the Liquidating Trustee will be represented in such matter by the law firm not conflicted out of such representation.

WHEREFORE, the Liquidating Trustee respectfully requests the Court to enter an order; (i) disallowing and expunging in their entirety the Amended and Superseded Claims, set forth on **Exhibit A,** (ii) reducing the Unsecured Reduced Claims to the Reduced Amounts, set forth on **Exhibit B**; (iii) disallowing the Unsecured Reduced Claims to the extent they exceed the Reduced Amount, as set forth on **Exhibit B**, and (iv) granting such other and further relief as the Court deems just and proper.

Dated: August 30, 2007

BILZIN SUMBERG BAENA PRICE
& AXELROD LLP

By   */s/ David W. Trench*

David W. Trench (FBN 202975)
James C. Moon (FBN 938211)
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2336
Telephone: (305) 374-7580

-- and --

Dated: August 30, 2007

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

By   */s/ Debra I. Grassgreen*

Debra I. Grassgreen (SBN 169978)
150 California Street
15th Floor
San Francisco, California 94111
Telephone: (415) 263-7000

*Co-Counsel for Jeffrey H. Beck, Liquidating Trustee of the Crown Paper Liquidating Trust*

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

# Exhibit A

**CROWN VANTAGE, INC.**
**Exhibit A for Motion**
**Seventh Omnibus Objection to Claims**
**Amended and Superseded Claims**

## CLAIMS TO BE DISALLOWED

| Id | Creditor Name | Claim No. | Claim Amount | Class |
|---|---|---|---|---|
| 46558 | APPLIED INDUSTRIAL TECHNOLOGIES<br>ATTN: ALAN M KRUPA<br>PO BOX 6925<br>CLEVELAND OH 44101 | 40<br>**Date Filed:** 09/06/2000<br>**Debtor:** CROWN VANTAGE, INC | $159,063.24 | UNS |
| 46445 | CRA SERVICES<br>ATTN: JEFFREY T KRUEGER<br>621 EAST NORTH STREET<br>KALAMAZOO MI 49007 | 818<br>**Date Filed:** 08/11/2000<br>**Debtor:** CLAIMANT DID NOT SPECIFY DEBTOR | $242,490.58 | UNS |
| 22539 | CROMPTON & KNOWLES COLORS INC.<br>ATTN: MICHAEL WALULEK<br>PO BOX 610<br>BIRDSBORO PA 19508-0610 | 1699<br>**Date Filed:** 09/01/2000<br>**Debtor:** CROWN VANTAGE, INC | $48,300.80 | UNS |
| 44250 | DAVISON PETROLEUM PRODUCTS, LLC<br>AKA PAUL M. DAVISON PETROLEUM CO<br>PO DRAWER 310<br>RUSTON LA 71273-0310 | 433<br>**Date Filed:** 07/24/2000<br>**Debtor:** CROWN VANTAGE, INC | $40,932.21 | UNS |

## SURVIVING CLAIMS

| Id | Creditor Name | Claim No. | Claim Amount | Class |
|---|---|---|---|---|
| 46558 | APPLIED INDUSTRIAL TECHNOLOGIES<br>ATTN: ALAN M KRUPA<br>PO BOX 6925<br>CLEVELAND OH 44101 | 1611<br>**Date Filed:** 08/21/2000<br>**Debtor:** CROWN VANTAGE, INC | $171,672.53 | UNS |
| 83554 | CRA SERVICES<br>C/O BARTLETT & LEADER-PICONE, LLP<br>ATTN KAIPO KB YOUNG, ESQ<br>2201 BROADWAY, SUITE 803<br>OAKLAND CA 94612 | 2964<br>**Date Filed:** 02/07/2003<br>**Debtor:** CROWN PAPER COMPANY | $261,950.71 | UNS |
| 68426 | CROMPTON & KNOWLES COLORS INCORPORAT<br>C/O BAER MARKS & UPHAM LLP<br>ATTN: JAY L GOTTLIEB<br>805 THIRD AVENUE<br>NEW YORK NY 10022 | 2335<br>**Date Filed:** 09/06/2000<br>**Debtor:** CLAIM ASSERTED AGAINST NUMEROUS<br>DEBTORS | $188,000.00 | ADM |
| | **Comment:** CLAIM PAID BY CROWN CHECK 1197 DATED 03/01/02 | | | |
| 83555 | DAVISON PETROLEUM, LLC<br>C/O BARTLETT & LEADER-PICONE, LLP<br>ATTN KAIPO KB YOUNG, ESQ<br>2201 BROADWAY, SUITE 803<br>OAKLAND CA 94612 | 2965<br>**Date Filed:** 02/07/2003<br>**Debtor:** CROWN VANTAGE, INC | $44,932.21 | UNS |

CLASS DESCRIPTION : ADM - ADMINISTRATIVE,  MUL - MULTIPLE CLASSES ASSERTED,  PRI - UNSECURED PRIORITY,  SEC - SECURED,  UNS - UNSECURED NON-PRIORITY

**CROWN VANTAGE, INC.**
**Exhibit A for Motion**
**Seventh Omnibus Objection to Claims**
**Amended and Superseded Claims**

## CLAIMS TO BE DISALLOWED

| Id | Creditor Name | Claim No. | Claim Amount | Class |
|---|---|---|---|---|
| 20644 | DUPRE TRANSPORT INC<br>ATTN: ROBERT P COUSSAN<br>201 ENERGY PKWY STE 500<br>LAFAYETTE LA 70508 | 602<br>**Date Filed:** 07/31/2000<br>**Debtor:** CROWN VANTAGE, INC | $60,476.82 | UNS |
| 20672 | FRITZ COMPANIES INC<br>C/O LAWRENCE M SCHWAB ESQ<br>THOMAS M GAA ESQ<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL SUITE 300<br>PALO ALTO CA 94306 | 2603<br>**Date Filed:** 01/05/2001<br>**Debtor:** CROWN VANTAGE, INC | $34,451.02 | UNS |
| 46501 | GENERAL ELECTRIC COMPANY<br>GE POWER SYSTEMS/APPARATUS SRVCE DIV<br>ATTN: GLENN M REISMAN ESQ<br>TWO CORPORATE DRIVE STE 636<br>PO BOX 861<br>SHELTON CT 06484-0861 | 64<br>**Date Filed:** 06/19/2000<br>**Debtor:** CROWN VANTAGE, INC | $11,056.96 | UNS |
| 68464 | IBM CREDIT CORPORATION<br>ATTN: B H SHIDELER<br>2707 BUTTERFIELD ROAD<br>OAKBROOK IL 60523 | 1769<br>**Date Filed:** 07/03/2000<br>**Debtor:** CROWN VANTAGE, INC | $69,875.51 | UNS |

## SURVIVING CLAIMS

| Id | Creditor Name | Claim No. | Claim Amount | Class |
|---|---|---|---|---|
| 83566 | DUPRE TRANSPORT, INC<br>C/O WENDEL ROSEN BLACK & DEAN, LLP<br>ATTN VALERY P LOUMBER, ESQ<br>1111 BROADWAY, 24TH FLOOR<br>OAKLAND CA 94607 | 2977<br>**Date Filed:** 05/19/2003<br>**Debtor:** CROWN VANTAGE, INC | $62,598.26 | UNS |
| 83625 | UPS SUPPLY CHAIN SOLUTIONS, INC FKA<br>FRITZ COMPANIES<br>C/O WAYNE A SILVER, ESQ<br>111 W EVELYN AVE, STE 107<br>SUNNYVALE CA 94086 | 3058<br>**Date Filed:** 07/09/2004<br>**Debtor:** CROWN VANTAGE, INC | $56,951.00 | UNS |
| 10420 | GENERAL ELECTRIC CO<br>GE POWER SYSTEMS/APPARATUS SVC DIV<br>C/O GLENN M REISMAN, ESQ<br>TWO CORPORATE DRIVE<br>PO BOX 861<br>SHELTON CT 06484-0861 | 2940<br>**Date Filed:** 03/10/2003<br>**Debtor:** CROWN VANTAGE, INC | $12,856.96 | UNS |
| 67748 | IBM CORPORATION<br>ATTN: B.H. SHIDELER<br>2707 BUTTERFIELD ROAD<br>OAKRROAD IL 60523 | 2602<br>**Date Filed:** 01/05/2001<br>**Debtor:** CROWN VANTAGE, INC | $26,363.55 | UNS |

**Comment:** ADDITIONALLY CLAIM FILED LATE (GENERAL BAR DATE 09/07/00)

CLASS DESCRIPTION : ADM - ADMINISTRATIVE, MUL - MULTIPLE CLASSES ASSERTED, PRI - UNSECURED PRIORITY, SEC - SECURED, UNS - UNSECURED NON-PRIORITY

**CROWN VANTAGE, INC.**
Exhibit A for Motion
Seventh Omnibus Objection to Claims
Amended and Superseded Claims

## CLAIMS TO BE DISALLOWED

| Id | Creditor Name | Claim No. | Claim Amount | Class |
|---|---|---|---|---|
| 46574 | J M HUBER CORP<br>ATTN: JAMES L KING<br>4401 NORTHSIDE PARKWAY<br>ATLANTA GA 30327 | 767<br>Date Filed: 08/07/2000<br>Debtor: CROWN VANTAGE, INC | $23,760.00 | UNS |
| 46306 | J M HUBER CORPORATION<br>ATTN: SANDRA BLUESTEIN<br>4401 NORTHSIDE PARKWAY, SUITE 600<br>ATLANTA GA 30327 | 807<br>Date Filed: 08/11/2000<br>Debtor: CLAIMANT DID NOT SPECIFY DEBTOR | $86,081.97 | UNS |
| 46388 | KELLY SERVICES INC<br>ATTN: GAIL BROWN<br>999 W BIG BEAVER ROAD<br>TROY MI 48084 | 49<br>Date Filed: 06/13/2000<br>Debtor: CROWN VANTAGE, INC | $51,059.74 | UNS |
| 68558 | NORTON COMPANY<br>ATTN: CONRAD VOELLINGS<br>1 NEW BOND STREET<br>PO BOX 15008<br>WORCESTER MA 01615-0008 | 2626<br>Date Filed: 02/05/2001<br>Debtor: CLAIMANT DID NOT SPECIFY DEBTOR | $129,066.00 | UNS |

## SURVIVING CLAIMS

| Id | Creditor Name | Claim No. | Claim Amount | Class |
|---|---|---|---|---|
| 46306 | J M HUBER CORPORATION<br>ATTN: SANDRA BLUESTEIN<br>4401 NORTHSIDE PARKWAY, SUITE 600<br>ATLANTA GA 30327 | 2943<br>Date Filed: 05/07/2003<br>Debtor: CROWN VANTAGE, INC | $134,377.23 | UNS |
| 46306 | J M HUBER CORPORATION<br>ATTN: SANDRA BLUESTEIN<br>4401 NORTHSIDE PARKWAY, SUITE 600<br>ATLANTA GA 30327 | 2943<br>Date Filed: 05/07/2003<br>Debtor: CROWN VANTAGE, INC | $134,377.23 | UNS |
| 83592 | KELLY SERVICES, INC<br>ATTN SHARON HAMDEN<br>999 W BIG BEAVER RD<br>TROY MI 48084 | 3014<br>Date Filed: 10/06/2003<br>Debtor: CROWN VANTAGE, INC | $61,136.68 | UNS |
| 83154 | NORTON COMPANY<br>1 NEW BOND ST<br>PO BOX 15008<br>WORCESTER MA 01605-0008 | 100005<br>Date Filed: 10/08/2001<br>Debtor: CROWN PAPER COMPANY | $129,006.00 | ADM |

Comment: CLAIM PAID BY CROWN CHECK 1205 DATED 03/01/02

CLASS DESCRIPTION : ADM - ADMINISTRATIVE, MUL - MULTIPLE CLASSES ASSERTED, PRI - UNSECURED PRIORITY, SEC - SECURED, UNS - UNSECURED NON-PRIORITY

**CROWN VANTAGE, INC.**
**Exhibit A for Motion**
**Seventh Omnibus Objection to Claims**
**Amended and Superseded Claims**

## CLAIMS TO BE DISALLOWED

| Id | Creditor Name | Claim No. | Date Filed | Debtor | Claim Amount | Class |
|---|---|---|---|---|---|---|
| 45821 | PQ CORPORATION, THE / ATTN: KELLY BUSHNELL / PO BOX 840 / VALLEY FORGE PA 19482 | 518 | Date Filed: 07/25/2000 | Debtor: CROWN VANTAGE, INC | $25,248.74 | UNS |
| 22671 | PRECISION ROLL GRINDER INC / ATTN: THOMAS J. PECUCH / 6356 CHAPMANS ROAD / ALLENTOWN PA 18064 | 559 | Date Filed: 07/27/2000 | Debtor: CROWN VANTAGE, INC | $5,908.00 | UNS |
| 46087 | REICHHOLD CHEMICALS INC / ATTN: LEGAL DEPARTMENT / PO BOX 13582 / RESEARCH TRIANGLE PARK NC 27709-3582 | 488 | Date Filed: 07/24/2000 | Debtor: CROWN VANTAGE, INC | $13,048.56 | UNS |
| 53147 | STATE OF MICHIGAN / DEPARTMENT OF TREASURY / ATTN: JUANDISHA M HARRIS / 525 W. OTTAWA ST 2ND FL / LANSING MI 48909 | 808 | Date Filed: 08/11/2000 | Debtor: CROWN VANTAGE, INC | $6,114.34 | UNS |

## SURVIVING CLAIMS

| Id | Creditor Name | Claim No. | Date Filed | Debtor | Claim Amount | Class |
|---|---|---|---|---|---|---|
| 45821 | PQ CORPORATION, THE / ATTN: KELLY BUSHNELL / PO BOX 840 / VALLEY FORGE PA 19482 | 2947 | Date Filed: 06/12/2003 | Debtor: CROWN VANTAGE, INC | $30,248.74 | UNS |
| 83581 | PRECISION ROLL GRINDERS, INC / C/O WENDEL ROSEN BLACK & DEAN LLP / ATTN VALERY P LOUMBER, ESQ / 1111 BROADWAY, 24TH FLOOR / OAKLAND CA 94607 | 2998 | Date Filed: 04/22/2003 | Debtor: CROWN VANTAGE, INC | $11,908.00 | UNS |
| 83572 | REICHHOLD CHEMICALS, INC / NKA REICHHOLD, INC / C/O HANCOCK ROTHERT & BUNSHOFT, LLP / ATTN ERIC JUININGER, ESQ / FOUR EMBARCADERO CENTER / SAN FRANCISCO CA 94111 | 2985 | Date Filed: 07/01/2003 | Debtor: CROWN VANTAGE, INC | $17,048.56 | UNS |
| 53147 | STATE OF MICHIGAN / DEPARTMENT OF TREASURY / ATTN: JUANDISHA M HARRIS / 525 W. OTTAWA ST 2ND FL / LANSING MI 48909 | 2597 | Date Filed: 12/15/2000 | Debtor: CROWN VANTAGE, INC | $5,536.34 | UNS |

CLASS DESCRIPTION : ADM - ADMINISTRATIVE, MUL - MULTIPLE CLASSES ASSERTED, PRI - UNSECURED PRIORITY, SEC - SECURED, UNS - UNSECURED NON-PRIORITY

**CROWN VANTAGE, INC.**
Exhibit A for Motion
Seventh Omnibus Objection to Claims
Amended and Superseded Claims

## CLAIMS TO BE DISALLOWED

| Id | Creditor Name | Claim No. | Claim Amount | Class |
|---|---|---|---|---|
| 46207 | WESTERN POLYMER CORPORATION<br>ATTN: LYNN TOWNSEND-WHITE<br>32 RD R.S.E.<br>MOSES LAKE WA 98837 | 2369<br>**Date Filed:** 09/07/2000<br>**Debtor:** CLAIMANT DID NOT SPECIFY DEBTOR | $83,160.00 | UNS |
| 22407 | WESTVACO CORPORATION<br>ATTN: MR. GARY C FIELDS<br>1011 BOULDER SPRINGS DRIVE<br>RICHMOND VA 23225 | 540<br>**Date Filed:** 07/26/2000<br>**Debtor:** CLAIM ASSERTED AGAINST NUMEROUS<br>DEBTORS | $60,832.87 | UNS |

**Total Claims to be Disallowed:** 18

**Total Amount to be Disallowed:** $1,150,927.36

## SURVIVING CLAIMS

| Id | Creditor Name | Claim No. | Claim Amount | Class |
|---|---|---|---|---|
| 83563 | WESTERN POLYMER CORPORATION<br>C/O CARR MCCLELLAN ETAL<br>ATTN DON ROBINSON, ESQ<br>216 PARK ROAD<br>BURLINGAME CA 94010-0513 | 2973<br>**Date Filed:** 04/25/2003<br>**Debtor:** CROWN VANTAGE, INC | $86,660.00 | UNS |
| 83564 | MEADWESTVACO CORP<br>C/O BUCHALTER NEMER ETAL<br>ATTN GEOFFREY A HEATON<br>333 MARKET STREET, 25TH FLOOR<br>SAN FRANCISCO CA 94105 | 2975<br>**Date Filed:** 05/19/2003<br>**Debtor:** CROWN VANTAGE, INC | $115,832.87 | UNS |

CLASS DESCRIPTION : ADM - ADMINISTRATIVE, MUL - MULTIPLE CLASSES ASSERTED, PRI - UNSECURED PRIORITY, SEC - SECURED, UNS - UNSECURED NON-PRIORITY

# Exhibit B

**CROWN VANTAGE, INC.**
**Exhibit B for Motion**
**Seventh Omnibus Objection to Claims**
**Unsecured Claims to be Reduced in Amount**

Page: 1 of 7
Date: 08/21/2007
Time : 19:38:04

| ID | Creditor | Claim No. | Claim Amount | Reduced Amount | File Date | Asserted Class |
|---|---|---|---|---|---|---|
| 20489 | A DUIE PYLE INC<br>ATTN: PETER LATTA<br>650 WESTTOWN ROAD<br>PO BOX 564<br>WEST CHESTER PA 19381 | 56<br>Asserted Debtor: | $43,054.51<br>CROWN PAPER COMPANY | $38,537.02 | 06/05/2000 | UNSECURED<br>NON-PRIORITY |
| 45888 | ABAL MATERIAL HANDLING INC<br>ATTN: ANN T JENNINGS<br>1401 PLANTATION RD NE<br>ROANOKE VA 24012 | 317<br>Asserted Debtor: | $641.39<br>CLAIMANT DID NOT SPECIFY DEBTOR | $616.55 | 07/14/2000 | UNSECURED<br>NON-PRIORITY |
| 46462 | ABB INDUSTRIAL SYSTEMS INC<br>650 ACKERMAN RD.<br>COLUMBUS OH 43202 | 31071<br>Asserted Debtor: | $135,053.54<br>CROWN PAPER COMPANY | $90,389.08 | 03/15/2000 | UNSECURED<br>NON-PRIORITY |
| 46502 | AIR PRODUCTS & CHEMICALS INC<br>ATTN: NANCY GREGORIS<br>7201 HAMILTON BLVD<br>ALLENTOWN PA 18195-1501 | 33<br>Asserted Debtor: | $97,514.41<br>CLAIM ASSERTED AGAINST NUMEROUS DEBTORS | $81,958.96 | 05/15/2000 | UNSECURED<br>NON-PRIORITY |
| 44943 | AIRMATIC INC<br>ATTN: STEPHEN P DOUGHERTY<br>7317 STATE ROAD<br>PHILADELPHIA PA 19136 | 342<br>Asserted Debtor: | UNLIQUIDATED<br>CLAIMANT DID NOT SPECIFY DEBTOR | $1,740.55 | 07/19/2000 | UNSECURED<br>NON-PRIORITY |
| 19790 | ALBANY INTERNATIONAL CORP<br>ATTN: C J SILVA, JR<br>1373 BROADWAY<br>ALBANY NY 12204 | 2327<br>Asserted Debtor: | $258,127.83<br>CLAIM ASSERTED AGAINST NUMEROUS DEBTORS | $200,013.28 | 09/06/2000 | UNSECURED<br>NON-PRIORITY |
| 45942 | ALUSUISSE ALUMINUM USA INC<br>ATTN: GLORIA BAUMAN<br>17-17 ROUTE 208<br>FAIRLAWN NJ 07410 | 622<br>Asserted Debtor: | $19,299.51<br>CROWN PAPER COMPANY | $9,119.55 | 07/31/2000 | UNSECURED<br>NON-PRIORITY |
| 52946 | BAKER PRINTING CO<br>ATTN: L. THOMAS SZEKELY<br>PO BOX 450<br>BAKER LA 70714 | 576<br>Asserted Debtor: | $2,231.71<br>CLAIM ASSERTED AGAINST NUMEROUS DEBTORS | $1,677.01 | 07/28/2000 | UNSECURED<br>NON-PRIORITY |
| 45996 | BARECO PRODUCTS<br>ATTN: RICHARD ROBHOLZ<br>PO BOX 10312<br>140 E MAIN ST<br>ROCK HILL SC 29730 | 734<br>Asserted Debtor: | $20,431.08<br>CROWN VANTAGE, INC | $18,447.48 | 08/04/2000 | UNSECURED<br>NON-PRIORITY |
| 20541 | BAX GLOBAL<br>ATTN: G R HODAPP<br>16808 ARMSTRONG AVE.<br>PO BOX 19571<br>IRVINE CA 92633-9571 | 146<br>Asserted Debtor: | $14,446.17<br>CROWN VANTAGE, INC | $353.80 | 07/17/2000 | UNSECURED<br>NON-PRIORITY |
| 19915 | BETZ DEARBORN<br>1313 N MARKET STREET<br>WILMONGTON DE 19894-0001 | 2300<br>Asserted Debtor: | $273,481.26<br>CROWN VANTAGE, INC | $262,019.61 | 09/06/2000 | UNSECURED<br>NON-PRIORITY |
| 59164 | BODINE CO., THE<br>ATTN: PATRICIA DOLLAR<br>PO BOX 460<br>COLLIERVILLE TN 38027-0460<br>Transferee: DEBT ACQUISITION CO OF AMERICA VLLC | 196<br>Asserted Debtor: | $299.58<br>CROWN VANTAGE, INC | $149.79 | 07/17/2000 | UNSECURED<br>NON-PRIORITY |
| 46102 | BURNS INTERNATIONAL SECURITY SRVCS<br>ATTN: NANCY GOLDEN<br>2 CAMPUS DRIVE<br>PARSIPPANY NJ 07054 | 24<br>Asserted Debtor: | $21,191.41<br>CROWN VANTAGE, INC | $11,676.75 | 05/02/2000 | UNSECURED<br>NON-PRIORITY |
| 46000 | CANON FINANCIAL SERVICES INC<br>ATTN: PAUL CONOVER<br>200 COMMERCE SQUARE BLVD.<br>BURLINGTON NJ 08016<br>Counsel: ATTN: ANDREW SKLAR, ESQ. | 1691<br>Asserted Debtor: | $7,943.63<br>CROWN VANTAGE, INC | $4,752.48 | 09/01/2000 | UNSECURED<br>NON-PRIORITY |

**CROWN VANTAGE, INC.**
**Exhibit B for Motion**
**Seventh Omnibus Objection to Claims**
**Unsecured Claims to be Reduced in Amount**

Page: 2 of 7
Date: 08/21/2007
Time : 19:38:04

| ID | Creditor | Claim No. | Claim Amount | Reduced Amount | File Date | Asserted Class |
|----|----------|-----------|--------------|----------------|-----------|----------------|
| 83596 | CARGILL, INC<br>C/O DORSEY & WHITNEY, LLP<br>ATTN MONICA L CLARK, ESQ<br>50 S SIXTH ST STE 1500<br>MINNEAPOLIS MN 55402-1498 | 3019 | UNLIQUIDATED<br>**Asserted Debtor:** CROWN VANTAGE, INC | $43,439.55 | 02/24/2004 | UNSECURED<br>NON-PRIORITY |
| **Comment:** | ADDITIONALLY CLAIM FILED LATE (GENERAL BAR DATE 09/07/00) | | | | | |
| 83594 | CARGILL, INC. /AKA<br>CARGILL BATON ROUGE<br>C/O DORSEY & WHITENEY, LLP<br>ATTN MONICA L CLARK, ESQ<br>50 S SIXTH ST STE 1500<br>MINNEAPOLIS MN 55402-1498 | 3018 | UNLIQUIDATED<br>**Asserted Debtor:** CROWN VANTAGE, INC | $58,419.90 | 02/24/2004 | UNSECURED<br>NON-PRIORITY |
| **Comment:** | ADDITIONALLY CLAIM FILED LATE (GENERAL BAR DATE 09/07/00) | | | | | |
| 23864 | CELERITY SOLUTIONS<br>ATTN: PATRICIA MCGILLIWADY<br>270 BRIDGE ST., STE. 301<br>DEDHAM MA 02026 | 465 | $12,005.96<br>**Asserted Debtor:** CROWN VANTAGE, INC | $11,470.00 | 07/26/2000 | UNSECURED<br>NON-PRIORITY |
| 14467 | CLAYTOR, ROBERT C<br>7700 GRIFFIN WAY<br>HINSDALE IL 60527-5620 | 20030502 | UNLIQUIDATED<br>**Asserted Debtor:** CROWN VANTAGE, INC | $113,200.00 | 07/14/2000 | UNSECURED<br>NON-PRIORITY |
| 67786 | CONTROL WORX<br>PO BOX 95062<br>NEW ORLEANS LA 70195<br>Counsel: ATTN: PAMEL K RICHARD | 879 | UNLIQUIDATED<br>**Asserted Debtor:** CLAIM ASSERTED AGAINST NUMEROUS DEBTORS | $7,837.14 | 08/15/2000 | UNSECURED<br>NON-PRIORITY |
| 20608 | CSX TRANSPORTATION<br>ATTN: MR. KENNETH MUELLER<br>6735 SOUTHPOINT DR. S. (J-675)<br>JACKSONVILLE FL 32216-6177 | 2187 | $7,286.88<br>**Asserted Debtor:** CROWN VANTAGE, INC | $6,263.88 | 09/05/2000 | UNSECURED<br>NON-PRIORITY |
| 20614 | DART TRANSIT COMPANY<br>ATTN: JANICE A SCHWEIGER<br>SCOTT BUCHANAN<br>PO BOX 64110<br>ST PAUL MN 55164-0110 | 2360 | $9,897.90<br>**Asserted Debtor:** CROWN VANTAGE, INC | $1,584.44 | 09/07/2000 | UNSECURED<br>NON-PRIORITY |
| 46531 | DISTRIBUTION SPECIALISTS INC<br>ATTN: JACQUELIN MATTRESS<br>800 PRIMROSE AVE.<br>FOLCRAFT PA 19032 | 384 | $13,757.92<br>**Asserted Debtor:** CLAIMANT DID NOT SPECIFY DEBTOR | $9,058.31 | 07/20/2000 | UNSECURED<br>NON-PRIORITY |
| 46230 | ENSR CORPORATION<br>ATTN: GARY BRACKETT<br>35 NAGOG PARK<br>ACTON MA 01720 | 63 | $10,566.60<br>**Asserted Debtor:** CLAIM ASSERTED AGAINST NUMEROUS DEBTORS | $9,403.17 | 06/23/2000 | UNSECURED<br>NON-PRIORITY |
| 10226 | ERNST & YOUNG LLP 072<br>PO BOX 251<br>TD CENTRE<br>TORONTO ON M5K 1J7 CANADA | 539 | $3,300.00<br>**Asserted Debtor:** CROWN VANTAGE, INC | $2,200.00 | 07/26/2000 | UNSECURED<br>NON-PRIORITY |
| 20657 | ESTES EXPRESS LINES<br>P O BOX 25612<br>RICHMOND VA 23260 | 580 | $53,686.90<br>**Asserted Debtor:** CLAIMANT DID NOT SPECIFY DEBTOR | $27,093.27 | 07/28/2000 | UNSECURED<br>NON-PRIORITY |
| 20665 | FLEETLINE INC<br>ATTN JANICE A SCHWEI<br>PO BOX 64110<br>ST PAUL MN 55164-0110 | 2361 | $134,510.25<br>**Asserted Debtor:** CROWN VANTAGE, INC | $98,978.90 | 09/07/2000 | UNSECURED<br>NON-PRIORITY |
| 45172 | FRANKLIN ENVIROMENTAL SERVICES INC<br>ATTN: PHILIP A GENATOSSIO<br>PO BOX 617<br>185 INDUSTRIAL RD<br>WRENTHAM MA 02093 | 346 | $246,404.02<br>**Asserted Debtor:** CROWN VANTAGE, INC | $225,268.90 | 07/19/2000 | UNSECURED<br>NON-PRIORITY |

CROWN VANTAGE, INC.
Exhibit B for Motion
Seventh Omnibus Objection to Claims
Unsecured Claims to be Reduced in Amount

Page: 3 of 7
Date: 08/21/2007
Time : 19:38:04

| ID | Creditor | Claim No. | Claim Amount | Reduced Amount | File Date | Asserted Class |
|---|---|---|---|---|---|---|
| 54771 | FUSAKIO, EDWARD A<br>1672 RIVER SHORE COURT<br>KINGS MILLS OH 45034<br>Counsel: ATTN: THOMAS J GEYGAN, SR, ESQ | 200167301<br>Asserted Debtor: | $159,490.28<br>CROWN PAPER COMPANY | $155,315.38 | 09/01/2000 | UNSECURED<br>NON-PRIORITY |
| 45941 | GE INDUSTRIAL SYSTEMS<br>171 SOUTH GARY AVE.<br>CAROL STREAM IL 60188<br>Counsel: ATTN: GLENN M. REISMAN, ESQ | 50<br>Asserted Debtor: | $10,950.00<br>CROWN VANTAGE, INC | $9,650.00 | 06/05/2000 | UNSECURED<br>NON-PRIORITY |
| 14605 | HANEGRAAF, MICHAEL J<br>320 FRANKLIN SQUARE DRIVE<br>DALLASTOWN PA 17313 | 2349<br>Asserted Debtor: | UNLIQUIDATED<br>CROWN PAPER COMPANY | $2,793.27 | 09/07/2000 | UNSECURED<br>NON-PRIORITY |
| 45223 | HAYES PUMP NEW JERSEY INC<br>ATTN: HELEN JEMAKES<br>66 OLD POWDER MILL RD.<br>W CONCORD MA 01742 | 773<br>Asserted Debtor: | UNLIQUIDATED<br>CLAIMANT DID NOT SPECIFY DEBTOR | $1,523.47 | 08/07/2000 | UNSECURED<br>NON-PRIORITY |
| 19709 | HERCULES, INC.<br>ATTN: ANTHONY M PETRUCCI<br>1313 NORTH MARKET STREET<br>WILMINGTON DE 19894-0001 | 2299<br>Asserted Debtor: | $1,056,599.66<br>CROWN VANTAGE, INC | $1,049,021.10 | 09/06/2000 | UNSECURED<br>NON-PRIORITY |
| 45239 | HOLYOKE CARD & PAPER CO<br>ATTN: LINDA L FORISH<br>PO BOX 3450<br>SPRINGFIELD MA 01101 | 92<br>Asserted Debtor: | UNLIQUIDATED<br>CLAIMANT DID NOT SPECIFY DEBTOR | $1,762.08 | 07/13/2000 | UNSECURED<br>NON-PRIORITY |
| 46387 | HYSTER CREDIT CO<br>C/O GUTTENBERG, RAPSON & COLVIN, LLP<br>ATTN: DAVID J. RAPSON<br>1111 BROADWAY, SUITE 1500<br>OAKLAND CA 94607 | 825<br>Asserted Debtor: | $46,988.42<br>CROWN PAPER COMPANY | $46,104.14 | 08/14/2000 | UNSECURED<br>NON-PRIORITY |
| 67748 | IBM CORPORATION<br>ATTN: B.H. SHIDELER<br>2707 BUTTERFIELD ROAD<br>OAKROAD IL 60523 | 2602<br>Asserted Debtor: | $26,363.55<br>CROWN VANTAGE, INC | $11,463.01 | 01/05/2001 | UNSECURED<br>NON-PRIORITY |
| Comment: | ADDITIONALLY CLAIM FILED LATE (GENERAL BAR DATE 09/07/00) | | | | | |
| 45264 | INSIGHT<br>ATTN: DARRON MONTGOMERY<br>6820 SOUTH HARL AVE.<br>TEMPE AZ 85283 | 446<br>Asserted Debtor: | $107,299.27<br>CLAIMANT DID NOT SPECIFY DEBTOR | $81,440.20 | 07/24/2000 | UNSECURED<br>NON-PRIORITY |
| 19548 | ITT INDUSTRIES<br>ATTN: DENNIS M O'DONNELL<br>2881 EAST BAYARD STREET<br>SENECA FALLS NY 13148 | 4<br>Asserted Debtor: | $118,408.52<br>CROWN VANTAGE, INC | $87,392.15 | 04/10/2000 | UNSECURED<br>NON-PRIORITY |
| 45990 | JOHN RAUSCHENBERGER CO<br>ATTN: JOHN R BUESING<br>2595 S 124TH STREET<br>MILWAUKEE WI 53227 | 164<br>Asserted Debtor: | UNLIQUIDATED<br>CROWN VANTAGE, INC | $1,192.80 | 07/17/2000 | UNSECURED<br>NON-PRIORITY |
| 45294 | JOHN T DAGON ROOFING INC<br>314 W BERWICK ST<br>EASTON PA 18040 | 405<br>Asserted Debtor: | UNLIQUIDATED<br>CROWN VANTAGE, INC | $25,051.09 | 07/21/2000 | UNSECURED<br>NON-PRIORITY |
| 67766 | KANSAS CITY SOUTHERN RAILWAY CO<br>C/O ROBERT K DREILING<br>114 WEST 11TH STREET<br>KANSAS CITY MO 816-983-13 | 542<br>Asserted Debtor: | $25,000.00<br>CROWN VANTAGE, INC | $12,750.00 | 07/26/2000 | UNSECURED<br>NON-PRIORITY |
| 23371 | KELLER & HECKMAN<br>1001 G ST NW, STE. 500W<br>WASHINGTON DC 20001 | 824<br>Asserted Debtor: | UNLIQUIDATED<br>CROWN VANTAGE, INC | $1,622.61 | 08/14/2000 | UNSECURED<br>NON-PRIORITY |
| 45727 | KEYSTONE ENGINEERING COMPANY<br>100 E CICOTTE<br>RIVER ROUGE MI 48218 | 30620<br>Asserted Debtor: | $17,110.00<br>CROWN PAPER COMPANY | $8,990.00 | 03/15/2000 | UNSECURED<br>NON-PRIORITY |

CROWN VANTAGE, INC.
Exhibit B for Motion
Seventh Omnibus Objection to Claims
Unsecured Claims to be Reduced in Amount

Page: 4 of 7
Date: 08/21/2007
Time : 19:38:04

| ID | Creditor | Claim No. | Claim Amount | Reduced Amount | File Date | Asserted Class |
|---|---|---|---|---|---|---|
| 20752 | LANDAIR TRANSPORT INC<br>ATTN: ANDREW MANLEY<br>PO BOX 1058<br>GREENEVILLE TN 37744 | 2378 | $9,408.26<br>Asserted Debtor: CROWN VANTAGE, INC | $7,627.19 | 09/07/2000 | UNSECURED NON-PRIORITY |
| 20760 | LANDSTAR RANGER INC<br>ATTN: JOHN R. SABER<br>13410 SUTTON PARK DRIVE SOUTH<br>JACKSONVILLE FL 32224 | 918 | $102,190.35<br>Asserted Debtor: CROWN VANTAGE, INC | $101,324.71 | 08/18/2000 | UNSECURED NON-PRIORITY |
| 45356 | LIGHTSPEED TECHNOLOGIES INC<br>ATTN: MIKE CONRADS<br>13215 SE MILL PLAIN #263<br>VANCOUVER WA 98684 | 956 | $45,150.00<br>Asserted Debtor: CROWN VANTAGE, INC | $6,547.15 | 08/21/2000 | UNSECURED NON-PRIORITY |
| 46092 | LOUISIANA MILL SUPPLY<br>ATTN: SANDRA RODRIQUEZ<br>ATTN: CREDIT DEPARTMENT<br>2413 AVENUE K.<br>GALENA PARK TX 77547 | 280 | $40,661.22<br>Asserted Debtor: CROWN VANTAGE, INC | $39,961.45 | 07/14/2000 | UNSECURED NON-PRIORITY |
| 20791 | MATSON NAVIGATION COMPAN<br>ATTN: MAUREEN ORES<br>333 MARKET STREET<br>SAN FRANCISCO CA 94105 | 2320 | $35,316.31<br>Asserted Debtor: CROWN VANTAGE, INC | $28,705.62 | 09/06/2000 | UNSECURED NON-PRIORITY |
| 23030 | MCCURNIN SWAN & ASSOCIATES<br>PO BOX 95387<br>NEW ORLEANS LA 70195<br>Counsel: ATTN: PAMELA K RICHARD | 878 | UNLIQUIDATED<br>Asserted Debtor: CLAIM ASSERTED AGAINST NUMEROUS DEBTORS | $19,591.84 | 08/15/2000 | UNSECURED NON-PRIORITY |
| 46286 | MECHANICAL SERVICE CORPORATION<br>41 SOUTH JEFFERSON RD.<br>WHIPPANY NJ 07981 | 154 | UNLIQUIDATED<br>Asserted Debtor: CROWN VANTAGE, INC | $7,429.96 | 07/18/2000 | UNSECURED NON-PRIORITY |
| 43039 | MOORE<br>ATTN: KATHERINE A DUIKO<br>900 BUFFALO AVE.<br>NIAGARA FALLS NY 14303 | 12 | $59,764.99<br>Asserted Debtor: CROWN VANTAGE, INC | $20,016.31 | 05/30/2000 | UNSECURED NON-PRIORITY |
| 46527 | MSE ASSOCIATES INC<br>80 SECOND ST PIKE<br>SUITE 4<br>SOUTHHAMPTON PA 18966 | 321 | UNLIQUIDATED<br>Asserted Debtor: CLAIMANT DID NOT SPECIFY DEBTOR | $8,819.07 | 07/14/2000 | UNSECURED NON-PRIORITY |
| 54814 | NELSON, DAVID<br>908 BRIDLE PATH COURT<br>HEATH TX 75032 | 20090102 | $679,882.00<br>Asserted Debtor: CROWN PAPER COMPANY | $181,384.00 | 08/17/2000 | UNSECURED NON-PRIORITY |
| 21617 | NORTHEAST PUMP CO INC<br>ATTN: GEN DAVIS<br>472 AMHERST ST.<br>NASHUA NH 03063 | 102 | $1,786.03<br>Asserted Debtor: CLAIMANT DID NOT SPECIFY DEBTOR | $1,759.65 | 07/17/2000 | UNSECURED NON-PRIORITY |
| 12853 | NUCLEAR REGULATORY COMMISSION<br>ATTN JAMES TURDICI<br>MAIL STOP T-9E10<br>WASHINGTON DC 20555<br>Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | 38 | $2,715.37<br>Asserted Debtor: CROWN VANTAGE, INC | $1,179.23 | 06/14/2000 | UNSECURED NON-PRIORITY |
| 23078 | OLIVER H VAN HORN CO INC<br>ATTN: RONALD L WATTIGNY<br>PO BOX 95340<br>NEW ORLEANS LA 70195 | 234 | $42,812.00<br>Asserted Debtor: CROWN VANTAGE, INC | $40,248.92 | 07/17/2000 | UNSECURED NON-PRIORITY |
| 46434 | OMYA INC<br>ATTN: JOHN M MITCHELL<br>61 MAIN STREET<br>PROCTOR VT 05765 | 2533 | $48,033.80<br>Asserted Debtor: CLAIMANT DID NOT SPECIFY DEBTOR | $35,785.00 | 09/13/2000 | UNSECURED NON-PRIORITY |

**CROWN VANTAGE, INC.**
**Exhibit B for Motion**
**Seventh Omnibus Objection to Claims**
**Unsecured Claims to be Reduced in Amount**

Page: 5 of 7
Date: 08/21/2007
Time : 19:38:04

| ID | Creditor | Claim No. | Claim Amount | Reduced Amount | File Date | Asserted Class |
|---|---|---|---|---|---|---|
| 76132 | ONDEO NALCO COMPANY<br>ATTN CHAD PECHMAN<br>ONDEO NALCO CENTER<br>NAPERVILLE IL 60563-1198 | 3010 | $11,602.00<br>Asserted Debtor: CROWN PAPER COMPANY | $9,000.00 | 09/19/2003 | UNSECURED<br>NON-PRIORITY |
| 46071 | P H GLATFELTER CO<br>ATTN DON BOWMAN<br>228 S MAIN STREET<br>SPRING GROVE PA 17362<br>Counsel: ATTN: DEREK J BAKER, ESQ | 233 | UNLIQUIDATED<br>Asserted Debtor: CROWN VANTAGE, INC | $150,887.97 | 07/17/2000 | UNSECURED<br>NON-PRIORITY |
| 46340 | PCA & ASSOCIATES INC<br>ATTN: PAT ATKINSON<br>47 ALDEN GLEN DRIVE<br>THE WOODLANDS TX 77382 | 947 | UNLIQUIDATED<br>Asserted Debtor: CROWN VANTAGE, INC | $2,082.42 | 08/21/2000 | UNSECURED<br>NON-PRIORITY |
| 45472 | PINNACLE GROUP ASOCIATES INC<br>1011 WARRENVILLE RD<br>LISLE IL 60532-0903 | 30470 | $88,471.11<br>Asserted Debtor: CROWN PAPER COMPANY | $42,936.61 | 03/15/2000 | UNSECURED<br>NON-PRIORITY |
| 15297 | POMCO GRAPHICS<br>ATTN: FRANK A WLODARCZYK<br>4411-27 WHITAKER AVE<br>PHILADELPHIA PA 19027 | 211 | $15,739.83<br>Asserted Debtor: CROWN VANTAGE, INC | $15,281.30 | 07/17/2000 | UNSECURED<br>NON-PRIORITY |
| 45808 | POWER LOGIC INC<br>ATTN: WALTER J WESELAU<br>PO BOX 46216<br>BATON ROUGE LA 70895 | 678 | UNLIQUIDATED<br>Asserted Debtor: CLAIMANT DID NOT SPECIFY DEBTOR | $10,987.54 | 07/31/2000 | UNSECURED<br>NON-PRIORITY |
| 23250 | PRINTPACK INC<br>ATTN: ROBERT P GEORGE<br>500 INTERCHANGE DR SW<br>ATLANTA GA 30336 | 819 | $117,491.79<br>Asserted Debtor: CROWN VANTAGE, INC | $27,530.46 | 08/14/2000 | UNSECURED<br>NON-PRIORITY |
| 46314 | RAYONIER, INC<br>ATTN TIM COURSON<br>4470 SAVANNAH HIGHWAY<br>JESSUP GA 31545<br>Counsel: ATTN: MICHAEL P ELLIS | 2993 | UNLIQUIDATED<br>Asserted Debtor: CROWN VANTAGE, INC | $43,000.00 | 08/15/2003 | UNSECURED<br>NON-PRIORITY |
| Comment: | ADDITIONALLY CLAIM FILED LATE (GENERAL BAR DATE 09/07/00) | | | | | |
| 45520 | RIGGERS INC<br>ATTN: R CLAYTON MAYS, JR<br>901 HOLLY SPRINGS AVE<br>RICHMOND VA 23224-5038 | 266 | UNLIQUIDATED<br>Asserted Debtor: CROWN VANTAGE, INC | $200.00 | 07/13/2000 | UNSECURED<br>NON-PRIORITY |
| 19624 | RITE INDUSTRIES<br>C/O REED SMITH SHAW & MCCLAY<br>ATTN: PETER S. CLARK II<br>2500 ONE LIBERTY PLACE<br>1650 MARKET STREET<br>PHILADELPHIA PA 19103-7301 | 2332 | $116,121.00<br>Asserted Debtor: CLAIM ASSERTED AGAINST NUMEROUS DEBTORS | $49,226.00 | 09/06/2000 | UNSECURED<br>NON-PRIORITY |
| 46653 | RS TECHNICAL SERVICES INC<br>PO BOX 291<br>13684 BECKWITH DR<br>LOWELL MI 49331-0291 | 607 | UNLIQUIDATED<br>Asserted Debtor: CROWN VANTAGE, INC | $729.00 | 07/31/2000 | UNSECURED<br>NON-PRIORITY |
| 12314 | RYDER SHARED SERVICES CENTER<br>ATTN:JENNIFER M. MORRIS  S/L ANALYIST<br>M/S  2868<br>6000 WINDWARD PARKWAY<br>ALPHARETTA GA 30005 | 15 | $1,403.96<br>Asserted Debtor: CROWN VANTAGE, INC | $566.97 | 05/26/2000 | UNSECURED<br>NON-PRIORITY |
| 46056 | RYDER TRANSPORTATION SVCS<br>2211 E. KILGORE<br>KALAMAZOO MI 49001 | 30820 | $1,853.21<br>Asserted Debtor: CROWN PAPER COMPANY | $566.97 | 03/15/2000 | UNSECURED<br>NON-PRIORITY |

**CROWN VANTAGE, INC.**
**Exhibit B for Motion**
**Seventh Omnibus Objection to Claims**
**Unsecured Claims to be Reduced in Amount**

Page: 6 of 7
Date: 08/21/2007
Time : 19:38:04

| ID | Creditor | Claim No. | Claim Amount | Reduced Amount | File Date | Asserted Class |
|---|---|---|---|---|---|---|
| 19500 | SEMCO ENERGY GAS CO<br>C/O JEFFREY S THEUER, ESQ<br>LOOMIS LAW FIRM<br>232 S CAPITAL AVE, SUITE 1000<br>LANSING MI 48933 | 1639<br>Asserted Debtor: CROWN VANTAGE, INC | $54,747.24 | $45,911.99 | 08/31/2000 | UNSECURED NON-PRIORITY |
| 53177 | STATE OF WASHINGTON<br>DEPARTMENT OF REVENUE<br>ATTN: DOUGLAS V. HOUGHTON<br>2101 4TH AVE., SUITE 1400<br>SEATTLE WA 98121-2300 | 2005702<br>Asserted Debtor: CROWN PAPER COMPANY | $5,400.00 | $1,089.51 | 06/09/2000 | UNSECURED NON-PRIORITY |
| 20926 | T G BAKER TRUCKING INC<br>ATTN: JOHN HOLLISTER<br>PO BOX 109<br>WATER VALLEY MS 38965 | 1666<br>Asserted Debtor: CROWN PAPER COMPANY | $48,020.09 | $39,214.25 | 08/31/2000 | UNSECURED NON-PRIORITY |
| 20934 | TEXAS STAR EXPRESS<br>ATTN: LINDA NALDEN<br>2890 SOUTH GOLIAD<br>ROCKWALL TX 75032 | 649<br>Asserted Debtor: CLAIMANT DID NOT SPECIFY DEBTOR | $45,935.06 | $42,856.98 | 07/31/2000 | UNSECURED NON-PRIORITY |
| 45640 | TOWNLEY LABORATORIES INC<br>ATTN: T KOMLINE<br>1750 W FRONT ST<br>PLAINFIELD NJ 07063 | 30567<br>Asserted Debtor: CROWN PAPER COMPANY | $14,060.99 | $11,370.99 | 03/15/2000 | UNSECURED NON-PRIORITY |
| 45815 | TRIDENT CHEMICAL CO<br>ATTN: G W ABRAHAM<br>11863 MARKET PLACE<br>SUITE 2<br>BATON ROUGE LA 70816 | 1005<br>Asserted Debtor: CLAIMANT DID NOT SPECIFY DEBTOR | UNLIQUIDATED | $30,811.07 | 07/25/2000 | UNSECURED NON-PRIORITY |
| 22725 | TRYNIECKI, THERESE M. PHD<br>332 NEW PORT AVE.<br>ST LOUIS MO 63119 | 1696<br>Asserted Debtor: CROWN VANTAGE, INC | UNLIQUIDATED | $989.00 | 09/01/2000 | UNSECURED NON-PRIORITY |
| 23425 | UNITED STATES FILTER CORP<br>ATTN: CARDLYN HAWKINS<br>10 TECHONOLGY DRIVE<br>LOWELL MA 01851 | 2467<br>Asserted Debtor: CROWN VANTAGE, INC | UNLIQUIDATED | $486.00 | 07/24/2000 | UNSECURED NON-PRIORITY |
| 46100 | US XPRESS ENTERPRISES<br>ATTN: DENISE WARE<br>4080 JENKINS ROAD<br>CHATTANOOGA TN 37421 | 247<br>Asserted Debtor: CLAIMANT DID NOT SPECIFY DEBTOR | $210,277.52 | $119,738.44 | 07/14/2000 | UNSECURED NON-PRIORITY |
| 46511 | USF HOLLAND<br>ATTN: GAIL FITTS<br>750 E 40TH STREET<br>HOLLAND MI 49423 | 43<br>Asserted Debtor: CROWN VANTAGE, INC | $136,921.19 | $33,071.82 | 06/02/2000 | UNSECURED NON-PRIORITY |
| 20976 | VENEZIA TRANSPORT SERVIC<br>PO BOX 909<br>ROYERSFORD PA 19468-8025 | 275<br>Asserted Debtor: CROWN VANTAGE, INC | UNLIQUIDATED | $637.00 | 07/13/2000 | UNSECURED NON-PRIORITY |
| 45681 | W D MATTHEWS MACHINERY CO<br>901 CENTER STREET<br>AUBURN ME 04218<br>Counsel: ATTN: RICHARD J O'BRIEN | 1013<br>Asserted Debtor: CROWN VANTAGE, INC | $19,374.60 | $19,221.70 | 08/25/2000 | UNSECURED NON-PRIORITY |
| 45699 | WALSH, WILLIAM D<br>279 PARK LANE<br>ATHERTON CA 94027 | 811<br>Asserted Debtor: CROWN PAPER COMPANY | UNLIQUIDATED | $8,208.33 | 08/11/2000 | UNSECURED NON-PRIORITY |
| 44833 | WARREN ELECTRIC CO<br>C/O WARREN ELECTRIC GROUP<br>ATTN: JOHNNY LANGLEY<br>2929 MCKINNEY<br>HOUSTON TX 77003 | 768<br>Asserted Debtor: CROWN VANTAGE, INC | $2,121.69 | $1,803.03 | 08/07/2000 | UNSECURED NON-PRIORITY |

**CROWN VANTAGE, INC.**
**Exhibit B for Motion**
**Seventh Omnibus Objection to Claims**
**Unsecured Claims to be Reduced in Amount**

Page: 7 of 7
Date: 08/21/2007
Time : 19:38:04

| ID | Creditor | Claim No. | Claim Amount | Reduced Amount | File Date | Asserted Class |
|---|---|---|---|---|---|---|
| 45780 | WEAVEXX CORP<br>ATTN: JOHN E. PREVOST<br>11120 CAPITAL BLVD.<br>WAKE FOREST NC 27587 | 668<br>**Asserted Debtor:**<br>CLAIMANT DID NOT SPECIFY DEBTOR | $101,573.72 | $54,362.55 | 07/31/2000 | UNSECURED<br>NON-PRIORITY |
| 20991 | WERNER ENTERPRISES INC<br>ATTN: JOHN J STEELE<br>LOCKBOX 3116<br>201 N 16T<br>OMAHA NE 68102 | 424<br>**Asserted Debtor:**<br>CLAIMANT DID NOT SPECIFY DEBTOR | $169,450.48 | $135,080.97 | 07/21/2000 | UNSECURED<br>NON-PRIORITY |
| 46226 | WESCO DISTRIBUTION<br>ATTN: STEVE KATZ<br>21610 MEYERS ROAD<br>OAK PARK MI 48237 | 900<br>**Asserted Debtor:**<br>CROWN VANTAGE, INC | $9,484.37 | $8,956.71 | 08/17/2000 | UNSECURED<br>NON-PRIORITY |
| 19679 | WEYERHAUSER COMPANY<br>MARILYN GEEO<br>PO BOX 1060<br>HOT SPRINGS AR 71902 | 1641<br>**Asserted Debtor:**<br>CLAIMANT DID NOT SPECIFY DEBTOR | $841,607.51 | $140,000.00 | 09/01/2000 | UNSECURED<br>NON-PRIORITY |
| 46638 | ZPF PAPER FILM GMBH<br>MARKSTRABE 6 41236<br>MONCHENGLADBACH<br>GERMANY | 31178<br>**Asserted Debtor:**<br>CROWN PAPER COMPANY | $11,176.67 | $383.83 | 03/15/2000 | UNSECURED<br>NON-PRIORITY |

**Total Claims to be Reduced:** 88
**Total Amount to be Reduced:** $6,043,896.52
**Total Remaining Amount:** $4,379,310.18