# **<u>Exhibit B</u>**

1   David W. Trench, Esq. (FBN 202975)
    James C. Moon, Esq. (FBN 938211)
2   BILZIN SUMBERG BAENA PRICE & AXELROD LLP
    2500 Wachovia Financial Center
3   200 South Biscayne Boulevard
    Miami, Florida 33131
4   Telephone: (305) 374-7580
    Facsimile: (305) 374-7593
5
    Debra Grassgreen, Esq. (CA Bar No. 169978)
6   Pamela E. Singer, Esq. (CA Bar No. 224758)
    PACHULSKI STANG ZIEHL & JONES LLP
7   150 California Street, 15th Floor
    San Francisco, California 94111-4500
8   Telephone: (415) 263-7000
    Facsimile: (415) 263-7010
9
10  Co-Counsel for Jeffrey H. Beck, LIQUIDATING TRUSTEE
    OF THE CROWN PAPER LIQUIDATING TRUST

11

**UNITED STATES BANKRUPTCY COURT**
12   **NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**
13

| | |
|---|---|
| In re | Case No. 00-41584 (RN) |
| CROWN VANTAGE, INC., | (Jointly Administered) |
| CROWN PAPER CO., | |
| | Chapter 11 |
| Debtors. | ***AMENDED* NOTICE OF LIQUIDATING TRUSTEE'S OMNIBUS OBJECTION NO. 7 TO CERTAIN CLAIMS** |
| | [*No hearing requested.*] |
| | **YOUR CLAIM IS AFFECTED:** |
| | **SEE EXHIBITS ATTACHED TO *LIQUIDATING TRUSTEE'S OMNIBUS OBJECTION NO. 7 TO CERTAIN CLAIMS*, FILED HEREWITH** |

**TO:     THE HONORABLE RANDALL J. NEWSOME, UNITED STATES BANKRUPTCY JUDGE, THE U.S. TRUSTEE, PARTIES IN INTEREST AND AFFECTED CREDITORS**

        **PLEASE TAKE NOTICE THAT** Jeffrey H. Beck, as Liquidating Trustee of the Crown

Paper Liquidating Trust (the "Liquidating Trustee"), has filed the *Liquidating Trustee's Omnibus*

*Objection No. 7 to Certain Claims* (the "Objection") in these bankruptcy cases. You should

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1  thoroughly review the exhibits to the Objection and the Objection to determine how this Objection

2  affects your claim. <u>Your claim may be reduced, modified, or eliminated</u>. You should read these

3  papers carefully and discuss them with your attorney, if you have one.

4  Specifically, the Liquidating Trustee objects to the claims set forth in (i) <u>Exhibit A</u>, attached

5  to the Objection, filed herewith, on the ground that they are amended and superseded, and (ii)

6  <u>Exhibit B</u>, attached to the Objection, filed herewith, on the ground that according to the Debtors'

7  books and records, the claim should be reduced and disallowed to the extent it exceeds such amount

8  as set forth more fully in the Objection.

9  **PLEASE TAKE FURTHER NOTICE** that if you do not want the court to eliminate or

10  change your claim, then on or before **October 10, 2007**, you or your lawyer must follow the

11  following instructions:

12  Federal Bankruptcy Rule 3007 and Northern District of California Bankruptcy Rule 9014-1

13  prescribes that any response or objection to the requested relief by, or a request for hearing on the

14  Objection must be filed with the Bankruptcy Clerk for the United States Bankruptcy Court for the

15  Northern District of California, Oakland Division, 1300 Clay Street, Oakland, California 94612, and

16  served upon the parties whose addresses are listed below within 30 days of the mailing of this

17  Objection. In any circumstance, any objections, responses, or requests for hearing must be received

18  no later than **5:00 Pacific Standard Time on October 10, 2007**.

19  Any response, objection, or request for a hearing must state the objector's name, address,

20  telephone number, fax number (if any), and the nature and basis of the response, objection or

21  request. A request for hearing or objection must be accompanied by any declarations or memoranda

22  of law the party objecting or requesting a hearing wishes to present in support of its position. Copies

23  of any response, objection or request for hearing shall be served upon the following parties at the

24  addresses below:

25  **David W. Trench, Esq.**           **Debra Grassgreen, Esq.**
   **Bilzin Sumberg Baena Price & Axelrod LLP**   **Pachulski Stang Ziehl & Jones LLP**
26  **2500 Wachovia Financial Center**    **150 California Street, 15th Floor**
   **200 South Biscayne Boulevard**      **San Francisco, California 94111-4500**
27  **Miami, Florida 33131-5340**

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1    If there is not a timely response or objection to the requested relief or a request for hearing,

2    the Court may enter an order granting the relief requested by default. If you do not file a response or

3    request in writing, the Liquidating Trustee will request relief by default pursuant to Northern District

4    of California Bankruptcy Rule 9014-1. If you do not wish to contest the relief requested in this

5    Objection, you are not required to file a response or appear at any future hearing.

6        If a timely response, objection or a request for hearing is filed, the Liquidating Trustee will

7    request and send at least ten days' written notice of a future hearing date regarding the Objection.

8    Where a factual dispute is involved, the initial hearing on the Objection shall be deemed a status

9    conference at which the Court will not receive evidence. Where the matter involves only a matter of

10   law, the matter may be argued at the initial hearing. Any hearing or status conference will be held in

11   the usual courtroom of the Honorable Randall Newsome, United States Bankruptcy Judge, at the

12   United States Bankruptcy Court for the Northern District of California, Oakland Division, located at

13   1300 Clay Street, Oakland, California 94612.

14       The Objection is based on the arguments and facts set forth in the Objection and on the

15   *Declaration of Thomas Simpson in Support of Liquidating Trustee's Omnibus Objection No. 7 to*

16   *Certain Claims*, filed on August 30, 2007.

17                    *[Remainder of Page Intentionally Left Blank]*

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

08481-001\DOCS_SF:55817.1                     3                    AMENDED NOTICE OF OMNIBUS
                                                                  OBJECTION NO. 7 TO CERTAIN CLAIMS

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1    If you or your attorney do not take these steps, the Court may decide that you do not oppose

2    the objection to your claim.

3    Dated: September 10, 2007         BILZIN SUMBERG BAENA PRICE

4                                        & AXELROD LLP

5                                  By    */s/ David W. Trench*

6                                        David W. Trench (FBN 202975)
                                         James C. Moon (FBN 938211)

7                                        2500 Wachovia Financial Center
                                         200 South Biscayne Boulevard

8                                        Miami, Florida 33131-2336
                                         Telephone: (305) 374-7580

9                                             -- and --

10   Dated: September 10, 2007         PACHULSKI STANG ZIEHL & JONES LLP

11

12                                 By    */s/ Debra I. Grassgreen*

                                         Debra I. Grassgreen (SBN 169978)
13                                       150 California Street
                                         15th Floor

14                                       San Francisco, California 94111
                                         Telephone: (415) 263-7000

15                                       *Co-Counsel for Jeffrey H. Beck, Liquidating Trustee of*

16                                       *the Crown Paper Liquidating Trust*

17

18

19

20

21

22

23

24

25

26

27

28

08481-001\DOCS_SF:55817.1                      4                    AMENDED NOTICE OF OMNIBUS
                                                                    OBJECTION NO. 7 TO CERTAIN CLAIMS