# **Exhibit D**

Blumberg Excelsior, Inc PUBLISHER NYC 10013

FORM B10 (Official Form 10)

| UNITED STATES BANKRUPTCY COURT **CALIFORNIA** DISTRICT OF **NORTHERN** | PROOF OF CLAIM |
|---|---|

**Name of Debtor** CROWN PAPER CO.

**Case Number** 00-41583 N11

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or entity to whom the debtor owes money or property):
A OUIE PYIE

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving the particulars.

**FILED**

JUN - 5 2000

BANKRUPTCY COURT
OAKLAND, CALIFORNIA

**Name and address where notices should be sent:**
650 Westtown Rd.
PO Box 564
West Chester, Pa. 19381

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**Telephone Number:** 20489

THIS SPACE IS FOR COURT USE ONLY

**Account or other number by which creditor identifies debtor:**

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated:_____

**1. Basis for Claim**
- ☐ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Your SS#: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date) (date)

**2. Date debt was incurred:**

**3. If court judgement, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 43,054.51

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
- ☐ Real Estate   ☐ Motor Vehicle
- ☐ Other _____

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim above, if any $ _____

**6. Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $4300),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507(a)(3)
- ☐ Contributions to an employee benefit plan - 11 U.S.C.§507(a)(4)
- ☐ Up to $1950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507(a)(6)
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child- 11 U.S.C. §507(a)(7)
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507(a)(8)
- ☐ Other - Specify applicable paragraph of 11 U.S.C. §507(a)(_____)

*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security, agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.D.C.
CASE NO.: 00-41584
**CLAIM NO.: 56**

**Date** 5/12/00

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any).
Peter Latta President

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

**PROOF OF CLAIM**
**CHAPTER 11**

| Name of Debtor: | Case Number: |
|---|---|
| ☐ CROWN VANTAGE, INC. | 00-41584N11 |
| ☐ CROWN PAPER COMPANY | 00-41583N11 |

Your Claim Is Scheduled As Follows:
Crown Paper, Co.
Unsecured Non-Priority Claim
In the Amount Of: $616.55

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584
**CLAIM NO.: 317**

Name of Creditor (The person or entity to whom the debtor owes money or property):
CRV-45888-BD-RI
ABAL MATERIAL HANDLING INC
1401 PLANTATION RD NE
ROANOKE VA 24012

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case.

☐ Check this box if your address differs from the address on the envelope sent to you.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS. If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:

Name of Creditor _____

Address of Creditor _____

City/State/Zip Code _____

Telephone No. of Creditor: 540-982-2796
Fax No. 5409822798
Tax I.D. No. or Social Security No. of Creditor: 54-1289633

| Account or Other Number by Which Creditor Identifies Debtor: | Check here ☐ replaces if this claim ☐ amends a previously filed claim, dated _____ |
|---|---|

**1. Basis For Claim:**
- ☑ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries and compensation (fill out below)
  - Your Social Security No. _____
  - Unpaid compensation for services performed
  - From: _____ (date) to _____ (date)

**2. Date Debt Was Incurred:** 2-29-2000

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):** $ 641.39

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other _____
Value of collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$ _____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use – 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child –11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units – 11 U.S.C. § 507(a)(8).
☐ Other – specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

JUL 14 P 3:03
RECEIVED BY GARDEN CITY GROUP

| Date: 7-11-00 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): Ann S. Jennings  ANN T. JENNINGS  Controller |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

FILED: U.S.B.C.N.D.C.
CASE NO.: 00-41584
**CLAIM NO.: 33**



| United States Bankruptcy Court<br>Northern District of California (Oakland) | **PROOF OF CLAIM** | FILED<br>00 MAY 15 PM 2:12<br>KEENAN C. GALABY, CLERK<br>U.S. BANKRUPTCY COURT<br>NORTHERN DIST. OF CA.<br>OAKLAND, CA. |
|---|---|---|

| In re (Name of Debtor)<br>Crown Paper Company (Crown Vantage, Inc.) | Case Number<br>00-41583 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor**
*(The person or entity to whom the debtor owes money or property)*
Air Products and Chemicals, Inc.   46502

**Name and Addresses Where Notices Should be Sent**

Air Products and Chemicals, Inc.
ATTN: Nancy Gregoris
7201 Hamilton Blvd.
Allentown, PA 18195-1501
Telephone No. (610) 481-2123

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**THIS SPACE IS FOR COURT USE ONLY**

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES
DEBTOR: 00028647, 00263417, 00000984

Check here if this claim: ☐ replaces ☐ amends   a previously filed claim, dated: _____

**1. BASIS FOR CLAIM**
☑ Goods sold
☑ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☑ Other (Describe briefly) Cylinder Assets

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensations (Fill out below)
Your social security number _____
Unpaid compensations for services performed
from _____ to _____
    (date)        (date)

**2. DATE DEBT WAS INCURRED:**
See statement attached

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another.
CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM.

☐ **SECURED CLAIM** $ _____
Attach evidence of perfection of security interest
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other (Describe briefly)
Amount of arrearage and other charges included in secured claim above.
if any $ _____

☑ **UNSECURED NONPRIORITY CLAIM** $ 97,514.41
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ **UNSECURED PRIORITY CLAIM** $ _____
Specify the priority of the claim.
☐ Wages, salaries, or commissions (up to $2000), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(3)
☐ Contributions to an employee benefit plan — U.S.C. § 507(a)(4)
☐ Up to $900 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(6)
☐ Taxes or penalties of governmental units — 11 U.S.C. § 507(a)(7)
☐ Other — 11 U.S.C. §§ 507(a)(2), (a)(5) — (Describe briefly)

**5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:**

| $ 97,514.41 | $ _____ | $ _____ | $ 97,514.41 |
|---|---|---|---|
| (Unsecured) | (Secured) | (Priority) | (Total) |

☐ Check this box if claim includes prepetition charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**7. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. TIME-STAMPED COPY:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

**THIS SPACE IS FOR COURT USE ONLY**

| Date<br>May 8, 2000 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br>*Nancy Gregoris*<br>Nancy Gregoris, APCI Credit Administration |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**PROOF OF CLAIM**
**CHAPTER 11**

**Name of Debtor:**

☐ **CROWN VANTAGE, INC.**

☐ **CROWN PAPER COMPANY**

**Case Number:**

**00-41584N11**

**00-41583N11**

Your Claim Is Scheduled As Follows:
Crown Paper, Co.
**Unsecured Non-Priority Claim**
In the Amount Of: **$1,740.55**

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or entity to whom the debtor owes money or property):

CRV-44943-BD-LE
AIRMATIC INC
PO BOX 7777W-8465
7317 STATE ROAD
PHILADELPHIA PA 19015

*19136*

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case.

☐ Check this box if your address differs from the address on the envelope sent to you.

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584
**CLAIM NO.: 342**

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, **EXCEPT AS FOLLOWS**. If the amount shown is **DISPUTED, UNLIQUIDATED OR CONTINGENT,** a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need notrefile your claim.

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:

Name of Creditor  *AIRMATIC INC*

Address of Creditor  *7317 STATE RD*

*PHILADELPHIA PA 19136*

City/State/Zip Code

Telephone No. of Creditor:
*215.333.5600*

Fax No.: *215.331.9770*

Tax I.D. No. or Social
Security No. of Creditor:
*23-1512391*

**Account or Other Number by Which Creditor Identifies Debtor:**

Check here ☐ replaces
if this claim ☐ amends   a previously filed claim, dated ____

| 1. Basis For Claim: | | |
|---|---|---|
| ☐ Goods sold | ☐ Severance agreement | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) |
| ☐ Services performed | ☐ Refund | ☐ Wages, salaries and compensation (fill out below) |
| ☐ Money loaned | ☐ Real property lease | Your Social Security No. ____ |
| ☐ Personal injury/wrongful death | ☐ Personal property lease | Unpaid compensation for services performed |
| ☐ Taxes | ☐ Other contract ____ | From ____ to ____ |
| ☐ Other ____ | | (date)      (date) |

**2. Date Debt Was Incurred:**

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):**
$ ____

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other ____

Value of collateral: $ ____

Amount of arrearage and other charges at time case filed included in secured claim, if any:

$ ____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ ____
Specify the priority of the claim:
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use – 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units – 11 U.S.C. § 507(a)(8).
☐ Other – specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

Date:
*7/17/00*

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

*Stephen P. Dougherty, Secy.*

RECEIVED
LOGAN & COMPANY
'00 JUL 19 PM 2:20

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

| Name of Debtor | Case Number: | Your Claim Is Scheduled As Follows: |
|---|---|---|
| ☒ CROWN VANTAGE, INC. | 00-41584N11 | |
| ☒ CROWN PAPER COMPANY | 00-41583N11 | |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or entity to whom the debtor owes money or property):

CRV-19790-BD-25
ALBANY INTERNATIONAL *CORP.*
1373 BROADWAY
ALBANY NY 12204
*Attn: C.J. Silva, JR.*

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case.

☐ Check this box if your address differs from the address on the envelope sent to you.

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584
CLAIM NO.: 2327

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have not filed a claim against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:

Name of Creditor _____

Address of Creditor _____

City/State/Zip Code _____

Telephone No. of Creditor: *518 445-2277*
Fax No. *518 447-6575*
Tax I.D. No. or Social Security No. of Creditor: *14-0462060*

**Account or Other Number by Which Creditor Identifies Debtor:**

Check here ☐ replaces
if this claim ☐ amends a previously filed claim, dated _____

**1. Basis For Claim:**
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries and compensation (fill out below)
  Your Social Security No. _____
  Unpaid compensation for services performed
  From: _____ to _____
  (date) (date)

**2. Date Debt Was Incurred:** *See attached*

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):** $ *258,127.83*

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other _____
Value of collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$_____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier -- 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan -- 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use -- 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child -- 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units -- 11 U.S.C. § 507(a)(8).
☐ Other -- specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

SEP -6 P3:08

Date: *9/5/2000*

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
*Charles J. Silva, JR.*
*Assistant Secretary*

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

FORM B10 (Official Form 10) (9/97)

| UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA OAKLAND DIVISION | PROOF OF CLAIM CHAPTER 11 |
|---|---|

| Name of Debtor:<br>☐ CROWN VANTAGE, INC.<br>☑ CROWN PAPER COMPANY | Case Number:<br>00-41584N11<br>00-41583N11 | Your Claim Is Scheduled As Follows:<br>Crown Paper, Co.<br>Unsecured Non-Priority Claim<br>In the Amount Of: $19,299.51 |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503

| Name of Creditor (The person or entity to whom the debtor owes money or property):<br>CRV-45942-BD-RI<br>ALUSUISSE ALUMINUM USA INC<br>17-17 ROUTE 208<br>FAIRLAWN NJ 07410 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.<br><br>☐ Check this box if you never received any notices in this case.<br><br>☐ Check this box if your address differs from the address on the envelope sent to you. | DEBTOR: CROWN VANTAGE<br>FILED: U.S.B.C.N.C.D.<br>CASE NO.: 00-41584<br>**CLAIM NO.: 622** |

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need notrefile your claim.

| If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:<br><br>Name of Creditor _____<br><br>Address of Creditor _____<br><br>City/State/Zip Code _____ | Telephone No. of Creditor:<br>201-794-285-20<br><br>Fax No.: 21-794-2275<br><br>Tax I.D. No. or Social Security No. of Creditor:<br>522 1155 41 |

| Account or Other Number by Which Creditor Identifies Debtor:<br>_____ | Check here ☐ replaces<br>if this claim ☐ amends a previously filed claim, dated _____ |

| 1. Basis For Claim:<br>☑ Goods sold<br>☐ Services performed<br>☐ Money loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☐ Other _____ | ☐ Severance agreement<br>☐ Refund<br>☐ Real property lease<br>☐ Personal property lease<br>☐ Other contract _____ | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)<br>☐ Wages, salaries and compensation (fill out below)<br>Your Social Security No. _____<br>Unpaid compensation for services performed<br>From: _____ to _____<br>(date)         (date) |

2. Date Debt Was Incurred: 3/9/00

3. If claim is based on a Court Judgment, Date Obtained:

4. Total Amount of Claim at Time Case Filed (March 15, 2000): $ 19,299.51

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

| 5. Secured Claim:<br>☐ Check this box if your claim is secured by collateral (including a right of setoff).<br>Brief description of collateral:<br>☐ Real Estate ☐ Motor Vehicle ☐ Other _____<br>Value of collateral: $ _____<br><br>Amount of arrearage and other charges at time case filed included in secured claim, if any:<br>$ _____ | 6. Unsecured Priority Claim:<br>☐ Check this box if you have an unsecured priority claim<br>Amount entitled to priority $ _____<br>Specify the priority of the claim<br>☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier -- 11 U.S.C. § 507(a)(3).<br>☐ Contributions to an employee benefit plan -- 11 U.S.C. § 507(a)(4).<br>☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use -- 11 U.S.C. § 507(a)(6).<br>☐ Alimony, maintenance or support owed to a spouse, former spouse or child --11 U.S.C. § 507(a)(7).<br>☐ Taxes or penalties of governmental units -- 11 U.S.C. § 507(a)(8).<br>☐ Other -- specify applicable paragraph of 11 U.S.C. § 507(a)(___). |

| 7. Credits: The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.<br>8. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.<br>9. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim. | This Space Is For Court Use Only<br>RECEIVED BY<br>JUL 31 P 1:56 |

| Date: | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>Gloria Newman, Credit Manager. |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

BOF 19
(8/83)

# United States Bankruptcy Court

For the __Northern__ _____ District of __California__

In re Crown Vantage   46558

**FILED**

**00 JUN -6 PM 2: 08** ___ No. 00-41584

KEENAN G. CASADY, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA.
OAKLAND, CA.

**PROOF OF CLAIM**

*Debtor\**

1. *[If claimant is an individual claiming for himself]* The undersigned, who is the claimant herein, resides at\*\*

*[If claimant is a partnership claiming through a member]* The undersigned, who resides at\*\*

is a member of _____ , a partnership,
composed of the undersigned and
of\*\*                                                                                              , and
doing business at\*\*
and is authorized to make this proof of claim on behalf of the partnership.
*[If claimant is a corporation claiming through an authorized officer]* The undersigned, who resides at\*\* PO BOX 6925
                                                                        CLEVELAND, OHIO 44101

is the **ASSISTANT TREASURER**                    of **APPLIED INDUSTRIAL TECHNOLOGIES-**
a corporation organized under the laws of **TENNESSEE**                **DIXIE BEARINGS, INC.**
and doing business at\*\* **PO BOX 6925    CLEVELAND, OHIO   44101**
and is authorized to make this proof of claim on behalf of the corporation.
*[If claim is made by agent]* The undersigned, who resides at\*\*
of\*\*                                                                        , is the agent of
                                                                              , and is
authorized to make this proof of claim on behalf of the claimant.

2. The debtor was, at the time of the filing of the petition initiating this case, and still is indebted *[or liable]* to this claimant, in the sum of $ 159,063.24

3. The consideration for this debt *[or ground of liability]* is as follows: **MATERIALS FURNISHED ON OPEN ACCOUNT**

4. *[If the claim is founded on a writing]* The writing on which this claim is founded (or a duplicate thereof) is attached hereto *[or cannot be attached for the reason set forth in the statement attached hereto]*.

5. *[If appropriate]* This claim is founded on an open account, which became *[or will become]* due on
_____ , as shown by the itemized statement attached hereto.
Unless it is attached hereto or its absence is explained in an attached statement, no note or other negotiable instrument has been received for the account or any part of it.

6. No judgment has been rendered on the claim except   **NONE**

7. The amount of all payments of this claim has been credited and deducted for the purpose of making this proof of claim.

8. This claim is not subject to any setoff or counter-claim except   **NONE**

9. No security interest is held for this claim except **NONE**

*[If security interest in the property of the debtor is claimed]* The undersigned claims the security interest under the writing referred to in paragraph 4 hereof *[or under a separate writing (or a duplicate of which) is attached hereto, or under a separate writing which cannot be attached hereto for the reason set forth in the statement attached hereto]*. Evidence of perfection of such security interest is also attached hereto.

10. This claim is a general unsecured claim, except to the extent that the security interest, if any, described in paragraph 9 is sufficient to satisfy the claim. *[If priority is claimed, state the amount and basis thereof.]*

| $ **159,063.24** |
|---|
| **Total Amount Claimed** |

Claim Number
(For Office Use Only)

Name of Creditor: **APPLIED INDUSTRIAL TECHNOLOGIES-DIXIE BEARINGS, INC.**
                    *(Print or Type Full Name of Creditor)*

Dated:   **5-11-00** .   Signed: *Alan M. Krupa*
                          **ALAN M. KRUPA**                    **ASSISTANT TREASURER**

*Penalty for Presenting Fraudulent Claim.* Fine of not more than $5,000 or imprisonment for not more than 5 years or both—Title 18, U.S.C., ¶152.

*\*Include all names used by debtor within last 6 years.*       *\*\*State mailing address.*

**Name of Debtor:**

☑ CROWN VANTAGE, INC.
☑ CROWN PAPER COMPANY

**Case Number:**

00-41584N11

00-41583N11

**Your Claim Is Scheduled As Follows:**

Crown Paper, Co.
Unsecured Non-Priority Claim
In the Amount Of: $1,677.01

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or entity to whom the debtor owes money or property):

CRV-52946-BD-CV
BAKER PRINTING CO
PO BOX 450
BAKER LA 70714

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case.

☐ Check this box if your address differs from the address on the envelope sent to you.

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584
**CLAIM NO.: 576**

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is DISPUTED, UNLIQUIDATED or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file your claim.

**If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:**

Name of Creditor _____

Address of Creditor _____

City/State/Zip Code _____

Telephone No. of Creditor:
(225) - 775-0137

Fax No.: (225) 775-0174

Tax I.D. No. or Social Security No. of Creditor:
72-065/M281

**Account or Other Number by Which Creditor Identifies Debtor:**

# 227  # 458

Check here ☐ replaces
if this claim ☐ amends   a previously filed claim, dated _____

**1. Basis For Claim:**

☑ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries and compensation (fill out below)
Your Social Security No. _____
Unpaid compensation for services performed
From: _____ (date) to _____ (date)

**2. Date Debt Was Incurred:** 01-14-00 4-29-99 → 2-23-00

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):** $2231.71

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**

☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other _____

Value of collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any:

$ _____

**6. Unsecured Priority Claim:**

☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier -- 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan -- 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use -- 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child -- 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units -- 11 U.S.C. § 507(a)(8).
☐ Other -- Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

'00 JUL 28 P3:12
RECEIVED BY

**Date:** 7-21-00

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

L. THOMAS SEEKELL
J. Thomas Seekell   CONTROLLER

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

FORM B10 (Official Form 10) (9/97)

<table>
<tr><td colspan="2">UNITED STATES BANKRUPTCY COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND DIVISION</td><td>PROOF OF CLAIM<br>CHAPTER 11</td></tr>
</table>

| Name of Debtor: | Case Number: | Your Claim Is Scheduled As Follows: |
|---|---|---|
| ☒ CROWN VANTAGE, INC. | 00-41584N11 | Crown Paper, Co. |
| ☐ CROWN PAPER COMPANY | 00-41583N11 | Unsecured Non-Priority Claim<br>In the Amount Of: ~~$10,447.48~~<br>*$20,431.08* |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or entity to whom the debtor owes money or property): | |
|---|---|
| CRV-45996-BD-RI<br>BARECO PRODUCTS<br>~~2 MAIN ST.~~ *140 E. Mains St.* *P.O. Box 10312*<br>~~ROUSEVILLE PA 16344~~ *Rock Hill, SC 29731* | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.<br>☐ Check this box if you have never received any notices in this case.<br>☒ Check this box if your address differs from the address on the envelope sent to you. |

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584
CLAIM NO.: 734

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS. If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need notrefile your claim.

| If address identified above is incorrect, or if notices should be sent to a different address, please complete the following: | |
|---|---|
| *Bareco Products*<br>Name of Creditor<br>*P.O. Box 10312 (140 E. Mains St.)*<br>Address of Creditor<br>*Rock Hill*<br>City/State/Zip Code  *SC 29751* | Telephone No. of Creditor:<br>*(803) 327 8401*<br>Fax No.: *(803) 328 8447*<br>Tax I.D. No. or Social Security No. of Creditor:<br>*76-0455983* |

Check here ☐ replaces
if this claim ☐ amends   a previously filed claim, dated _____

| 1. Basis For Claim | | |
|---|---|---|
| ☒ Goods sold | ☐ Severance agreement | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) |
| ☐ Services performed | ☐ Refund | ☐ Wages, salaries and compensation (fill out below) |
| ☐ Money loaned | ☐ Real property lease | Your Social Security No. _____ |
| ☐ Personal injury/wrongful death | ☐ Personal property lease | Unpaid compensation for services performed |
| ☐ Taxes | ☐ Other contract _____ | From: _____ to _____ |
| ☐ Other _____ | | (date)   (date) |

2. Date Debt Was Incurred: *1/28/2000*
3. If claim is based on a Court Judgment, Date Obtained:

4. Total Amount of Claim at Time Case Filed (March 15, 2000): $ *20,431.08*

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

5. Secured Claim:
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$ _____

6. Unsecured Priority Claim:
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use – 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units – 11 U.S.C. § 507(a)(8).
☐ Other – specify applicable paragraph of 11 U.S.C. § 507(a)(___).

7. Credits: The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.
8. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.
9. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

| Date:<br>*7/31/00* | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>*W. Haluch, Dir. of Administration* |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.D.C.
CASE NO.: 00-41584
**CLAIM NO.: 146**

_____ed States Bankruptcy Court

_____ District of _____

# PROOF OF CLAIM

| In re (Name of Debtor) | Case Number |
|---|---|
| Crown Vantage | 00-41584 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor
(The person or other entity to whom the debtor owes money or property)   20541

BAX (Burlington Air Express) Global

Name and Address Where Notices Should be Sent

BAX GLOBAL
16808 Armstrong Ave.
P.O. Box 19571
Irvine, CA  92623-9571

Telephone No. (714) 752-1212

☐ Check box if you are aware that any-one else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:

93937282

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated:_____

**1. BASIS FOR CLAIM**
- ☐ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other (Describe briefly)

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (Fill out below)
  Your social security number_____
  Unpaid compensation for services performed
  from_____ to_____
  (date)                              (date)

**2. DATE DEBT WAS INCURRED**

12-28-99 thru 3-15-00

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another. CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

☐ SECURED CLAIM $_____
Attach evidence of perfection of security interest
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other (Describe briefly)

Amount of arrearage and other charges at time case filed included in secured claim above, if any $_____

☒ UNSECURED NONPRIORITY CLAIM $ 14446.17
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ UNSECURED PRIORITY CLAIM $_____
Specify the priority of the claim.

☐ Wages, salaries, or commissions (up to $4000),* earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier—11 U.S.C. § 507(a)(3)

☐ Contributions to an employee benefit plan—11 U.S.C. § 507(a)(4)

☐ Up to $1,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use—11 U.S.C. § 507(a)(6)

☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child—11 U.S.C. § 507(a)(7)

☐ Taxes or penalties of governmental units—11 U.S.C. § 507(a)(8)

☐ Other—Specify applicable paragraph of 11 U.S.C. § 507(a)_____
*Amounts are subject to adjustment on 4/11/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. TOTAL AMOUNT OF CLAIM AT THE TIME CASE FILED:** $ 14446.17 (Unsecured)  $_____ (Secured)  $_____ (Priority)  $ 14446.17 (Total)

☐ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

THIS SPACE IS FOR COURT USE ONLY

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**7. SUPPORTING DOCUMENTS:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. TIME-STAMPED COPY:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed enveloped and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) |
|---|---|
| July 11, 00 | G R Hodapp   G.R. Hodapp |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

**PROOF OF CLAIM**

**CHAPTER 11**

| Name of Debtor: | Case Number: | Your Claim Is Scheduled As Follows: |
|---|---|---|
| ☒ CROWN VANTAGE, INC. | 00-41584N11 | |
| ☐ CROWN PAPER COMPANY | 00-41583N11 | |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or entity to whom the debtor owes money or property):

CRV-19915
BetzDearborn
4636 Somerton Road
Trevose, PA 19053-6783

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case.

☐ Check this box if your address differs from the address on the envelope sent to you.

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584
**CLAIM NO.: 2300**

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need notrefile your claim.

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:

Name of Creditor
1313 N. Market Street
Address of Creditor
Wilmington, DE 19894-0001
City/State/Zip Code

Telephone No. of Creditor:
302-594-5774

Fax No.: 594-7660

Tax I.D. No. or Social Security No. of Creditor:
231503731

| Account or Other Number by Which Creditor Identifies Debtor: | Check here ☐ replaces |
|---|---|
| | if this claim ☐ amends a previously filed claim, dated _____ |

**1. Basis For Claim:**
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries and compensation (fill out below)
  Your Social Security No. _____
  Unpaid compensation for services performed
  From: _____ (date) to _____ (date)

**2. Date Debt Was Incurred:**
July 1999 - March 2000

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):**
$ 273,481.26

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____

Value of collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any:

$_____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use — 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child — 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units — 11 U.S.C. § 507(a)(8).
☐ Other – specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of liens. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

Date: 9/5/00

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

Anthony M. Petrucci, Corporate Credit Manager

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

| Name of Debtor: | Case Number: | Your Claim Is Scheduled As Follows: |
|---|---|---|
| ☒ **CROWN VANTAGE, INC.** | **00-41584N11** | |
| ☐ **CROWN PAPER COMPANY** | **00-41583N11** | |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| | |
|---|---|
| **Name of Creditor** (The person or entity to whom the debtor owes money or property): <br><br> CRV-59164-BD-42 <br> THE BODINE CO <br> PO BOX 460 <br> COLLIERVILLE TN 38027-0460 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details. <br> ☒ Check this box if you have never received any notices in this case. <br> ☐ Check this box if your address differs from the address on the envelope sent to you. |

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584
**CLAIM NO.: 196**

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

| If address identified above is incorrect, or if notices should be sent to a different address, please complete the following: <br><br> _____ <br> Name of Creditor <br> _____ <br> Address of Creditor <br> _____ <br> City/State/Zip Code | Telephone No. of Creditor: <br><br> Fax No.: <br><br> Tax I.D. No. or Social Security No. of Creditor: |
|---|---|

| Account or Other Number by Which Creditor Identifies Debtor: | Check here ☐ replaces |
|---|---|
| | if this claim ☐ amends a previously filed claim, dated_____ |

**1. Basis For Claim:**
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries and compensation (fill out below)
  Your Social Security No. _____
  Unpaid compensation for services performed
  From: _____ to _____
  (date)                    (date)

**2. Date Debt Was Incurred:**
03/03/2000 & 06/29/2000

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):**
$ 299.58

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$ _____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use – 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units – 11 U.S.C. § 507(a)(8).
☐ Other – specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.
**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.
**9. Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

RECEIVED BY '00 JUL 17 P4:06

| Date: <br> 7/14/2000 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): <br><br> Patricia Dollar   Senior Accountant <br> Patricia Dollar   Senior Accountant |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

B10 (Official Form 10)
(REV. 8/91)

FILED

00 MAY -2 PM 12: 03

KEENAN G. CASNER, CLER
U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA.
SAN FRANCISCO, CA.

# United States Bankruptcy Court

**Northern** District of **California**

**PROOF OF CLAIM**

In re (Name of Debtor)

**Crown Vantage**

Case Number

**00-41584**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C. S 503

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.D.C.
CASE NO.: 00-41584
**CLAIM NO.: 24**

Name of Creditor
*(The person or entity to whom the debtor owes money or property)*
Burns International Security Services

*46102*

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and Addresses Where Notices Should be Sent

Burns International Security Services
2 Campus Drive
Parsippany, NJ 07054

☒ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR
COURT USE ONLY

Telephone No.        973-397-2153

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:

**000018542/000036609/000036608**

☐ replaces

Check here if this claim:    ☐ amends

1. **BASIS FOR CLAIM**
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other (Describe briefly)

   ☐ Retiree benefits as defined in 11 U.S.C. S 1114(a)
   ☐ Wages, salaries, and compensations (Fill out below)
   Your social security number
   Unpaid compensations for services performed
   from _____ to _____
   (date)                    (date)

. DATE DEBT WAS INCURRED:        10/15/99-3/10/00

3. IF COURT JUDGMENT, DATE OBTAINED:

. CLASSIFICATION OF CLAIM. Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority (2) Unsecured Priority, (3)3 Secured. It is possible for part of a claim to be in one category and part of another.
CHECK THE APPROPRIATE BOX OR BOXES that best describe your state and STATE THE AMOUNT OF THE CLAIM.

☐ SECURED CLAIM $ _____
Attach evidence of perfection of security interest
Brief Description of Collateral:
  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other (Describe briefly)

Amount of arrearage and other charges included in secured claim above
if any $_____

☒ UNSECURED NONPRIORITY CLAIM $     **$21,191.41**
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ UNSECURED PRIORITY CLAIM        x

Specify the priority of the claim.
☐ Wages, salaries, or commissions (up to $2000), earned not more than 90 days before filing of the bankruptcy petition or ceasation of the debtor's business, whichever is earlier-11 U.S.C S 507(a)(3)

☐ Contributions to an employee benefit plan-U.S.C. S507(a)(3)

☐ Up to $900 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use-11 U.S.C S 507(a)(6)

☐ Taxes or penalties of governmental units-11 U.S.C S 507(a)(7)

☐ Other-11 U.S.C SS 507(a)(2), (a)(5)-Describe briefly

TOTAL AMOUNT OF
CLAIM AT TIME    $
CASE FILED

| $21,191.41 | $0.00 | $0.00 | $ | $21,191.41 |
| (Unsecured) | (Secured) | (Priority) | | (Total) |

Check the box if claim preparation charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

THIS SPACE IS FOR
COURT USE ONLY

. SUPPORTING DOCUMENTS: Attach copies of supporting documents, such as promissory notes, purchase orders invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests, If the documents are not available, explain. If the documents are voluminous, attach a summary.

. TIME STAMPED COPY: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) |
|------|------|
| **4/27/00** | Nancy Golden        Credit Manager |

*Penalty for presenting fraudulent claim:*    Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. SS 152 and 3571

| Name of Debtor: | Case Number: |
| --- | --- |
| ☒ CROWN VANTAGE, INC. | 00-41584N11 |
| ☐ CROWN PAPER COMPANY | 00-41583N11 |

Your Claim Is Scheduled As Follows:

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

DEBTOR: CROWN VANTAGE, INC.
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584
**CLAIM NO.: 1690**

**Name of Creditor** (The person or entity to whom the debtor owes money or property):

CRV-44245-BD-LE
CANON FINANCIAL SERVICES INC
PO BOX 42937
PHILADELPHIA PA

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing detail.

☐ Check this box if you have never received any notices in this case.

☒ Check this box if your address differs from the address on the envelope sent to you.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS. If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:

Name of Creditor: *Canon Financial*
Address of Creditor: *200 Commerce Sq Blvd*
City/State/Zip Code: *Burling ton NJ 08016*

Telephone No. of Creditor: *609 387 8555*
Fax No.: *609 386-3333*
Tax I.D. No. or Social Security No. of Creditor: *22-305-6822*

| Account or Other Number by Which Creditor Identifies Debtor: *37696.2* | Check here ☐ replaces if this claim ☐ amends a previously filed claim, dated ___ |
| --- | --- |

**1. Basis For Claim:**
- ☐ Goods sold
- ☐ Services performed
- ☒ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other ___
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract ___
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries and compensation (fill out below)
  Your Social Security No. ___
  Unpaid compensation for services performed
  From: ___ to ___
  (date) (date)

**2. Date Debt Was Incurred:** *5/4/99*

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):** $ *60,322.68*

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate ☐ Motor Vehicle ☒ Other *2 Canon NP6085 Copiers*
Value of collateral: $ *50,000.—*

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$ *0*

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ ___
Specify the priority of the claim:
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use — 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child — 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units — 11 U.S.C. § 507(a)(8).
☐ Other — specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

| Date: *8/26/00* | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *Paul Gunson* |
| --- | --- |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

**Name of Debtor:**

☒ **CROWN VANTAGE, INC.**

☐ **CROWN PAPER COMPANY**

Case Number:

00-41584N11

00-41583N11

Your Claim Is Scheduled As Follows:

Crown Paper, Co.
Unsecured Non-Priority Claim
In the Amount Of: $4,752.48

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503

DEBTOR: CROWN VANTAGE, INC.
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584
**CLAIM NO.: 1691**

**Name of Creditor (The person or entity to whom the debtor owes money or property):**

CRV-46000-BD-RI
CANON FINANCIAL SERVICES INC
200 COMMERCE SQUARE BLVD
BURLINGTON NJ 08016

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case.

☐ Check this box if your address differs from the address on the envelope sent to you.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, **EXCEPT AS FOLLOWS** If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need notrefile your claim.

**If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:**

Name of Creditor

Address of Creditor

City/State/Zip Code

Telephone No. of Creditor:
609 387 8555

Fax No.
609 386 3333

Tax I.D. No. or Social Security No. of Creditor:
22-305-6822

**Account or Other Number by Which Creditor Identifies Debtor:**
37696.1

Check here ☐ replaces
if this claim ☐ amends a previously filed claim, dated ____

**1. Basis For Claim:**

☐ Goods sold
☐ Services performed
☒ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other ____

☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries and compensation (fill out below)
Your Social Security No. ____
Unpaid compensation for services performed
From: ____ (date) to ____ (date)

**2. Date Debt Was Incurred:** 8/29/97

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):** $ 7943.63

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral: Canon copiers
☐ Real Estate  ☐ Motor Vehicle  ☒ Other CLC 700 + colorpass + BP200 copier
Value of collateral: $ 7000.00

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$ 0

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ ____
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use — 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child—11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units — 11 U.S.C. § 507(a)(8).
☐ Other — specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

Date: 8/26/01

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Coll Mgr.
Paul Conover

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

*FILED*

| UNITED STATES BANKRUTPCY COURT OF NORTHERN DISTRICT OF CALIFORNIA | PROOF OF CLAIM |
|---|---|

| NAME OF DEBTOR | CASE NUMBER |
|---|---|
| CROWN VANTAGE, INC. | 00-41584-N11 |

*01 NOV 13 PM 4:3*

**FILED**
NOV 1 ... BANKRUPTCY COURT
... OF CA.
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of creditor (The person or entity to whom the debtor owes money or property):

CANON FINANCIAL SERVICES, INC.    83523

☐ Check box if you are aware that anyone else has filed a Proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:

ANDREW SKLAR, ESQUIRE
SKLAR & PAUL, P.C.
2201 ROUTE 38 EAST, SUITE 100
CHERRY HILL, NEW JERSEY 08002
856/482-7900

☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the Court.

THIS SPACE IS FOR COURT USE ONLY

| Account or other number by which creditor identifies debtor: | Check here ☐ replaces ☐ amends | A previously filed claim, dated |
|---|---|---|
| 26885 | if this claim | |

**1. Basis for Claim**
☐ Goods Sold
☐ Services Performed
☐ Money Loaned
☐ Personal Injury/Wrongful Death
☐ Taxes
☒ Other: PROPERTY LEASED

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Your SS# _____ - _____ - _____
Unpaid compensation for services performed
from _____ to _____

**2. Date debt was incurred:**
May 4, 1999

**3. If Court Judgment, dated obtained:**

**4. Total Amount of Claim at Time Case Filed:** $30,683.69
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☒ Check this box if claim includes interest or other charges in addition to the principal amount of this claim. Attach itemized statement of all interest or additional charges

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other: _____
Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in Secured claim, if any $ _____

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salary, or commissions (up to $4,300)*, earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
☐ Contribution to an employee benefit plan – 11 U.S.C. § 507 (a)(4)
☐ Up to $1,950* of deposits toward purchase, lease or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse or child – 11 U.S.C. § 507 (a)(7)
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8)
☐ Other – Specify applicable paragraph of 11 U.S.C. § 50 l(X ).
*Amounts are subject to adjustment on 4/1/01 and every 3 years thereafter with with respect to cases commenced on or after the date of adjustment

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous attach a summary.

**9. Date Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date: November 1, 2001 | Sign and print the name and title, if any, of the creditor or other person authorized to file This claim (attach copy of Power of Attorney, if any): |
|---|---|

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for p to 5 years, or both. 18 U.S.C. §§152 and 3571!

FORM B10 (Official Form 10) (4/98)

| UNITED STATES BANKRUPTCY COURT     <u>NORTHERN</u> DISTRICT OF <u>CALIFORNIA</u> | **PROOF OF CLAIM** |
|---|---|

| Name of Debtor: CROWN VANTAGE, INC. | Case Number: 00-41584 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>CARGILL, INC. | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|

Name and address where notices should be sent:
Monica L. Clark, Esq.
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

*83596*

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☒ Check box if the address differs from the address on the envelope sent to you by the court.

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.:00-41584
**CLAIM NO.:3019**

THIS SPACE IS FOR COURT USE ONLY

**THIS SPACE IS FOR COURT USE ONLY**

| Account or other number by which creditor identifies debtor:<br><br>188725 1 | Check here<br>if this claim ☐ replaces a previously filed claim, dated: _____<br>☐ amends |
|---|---|

| 1. | Basis for Claim |
|---|---|

☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other     11 U.S.C. § 502(h); Settlement of ADV Pro. No. 02-4436

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Your SS#: _____
Unpaid compensation for services performed
from _____ to _____
    (date)       (date)

| 2. Date debt was incurred: preference period | 3. If court judgment, date obtained: |
|---|---|

4. Total Amount of Claim at Time Case Filed:     $43,439.55, plus interest, fees and expenses, including attorneys' fees.

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle
☐ Other
Value of Collateral:

Amount of arrearage and other charges <u>at time case filed</u> included in secured claim, if any:

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,300),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $1,950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C.§ 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
* Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

7. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

8. **Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

9. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

LOGAN & COMPANY, INC.    RECEIVED FEB 24 AM 10:32

| Date: 2/20/2004 | CARGILL, INC.<br>By: *Edward Humphrey*<br>        Edward Humphrey |
|---|---|

*Penalty for presenting a fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

FORM B10 (Official Form 10) (4/98)

| UNITED STATES BANKRUPTCY COURT | NORTHERN DISTRICT OF CALIFORNIA | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: CROWN VANTAGE, INC. | Case Number: 00-41584 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>CARGILL, INC.<br>Aka: CARGILL BATON ROUGE | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☒ Check box if the address differs from the address on the envelope sent to you by the court. | DEBTOR: CROWN VANTAGE<br>FILED: U.S.B.C.N.C.D.<br>CASE NO.:00-41584<br>**CLAIM NO.:3018**<br>THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|

Name and address where notices should be sent:
Monica L. Clark, Esq.
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

83594

| Account or other number by which creditor identifies debtor:<br><br>188725 1 | Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____ |
|---|---|

| 1. | **Basis for Claim** | | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) |
|---|---|---|---|
| | ☒ Goods sold | | ☐ Wages, salaries, and compensation (fill out below) |
| | ☐ Services performed | | Your SS#:_____ |
| | ☐ Money loaned | | Unpaid compensation for services performed |
| | ☐ Personal injury/wrongful death | | from _____ to _____ |
| | ☐ Taxes | | (date)        (date) |
| | ☒ Other    11 U.S.C. § 502(h); Settlement of ADV Pro. No. 02-4169 | | |

| 2. | Date debt was incurred: preference period | 3. | If court judgment, date obtained: |
|---|---|---|---|

| 4. | **Total Amount of Claim at Time Case Filed:** | $58,419.90, plus interest, fees and expenses, including attorneys' fees. |
|---|---|---|

☐ If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of all interest or additional charges.

| 5. | **Secured Claim.** | 6. | **Unsecured Priority Claim.** |
|---|---|---|---|
| | ☐ Check this box if your claim is secured by collateral (including a right of setoff). | | ☐ Check this box if you have an unsecured priority claim<br>Amount entitled to priority $_____ |
| | Brief Description of Collateral: | | Specify the priority of the claim: |
| | ☐ Real Estate    ☐ Motor Vehicle | | ☐ Wages, salaries, or commissions (up to $4,300),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3). |
| | ☐ Other | | ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4). |
| | Value of Collateral: | | ☐ Up to $1,950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6). |
| | Amount of arrearage and other charges at time case filed included in secured claim, if any: | | ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7). |
| | | | ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8). |
| | | | ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____). |
| | | | * Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |

| 7. | **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|
| 8. | **Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.<br>DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. | RECEIVED<br>2004 FEB 24 AM 10: 32<br>LOGAN & COMPANY, INC. |
| 9. | **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | |

| Date: 2/20/2004 | CARGILL, INC.<br>By: *Edward Humphrey*<br>Edward Humphrey | |
|---|---|---|

*Penalty for presenting a fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

| Name of Debtor: | Case Number: | Your Claim Is Scheduled As Follows: |
|---|---|---|
| ☒ **CROWN VANTAGE, INC.** | 00-41584N11 | |
| ☐ **CROWN PAPER COMPANY** | 00-41583N11 | **FILED** |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**FILED**

**JUL 26 2000**

BANKRUPTCY COURT
OAKLAND, CALIFORNIA

**Name of Creditor** (The person or entity to whom the debtor owes money or property):

CRV-23864-BD-32
CELERITY SOLUTIONS
270 BRIDGE ST, STE 301
DEDHAM MA 02026

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584
**CLAIM NO.: 465**

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices from this case.

☐ Check this box if your address differs from the address on the envelope sent to you.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need notrefile your claim.

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:

Name of Creditor _____

Address of Creditor _____

City/State/Zip Code _____

Telephone No. of Creditor: 781·329·1900

Fax No.: 781-329-1655

Tax I.D. No. or Social Security No. of Creditor: 52 - 128 3993

| Account or Other Number by Which Creditor Identifies Debtor: | Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated _____ |
|---|---|

**1. Basis For Claim:**
- ☐ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries and compensation (fill out below)
  Your Social Security No. _____
  Unpaid compensation for services performed
  From: _____ (date) _____ (date)

**2. Date Debt Was Incurred:** 12/31/99 — 3/31/00

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):** $ 12,005.96

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other _____
Value of collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$ _____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use – 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units – 11 U.S.C. § 507(a)(8).
☐ Other – specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

Date: 7/11/00

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

PATRICIA McGILLICUDDY

*Patricia McGillicuddy* – CONTROLLER

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

FORM B10 (Official Form 10) (9/97)

<table>
<tr><td colspan="2">UNITED STATES BANKRUPTCY COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND DIVISION</td><td>PROOF OF CLAIM<br>CHAPTER 11</td></tr>
</table>

| Name of Debtor: | Case Number: | Your Claim Is Scheduled As Follows: |
|---|---|---|
| ☒ CROWN VANTAGE, INC. | 00-41584N11 | Crown Paper, Co.<br>Unsecured Non-Priority Claim<br>In the Amount Of: $0.00 |
| ☐ CROWN PAPER COMPANY | 00-41583N11 | Contingent<br>Unliquidated |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or entity to whom the debtor owes money or property):

CRV-14467-B1-07
CLAYTOR, ROBERT C
7794 BROOKS FARM CT
MASON OH 45040

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☒ Check this box if you have never received any notices in this case.

☐ Check this box if your address differs from the address on the envelope sent to you.

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584

## CLAIM NO.: 305

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:

Name of Creditor _____

Address of Creditor _____

City/State/Zip Code _____

Telephone No. of Creditor:
Work : 630-739-2783

Fax No.: 630-739-2690

Tax I.D. No. or Social Security No. of Creditor:
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

Account or Other Number by Which Creditor Identifies Debtor:

Check here ☐ replaces
if this claim ☐ amends a previously filed claim, dated _____

**1. Basis For Claim:**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries and compensation (fill out below).
  Your Social Security No. _____
  Unpaid compensation for services performed
  From: _____ (date) to _____ (date)

**2. Date Debt Was Incurred:**
Starting March 15,00 per severance agreement

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):** _____

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other _____
Value of collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$ _____

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use — 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child — 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units — 11 U.S.C. § 507(a)(8).
☐ Other — specify applicable paragraph of 11 U.S.C. § 507(a)( ).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of liens. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

'00 JUL 14 P3:05
RECEIVED BY LOGAN & COMPANY

Date: 7-11-00

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

*Robert C. Claytor*     Robert C. Claytor

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

**PROOF OF CLAIM**
**CHAPTER 11**

| Name of Debtor: | Case Number: |
|---|---|
| ☑ **CROWN VANTAGE, INC.** | 00-41584N11 |
| ☑ **CROWN PAPER COMPANY** | 00-41583N11 |

**FILED**

Your Claim Is Scheduled As Follows:

**00 AUG 15 PM 2:21**

KEENAN G. CASADY, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA.
OAKLAND, CA.

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584
**CLAIM NO.: 879**

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or entity to whom the debtor owes money or property):

Controlworx
P.O. Box 95360
New Orleans, LA 70195

CR # 67786

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☑ Check this box if you have never received any notices in this case.

☐ Check this box if your address differs from the address on the envelope sent to you.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, **EXCEPT AS FOLLOWS:** If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:

Name of Creditor _____

Address of Creditor _____

City/State/Zip Code _____

Telephone No. of Creditor:

Fax No.:

Tax I.D. No. or Social Security No. of Creditor:

Account or Other Number by Which Creditor Identifies Debtor: _____

Check here ☐ replaces
if this claim ☐ amends a previously filed claim, dated_____

**1. Basis For Claim:**

| | |
|---|---|
| ☑ Goods sold | ☐ Severance agreement |
| ☐ Services performed | ☐ Refund |
| ☐ Money loaned | ☐ Real property lease |
| ☐ Personal injury/wrongful death | ☐ Personal property lease |
| ☐ Taxes | ☐ Other contract _____ |
| ☐ Other_____ | |

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries and compensation (fill out below)
Your Social Security No._____
Unpaid compensation for services performed
From:_____ to _____
(date) (date)

**2. Date Debt Was Incurred:**
2/28/00   3/7/00

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):**
$ 7837.14 plus allowable interest and/or costs.

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$_____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use – 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units – 11 U.S.C. § 507(a)(8).
☐ Other – specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary. *See attached documents, Exh A*

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

**RECEIVED**

**AUG 1 6 RECD**

at the offices of
Logan & Company

| Date: 8/9/00 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| | *signature* 690783 |
| | Lisa Tanet, Esq. 400 Poydras St. Suite 2300 |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

N.O. LA 70130 (504) 586-9292 ext 331

FORM B10 (Official Form 10) (9/97)

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

**PROOF OF CLAIM**
**CHAPTER 11**

| Name of Debtor: | Case Number: |
|---|---|
| Ex CROWN VANTAGE, INC. | 00-41584N11 |
| CROWN PAPER COMPANY | 00-41583N11 |

Your Claim is Scheduled As Follows:
**Crown Paper, Co.**
Unsecured Non-Priority Claim
In the Amount Of: ~~$6,243.88~~

— Crown Vantage, I

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or entity to whom the debtor owes money or property): CSX 20608 RD 29

**20608**

Mr. Kenneth Mueller
CSX Transportation, Inc.
6735 Southpoint Dr. S. (J-675)
Jacksonville, FL 32216-6177

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case.

☒ Check this box if your address differs from the address on the envelope sent to you.

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584
**CLAIM NO.: 2187**

If an amount is identified above, you h claim scheduled by the Debtor as show you agree with the amount and classific of your claim and you have no other claims a Debtor and any of the Debtors, you do not need to fi proof of claim, EXCEPT AS FOLLOW the amount shown is DISPU UNLIQUIDATED OR CONTINGEN proof of claim MUST be filed in or receive any distribution in respect of claim. If you have already filed a pr claim in accordance with the a instructions, you need notrefile your cl

If address identified above is incorrect, or if notices should be sent to a different address, please cor

Name of Creditor
Mr. Kenneth Mueller
CSX Transportation, Inc.
6735 Southpoint Dr. S. (J-675)
Address of Credi  Jacksonville, FL 32216-6177

City/State/Zip Co

| Telephone No. of Creditor: |
|---|
| 904-279-6850 |
| Fax No.: 279-6330 |
| Tax I.D. No. or Social Security No. of Creditor: |
| 54-6000720 |

Check here ☐ replaces
if this claim ☐ amends  a previously filed claim, dated _____

Account or Other Number by Which Creditor Identifies Debtor:
n/a  111463

**1. Basis For Claim:**
- ☐ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries and compensation (fill out below)
  Your Social Security No. _____
  Unpaid compensation for services performed
  From: _____ (date) to _____ (date)

**2. Date Debt Was Incurred:**  01-07-00 / 02-15-00

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):**  $7,286.88

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☒ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional ch

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$ _____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days befo filing of the bankruptcy petition or cessation of the debtor's business, whi earlier — 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use — 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child — 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units — 11 U.S.C. § 507(a)(8).
☐ Other — specify applicable paragraph of 11 U.S.C. § 507(a)(___).

This Space Is For Court Use Only

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

| Date: | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 08-30-00 | Bobbi J. League  Bobbie J. League, Director Credit Admin. |

Penalty for presenting fraudulent claim : Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 an

| UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA OAKLAND DIVISION | | PROOF OF CLAIM CHAPTER 11 |
|---|---|---|

**Name of Debtor:**
☐ CROWN VANTAGE, INC.
☐ CROWN PAPER COMPANY

**Case Number:**
00-41584N11
00-41583N11

Your Claim Is Scheduled As Follows:
Crown Paper, Co.
Unsecured Non-Priority Claim
In the Amount Of: $242,490.58

**RECEIVED**
JUL 12 2000
**CRA SERVICES**

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or entity to whom the debtor owes money or property):
CRV-46445-BD-RI
CRA SERVICES
621 EAST NORTH STREET
KALAMAZOO MI 49007
DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584
**CLAIM NO.: 818**

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.
☒ Check this box if you have never received any notices in this case.
☐ Check this box if your address differs from the address on the envelope sent to you.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need notrefile your claim.

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:

Name of Creditor _____

Address of Creditor _____

City/State/Zip Code _____

Telephone No. of Creditor:
(616) 344-1230
Fax No.: 344-8558
Tax I.D. No. or Social Security No. of Creditor:
16-1229774

**Account or Other Number by Which Creditor Identifies Debtor:**
T5504 & T0096

Check here ☐ replaces
if this claim ☐ amends   a previously filed claim, dated_____

**1. Basis For Claim:**
☐ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other

☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries and compensation (fill out below)
Your Social Security No. _____
Unpaid compensation for services performed
From: _____ to _____
(date)   (date)

**2. Date Debt Was Incurred:**
from 12/99 to 3/00

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):** $242,490.58

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____
Value of collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$ _____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use — 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child—11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units—11 U.S.C. § 507(a)(8).
☐ Other — specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

**Date:** 8/10/00

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

J. Krueger   Jeffrey T. Krueger

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

| Name of Debtor: | Case Number: | Your Claim Is Scheduled As Follows: |
|---|---|---|
| ☒ CROWN VANTAGE, INC. | 00-41584N11 | |
| ☐ CROWN PAPER COMPANY | 00-41583N11 | |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

DEBTOR: CROWN VANTAGE, INC.
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584

**CLAIM NO.: 1699**

**Name of Creditor** (The person or entity to whom the debtor owes money or property):

CRV-22539-BD-32
CROMPTON & KNOWLES CORP
PO BOX 8500 (S-9595)
PHILADELPHIA PA 191789595

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case.

☒ Check this box if your address differs from the address on the envelope sent to you.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS If the amount shown is DISPUTED, UNLIQUIDATED or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need notrefile your claim.

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:

Name of Creditor
Crompton & Knowles Colors Inc.
Attn: Michael Walulek
Address of Creditor
P. O. Box 341
City/State/Zip Code
Reading, PA 19603

Telephone No. of Creditor:
610-582-6712
610-
Fax No.: 610-404-0942

Tax I.D. No. or Social
Security No. of Creditor:
06-1413341

| Account or Other Number by Which Creditor Identifies Debtor: | Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated _____ |
|---|---|

**1. Basis For Claim:**
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries and compensation (fill out below)
  - Your Social Security No. _____
  - Unpaid compensation for services performed
  - From: _____ (date) to _____ (date)

**2. Date Debt Was Incurred:**
02/29/00

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):** $ 48,300.80

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other _____

Value of collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$_____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim
- ☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier -- 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan-- 11 U.S.C. § 507(a)(4).
- ☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use -- 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance or support owed to a spouse, former spouse or child --11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties of governmental units -- 11 U.S.C. § 507(a)(8).
- ☐ Other -- specify applicable paragraph of 11 U.S.C. § 507(a)(__).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

Date:
08/31/00

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Michael T. Walulek
Corporate Credit Manager

*Penalty for presenting fraudulent claim* : Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.