# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

**PROOF OF CLAIM**
**CHAPTER 11**

| Name of Debtor: | Case Number: |
|---|---|
| ☒ CROWN VANTAGE, INC. | 00-41584N11 |
| ☐ CROWN PAPER COMPANY | 00-41583N11 |

Your Claim Is Scheduled As Follows:
Crown Paper, Co.
Unsecured Non-Priority Claim
In the Amount Of: $2,797.82

**Note:** This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584
**CLAIM NO.: 2360**

Name of Creditor (The person or entity to whom the debtor owes money or property):
CRV-20614-BD-30
DART TRANSIT COMPANY
~~CM 9427~~
~~ST PAUL   MN 55170~~
P.O. BOX 64110
ST.PAUL, MN 55164-0110

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case.

☒ Check this box if your address differs from the address on the envelope sent to you.

Telephone No. of Creditor: 651-688-2000

Fax No.: 651-683-1220

Tax I.D. No. or Social Security No. of Creditor: 41-021-3647

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS. If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:
Name of Creditor: Dart Transit Company
Address of Creditor: P.O. Box 64110
City/State/Zip Code: St.Paul, MN 55164-0110

Account or Other Number by Which Creditor Identifies Debtor:

Check here ☐ replaces
if this claim ☐ amends a previously filed claim, dated _____

**1. Basis For Claim**
- ☐ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries and compensation (fill out below)
  Your Social Security No. _____
  Unpaid compensation for services performed
  From: _____ to _____
  (date)              (date)

**2. Date Debt Was Incurred:** 3-15-00

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):** $ 9,897.90

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____
Value of collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$ _____

**6. Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use — 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child — 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units — 11 U.S.C. § 507(a)(8).
☐ Other — specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

Date: 8-1-00

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Janice A. Schweiger

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

FORM B10 (Official Form 10) (9/97)

<table>
<tr><td colspan="2">UNITED STATES BANKRUPTCY COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND DIVISION</td><td>PROOF OF CLAIM<br>CHAPTER 11</td></tr>
</table>

| Name of Debtor | Case Number: | Your Claim Is Scheduled As Follows: |
|---|---|---|
| ☒ CROWN VANTAGE, INC. | 00-41584N11 | |
| ☐ CROWN PAPER COMPANY | 00-41583N11 | |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or entity to whom the debtor owes money or property): | | |
|---|---|---|
| CRV-44250-BD-LE<br>PAUL M DAVISON PETROLEUM CO<br>PO BOX 310<br>RUSTON LA | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.<br><br>☐ Check this box if you have never received any notices in this case.<br><br>☐ Check this box if your address differs from the address on the envelope sent to you. | DEBTOR: CROWN VANTAGE<br>FILED: U.S.B.C.N.C.D.<br>CASE NO.: 00-41584<br>**CLAIM NO.: 433**<br><br>If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS. If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need notrefile your claim. |

| If address identified above is incorrect, or if notices should be sent to a different address, please complete the following: | |
|---|---|
| Davison Petroleum Products, LLC<br>Name of Creditor<br>P.O. Drawer 310<br>Address of Creditor<br>Ruston, LA    71273-0310<br>City/State/Zip Code | Telephone No. of Creditor:<br>318-255-3850<br><br>Fax No.: 318-255-8936<br><br>Tax I.D. No. or Social Security No. of Creditor:<br>72-1330276 |

| Account or Other Number by Which Creditor Identifies Debtor: | Check here ☐ replaces |
|---|---|
| 1694 | if this claim ☒ amends a previously filed claim, dated |

**1. Basis For Claim:**

| | | | |
|---|---|---|---|
| ☒ Goods sold | ☐ Severance agreement | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) | |
| ☐ Services performed | ☐ Refund | ☐ Wages, salaries and compensation (fill out below) | |
| ☐ Money loaned | ☐ Real property lease | Your Social Security No. _____ | |
| ☐ Personal injury/wrongful death | ☐ Personal property lease | Unpaid compensation for services performed | |
| ☐ Taxes | ☐ Other contract _____ | From: _____ to _____ | |
| ☐ Other _____ | | (date)          (date) | |

**2. Date Debt Was Incurred:**
02/13/00-03/06/00

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):** $ 40,932.21

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$_____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of your claim:
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use — 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units – 11 U.S.C. § 507(a)(8).
☐ Other – specify applicable paragraph of 11 U.S.C. § 507(a)(__).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If supporting documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

| Date:<br>07-20-00 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): DAVISON PETROLEUM PRODUCTS, LLC<br>BY: _____<br>Rodney E. Plummer, Secretary/Treasurer |
|---|---|

*Penalty for presenting fraudulent claim* : Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

FORM B10 (Official Form 10) (9/97)

| UNITED STATES BANKRUPTCY COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND DIVISION | PROOF OF CLAIM<br>CHAPTER 11 |
|---|---|

| Name of Debtor:<br>☐ **CROWN VANTAGE, INC.**<br>☐ **CROWN PAPER COMPANY** | Case Number:<br>00-41584N11<br>00-41583N11 | Your Claim Is Scheduled As Follows:<br>Crown Paper, Co.<br>Unsecured Non-Priority Claim<br>In the Amount Of: $5,145.21 |
|---|---|---|

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or entity to whom the debtor owes money or property):<br>CRV-46531-BD-RI<br>DISTRIBUTION SPECIALISTS INC<br>800 PRIMROSE AVE.<br>FOLCRAFT PA 19032 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.<br><br>☐ Check this box if you have never received any notices in this case.<br><br>☐ Check this box if your address differs from the address on the envelope sent to you. | DEBTOR: CROWN VANTAGE<br>FILED: U.S.B.C.N.C.D.<br>CASE NO.: 00-41584<br>**CLAIM NO.: 384**<br><br>If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS. If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need notrefile your claim. |
|---|---|---|

| If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:<br><br>Name of Creditor _____<br><br>Address of Creditor _____<br><br>City/State/Zip Code _____ | Telephone No. of Creditor:<br><br>Fax No.:<br><br>Tax I.D. No. or Social Security No. of Creditor: |
|---|---|

| Account or Other Number by Which Creditor Identifies Debtor: | Check here ☐ replaces<br>if this claim ☐ amends a previously filed claim, dated _____ |
|---|---|

**1. Basis For Claim:**
- ☑ Goods sold
- ☑ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries and compensation (fill out below)
  Your Social Security No. _____
  Unpaid compensation for services performed
  From: _____ to _____
        (date)        (date)

**2. Date Debt Was Incurred:** *1.14.00*

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):** $ *13,757.92*

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of collateral: $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any:
$ _____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use — 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child —11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units — 11 U.S.C. § 507(a)(8).
☐ Other — specify applicable paragraph of 11 U.S.C. § 507(a)___.

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.
**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.
**9. Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

RECEIVED BY
CROWN VANTAGE & COMPANY INC
JUL 20 P1 38

| Date:<br>*7.17.00* | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim attach copy of power of attorney, if any):<br>*Jacqueline Mathers  Accts Rec Mgr.* |
|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.*

FORM B10 (Official Form 10) (9/97)

<table>
<tr><td colspan="2">UNITED STATES BANKRUPTCY COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND DIVISION</td><td>PROOF OF CLAIM<br>CHAPTER 11</td></tr>
</table>

**Name of Debtor:**

☒ **CROWN VANTAGE, INC.**

☐ **CROWN PAPER COMPANY**

Case Number:

00-41584N11

00-41583N11

Your Claim Is Scheduled As Follows:

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C § 503.

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584
**CLAIM NO.: 602**

**Name of Creditor** (The person or entity to whom the debtor owes money or property):

CRV-23878-BD-32
DUPRE TRANSPORT INC
DEPT 4004
PO BOX 62600
NEW ORLEANS LA 701622600

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case.

☐ Check this box if your address differs from the address on the envelope sent to you.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS. If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:

Name of Creditor: *DUPRE' TRANSPORT, INC*

Address of Creditor: *201 ENERGY PARKWAY, SUITE 500*

City/State/Zip Code: *LAFAYETTE, LA. 70508*

Telephone No. of Creditor: *357-237-8476*

Fax No.: *337-237-4816*

Tax I.D. No. or Social Security No. of Creditor: *72-0878543*

Account or Other Number by Which Creditor Identifies Debtor: *44678 & 67371*

Check here ☐ replaces
if this claim ☐ amends a previously filed claim, dated _____

**1. Basis For Claim:**
☑ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries and compensation (fill out below)
Your Social Security No. _____
Unpaid compensation for services performed
From: _____ to _____
(date)  (date)

**2. Date Debt Was Incurred:** *11-22-99 THRU 3-20-00*

**3. If claim is based on a Court Judgment, Date Obtained:** _____

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):** $ *60,476.32*

If all or part of the claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$ _____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim.
Amount entitled to priority $ _____
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use — 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child — 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units — 11 U.S.C. § 507(a)(8).
☐ Other — specify applicable paragraph of 11 U.S.C. § 507(a)(__).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of liens. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

Date: *7-28-00*

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *ROBERT P. COUSSAN-AOMIS. MGR.*

'00 JUL 31  RECEIVED BY LOCAL...

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court

_Northern_ District of _California_

## PROOF OF CLAIM

**FILED**

JUN 2 3 2000

BANKRUPTCY COURT
OAKLAND, CALIFORNIA

| In re (Name of Debtor) | Case Number |
| --- | --- |
| _Crown Vantage/Paper_ | 00-41583N<br>00-41584N |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor
_(The person or entity to whom the debtor owes money or property)_
_Ensr Corporation_ H 0830

Name and Addresses Where Notices Should be Sent
_Ensr Corp._
_35 Nagog Park_
_Acton, MA 01720_

Telephone No. _978-635-9500_

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.D.C.
CASE NO.: 00-41584
**CLAIM NO.: 63**

THIS SPACE IS FOR
COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:
_2084_

Check here if this claim: ☐ replaces ☐ amends a previously filed claim, dated: _____

**1. BASIS FOR CLAIM:**
- ☐ Goods sold
- ☑ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other (Describe briefly)

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensations (Fill out below)
  - Your social security number _____
  - Unpaid compensations for services performed
  - from _____ to _____
  - (date)              (date)

**2. DATE DEBT WAS INCURRED:**
_3/8/00 through 5/31/00_

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another.
CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM.

☐ SECURED CLAIM $ _____
Attach evidence of perfection of security interest
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other (Describe briefly)

Amount of arrearage and other charges included in secured claim above, if any $ _____

☑ UNSECURED NONPRIORITY CLAIM $ _10,566.60_
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ UNSECURED PRIORITY CLAIM $ _____
Specify the priority of the claim.
- ☐ Wages, salaries, or commissions (up to $2000), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier—11 U.S.C. § 507(a)(3)
- ☐ Contributions to an employee benefit plan—U.S.C. § 507(a)(4)
- ☐ Up to $900 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use—11 U.S.C. § 507(a)(6)
- ☐ Taxes or penalties of governmental units—11 U.S.C. § 507(a)(7)
- ☐ Other—11 U.S.C. §§ 507(a)(2), (a)(5)—(Describe briefly)

**5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:**
$ _10,566.60_ (Unsecured)   $ _____ (Secured)   $ _____ (Priority)   $ _10,566.60_ (Total)

☐ Check this box if claim includes prepetition charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**7. SUPPORTING DOCUMENTS:** _Attach copies of supporting documents,_ such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. TIME-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR
COURT USE ONLY

Date _6/20/00_

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
_Gary Brackett    Credit and Collections Manager_

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| Name of Debtor: | Case Number: | Your Claim Is Scheduled As Follows: |
|---|---|---|
| ☒ CROWN VANTAGE, INC. | 00-41584N11 | |
| ☐ CROWN PAPER COMPANY | 00-41583N11 | |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584

**CLAIM NO.: 539**

**Name of Creditor** (The person or entity to whom the debtor owes money or property):

CRV-23170-BD-32
ERNST & YOUNG LLP 072
PO BOX 251
TD CENTRE
TORONTO ON M5K 1J7
CANADA

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case.

☐ Check this box if your address differs from the address on the envelope sent to you.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need notrefile your claim.

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:

Name of Creditor _____

Address of Creditor _____

City/State/Zip Code _____

Telephone No. of Creditor:
(416) 864-1234

Fax No.: (416) 864-1174

Tax I.D. No. or Social Security No. of Creditor:

**Account or Other Number by Which Creditor Identifies Debtor:**
593015 - 001

Check here ☐ replaces
if this claim ☐ amends a previously filed claim, dated_____

**1. Basis For Claim:**
- ☐ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries and compensation (fill out below)
  Your Social Security No. _____
  Unpaid compensation for services performed
  From: _____ to _____
  (date)    (date)

**2. Date Debt Was Incurred:**
FEB. 1/2000 → JULY 18/2000

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):**
$ 3,300.00 U.S.

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$ _____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use – 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child –11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units– 11 U.S.C. § 507(a)(8).
☐ Other – specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space For Court Use Only

RECEIVED BY ERNST & YOUNG INC.
JUL 26 PM 2:57

| Date: | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| July 21/2000 | *Marie T. Dillon (signature)* MARIE-T. PILON COLLECTIONS COORDINATOR |

*Penalty for presenting fraudulent claim* : Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

| Name of Debtor: | Case Number: | Your Claim Is Scheduled As Follows: |
|---|---|---|
| ☐ **CROWN VANTAGE, INC.** | **00-41584N11** | |
| ☐ **CROWN PAPER COMPANY** | **00-41583N11** | |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584

**CLAIM NO.: 580**

**Name of Creditor** (The person or entity to whom the debtor owes money or property):

CRV-23306-BD-32
ESTES EXPRESS LINES
PO BOX 25612
RICHMOND VA 232605612

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case.

☐ Check this box if your address differs from the address on the envelope sent to you.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claim against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS. If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file your claim.

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:

Name of Creditor _____

Address of Creditor _____

City/State/Zip Code _____

Telephone No. of Creditor:

Fax No.:

Tax I.D. No. or Social Security No. of Creditor:

| Account or Other Number by Which Creditor Identifies Debtor: | Check here ☐ replaces if this claim ☐ amends a previously filed claim, dated_____ |
|---|---|

**1. Basis For Claim:**
- ☐ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries and compensation (fill out below)
  Your Social Security No. _____
  Unpaid compensation for services performed
  From: _____ (date) _____ to _____ (date)

**2. Date Debt Was Incurred:**
various

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):**
$ **53,686.90**

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any:
$_____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier -- 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use -- 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child—11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units—11 U.S.C. § 507(a)(8).
☐ Other – specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

RECEIVED JUN 28 '09

| Date: | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 7/13/00 | *Ronda P. Keeler* <br> Ronda P Keeler, Accounts Receivable Supervisor |

*Penalty for presenting fraudulent claim*: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

**PROOF OF CLAIM**
**CHAPTER 11**

| Name of Debtor: | Case Number: |
| --- | --- |
| ☒ CROWN VANTAGE, INC. | 00-41584N11 |
| ☐ CROWN PAPER COMPANY | 00-41583N11 |

Your Claim Is Scheduled As Follows:
Crown Paper, Co.
Unsecured Non-Priority Claim
In the Amount Of: $125,024.71

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or entity to whom the debtor owes money or property):
CRV-20665-BD-30
FLEETLINE INC
~~NW 5733 P O BOX 1450~~
~~MINNEAPOLIS  MN 55485~~
P.O. BOX 64110
ST.PAUL, MN 55164-0110

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case.

☒ Check this box if your address differs from the address on the envelope sent to you.

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584
**CLAIM NO.: 2361**

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS. If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:
Name of Creditor
Fleetline Inc.
Name of Creditor
P.O. Box 64110
Address of Creditor  St.Paul, MN 55164-0110
City/State/Zip Code

Telephone No. of Creditor:
651-688-2000
Fax No.: 651-683-1220

Tax I.D. No. or Social Security No. of Creditor:
75-1832302

| Account or Number by Which Creditor Identifies Debtor: | Check here ☐ replaces |
| --- | --- |
| | if this claim ☐ amends  a previously filed claim, dated _____ |

**1. Basis For Claim:**
☐ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries and compensation (fill out below)
Your Social Security No. _____
Unpaid compensation for services performed
From: _____ to _____
(date)        (date)

**2. Date Debt Was Incurred:** 3-15-00

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):** $ 134,510.25

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____
Value of collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$ _____

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim.
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use – 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child –11 U.S.C.  § 507(a)(7).
☐ Taxes or penalties of governmental units – 11 U.S.C. § 507(a)(8).
☐ Other – specify applicable paragraph of 11 U.S.C. § 507(a)( ___ ).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

| Date: | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
| --- | --- |
| ___-00 | Janice A. Schwegler |

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.*

**Name of Debtor:**

☒ CROWN VANTAGE, INC.

☐ CROWN PAPER COMPANY

**Case Number:**

00-41584N11

00-41583N11

Your Claim Is Scheduled As Follows:

Crown Paper, Co.
Unsecured Non-Priority Claim
In the Amount Of: $225,268.90

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or entity to whom the debtor owes money or property):

CRV-45172-BD-LE
FRANKLIN ENVIROMENTAL SERVICES INC
185 INDUSTRIAL RD
WRENTHAM MA

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case.

☐ Check this box if your address differs from the address on the envelope sent to you.

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584

**CLAIM NO.: 346**

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

**If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:**

Franklin Environmental Services, Inc.

Name of Creditor

185 Industrial Road, P.O. Box 617

Address of Creditor

Wrentham, MA 02093

City/State/Zip Code

Telephone No. of Creditor:

(508) 384-6151

Fax No.: (508) 384-5139

Tax I.D. No. or Social
Security No. of Creditor:

04-2619121

**Account or Other Number by Which Creditor Identifies Debtor:**

Check here ☐ replaces
if this claim ☐ amends a previously filed claim, dated_____

**1. Basis For Claim:**

☐ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other

☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries and compensation (fill out below)
Your Social Security No._____
Unpaid compensation for services performed
From:_____(date)_____to:_____(date)_____

**2. Date Debt Was Incurred:**

12/09/1999 – 12/13/1999

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):**

$ 246,404.02

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**

☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other_____
Value of collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$_____

**6. Unsecured Priority Claim:**

☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use – 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child –11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units – 11 U.S.C. § 507(a)(8).
☐ Other – specify applicable paragraph of 11 U.S.C. § 507(a)(__).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

RECEIVED BY
LOGAN & COMPANY
'00 JUL 19 AM 08

Date:

07/12/2000

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

Philip A. Genatossio     *Philip A. Genatossio*

Penalty for presenting fraudulent claim : Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

FORM B10 (Official Form 10) (Rev. 4/98)

| United States Bankruptcy Court, Northern District of California (Oakland) | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>CROWN VANTAGE INC. | Case Number<br>00-41584 |
|---|---|

*NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>FRITZ COMPANIES, INC. *20672* | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|

Name and address where notices should be sent:
Lawrence M. Schwab, Esq./Thomas M. Gaa, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306
Telephone number: (650) 857-9500
Facsimile number: (650) 494-2738

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

FILED

00 DEC 26 AM 11: 30
...SADY, CLERK
U.S.BANKRUPTCY COURT
NORTHERN DIST. OF CA.
OAKLAND, CA.

DEBTOR: CROWN VANTAGE
CASE NO.: 00-41584

**CLAIM NO.: 2603**

*This space is for Court Use Only*

| Account or other number by which creditor identifies debtor:<br>SEE EXHIBIT "A"<br>*[Reconciliation of accounts is continuing; as such, Creditor reserves its right to amend this Claim.]* | Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____ |
|---|---|

**1. Basis for Claim**
☐ Goods sold
✔ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other_____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (Fill out below)

Your SS#: _____ - _____ - _____

Unpaid compensation for services performed

from _____ to _____
        (date)              (date)

| 2. Date debt was incurred:  11/99 - 3/00 | 3. If court judgment, date obtained: |
|---|---|

**4.** Total Amount of Claim at Time Case Filed:     $   34,451.02

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle
☐ Other_____

Value of Collateral:   $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,300),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $1,950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a-___).
*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**7. CREDITS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

*This Space is for Court Use Only*

| Date<br>Dec. 21, 00 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>Lawrence M. Schwab, Authorized Attorney |
|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

FORM B10 (Official Form 10) (9/97)

<table>
<tr><td colspan="2">UNITED STATES BANKRUPTCY COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND DIVISION</td><td>PROOF OF CLAIM<br>CHAPTER 11</td></tr>
</table>

| Name of Debtor: | Case Number: | Your Claim Is Scheduled As Follows: |
|---|---|---|
| ☒ **CROWN VANTAGE, INC.** | **00-41584N11** | |
| ☐ **CROWN PAPER COMPANY** | **00-41583N11** | |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

DEBTOR: CROWN VANTAGE, INC.
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584
**CLAIM NO.: 1673**

Name of Creditor (The person or entity to whom the debtor owes money or property):

CRV-54771-BD-37
FUSAKIO, EDWARD
8977 SYMMES TRACE CT
LOVELAND OH 45150

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case.

☐ Check this box if your address differs from the address on the envelope sent to you.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor, and you have no other claims against any of the Debtors, you do not need to file this proof of claim, **EXCEPT AS FOLLOWS** If the amount shown is **DISPUTED, UNLIQUIDATED OR CONTINGENT**, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:

Edward A. Fusakio
Name of Creditor
c/o Thomas J. Geygan, Sr.
Address of Creditor
8050 Hosbrook Road, Suite 107
City/State/Zip Code
Cincinnati, OH 45236

Account or Other Number by Which Creditor Identifies Debtor:

Telephone No. of Creditor:
(513) 583-1834

Fax No.:

Tax I.D. No. or Social Security No. of Creditor:
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

Check here ☐ replaces
if this claim ☐ amends   a previously filed claim, dated _____

**1. Basis For Claim:**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other

- ☒ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries and compensation (fill out below)
  Your Social Security No. _____
  Unpaid compensation for services performed
  From _____ to _____
  (date)        (date)

**2. Date Debt Was Incurred:**
4/28/00

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):**
$163,790.28

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any:
$_____

**6. Unsecured Priority Claim:**
☒ Check this box if you have an unsecured priority claim
Amount entitled to priority $4,300.00
Specify the priority of the claim
☒ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use — 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child — 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units — 11 U.S.C. § 507(a)(8).
☐ Other – specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

'00 SEP 1 AM 9: 47
RECEIVED BY

Date:
8/31/00

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
*Edward A. Fusakio*
Edward A. Fusakio

*Penalty for presenting fraudulent claim* : Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

United States Bankruptcy Court __Northern__ District of __California__ | **PROOF OF CLAIM**

| Name of Debtor | Case Number |
|---|---|
| Crown Vantage, Inc. | 00-41584 N |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**FILED**

Name of Creditor (The person or other entity to whom the debtor owes money or property): General Electric Company
(GE Industrial Systems Division)

Name and Address Where Notices Should be Sent:
Glenn M. Reisman, Esq.
Attorney for General Electric Company
(GE Industrial Systems Division)
Two Corporate Drive, Suite 636
P.O. Box 861
Shelton, CT 06484-0861
Telephone Number: (203) 944-3042    45941

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

JUN -5 PM 12: 36

LEHAN G. CASADY, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA.
OAKLAND, CA.

This Space Is For Court Use Only

Account or other number by which creditor identifies debtor:

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
☒ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (Fill out below)
  Your SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
       (date)          (date)

**2. Date debt was incurred:** 1/12/00 through 3/14/00

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 10,950
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle
☐ Other _____
Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
  Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,300)*, earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $1,950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7)
☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
☐ Other-Specify applicable paragraph of 11 U.S.C. § 507(a)(_____)
*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

This Space Is For Court Use Only

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.D.C.
CASE NO.: 00-41584
**CLAIM NO.: 50**

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 5/31/00 | *Michelle Reisman*  Michelle Reisman, Attorney |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

United States Bankruptcy Court    Northern    District of   California      **PROOF OF CLAIM**

| | |
|---|---|
| Name of Debtor<br>Crown Vantage, Inc. | Case Number<br>00-41584 N |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): General Electric Company
(GE Power Systems/Apparatus Service Division)

Name and Address Where Notices Should be Sent:
Glenn M. Reisman, Esq.
Attorney for General Electric Company
(GE Power Systems/Apparatus Service Division)
Two Corporate Drive
P.O. Box 861
Shelton, CT 06484-0861
Telephone Number: (203) 944-3042   46501

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

*FILED*

00 JUN 19 AM 10:00

KEENAN G. CASADY, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA.
OAKLAND, CA.

This Space Is For Court Use Only

Account or other number by which creditor identifies debtor:

Check here if this claim ☐ replaces ☐ amends   a previously filed claim, dated: _____

**1. Basis for Claim**
- ☐ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.D.C.
CASE NO.: 00-41584
**CLAIM NO.: 64**

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (Fill out below)
  Your SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
      (date)           (date)

**2. Date debt was incurred:**
2/23/00 through 2/25/00

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $11,056.96
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other _____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any $_____

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $4,300)*, earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $1,950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7)
- ☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8)
- ☐ Other-Specify applicable paragraph of 11 U.S.C. § 507(a)(_____)
*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is For Court Use Only

| | |
|---|---|
| Date<br>6/13/00 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>*Michelle Reisman*<br>Michelle Reisman, Attorney |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FORM B10 (Official Form 10) (9/97)

| Name of Debtor: | Case Number: |
| --- | --- |
| ☐ CROWN VANTAGE, INC. | 00-41584N11 |
| ☒ CROWN PAPER COMPANY | 00-41583N11 |

Your Claim Is Scheduled As Follows:
**Crown Paper, Co.**
**Unsecured Non-Priority Claim**
In the Amount Of: **$7,093.27**

**Contingent**
**Unliquidated**

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or entity to whom the debtor owes money or property):
CRV-14605-B1-07
HANEGRAAF, MICHAEL J
54 KIMBERLY DRIVE
DALTON MA 01226

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case.

☒ Check this box if your address differs from the address on the envelope sent to you.

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584
**CLAIM NO.: 2349**

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:
Name of Creditor
HANEGRAAF, MICHAEL J.
Address of Creditor
320 FRANKLIN SQUARE DR.
City/State/Zip Code
DALLASTOWN, PA 17313

Telephone No. of Creditor:
717-244-6213

Fax No.:

Tax I.D. No. or Social Security No's shown
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

Account or Other Number by Which Creditor Identifies Debtor:

Check here ☐ replaces
if this claim ☐ amends a previously filed claim, dated

| 1. Basis For Claim: | | |
| --- | --- | --- |
| ☐ Goods sold | ☒ Severance agreement | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) |
| ☐ Services performed | ☐ Refund | ☐ Wages, salaries and compensation (fill out below) |
| ☐ Money loaned | ☐ Real property lease | Your Social Security No. |
| ☐ Personal injury/wrongful death | ☐ Personal property lease | Unpaid compensation for services performed |
| ☐ Taxes | ☐ Other contract | From: to |
| ☐ Other | | (date) (date) |

2. Date Debt Was Incurred: March 13 - May 25, 2000
3. If claim is based on a Court Judgment, Date Obtained:

4. Total Amount of Claim at Time Case Filed (March 15, 2000): $
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

5. Secured Claim:
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other
Value of collateral: $

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$

6. Unsecured Priority Claim:
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use – 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child –11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units – 11 U.S.C. § 507(a)(8).
☐ Other – specify applicable paragraph of 11 U.S.C. § 507(a)( ).

7. Credits: The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.
8. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.
9. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

Date:
9/5/00

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Michael J. Hanegraaf

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

Case: 00-41584   Doc# 1911-5   Filed: 10/31/07   Entered: 10/31/07 13:56:07   Page 14 of 24

FORM B10 (Official Form 10) (9/97)

| UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA OAKLAND DIVISION | PROOF OF CLAIM CHAPTER 11 |
|---|---|

**Name of Debtor:**
☐ CROWN VANTAGE, INC.
☐ CROWN PAPER COMPANY

**Case Number:**
00-41584N11
00-41583N11

**Your Claim Is Scheduled As Follows:**
Crown Paper, Co.
Unsecured Non-Priority Claim
In the Amount Of: $1,523.47

*$ 2337 25*

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor (The person or entity to whom the debtor owes money or property):**
CRV-45223-BD-LE
HAYES PUMP NEW JERSEY INC
66 OLD POWDER MILL RD.
W. CONCORD MA

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case.

☐ Check this box if your address differs from the address on the envelope sent to you.

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584
**CLAIM NO.: 773**

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

**If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:**

Name of Creditor

Address of Creditor

City/State/Zip Code

Telephone No. of Creditor:

Fax No.:

Tax I.D. No. or Social Security No. of Creditor:

**Account or Other Number by Which Creditor Identifies Debtor:**
283700 & 633610

Check here ☐ replaces
if this claim ☐ amends a previously filed claim, dated

**1. Basis For Claim:**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other

☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries and compensation (fill out below)
Your Social Security No.
Unpaid compensation for services performed
From: _____ to _____
(date)      (date)

**2. Date Debt Was Incurred:**
2/22/00 thru 6/28/00

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):**
$ _____
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Value of collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$ _____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use – 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units – 11 U.S.C. § 507(a)(8).
☐ Other – specify applicable paragraph of 11 U.S.C. § 507(a)(__).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

*'00 AUG -7 RECEIVED*

**Date:**
8/4/00

**Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):**
Helen Demakos
Credit Mgr    Helen Demakos

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

**PROOF OF CLAIM**
**CHAPTER 11**

| Name of Debtor: | Case Number: | Your Claim Is Scheduled As Follows: |
|---|---|---|
| ☒ **CROWN VANTAGE, INC.** | **00-41584N11** | |
| ☐ **CROWN PAPER COMPANY** | **00-41583N11** | |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or entity to whom the debtor owes money or property): | | |
|---|---|---|
| CRV-19709-BD-25<br>HERCULES, INC.<br>1313 NORTH MARKET STREET<br>WILMINGTON  DE 19894-0001 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.<br><br>☐ Check this box if you have never received any notices in this case.<br><br>☐ Check this box if your address differs from the address on the envelope sent to you. | DEBTOR: CROWN VANTAGE<br>FILED: U.S.B.C.N.C.D.<br>CASE NO.: 00-41584<br>**CLAIM NO.: 2299**<br><br>If an amount is identified above, you have a claim scheduled by the Debtor as shown.  If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS. If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim.  If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim. |

| If address identified above  is incorrect, or if notices should be sent to a different address, please complete the following: | Telephone No. of Creditor: |
|---|---|
| Name of Creditor _____ | 302-594-5774 |
| | Fax No.: 594-7660 |
| Address of Creditor _____ | Tax I.D. No. or Social Security No. of Creditor: |
| City/State/Zip Code _____ | 51-0023450 |

| Account or Other Number by Which Creditor Identifies Debtor: | Check here ☐ replaces<br>if this claim ☐ amends  a previously filed claim, dated_____ |
|---|---|

**1. Basis For Claim:**

| ☒ Goods sold | ☐ Severance agreement | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) |
|---|---|---|
| ☐ Services performed | ☐ Refund | ☐ Wages, salaries and compensation (fill out below) |
| ☐ Money loaned | ☐ Real property lease | Your Social Security No. _____ |
| ☐ Personal injury/wrongful death | ☐ Personal property lease | Unpaid compensation for services performed |
| ☐ Taxes | ☐ Other contract _____ | From: _____ to _____ |
| ☐ Other _____ | | (date)      (date) |

**2. Date Debt Was Incurred:**
July 1999 - March 2000

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):**
$ **1,056,599.66**

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____
Value of collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$_____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier -- 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan -- 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use -- 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child -- 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units -- 11 U.S.C. § 507(a)(8).
☐ Other -- specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**7. Credits:** The amount of all payments on account of  this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

SEP -6 P 2:44

RECEIVED BY

| Date: | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 9/5/00 | *Anthony M. Petrucci* <br> Anthony M. Petrucci, Corporate Credit Manager |

*Penalty for presenting fraudulent claim :* Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

PROOF OF CLAIM
CHAPTER 11

| Name of Debtor: | Case Number: | Your Claim Is Scheduled As Follows: |
|---|---|---|
| ☐ **CROWN VANTAGE, INC.** | 00-41584N11 | Crown Paper, Co. |
| ☐ **CROWN PAPER COMPANY** | 00-41583N11 | Unsecured Non-Priority Claim |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Your Claim Is Scheduled As Follows:
Crown Paper, Co.
Unsecured Non-Priority Claim
In the Amount Of: $1,762.08
DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.D.C.
CASE NO.: 00-41584

**CLAIM NO.: 92**

| Name of Creditor (The person or entity to whom the debtor owes money or property): | | |
|---|---|---|
| CRV-45239-BD-LE<br>HOLYOKE CARD & PAPER CO<br>95 FISK AVE.<br>SPRINGFIELD MA | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details. | |
| | ☐ Check this box if you have never received any notices in this case. | If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim. |
| If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:<br><br>*Name of Creditor* Holyoke Card & Paper Co<br>*Address of Creditor* PO Box 3450<br>*City/State/Zip Code* Springfield, MA 01101 | ☒ Check this box if your address differs from the address on the envelope sent to you. | |
| | Telephone No. of Creditor: (413) 732-2107 | |
| | Fax No.: 731-7906 | |
| | Tax I.D. No. or Social Security No. of Creditor: 04-1448570 | |

| Account or Other Number by Which Creditor Identifies Debtor: | Check here ☐ replaces<br>if this claim ☐ amends  a previously filed claim, dated_____ |
|---|---|

**1. Basis For Claim:**

| | | |
|---|---|---|
| ☐ Goods sold | ☐ Severance agreement | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) |
| ☐ Services performed | ☐ Refund | ☐ Wages, salaries and compensation (fill out below) |
| ☐ Money loaned | ☐ Real property lease | Your Social Security No. _____ |
| ☐ Personal injury/wrongful death | ☐ Personal property lease | Unpaid compensation for services performed |
| ☐ Taxes | ☐ Other contract _____ | From: _____ to _____ |
| ☐ Other _____ | | (date)           (date) |

| 2. Date Debt Was Incurred: | 3. If claim is based on a Court Judgment, Date Obtained: |
|---|---|

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):**

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.     $_____
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

| 5. Secured Claim:<br>☐ Check this box if your claim is secured by collateral (including a right of setoff).<br>Brief description of collateral:<br>☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____<br><br>Value of collateral: $_____<br><br>Amount of arrearage and other charges <u>at time case filed</u> included in secured claim, if any:<br><br>$_____ | 6. Unsecured Priority Claim:<br>☐ Check this box if you have an unsecured priority claim<br>Amount entitled to priority $_____<br>Specify the priority of the claim:<br>☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).<br>☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).<br>☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use – 11 U.S.C. § 507(a)(6).<br>☐ Alimony, maintenance or support owed to a spouse, former spouse or child – 11 U.S.C. § 507(a)(7).<br>☐ Taxes or penalties of governmental units – 11 U.S.C. § 507(a)(8).<br>☐ Other – specify applicable paragraph of 11 U.S.C. § 507(a)(___). |
|---|---|

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

'00 JUL 13 P1:33
RECEIVED BY _____

| Date:<br><br>7/10/2000 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br><br>*Linda L Irish, Bookkeeper* |
|---|---|

*Penalty for presenting fraudulent claim*: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

9. Don
? Eric, George S, Linda

| UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA OAKLAND DIVISION | PROOF OF CLAIM CHAPTER 11 |
|---|---|

| Name of Debtor: | Case Number: | Your Claim Is Scheduled As Follows: |
|---|---|---|
| ☐ CROWN VANTAGE, INC. | 00-41584N11 | Crown Paper, Co. |
| ☒ CROWN PAPER COMPANY | 00-41583N11 | Unsecured Non-Priority Claim In the Amount Of: $46,104.14 |

**Note:** This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or entity to whom the debtor owes money or property): CRV-46387-BD-RI HYSTER CREDIT CO 5335 SW MEADOWS RD., SUITE 300, LAKE OSWEGO OR 97035 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details. | DEBTOR: CROWN VANTAGE FILED: U.S.B.C.N.C.D. CASE NO.: 00-41584 **CLAIM NO.: 825** |
|---|---|---|
| | ☐ Check this box if you have never received any notices in this case. | |
| | ☒ Check this box if your address differs from the address on the envelope sent to you. | If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need notrefile your claim. |
| If address identified above is incorrect, or if notices should be sent to a different address, please complete the following: The CIT Group/Equipment Financing Name of Creditor c/o Guttenberg, Rapson & Colvin LLP 1111 Broadway, Suite 1500 Address of Creditor Oakland, California 94607 City/State/Zip Code | Telephone No. of Creditor: (510) 286-2060 Fax No.: 510/286-2070 Tax I.D. No. or Social Security No. of Creditor: 22-301-4356 | |

| Account or Other Number by Which Creditor Identifies Debtor: | Check here ☐ replaces if this claim ☐ amends a previously filed claim, dated _____ |
|---|---|

**1. Basis For Claim:**

| | | | |
|---|---|---|---|
| ☐ Goods sold | ☐ Severance agreement | | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) |
| ☐ Services performed | ☐ Refund | | ☐ Wages, salaries and compensation (fill out below) |
| ☐ Money loaned | ☐ Real property lease | | Your Social Security No. _____ |
| ☐ Personal injury/wrongful death | ☒ Personal property lease | | Unpaid compensation for services performed |
| ☐ Taxes | ☐ Other contract | | From: _____ to _____ |
| ☐ Other See Attached Statement | | | (date) (date) |

| 2. Date Debt Was Incurred: October 19, 1999 | 3. If claim is based on a Court Judgment, Date Obtained: |
|---|---|

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):** $ 46,988.42

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☒ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

| 5. Secured Claim: ☐ Check this box if your claim is secured by collateral (including a right of setoff). Brief description of collateral: ☐ Real Estate ☐ Motor Vehicle ☐ Other _____ Value of collateral: $ _____ Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____ | 6. Unsecured Priority Claim: ☐ Check this box if you have an unsecured priority claim Amount entitled to priority $ _____ Specify the priority of the claim: ☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(3). ☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(4). ☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use — 11 U.S.C. § 507(a)(6). ☐ Alimony, maintenance or support owed to a spouse, former spouse or child —11 U.S.C. § 507(a)(7). ☐ Taxes or penalties of governmental units — 11 U.S.C. § 507(a)(8). ☐ Other – specify applicable paragraph of 11 U.S.C. § 507(a)( ). |
|---|---|

| 7. Credits: The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim. 8. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such documents are not available, explain. If the documents are voluminous, attach a summary. 9. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim. | This Space Is For Court Use Only |
|---|---|

| Date: August 9, 2000 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): David J. Rapson, Attorney for The CIT Group/Equipment Financing |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

# ORIGINAL

UNITED STATES BANKRUPTCY COURT __Northern__ DISTRICT OF __California__

**PROOF OF CLAIM**

Name of Debtor

**Crown Vantage, Inc.**

Case Number
**00-41584**

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

**IBM CREDIT CORPORATION**  _67748_

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:

**B.H. SHIDELER**
**2707 BUTTERFIELD ROAD**
**OAKBROOK, ILLINOIS 60523**

Telephone number:  **(630) 573-7436**

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

FILED

00 DEC 26 AM 10: 34

KEENAN G. CASADY, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA.
OAKLAND, CA.

DEBTOR: CROWN VANTAGE
FILED U.S.B.C.N.C.D.
CASE NO.: 00-41584

**CLAIM NO.: 2602**

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

**2860780**

Check here
if this claim ☐ replaces
☒ amends
a previously filed claim, dated: __06/29/00__

**1. Basis for Claim**

☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other __Term Lease Agreements__

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)

Your SS #: _____

Unpaid compensation for services performed

from _____ to _____
(date)                          (date)

**2. Date debt was incurred:** __01/98__

**3. If court judgment, date obtained:** _____

**4. Total Amount of Claim at Time Case Filed:** $ **26,363.55**

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:

☐ Real Estate  ☐ Motor Vehicle
☐ Other _____

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Priority Claim.**

☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $ _____

Specify the priority of the claim:

☐ Wages, salaries, or commissions (up to $4,300),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).

☐ Up to $1,950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).

☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/01 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

RECEIVED BY
LOGAN & COMPANY, INC.

Date
12/20/00

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

**Steven N. Couwenhoven, Business Operations Mgr.**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court

District of ___OAKLAND___

# PROOF OF CLAIM

F I L E D

00 JUL -3 AM 11:__

KEENAN G. CASADY, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA.
OAKLAND, CA

| | |
|---|---|
| In re (Name of Debtor)<br>**CROWN VANTAGE, INC.** | Case Number<br>**00-41584** N |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor
*(The person or other entity to whom the debtor owes money or property)*
**IBM CREDIT CORPORATION**     10-8464

Name and Address Where Notices Should be Sent

**B.H. SHIDELER
2707 BUTTERFIELD ROAD
OAKBROOK, ILLINOIS 60523**

Telephone No.   **630-573-7436**

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584
**CLAIM NO.: 1765**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

| | |
|---|---|
| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:<br>**2860780** | Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated:_____ |

**1. BASIS FOR CLAIM**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other (Describe briefly)
**TERM LEASE AGREEMENTS**

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (Fill out below)
Your social security number_____
Unpaid compensation for services performed
from_____ (date) to_____ (date)

**2. DATE DEBT WAS INCURRED**
**01-98**

**3. IF COURT, JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another.
CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

☐ SECURED CLAIM $_____
Attach evidence of perfection of security interest
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other (Describe briefly)

Amount of arrearage and other charges at time case filed included in secured claim above, if any $_____

☒ UNSECURED NONPRIORITY CLAIM $ **69,875.51**
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ UNSECURED PRIORITY CLAIM $_____
Specify the priority of the claim.

☐ Wages, salaries, or commissions (up to $4000),* earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier—11 U.S.C. § 507(a)(3)

☐ Contributions to an employee benefit plan—11 U.S.C. § 507(a)(4)

☐ Up to $1,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use—11 U.S.C. § 507(a)(6)

☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child—11 U.S.C. § 507(a)(7)

☐ Taxes or penalties of governmental units—11 U.S.C. § 507(a)(8)

☐ Other—Specify applicable paragraph of 11 U.S.C. § 507(a)___
*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:** $ **69,875.51** (Unsecured)  $_____ (Secured)  $_____ (Priority)     $ **69,875.51** (Total)

☐ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**7. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. TIME-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| | |
|---|---|
| Date<br>**6/29/00** | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br>*[signature]*<br>Steven J. Douwenhoven, Business Operation Mgr. |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

**PROOF OF CLAIM**

**CHAPTER 11**

| Name of Debtor: | Case Number: | Your Claim Is Scheduled As Follows: |
|---|---|---|
| ☐ CROWN VANTAGE, INC. | 00-41584N11 | Crown Paper, Co. |
| ☐ CROWN PAPER COMPANY | 00-41583N11 | Unsecured Non-Priority Claim |
| | | In the Amount Of: $92,870.79 |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| | | |
|---|---|---|
| Name of Creditor (The person or entity to whom the debtor owes money or property): <br> CRV-45264-BD-LE <br> INSIGHT <br> 6820 SOUTH HARL AVE <br> TEMPE AZ 85283 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details. <br><br> ☐ Check this box if you have never received any notices in this case. <br><br> ☐ Check this box if your address differs from the address on the envelope sent to you. | DEBTOR: CROWN VANTAGE <br> FILED: U.S.B.C.N.C.D. <br> CASE NO.: 00-41584 <br><br> **CLAIM NO.: 446** <br><br> If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS. If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need notrefile your claim. |
| If address identified above is incorrect, or if notices should be sent to a different address, please complete the following: <br><br> Name of Creditor _____ <br><br> Address of Creditor _____ <br><br> City/State/Zip Code _____ | Telephone No. of Creditor: <br> 480 - 333-3000 <br> Fax No.: 480-760-7489 <br><br> Tax I.D. No. or Social Security No. of Creditor: <br> 86-0615539 | |

| Account or Other Number by Which Creditor Identifies Debtor: <br> 1941577 and 1310471 | Check here ☐ replaces <br> if this claim ☐ amends a previously filed claim, dated _____ |
|---|---|

**1. Basis For Claim:**
- ☑ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries and compensation (fill out below)
  - Your Social Security No. _____
  - Unpaid compensation for services performed
  - From _____ to _____
  - (date)     (date)

**2. Date Debt Was Incurred:**

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):**    $ 107,299.27

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate    ☐ Motor Vehicle    ☐ Other _____

Value of collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any:

$_____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use – 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units – 11 U.S.C. § 507(a)(8).
☐ Other – specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

**This Space Is For Court Use Only**

LOGAN & COMPANY, INC.
2000 JUL 24 PM 3: 26

| Date: <br> 7-18-00 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): <br><br> _(signature)_ DARRAN MONTGOMERY <br> FIN. SERV. MGR. |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

FORM B10 (Official Form 10) (4/98)

| UNITED STATES BANKRUPTCY COURT __Northern__ DISTRICT OF __California__ | |
|---|---|

**Name of Debtor**
Crown Vantage    CB#19548

**Case Number**
00-41584

*FILED 00 APR 10 AM 10: 12*
*KERNAN G. CASADY CLERK*
*U.S. BANKRUPTCY COURT*
*NORTHERN DIST. OF CA.*
*OAKLAND, CA.*

**Name of Creditor** (The person or other entity to whom the debtor owes money or property):

ITT Industries

**Name and address where notices should be sent:**

ITT Industries
2881 East Bayard Street
Seneca Falls, NY 13148
Telephone number:

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

**Account or other number by which creditor identifies debtor:**

8366, 10071, 10209, 14333, 24764, 49034

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated:_____

**1. Basis for Claim**
☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Your SS #: ____ ____ ____
Unpaid compensation for services performed
from _____ (date) to _____ (date)

**2. Date debt was incurred:** 1-10-00

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 118,408.52
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other _____
Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,300),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $1,950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/01 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.D.C.
CASE NO: 00-41584
**CLAIM NO.: 4**

**Date**
4-4-00

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Dennis M. O'Donnell    *D.M.O.*

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

| UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA OAKLAND DIVISION | | PROOF OF CLAIM CHAPTER 11 |
|---|---|---|

| Name of Debtor: | Case Number: | Your Claim Is Scheduled As Follows: |
|---|---|---|
| ☒ CROWN VANTAGE, INC. | 00-41584N11 | Crown Paper, Co. Unsecured Non-Priority Claim In the Amount Of: $25,068.00 |
| ☐ CROWN PAPER COMPANY | 00-41583N11 | |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584
**CLAIM NO.: 767**

Name of Creditor (The person or entity to whom the debtor owes money or property):
CRV-46574-BD-RI
J M HUBER CORP
907 REVOLUTION ST.
PO BOX 417,
HARVE DE GRACE MD 21078

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case.

☐ Check this box if your address differs from the address on the envelope sent to you.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need notrefile your claim.

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:
Name of Creditor: *J.M. HUBER CORP*
Address of Creditor: *4401 NORTHSIDE PARKWAY*
City/State/Zip Code: *ATLANTA GA 30327*

Telephone No. of Creditor: *404-949-5400*
Fax No.: *404-949-5593*
Tax I.D. No. or Social Security No. of Creditor:

| Account or Other Number by Which Creditor Identifies Debtor: *311652* | Check here ☐ replaces if this claim ☐ amends a previously filed claim, dated_____ |
|---|---|

**1. Basis For Claim:**
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries and compensation (fill out below)
  Your Social Security No. _____
  Unpaid compensation for services performed
  From: _____ to _____
          (date)        (date)

**2. Date Debt Was Incurred:** *2-14-2000 To 3-7-2000*

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):** $ *23,760.00*

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other _____
Value of collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any:
$_____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier -- 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan -- 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use -- 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child --11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units-- 11 U.S.C. § 507(a)(8).
☐ Other -- specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only
RECEIVED BY CROWN PAPER COMPANY INC
AUG -7 PM 1 38

| Date: *8-3-2000* | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *JAMES L. KING CREDIT ANALYST* |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

FORM B10 (Official Form 10) (9/97)

| UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA OAKLAND DIVISION | PROOF OF CLAIM CHAPTER 11 |
|---|---|

| Name of Debtor: ☐ CROWN VANTAGE, INC. ☐ CROWN PAPER COMPANY | Case Number: 00-41584N11 00-41583N11 | Your Claim Is Scheduled As Follows: Crown Paper, Co. Unsecured Non-Priority Claim In the Amount Of: $84,773.97 |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or entity to whom the debtor owes money or property): CRV-46306-BD-RI J M HUBER CORPORATION 4401 NORTHSIDE PARKWAY, SUITE 600 ATLANTA, GA 30327 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details. | DEBTOR: CROWN VANTAGE FILED: U.S.B.C.N.C.D. CASE NO.: 00-41584 CLAIM NO.: 807 |
|---|---|---|
| | ☐ Check this box if you have never received any notices in this case. | |
| | ☐ Check this box if your address differs from the address on the envelope sent to you. | If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim. |
| If address identified above is incorrect, or if notices should be sent to a different address, please complete the following: Name of Creditor _____ Address of Creditor _____ City/State/Zip Code _____ | Telephone No. of Creditor: 404-949-5446 Fax No.: 404-949-1346 Tax I.D. No. or Social Security No. of Creditor: 13-0860350 | |

| Account or Other Number by Which Creditor Identifies Debtor: | Check here ☐ replaces if this claim ☐ amends a previously filed claim, dated _____ |
|---|---|

**1. Basis For Claim:**
- ☑ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries and compensation (fill out below) Your Social Security No.: _____ Unpaid compensation for services performed From: _____ to _____ (date) (date)

| 2. Date Debt Was Incurred: 1/17/00 – 3/14/00 | 3. If claim is based on a Court Judgment, Date Obtained: |
|---|---|

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):** $86,081.97

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other _____
Value of collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any:
$_____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier -- 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan -- 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use -- 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child --11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units --11 U.S.C. § 507(a)(8).
☐ Other -- specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

| Date: 8/9/00 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): Sandra Bluestein SANDRA BLUESTEIN MANAGER CREDIT |
|---|---|

*Penalty for presenting fraudulent claim : Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.*