FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**CHAPTER 11**

| Name of Debtor: | Case Number: | Your Claim Is Scheduled As Follows: |
|---|---|---|
| ☒ CROWN VANTAGE, INC. | 00-41584N11 | Crown Paper, Co. |
| ☐ CROWN PAPER COMPANY | 00-41583N11 | Unsecured Non-Priority Claim<br>In the Amount Of: **$1,192.80** |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or entity to whom the debtor owes money or property):<br>CRV-45990-BD-RI<br>JOHN RAUSCHENBERGER CO<br>193 N. BROADWAY<br>MILWAUKEE WI | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details. | DEBTOR: CROWN VANTAGE<br>FILED: U.S.B.C.N.C.D.<br>CASE NO.: 00-41584<br>**CLAIM NO.: 164** |
|---|---|---|
| | ☒ Check this box if you have never received any notices in this case. | If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need notrefile your claim. |
| | ☒ Check this box if your address differs from the address on the envelope sent to you. | |

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:

Name of Creditor: John Rauschenberger Co

Address of Creditor: 2595 S. 124th St

City/State/Zip Code: Milwaukee WI 53227

Telephone No. of Creditor: 262-784-5668

Fax No.:

Tax I.D. No. or Social Security No. of Creditor: 39-0559130

Account or Other Number by Which Creditor Identifies Debtor:

Check here ☐ replaces ☐ amends a previously filed claim, dated _____
if this claim

**1. Basis For Claim:**
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries and compensation (fill out below)<br>Your Social Security No. _____<br>Unpaid compensation for services performed<br>From: _____ to _____<br>(date) (date)

**2. Date Debt Was Incurred:**

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):** $ _____

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.

☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other _____

Value of collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any:

$ _____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use — 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child —11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units — 11 U.S.C. § 507(a)(8).
☐ Other — specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

'00 JUL 17 P3:4 _____ RECEIVED BY _____

Date: 7-13-2000

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): John R Breay President

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

**Name of Debtor:**

☑ CROWN VANTAGE, INC.

☐ CROWN PAPER COMPANY

**Case Number:**

00-41584N11

00-41583N11

**Your Claim Is Scheduled As Follows:**

Crown Paper, Co.
Unsecured Non-Priority Claim
In the Amount Of: $25,051.09

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor (The person or entity to whom the debtor owes money or property):**

CRV-45294-BD-LE
JOHN T DAGON ROOFING INC
314 W BERWICK ST
EASTON PA

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584
CLAIM NO.: 405

☐ Check this box if you have never received any notices in this case.

☐ Check this box if your address differs from the address on the envelope sent to you.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS If the amount shown is DISPUTED, 'UNLIQUIDATED' OR' CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

**If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:**

Name of Creditor

Address of Creditor

City/State/Zip Code

**Telephone No. of Creditor:** 610-253-0618

**Fax No:** 610-250-1967

**Tax I.D. No. or Social Security No. of Creditor:** 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

**Account or Other Number by Which Creditor Identifies Debtor:**

Check here ☐ replaces if this claim ☐ amends a previously filed claim, dated _____

**1. Basis For Claim:**

☐ Goods sold
☑ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other

☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries and compensation (fill out below)
Your Social Security No. _____
Unpaid compensation for services performed
From _____ to _____
(date)        (date)

**2. Date Debt Was Incurred:** 01/28/00

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):** $26658.57

AMT ABOVE 25051.09
+ 7 MO INT @ 1½% pa 1607.48

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☑ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____
Value of collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$ _____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use – 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units – 11 U.S.C. § 507(a)(8).
☐ Other – specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

RECEIVED BY
DAGON & COMPANY, INC.
JUL 21 P 3:41

**Date:** 7/12/00

**Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):** OWNER

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

FORM B10 (Official Form 10) (4/98)

| UNITED STATES BANKRUPTCY COURT __Northern__ DISTRICT OF __California__ | PROOF OF CLAIM |
|---|---|

| Name of Debtor  Crown Vantage, Inc. | Case Number  00-41584N |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| | | |
|---|---|---|
| Name of Creditor (The person or other entity to whom the debtor owes money or property):  677066  The Kansas City Southern Railway Company | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | DEBTOR: CROWN VANTAGE  FILED: U.S.B.C.N.C.D.  CASE NO.: 00-41584  **CLAIM NO.: 542** |
| Name and address where notices should be sent:  Robert K. Dreiling  114 West 11th Street  Kansas City, MO 64105  Telephone number:   (816) 983-1392 | ☒ Check box if you have never received any notices from the bankruptcy court in this case.  ☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |

| Account or other number by which creditor identifies debtor:  664930 | Check here  if this claim  ☐ replaces  ☐ amends  a previously filed claim, dated:_____ |
|---|---|

| 1. Basis for Claim | |
|---|---|
| ☐ Goods sold  ☒ Services performed  ☐ Money loaned  ☐ Personal injury/wrongful death  ☐ Taxes  ☐ Other _____ | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)  ☐ Wages, salaries, and compensation (fill out below)  Your SS #: _____  Unpaid compensation for services performed  from _____ to_____  (date)                      (date) |

| 2. Date debt was incurred:  6/22/98  –  3/31/00 | 3. If court judgment, date obtained: |
|---|---|

**4. Total Amount of Claim at Time Case Filed:** $ 25,000

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| 5. Secured Claim. | 6. Unsecured Priority Claim. |
|---|---|
| ☐ Check this box if your claim is secured by collateral (including a right of setoff).  Brief Description of Collateral:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other_____  Value of Collateral:  $_____  Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____ | ☐ Check this box if you have an unsecured priority claim  Amount entitled to priority  $_____  Specify the priority of the claim:  ☐ Wages, salaries, or commissions (up to $4,300,*) earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).  ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).  ☐ Up to $1,950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).  ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).  ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).  ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).  *Amounts are subject to adjustment on 4/1/01 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |

| | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| **7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.  **8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.  **9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | RECEIVED BY  THE KC S... & COMPANY, INC.  JUL 26 PM 2:52 |

| Date  7/20/01 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):  Richard P. Bruening  V.P. and Gen. Counsel |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

**PROOF OF CLAIM**
**CHAPTER 11**

| Nam  of Debtor: | Case Number: | Your Claim Is Scheduled As Follows: |
|---|---|---|
| XB  ☒ **CROWN VANTAGE, INC.**  ☐ **CROWN PAPER COMPANY** | **00-41584N11**  **00-41583N11** | |

**Note:** This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584
**CLAIM NO.: 824**

Name of Creditor (The person or entity to whom the debtor owes money or property):

CRV-23371-BD-32
KELLER & HECKMAN
1001 G ST NW, STE. 500W
WASHINGTON DC 20001

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

XX
☐ Check this box if you have never received any notices in this case.

☐ Check this box if your address differs from the address on the envelope sent to you.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS. If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:

Name of Creditor _____

Address of Creditor _____

City/State/Zip Code _____

Telephone No. of Creditor:
(202) 434-4100
Fax No.: 434-4646

Tax I.D. No. or Social Security No. of Creditor:
52-0743156

Account or Other Number by Which Creditor Identifies Debtor:
CR10807

Check here ☐ replaces
if this claim ☐ amends a previously filed claim, dated _____

**1. Basis For Claim:**
☒ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries and compensation (fill out below)
Your Social Security No. _____
Unpaid compensation for services performed
From: _____ to _____
(date)      (date)

**2. Date Debt Was Incurred:**
03/17/00

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):**
$ 0.00      (Total Due=$1,622.61)
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below. (Invs. Dtd. 3/17, 4/26, 5/30, 7/17/00)

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____
Value of collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$ _____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier -- 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan -- 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use -- 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child --11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units -- 11 U.S.C. § 507(a)(8).
☐ Other -- specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the supporting documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

AUG 14 P 4:49

**Date:**
8/11/00

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
_Jerome D. Stakerson_

**Penalty for presenting fraudulent claim:** Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court

__Northern__ District of __California__

## PROOF OF CLAIM

| In re (Name of Debtor) | Case Number |
|---|---|
| Crown Vantage Inc. | 00-41584-N11 |

**FILED**
00 JUN 13 PM 2:07
KEENAN G. ____ CLERK
U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA.
OAKLAND, CA.

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor
(The person or entity to whom the debtor owes money or property)

Kelly Services Inc.

Name and Addresses Where Notices Should be Sent

Kelly Services Inc.
999 W. Big Beaver Road
Troy, Michigan 48084

Telephone No. 248-273-4157    46388

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:

222494

Check here if this claim: ☐ replaces ☐ amends   a previously filed claim, dated: _____

**1. BASIS FOR CLAIM**

☐ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (Describe briefly)

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensations (Fill out below)
  Your social security number _____
  Unpaid compensations for services performed
  from _____ to _____
       (date)          (date)

**2. DATE DEBT WAS INCURRED:**

00-02

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another. CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM.

☐ SECURED CLAIM $ _____
Attach evidence of perfection of security interest
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other (Describe briefly)

Amount of arrearage and other charges included in secured claim above, if any $ _____

☐ UNSECURED NONPRIORITY CLAIM $ __51,059.74__
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ UNSECURED PRIORITY CLAIM $ _____
Specify the priority of the claim.

☐ Wages, salaries, or commissions (up to $2000), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier—11 U.S.C. § 507(a)(3)
☐ Contributions to an employee benefit plan—U.S.C. § 507(a)(4)
☐ Up to $900 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use—11 U.S.C. § 507(a)(6)
☐ Taxes or penalties of governmental units—11 U.S.C. § 507(a)(7)
☐ Other—11 U.S.C. §§ 507(a)(2), (a)(5)—(Describe briefly)

**5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:**

$ __51,059.74__ (Unsecured)    $ _____ (Secured)    $ _____ (Priority)    $ __51,059.74__ (Total)

☐ Check this box if claim includes prepetition charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**7. SUPPORTING DOCUMENTS:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. TIME-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.D.C.
CASE NO.: 00-41584
**CLAIM NO.: 49**

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) |
|---|---|
| 06-08-2000 | Gail Brown, Collection Manager |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FORM B10 (Official Form 10) (9/97)

**PROOF OF CLAIM**
**CHAPTER 11**

| Name of Debtor: | Case Number: |
|---|---|
| ☑ CROWN VANTAGE, INC. | 00-41584N11 |
| ☐ CROWN PAPER COMPANY | 00-41583N11 |

Your Claim Is Scheduled As Follows:
Crown Paper, Co.
Unsecured Non-Priority Claim
In the Amount Of: $4,063.39

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584
**CLAIM NO.: 2378**

Name of Creditor (The person or entity to whom the debtor owes money or property):
CRV-20752-BD-30
LANDAIR TRANSPORT INC
P O BOX 1058
GREENEVILLE   TN 37744

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case.

☐ Check this box if your address differs from the address on the envelope sent to you.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need notrefile your claim.

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:

Name of Creditor _____

Address of Creditor _____

City/State/Zip Code _____

Telephone No. of Creditor:
800-733-7239
ext 7056

Fax No. 423-636-7297

Tax I.D. No. or Social Security No. of Creditor:
62-1556240

| Account or Other Number by Which Creditor Identifies Debtor: 66426 | Check here ☐ replaces ☐ amends a previously filed claim, dated _____ if this claim |
|---|---|

**1. Basis For Claim:**
- ☐ Goods sold
- ☑ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries and compensation (fill out below)
  Your Social Security No. _____
  Unpaid compensation for services performed
  From: _____ (date) to _____ (date)

**2. Date Debt Was Incurred:**
June 1999 - Jan 2000

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):** $9408.26

☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____
Value of collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$_____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier -- 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan -- 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use -- 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child --11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units -- 11 U.S.C. § 507(a)(8).
☐ Other -- specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

SEP - 7 AM 10:19

RECEIVED BY

Date: 9/6/00

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Andrew Mowbry, CFO

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

| Name of Debtor: | Case Number: | Your Claim Is Scheduled As Follows: |
|---|---|---|
| ☒ CROWN VANTAGE, INC. | 00-41584N11 | Crown Paper, Co. |
| ☐ CROWN PAPER COMPANY | 00-41583N11 | Unsecured Non-Priority Claim |
| | | In the Amount Of: $113,176.14 |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or entity to whom the debtor owes money or property):

CRV-20760-BD-30
LANDSTAR RANGER INC
~~P O BOX 11407 DRAWER 036~~
~~BIRMINGHAM   AL 35246~~
13410 SUTTON PARK DRIVE
JACKSONVILLE, FL 32224

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case.

☒ Check this box if your address differs from the address on the envelope sent to you.

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584
**CLAIM NO.: 918**

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS. If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need notrefile your claim.

**If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:**

LANDSTAR RANGER, INC.
Name of Creditor
13410 SUTTON PARK DRIVE SOUTH
Address of Creditor
JACKSONVILLE, FL 32224
City/State/Zip Code

Telephone No. of Creditor:
800-872-9400

Fax No.:

Tax I.D. No. or Social Security No. of Creditor:
521308199

Account or Other Number by Which Creditor Identifies Debtor:
ACCT # 313592

Check here if claim ☐ replaces ☐ amends a previously filed claim, dated _____

**1. Basis For Claim:**

| | |
|---|---|
| ☐ Goods sold | ☐ Severance agreement |
| ☒ Services performed | ☐ Refund |
| ☐ Money loaned | ☐ Real property lease |
| ☐ Personal injury/wrongful death | ☐ Personal property lease |
| ☐ Taxes | ☐ Other contract |
| ☐ Other | |

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries and compensation (fill out below)
Your Social Security No. _____
Unpaid compensation for services performed
From _____ to _____
         (date)        (date)

**2. Date Debt Was Incurred:**
SEPT 99 — MARCH 2000

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):** $ 108,190.35

☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____
Value of collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$ _____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use – 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units – 11 U.S.C. § 507(a)(8).
☐ Other – specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the supporting documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

Date:
8/11/00

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
John R. Snow   DIR A/R

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

FORM B10 (Official Form 10) (9/97)

| UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA OAKLAND DIVISION | PROOF OF CLAIM CHAPTER 11 |
|---|---|

**Name of Debtor:**
☐ CROWN VANTAGE, INC.
☐ CROWN PAPER COMPANY

**Case Number:**
00-41584N11
00-41583N11

**Your Claim Is Scheduled As Follows:**
Crown Paper, Co.
Unsecured Non-Priority Claim
In the Amount Of: $45,150.00

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor (The person or entity to whom the debtor owes money or property):**
CRV-45356-BD-LE
LIGHTSPEED TECHNOLOGIES INC
13215 SE MILL PLAIN
VANCOUVER WA

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case.

☒ Check this box if your address differs from the address on the envelope sent to you.

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584
**CLAIM NO.: 956**

**If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:**
Lightspeed Technologies Inc
Name of Creditor
13215 SE Mill Plain - #263
Address of Creditor
Vancouver WA 98684
City/State/Zip Code

Telephone No. of Creditor:
360 921-8618
Fax No.: 775-637-4720

Tax I.D. No. or Social Security No. of Creditor:
91-200247

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

**Account or Other Number by Which Creditor Identifies Debtor:**
Check here ☐ replaces
if this claim ☐ amends a previously filed claim, dated_____

**1. Basis For Claim:**
☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____
☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries and compensation (fill out below)
Your Social Security No. _____
Unpaid compensation for services performed
From _____ to _____
        (date)        (date)

**2. Date Debt Was Incurred:**

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):**
$ 45,150.00
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____
Value of collateral: $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any:
$ _____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier -- 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use – 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units – 11 U.S.C. § 507(a)(8).
☐ Other – specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only
RECEIVED

**Date:**
8/13/00

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
_[signature]_ MIKE CONRADS
CFO - LIGHTSPEED TECHNOLOGIES INC.

Penalty for presenting fraudulent claim : Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

| Name of Debtor: | Case Number: | Your Claim is Scheduled As Follows: |
|---|---|---|
| ☒ CROWN VANTAGE, INC. | 00-41584N11 | Crown Paper, Co. |
| ☐ CROWN PAPER COMPANY | 00-41583N11 | Unsecured Non-Priority Claim<br>In the Amount Of: $37,258.58 |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or entity to whom the debtor owes money or property):<br><br>CRV-46092-BD-RI<br>LOUISIANA MILL SUPPLY<br>2413 AVENUE K, CREDIT DEPT<br>GALENA PARK TX 77547 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.<br><br>☒ Check this box if you have never received any notices in this case.<br><br>☐ Check this box if your address differs from the address on the envelope sent to you. | DEBTOR: CROWN VANTAGE<br>FILED: U.S.B.C.N.C.D.<br>CASE NO.: 00-41584<br>**CLAIM NO.: 280**<br><br>If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim. |
| If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:<br><br>Name of Creditor<br><br>Address of Creditor<br><br>City/State/Zip Code | Telephone No. of Creditor:<br>**713-678-2366**<br>Fax No.: 678-2367<br><br>Tax I.D. No. or Social Security No. of Creditor: | |

| Account or Other Number by Which Creditor Identifies Debtor:<br>J405  J405V  J406 | Check here ☐ replaces<br>if this claim ☐ amends a previously filed claim, dated _____ |
|---|---|

**1. Basis For Claim:**

| | | |
|---|---|---|
| ☒ Goods sold | ☐ Severance agreement | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) |
| ☐ Services performed | ☐ Refund | ☐ Wages, salaries and compensation (fill out below) |
| ☐ Money loaned | ☐ Real property lease | Your Social Security No. _____ |
| ☐ Personal injury/wrongful death | ☐ Personal property lease | Unpaid compensation for services performed |
| ☐ Taxes | ☐ Other contract _____ | From: _____ to _____ |
| ☐ Other | | (date)      (date) |

**2. Date Debt Was Incurred:**
June 99

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):**  $ 40,661.22

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Value of collateral: $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any:
$ _____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use — 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child — 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units — 11 U.S.C. § 507(a)(8).
☐ Other — specify applicable paragraph of 11 U.S.C. § 507(a)._____

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

RECEIVED BY
CROWN PAPER COMPANY
JUL 14 P4:15

| Date:<br><br>7-10-00 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br><br>Sandra Rodriguez - Credits/Collections<br>Sandra Rodriguez |
|---|---|

Penalty for presenting fraudulent claim : Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

PROOF OF CLAIM
CHAPTER 11

Name of Debtor:
☒ CROWN VANTAGE, INC.
☐ CROWN PAPER COMPANY

Case Number:
00-41584N11
00-41583N11

Your Claim Is Scheduled As Follows:
Crown Paper, Co.
Unsecured Non-Priority Claim
In the Amount Of: $29,860.00

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or entity to whom the debtor owes money or property):
CRV-20791-BD-30
MATSON NAVIGATION COMPAN
P O BOX 98481
CHICAGO   IL 60693

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case.

☐ Check this box if your address differs from the address on the envelope sent to you.

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584
CLAIM NO.: 2320

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS. If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need notrefile your claim.

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:
Name of Creditor
**Matson Navigation Company Co Inc**
Address of Creditor
**333 Market St.**
City/State/Zip Code
**San Francisco, CA  94105**

Telephone No. of Creditor:
415 957-4052
Fax No.: 415 357-1103
Tax I.D. No. or Social Security No. of Creditor:
94-0662400

Account or Other Number by Which Creditor Identifies Debtor:
Check here ☐ replaces
if this claim ☐ amends a previously filed claim, dated

1. Basis For Claim:
☐ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other

☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries and compensation (fill out below)
Your Social Security No.
Unpaid compensation for services performed
From: _____ (date) to _____ (date)

2. Date Debt Was Incurred:
**1998, 1999, 2000**

3. If claim is based on a Court Judgment, Date Obtained:

4. Total Amount of Claim at Time Case Filed (March 15, 2000):
$ **35,316.31**
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

5. Secured Claim:
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Value of collateral: $
Amount of arrearage and other charges at time case filed included in secured claim, if any:
$

6. Unsecured Priority Claim:
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier -- 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan -- 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use -- 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child --11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units -- 11 U.S.C. § 507(a)(8).
☐ Other -- specify applicable paragraph of 11 U.S.C. § 507(a)(__).

7. Credits: The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

8. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.

9. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only
RECEIVED BY SEP -6 P3:10

Date:
**9/5/00**

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
_Maureen Ores_
**Maureen Ores, Credit & Collection Rep.**

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

**PROOF OF CLAIM**

FILED

| Name of Debtor: | Case Number: |
|---|---|
| ☒ CROWN VANTAGE, INC. | 00-41584N11 |
| ☒ CROWN PAPER COMPANY | 00-41583N11 |

Your Claim Is Scheduled As Follows:

00 AUG 15 PM 2: 22

KEENAN G. CASADY, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA.
OAKLAND, CA.

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584

**CLAIM NO.: 878**

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or entity to whom the debtor owes money or property):

CRV-23030-BD-32
MCCURNIN SWAN & ASSOCIATES
PO BOX 95387
NEW ORLEANS LA 70195

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case.

☐ Check this box if your address differs from the address on the envelope sent to you.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file your claim.

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:

Name of Creditor _____

Address of Creditor _____

City/State/Zip Code _____

Telephone No. of Creditor:

Fax No.:

Tax I.D. No. or Social Security No. of Creditor:

Account or Other Number by Which Creditor Identifies Debtor:

Check here ☐ replaces
if this claim ☐ amends a previously filed claim, dated_____

**1. Basis For Claim:**

☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other

☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries and compensation (fill out below)
Your Social Security No. _____
Unpaid compensation for services performed
From: _____ to _____
(date)      (date)

**2. Date Debt Was Incurred:** Beginning Dec. 3, 1999

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):** $ 20,660.78 plus interest allowable and/or costs

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$ _____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
☐ Specify the priority of the claim:
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier -- 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan -- 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use -- 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child--11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units -- 11 U.S.C. § 507(a)(8).
☐ Other -- specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary. See attached document Ex. "A"

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

**RECEIVED**

AUG 16 REC'D

at the of...
Logan & Company

| Date: 8/9/00 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| | 690783 |
| | Lisa K. Taner (signature) |
| | LISA K. TANET, Esq. 400 Poydras St. Suite 2300 N.O. LA 70130 (504) 586-9292 ext. 331. |

*Penalty for presenting fraudulent claim*: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

| Name of Debtor: | Case Number: |
|---|---|
| ☒ **CROWN VANTAGE, INC.** | 00-41584N11 |
| ☐ **CROWN PAPER COMPANY** | 00-41583N11 |

Your Claim Is Scheduled As Follows:

Crown Paper, Co.
Unsecured Non-Priority Claim
In the Amount Of: $7,429.96

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584
**CLAIM NO.: 154**

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or entity to whom the debtor owes money or property):

CRV-46286-BD-RI
MECHANICAL SERVICE CORPORATION
41 SOUTH JEFFERSON RD.
WHIPPANY NJ 07981

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case.

☐ Check this box if your address differs from the address on the envelope sent to you.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need notrefile your claim.

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:

Name of Creditor _____

Address of Creditor _____

City/State/Zip Code _____

Telephone No. of Creditor:
**973-884-5000**

Fax No.: **973-884-5060**

Tax I.D. No. or Social
Security No. of Creditor:
**22-2196125**

Account or Other Number by Which Creditor Identifies Debtor:
*CROWN VANTAGE*

Check here ☐ replaces
if this claim ☐ amends a previously filed claim, dated _____

**1. Basis For Claim:**
- ☐ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries and compensation (fill out below)
  Your Social Security No. _____
  Unpaid compensation for services performed
  From: _____ to _____
  (date)          (date)

**2. Date Debt Was Incurred:**

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):**
$ _____

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____

Value of collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any:

$ _____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier -- 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan -- 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use -- 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child -- 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units -- 11 U.S.C. § 507(a)(8).
☐ Other -- specify applicable paragraph of 11 U.S.C. § 507(a)( ).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

RECEIVED
'00 JUL 18 PC 28 [stamp, partially illegible]

Date:
7/14/00

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
_[signature]_ Controller

*Penalty for presenting fraudulent claim*: Fine of up to $500,000 or imprisonment for up to five years, or both 18 U.S.C. §§ 152 and 3571.

B10 (Official Form 10)
(Rev. 12/94)

UCH 43031

## United States Bankruptcy Court
Oakland _____ District of California

# PROOF OF CLAIM

In re (Name of Debtor)
CROWN VANTAGE INC.

Case Number
00-41584 (RJN)

FILED
MAY 3 0 2000
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor
(The person or other entity to whom the debtor owes money or property)
Moore

Name and Address Where Notices Should be Sent
Moore
900 Buffalo Ave.
Niagara Falls, NY 14303

Telephone No. 716-286-2195

☐ Check box if you are aware that any-one else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR
COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:
3-1109715-00000

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated:_____

### 1. BASIS FOR CLAIM
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other (Describe briefly)

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (Fill out below)
  Your social security number _____
  Unpaid compensation for services performed
  from_____ to _____
  (date)          (date)

### 2. DATE DEBT WAS INCURRED
see statement attached

### 3. IF COURT, JUDGMENT, DATE OBTAINED:

### 4. CLASSIFICATION OF CLAIM. Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another.
CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

☐ SECURED CLAIM $ _____
Attach evidence of perfection of security interest
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other (Describe briefly)

Amount of arrearage and other charges at time case filed included in secured claim above, if any $ _____

☒ UNSECURED NONPRIORITY CLAIM $ 59,764.99
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ UNSECURED PRIORITY CLAIM $ _____
Specify the priority of the claim.

☐ Wages, salaries, or commissions (up to $4000),* earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier—11 U.S.C. § 507(a)(3)

☐ Contributions to an employee benefit plan—11 U.S.C. § 507(a)(4)

☐ Up to $1,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use—11 U.S.C. § 507(a)(6)

☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child—11 U.S.C. § 507(a)(7)

☐ Taxes or penalties of governmental units—11 U.S.C. § 507(a)(8)

☐ Other—Specify applicable paragraph of 11 U.S.C. § 507(a)_____
*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

### 5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:

| $ 59,764.99 | $ _____ | $ _____ | $ 59,764.99 |
|---|---|---|---|
| (Unsecured) | (Secured) | (Priority) | (Total) |

☐ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

6. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

7. SUPPORTING DOCUMENTS: *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. TIME-STAMPED COPY: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR
COURT USE ONLY

Date
5/8/00

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
Katleene A Duiko

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| Name of Debtor: | Case Number: | Your Claim Is Scheduled As Follows: |
|---|---|---|
| ☐ CROWN VANTAGE, INC. | 00-41584N11 | Crown Paper, Co. |
| ☐ CROWN PAPER COMPANY | 00-41583N11 | Unsecured Non-Priority Claim |
| | | In the Amount Of: $8,819.07 |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or entity to whom the debtor owes money or property):

CRV-46527-BD-RI
MSE ASSOCIATES INC
80 SECOND ST PIKE
SUITE 4
SOUTHHAMPTON PA 18966

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case.

☐ Check this box if your address differs from the address on the envelope sent to you.

DEBTOR: CROWN VANTAGE
ID: U.S.B.C.N.C.D.
CASE NO.: 00-41584
CLAIM NO.: 321

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS. If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need notrefile your claim.

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:

Name of Creditor _____

Address of Creditor _____

City/State/Zip Code _____

Telephone No. of Creditor: _____

Fax No.: _____

Tax I.D. No. or Social Security No. of Creditor: _____

| Account or Other Number by Which Creditor Identifies Debtor: | Check here ☐ replaces if this claim ☐ amends a previously filed claim, dated _____ |
|---|---|

**1. Basis For Claim:**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries and compensation (fill out below)
Your Social Security No. _____
Unpaid compensation for services performed
From: _____ to _____
　　　(date)　　　(date)

**2. Date Debt Was Incurred:** _____

**3. If claim is based on a Court Judgment, Date Obtained:** _____

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):**
$ _____

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other _____
Value of collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$ _____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use — 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child —11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units — 11 U.S.C. § 507(a)(8).
☐ Other – specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

Date: 7/11/00

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)

_Carl P. Scheidman (President)_

RECEIVED '00 JUL 14
LIBRARY COURT
PM 53

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

FORM B10 (Official Form 10) (9/97)

**PROOF OF CLAIM**
**CHAPTER 11**

| Name of Debtor: | Case Number: | Your Claim Is Scheduled As Follows: |
|---|---|---|
| ☐ **CROWN VANTAGE, INC.** | 00-41584N11 | |
| ☐ **CROWN PAPER COMPANY** | 00-41583N11 | |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584
**CLAIM NO.: 901**

Name of Creditor (The person or entity to whom the debtor owes money or property):

CRV-54814-BD-37
NELSON, DAVID
9239 JOHNSTON LANE
CINCINNATI OH 45242

**\*Also CRV-64445-BD-43 and
CRV-14783-B1-07**

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case.

☐ Check this box if your address differs from the address on the envelope sent to you.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:

Name of Creditor
David A. Nelson

Address of Creditor
8970 Cypresspoint Lane

City/State/Zip Code
Cincinnati, Ohio 45249

Account or Other Number by Which Creditor Identifies Debtor:

Telephone No. of Creditor:
513-697-6811

Fax No.: (same)

Tax I.D. No. or Social Security No. of Creditor:
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

Check here ☐ replaces
if this claim ☐ amends a previously filed claim, dated _____

**1. Basis For Claim:**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other
- ☒ Severance agreement – **Exhibit #1**
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property
- ☒ Other contract **Supplemental Benefit Plan – Exhibit #2**
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries and compensation (fill out below)
  Your Social Security No. _____
  Unpaid compensation for services performed
  From: _____ to _____
  (date)      (date)

**2. Date Debt Was Incurred:**
2/21/00 (date of Severance Agreement)

**3. If claim is based on a Court Judgment, Date Obtained:**
None

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):**
$ 684,182.00

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other _____

Value of collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$ _____

**6. Unsecured Priority Claim:**
☒ Check this box if you have an unsecured priority claim
Amount entitled to priority $ 35,717.00
Specify the priority of the claim
☒ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3). – $4,300.00
☒ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4). – $31,417
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use – 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units – 11 U.S.C. § 507(a)(8).
☐ Other – specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

**RECEIVED**

**AUG 17 RECD**

**at the** office
**Logan & Company**

Date:
8/14/00

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
*David A. Nelson*
David A. Nelson

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

**PROOF OF CLAIM**
**CHAPTER 11**

| Name of Debtor: | Case Number: |
|---|---|
| ☐ **CROWN VANTAGE, INC.** | 00-41584N11 |
| ☐ **CROWN PAPER COMPANY** | 00-41583N11 |

Your Claim Is Scheduled As Follows:

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.D.C.
CASE NO.: 00-41584
**CLAIM NO.: 102**

**Name of Creditor** (The person or entity to whom the debtor owes money or property):

CRV-21617-BD-32
NORTHEAST PUMP CO INC
~~28 CHARRON AVE~~  472 Amherst St.
NASHUA NH 03063

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case.

☒ Check this box if your address differs from the address on the envelope sent to you.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, **EXCEPT AS FOLLOWS.** If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need notrefile your claim.

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:

Name of Creditor
Northeast Pump Co, Inc.
Address of Creditor
472 Amherst St.
City/State/Zip Code
Nashua, NH 03063

Telephone No. of Creditor:
603-889-1158
Fax No.: 603-889-3118

Tax I.D. No. or Social Security No. of Creditor:
02-0429240

Account or Other Number by Which Creditor Identifies Debtor: 61

Check here ☐ replaces
if this claim ☐ amends a previously filed claim, dated _____

| 1. Basis For Claim: | | |
|---|---|---|
| ☒ Goods sold | ☐ Severance agreement | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) |
| ☐ Services performed | ☐ Refund | ☐ Wages, salaries and compensation (fill out below) |
| ☐ Money loaned | ☐ Real property lease | Your Social Security No. _____ |
| ☐ Personal injury/wrongful death | ☐ Personal property lease | Unpaid compensation for services performed |
| ☐ Taxes | ☐ Other contract | From: _____ to _____ |
| ☐ Other _____ | | (date) (date) |

**2. Date Debt Was Incurred:** 2/8/00

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):** $ 1786.03

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☒ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$ _____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier -- 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan -- 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use -- 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child--11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units -- 11 U.S.C. § 507(a)(8).
☐ Other -- specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this claim.

This Space Is For Court Use Only

'00 JUL 17 P4:06
RECEIVED BY
NORTHEAST PUMP COMPANY

| Date: | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 7/14/00 | Gene David, President |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

FORM B10 (Official Form 10) (9/97)

First Amendment to Schedule
Filed in December 18, 2000
CHAPTER 11

| Name of Debtor Against Which You Assert Your Claim: | Case Number: | Your Claim Is Scheduled As Follows: |
|---|---|---|
| ☐ CROWN VANTAGE, INC. | 00-41584N11 | |
| ☐ CROWN PAPER COMPANY | 00-41583N11 | |

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584
**CLAIM NO.: 2626**

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor (The person or entity to whom the debtor owes money or property):**

CRV-68558-B3-45
NORTON COMPANY
ATTN: CONRAD VOELLINGS
1 NEW POND STREET
PO BOX 15008
WORCESTER MA 01615-0008

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case.

☑ Check this box if your address differs from the address on the envelope sent to you.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

**If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:**

Name of Creditor
_1 NEW BOND STREET_

Address of Creditor

City/State/Zip Code

Account or Other Number by Which Creditor Identifies Debtor:

Telephone No. of Creditor: 508.795.5443
Fax No.: 508.795.2460
Tax I.D. No. or Social Security No. of Creditor: 041680390

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated _____

**1. Basis For Claim:**
- ☑ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries and compensation (fill out below)
  Your Social Security No. _____
  Unpaid compensation for services performed
  From: _____ (date) to _____ (date)

**2. Date Debt Was Incurred:**

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):** $ _123,066.00_

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of collateral: $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any:
$ _____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use — 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child — 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units — 11 U.S.C. § 507(a)(8).
☐ Other — specify applicable paragraph of 11 U.S.C. § 507(a)_____

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

'01 FEB -5 PM 1:17

RECEIVED BY (GRANT & COMPANY)

Date: 2/1/01

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
_Conrad C. Voellings , Credit Mgr._

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571

BO C ficial Form 10)
Rev. 6/91)


CC# 12853

# United States Bankruptcy Court

Northern _____ District of California

# PROOF OF CLAIM

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.D.C.
CASE NO.: 00-41584
**CLAIM NO.: 38**

| | |
|---|---|
| In re (Name of Debtor) | Case Number |
| Crown Vantage Paper Co., Inc. | 00-41584 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor
*(The person or entity to whom the debtor owes money or property)*

NRC

Name and Addresses Where Notices Should be Sent

Nuclear Regulatory Commission
Mail Stop T-9E10
Washington, DC 20555

Telephone No.

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR

Check here if this claim: ☑ replaces ☐ amends a previously filed claim, dated: _____

1. BASIS FOR CLAIM:
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other (Describe briefly) **Materials Annual**

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensations (Fill out below)
Your social security number
Unpaid compensations for services performed
from _____ to _____
(date)      (date)

| 2. DATE DEBT WAS INCURRED: | 3. IF COURT JUDGMENT, DATE OBTAINED: |
|---|---|
| 2/1/00 AM1743-00 $2,715.37 | |

4. CLASSIFICATION OF CLAIM. Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another.
CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM.

☐ SECURED CLAIM $ _____
Attach evidence of perfection of security interest
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other (Describe briefly)

Amount of arrearage and other charges included in secured claim above, if any $ _____

☒ UNSECURED NONPRIORITY CLAIM $ 2,715.37
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ UNSECURED PRIORITY CLAIM $ _____
Specify the priority of the claim.

☐ Wages, salaries, or commissions (up to $2000), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier)—11 U.S.C. § 507(a)(3)

☐ Contributions to an employee benefit plan—U.S.C. § 507(a)(4)

☐ up to $900 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use—11 U.S.C. § 507(a)(6)

☐ Taxes or penalties of governmental units—11 U.S.C. § 507(a)(7)

☐ Other—11 U.S.C. §§ 507(a)(2), (a)(5)—(Describe briefly)

5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:
$ 2,715.37 (Unsecured)   $ _____ (Secured)   $ _____ (Priority)   $ 2,715.37 (Total)

☐ Check this box if claim includes prepetition charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

6. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

7. SUPPORTING DOCUMENTS: *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. TIME-STAMPED COPY: To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) |
|---|---|
| 6/9/00 | James Turdici, Director, DAF/OCFO |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

LOGAN & COMPANY
2000 JUN 14 P 1:07
RECEIVED

| Name of Debtor: | Case Number: | Your Claim Is Scheduled As Follows: |
|---|---|---|
| ☒ CROWN VANTAGE, INC. | 00-41584N11 | |
| ☐ CROWN PAPER COMPANY | 00-41583N11 | |

**Note:** This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.G. § 503.

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584
**CLAIM NO.: 234**

| Name of Creditor (The person or entity to whom the debtor owes money or property): | |
|---|---|
| CRV-23078-BD-32<br>OLIVER H VAN HORN CO INC<br>PO BOX 95340<br>NEW ORLEANS LA 70195 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.<br><br>☒ Check this box if you have never received any notices in this case.<br><br>☐ Check this box if your address differs from the address on the envelope sent to you. |

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS. If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need notrefile your claim.

| If address identified above is incorrect, or if notices should be sent to a different address, please complete the following: | |
|---|---|
| Name of Creditor | Telephone No. of Creditor: |
| Address of Creditor | Fax No.: |
| City/State/Zip Code | Tax I.D. No. or Social Security No. of Creditor: |

| Account or Other Number by Which Creditor Identifies Debtor: | Check here ☐ replaces<br>if this claim ☐ amends a previously filed claim, dated _____ |
|---|---|

**1. Basis For Claim**
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries and compensation (fill out below)
- Your Social Security No. _____
- Unpaid compensation for services performed
- From: _____ (date) to _____ (date)

**2. Date Debt Was Incurred:** Various

**3. If claim is based on a Court Judgment, Date Obtained:** 

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):** $ 42,812.00

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other _____
Value of collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any:
$_____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim.
Amount entitled to priority $_____
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use — 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child — 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units — 11 U.S.C. § 507(a)(8).
☐ Other — specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

'00 JUL 17 P3:1... RECEIVED ...

| Date: | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 7/14/00 | Ronald L. Wattigny, Controller |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

FORM B10 (Official Form 10) (9/97)

| UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA OAKLAND DIVISION | PROOF OF CLAIM CHAPTER 11 |
|---|---|

| Name of Debtor:<br>☐ CROWN VANTAGE, INC.<br>☐ CROWN PAPER COMPANY | Case Number:<br>00-41584N11<br>00-41583N11 | Your Claim Is Scheduled As Follows:<br>Crown Paper, Co.<br>Unsecured Non-Priority Claim<br>In the Amount Of: $35,785.00 |
|---|---|---|

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or entity to whom the debtor owes money or property):<br>CRV-46434-BD-RI<br>OMYA INC<br>61 MAIN STREET<br>PROCTOR VT 05765 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.<br><br>☐ Check this box if you have never received any notices in this case.<br><br>☒ Check this box if your address differs from the address on the envelope sent to you. | DEBTOR: CROWN VANTAGE<br>FILED: U.S.B.C.N.C.D.<br>CASE NO.: 00-41584<br>CLAIM NO.: 2533 |
|---|---|---|

| If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:<br>OMYA, Inc.<br>Name of Creditor<br>61 Main Street<br>Address of Creditor<br>Proctor, Vermont 05765<br>City/State/Zip Code | Telephone No. of Creditor:<br>802-459-3311<br>Fax No.: 802-459-2124<br>Tax I.D. No. or Social Security No. of Creditor:<br>03-0164580 | If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file your claim. |
|---|---|---|

| Account or Other Number by Which Creditor Identifies Debtor:<br>238900 | Check here ☐ replaces<br>if this claim ☐ amends a previously filed claim, dated |
|---|---|

1. Basis For Claim:
   - ☒ Goods sold
   - ☐ Services performed
   - ☐ Money loaned
   - ☐ Personal injury/wrongful death
   - ☐ Taxes
   - ☐ Other _____
   - ☐ Severance agreement
   - ☐ Refund
   - ☐ Real property lease
   - ☐ Personal property lease
   - ☐ Other contract _____
   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages, salaries and compensation (fill out below)
     Your Social Security No. _____
     Unpaid compensation for services performed
     From _____ to _____
     (date)            (date)

2. Date Debt Was Incurred: In 1999 - 11/22;
   In 2000 - 1/1, 1/26, 2/16, 3/1, 3/2, & 3/4

3. If claim is based on a Court Judgment, Date Obtained:

4. Total Amount of Claim at Time Case Filed (March 15, 2000): $ 48,033.80
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
   ☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

5. Secured Claim:
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief description of collateral:
   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____
   Value of collateral: $ _____
   
   Amount of arrearage and other charges at time case filed included in secured claim, if any:
   $ _____

6. Unsecured Priority Claim:
   ☒ Check this box if you have an unsecured priority claim
   Amount entitled to priority $ 48,033.80
   Specify the priority of your claim:
   ☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier -- 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan -- 11 U.S.C. § 507(a)(4).
   ☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use -- 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance or support owed to a spouse, former spouse or child -- 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties of governmental units -- 11 U.S.C. § 507(a)(8).
   ☐ Other -- specify applicable paragraph of 11 U.S.C. § 507(a)(___).

7. Credits: The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

8. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.

9. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

SEP 13 P2:15

RECEIVED BY _____

| Date:<br>Aug. 14, 2000 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>_John M. Mitchell_ John M. Mitchell, Executive VP & Treasurer |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

| UNITED STATES BANKRUPTCY COURT Northern | DISTRICT OF California | **PROOF OF CLAIM** |
|---|---|---|

| Name of Debtor: Crown Vantage, Inc. | Case Number: 00-41584N11 | DEBTOR: CROWN VANTAGE FILED: U.S.B.C.N.C.D. CASE NO.:00-41584 |
|---|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**CLAIM NO.:3010**

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>Ondeo Nalco Company<br><br>Name and address where notices should be sent:<br>Attn: Chad Pechman<br>Ondeo Nalco Company<br>Ondeo Nalco Center<br>Naperville IL 60563-1198<br>Telephone number: 630-305-1650 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☒ Check box if the address differs from the address on the envelope sent to you by the court.  76132 | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|

| Account or other number by which creditor identifies debtor:<br><br>Various | Check here ☐ replaces<br>if this claim ☒ amends a previously filed claim, dated: Oct. 2, 2001 |
|---|---|

**1. Basis for Claim**
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)

Your SS #: _____

Unpaid compensation for services performed

from _____ to _____
　　　(date)　　　　　(date)

| **2. Date debt was incurred:** Various | **3. If court judgment, date obtained:** |
|---|---|

**4. Total Amount of Claim at Time Case Filed:** $ 11,602.00

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate　☐ Motor Vehicle
☐ Other _____

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Priority Claim.**

☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
- ☐ Wages, Salaries, or commissions (up to $4,300),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
- ☐ Up to $1,950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units– 11 U.S.C. § 507(a)(8).
- ☐ Other Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/01 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date–Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self–addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

RECEIVED SEP 19 AM 11:45 & COMPANY, INC.

| Date<br>Sept. 17, 2003 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>Chad Pechman, Manager-Customer Credit |
|---|---|

NOTE IN CHAPTER 13 CASES FILE THE ORIGINAL AND ONE COPY OF BOTH
CLAIM AND ANY ATTACHMENT

| UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA (OAKLAND) | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>CROWN VANTAGE , INC. | Case Number<br>00-41584 | |
|---|---|---|

NOTE: this form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584
CLAIM NO.: 233

Name of Creditor (The person or other entity to whom the debtor owes money or property):

P.H. GLATFELTER COMPANY

*410071*

☐ Check box if you are aware anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and addresses where notices should be sent:
Derek J. Baker, Esquire
Reed Smith Shaw & McClay LLP
2500 One Liberty Place
Philadelphia, PA 19103
Telephone Number: 215-851-8100

*035000*

☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:
10460 53

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

**1. Basis For Claim:**
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  - Your SS#: _____
  - Unpaid compensation for services performed
  - From _____ to _____
    (date)        (date)

**2. Date debt was incurred:** various

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 224,557.64 (plus interest and attorneys' fees)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☐ Other _____

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any:

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,300),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier -- 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan -- 11 U.S.C. § 507(a)(4).
☐ Up to $1,950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use -- 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child -- 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units -- 11 U.S.C. § 507(a)(8).
☐ Other -- Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

RECEIVED BY
2000 JUL 17 AM 9 49

Date
July 12, 2000

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Don Bowman, Corporate Insurance and Credit Manager

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

PHLLIB-0392140.01-DJBAKER
July 12, 2000 8:08 AM

| Name of Debtor: | Case Number: | Your Claim Is Scheduled As Follows: |
|---|---|---|
| ☑ CROWN VANTAGE, INC. | 00-41584N11 | Crown Paper, Co. |
| ☐ CROWN PAPER COMPANY | 00-41583N11 | Unsecured Non-Priority Claim |
| | | In the Amount Of: $2,082.42 |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or entity to whom the debtor owes money or property):

CRV-46340-BD-RI
PCA & ASSOCIATES INC
~~47 ALDEN GLEN DR~~
~~WOODLANDS TX 77382~~

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case.

☑ Check this box if your address differs from the address on the envelope sent to you.

Telephone No. of Creditor: 936-447-6144

Fax No.: 936-588-6188

Tax I.D. No. or Social Security No. of Creditor:

72-1527965

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584
CLAIM NO.: 947

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS. If the amount shown is DISPUTED, UNLIQUIDATED or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:

PCA & ASSOCIATES INC
Name of Creditor
500 S. Pine Lake Rd.
Address of Creditor
MonTgomery TX 77316
City/State/Zip Code

Check here ☐ replaces
if this claim ☐ amends a previously filed claim, dated _____

Account or Other Number by Which Creditor Identifies Debtor:

**1. Basis For Claim:**

☑ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries and compensation (fill out below)
Your Social Security No. _____
Unpaid compensation for services performed
From: _____ to _____
(date)          (date)

**2. Date Debt Was Incurred:**

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):**

$_____

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$_____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier -- 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan -- 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use -- 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child -- 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units -- 11 U.S.C. § 507(a)(8).
☐ Other -- specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

RECEIVED BY
2000 AUG 21 P 3: 24

Date: 8/14/00

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

*[signature]*

*Penalty for presenting fraudulent claim* : Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

| | | **PROOF OF CLAIM** |
|---|---|---|
| | | **CHAPTER 11** |

Name of Debtor:

☒ **CROWN VANTAGE, INC.**

☐ **CROWN PAPER COMPANY**

Case Number:

**00-41584N11**

**00-41583N11**

Your Claim Is Scheduled As Follows:

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584

**CLAIM NO.: 211**

Name of Creditor (The person or entity to whom the debtor owes money or property):

CRV-15297-BD-09
POMCO GRAPHICS
4411-27 WHITAKER AVE
PHILADELPHIA PA 19120

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case.

☐ Check this box if your address differs from the address on the envelope sent to you.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:

Name of Creditor _____

Address of Creditor _____

City/State/Zip Code _____

Telephone No. of Creditor:

Fax No.:

Tax I.D. No. or Social Security No. of Creditor:

**23-2992216**

Account or Other Number by Which Creditor Identifies Debtor:
_____

Check here ☐ replaces
if this claim ☐ amends  a previously filed claim, dated _____

**1. Basis For Claim:**

☒ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries and compensation (fill out below)
Your Social Security No. _____
Unpaid compensation for services performed
From: _____ to _____
(date)    (date)

**2. Date Debt Was Incurred:** 12/22/99

**3. If claim is based on a Court Judgment, Date Obtained:** N/A

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):** $ 15,739.83

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☒ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$ _____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use – 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units – 11 U.S.C. § 507(a)(8).
☐ Other – specify applicable paragraph of 11 U.S.C. § 507(a)(__).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

JUL 17 P3 23 '00

RECEIVED BY [illegible]

Date:

7/12/00

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

_Frank A. Wlodarczyk, President_

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.