FORM B10 (Official Form 10) (9/97)

| UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA OAKLAND DIVISION | PROOF OF CLAIM CHAPTER 11 |
|---|---|

| Name of Debtor: ☐ **CROWN VANTAGE, INC.** ☐ **CROWN PAPER COMPANY** | Case Number: 00-41584N11 00-41583N11 | Your Claim Is Scheduled As Follows: Crown Paper, Co. Unsecured Non-Priority Claim In the Amount Of: $10,987.54 |
|---|---|---|

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or entity to whom the debtor owes money or property) CRV-45808-BD-RI POWER LOGIC INC 11740 AIRLINE HWY. BATON ROUGE LA 70895 70817 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details. | DEBTOR: CROWN VANTAGE CASE NO.: 00-41584 CLAIM NO.: 678 |
|---|---|---|

☐ Check this box if you have never received any notices in this case.

☐ Check this box if your address differs from the address on the envelope sent to you.

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:

POWER-LOGIC, INC
Name of Creditor
P. O. BOX 46216, BATON ROUGE, LA 70895
Address of Creditor

City/State/Zip Code

Telephone No. of Creditor: 225 292-8585

Fax No.: 292-4758

Tax I.D. No. or Social Security No. of Creditor: 72-1041565

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file your claim.

Account or Other Number by Which Creditor Identifies Debtor:

Check here ☐ replaces if this claim ☐ amends a previously filed claim, dated _____

| 1. Basis For Claim: | | |
|---|---|---|
| ☐ Goods sold | ☐ Severance agreement | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) |
| ☐ Services performed | ☐ Refund | ☐ Wages, salaries and compensation (fill out below) |
| ☐ Money loaned | ☐ Real property lease | Your Social Security No. _____ |
| ☐ Personal injury/wrongful death | ☐ Personal property lease | Unpaid compensation for services performed |
| ☐ Taxes | ☐ Other contract | From _____ to _____ |
| ☐ Other | | (date) (date) |

2. Date Debt Was Incurred:

3. If claim is based on a Court Judgment, Date Obtained:

4. Total Amount of Claim at Time Case Filed (March 15, 2000):
$_____
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

5. Secured Claim:
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other _____
Value of collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$_____

6. Unsecured Priority Claim:
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use — 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse; former spouse or child — 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units — 11 U.S.C. § 507(a)(8).
☐ Other — specify applicable paragraph of 11 U.S.C. § 507(a)(___).

7. Credits: The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

8. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.

9. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

| Date: | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|

*Penalty for presenting fraudulent claim*: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

| Name of Debtor: | Case Number: |
|---|---|
| ☒ CROWN VANTAGE, INC. | 00-41584N11 |
| ☐ CROWN PAPER COMPANY | 00-41583N11 |

Your Claim Is Scheduled As Follows:
Crown Paper, Co.
Unsecured Non-Priority Claim
In the Amount Of: $25,248.74

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584
**CLAIM NO.: 518**

**Name of Creditor** (The person or entity to whom the debtor owes money or property:)
CRV-45821-BD-RI
PQ CORPORATION, THE
1200 W SWEDESFORD RD.,
BERWYN PA 19312

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case.

☒ Check this box if your address differs from the address on the envelope sent to you.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS. If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:
**Name of Creditor**
The PQ Corporation
**Address of Creditor**
PO Box 840
**City/State/Zip Code**
Valley Forge, PA 19482

Telephone No. of Creditor:
610-651-4200

Fax No. 610-651-427

Tax I.D. No. or Social Security No. of Creditor:
23-0972750

| Account or Other Number by Which Creditor Identifies Debtor: | Check here ☐ replaces |
|---|---|
| Customer number 7243 | if this claim ☐ amends a previously filed claim, dated _____ |

**1. Basis For Claim:**

| | | | |
|---|---|---|---|
| ☒ Goods sold | ☐ Severance agreement | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) | |
| ☐ Services performed | ☐ Refund | ☐ Wages, salaries and compensation (fill out below) | |
| ☐ Money loaned | ☐ Real property lease | Your Social Security No. _____ | |
| ☐ Personal injury/wrongful death | ☐ Personal property lease | Unpaid compensation for services performed | |
| ☐ Taxes | ☐ Other contract | From: _____ to _____ | |
| ☐ Other | | (date) (date) | |

**2. Date Debt Was Incurred:**
2/14/00 - 3/13/00

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):**   $ 25,248.74

☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____
Value of collateral: $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any:
$ _____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use – 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units – 11 U.S.C. § 507(a)(8).
☐ Other – specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

| Date: | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 7/21/00 | *Kelly Bushnell*, KELLY BUSHNELL CREDIT Manager |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

PROOF OF CLAIM
CHAPTER 11

| Name of Debtor: | Case Number: |
| --- | --- |
| ☒ **CROWN VANTAGE, INC.** | **00-41584N11** |
| ☐ **CROWN PAPER COMPANY** | **00-41583N11** |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Your Claim Is Scheduled As Follows:

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584
**CLAIM NO.: 559**

**Name of Creditor** (The person or entity to whom the debtor owes money or property):

CRV-22671-BD-32
PRECISION ROLL GRINDER INC
PO BOX 64088
BALTIMORE MD 212644088

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case.

☒ Check this box if your address differs from the address on the envelope sent to you.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS. If the amount shown is DISPUTED, UNLIQUIDATED or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:

Name of Creditor: *Precision Roll Grinders, Inc.*

Address of Creditor: *63856 Chapmans Rd.*

City/State/Zip Code: *Allentown, PA 18064*

Telephone No. of Creditor: *(610) 395-6966*

Fax No. *(610) 481-9130*

Tax I.D. No. or Social Security No. of Creditor: *23-1720790*

| Account or Other Number by Which Creditor Identifies Debtor: | Check here ☐ replaces |
| --- | --- |
| *113605* | if this claim ☐ amends a previously filed claim, dated _____ |

**1. Basis For Claim:**
- ☐ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries and compensation (fill out below)
  Your Social Security No. _____
  Unpaid compensation for services performed
  From: _____ (date) to _____ (date)

**2. Date Debt Was Incurred:** *2/25/00*

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):** $ *5908.00*

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$_____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use – 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units – 11 U.S.C. § 507(a)(8).
☐ Other – specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

| Date: | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
| --- | --- |
| *7-18-00* | *THOMAS D PECUCH, TREASURER* |

*Penalty for presenting fraudulent claim*: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

FORM B10 (Official Form 10) (9/97)

| UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA OAKLAND DIVISION | PROOF OF CLAIM CHAPTER 11 |
|---|---|

| Name of Debtor: | Case Number: | Your Claim Is Scheduled As Follows: |
|---|---|---|
| ☒ CROWN VANTAGE, INC. | 00-41584N11 | |
| ☐ CROWN PAPER COMPANY | 00-41583N11 | |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or entity to whom the debtor owes money or property):<br><br>CRV-23250-BD-32<br>PRINTPACK INC<br>PO BOX 102430<br>ATLANTA GA 303682430 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.<br><br>☐ Check this box if you have never received any notices in this case.<br><br>☒ Check this box if your address differs from the address on the envelope sent to you. | DEBTOR: CROWN VANTAGE<br>FILED: U.S.B.C.N.C.D.<br>CASE NO: 00-41584<br>**CLAIM NO.: 819**<br><br>If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need notrefile your claim. |
|---|---|---|
| If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:<br><br>PRINTPACK INC  ATTN: ROBERT P. GEORGE<br>Name of Creditor<br>500 INTERCHANGE DR SW<br>Address of Creditor<br>ATLANTA   GA30336<br>City/State/Zip Code | Telephone No. of Creditor:<br>404/460-7229<br>Fax No. 404/696-5058<br><br>Tax I.D. No. or Social Security No. of Creditor:<br>58-0673379 | |

| Account or Other Number by Which Creditor Identifies Debtor:<br>21605000 | Check here<br>if this claim ☐ replaces<br>☐ amends a previously filed claim, dated_____ |
|---|---|

**1. Basis For Claim:**
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other

- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries and compensation (fill out below)
  Your Social Security No._____
  Unpaid compensation for services performed
  From:_____ to _____
     (date)      (date)

| 2. Date Debt Was Incurred:<br>01/04/00 - 03/14/00 | 3. If claim is based on a Court Judgment, Date Obtained: |
|---|---|

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):** $117,491.79

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☒ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate  ☐ Motor Vehicle  ☒ Other  SET-OFF
Value of collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$_____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use – 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units – 11 U.S.C. § 507(a)(8).
☐ Other – specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

| Date:<br>08/11/00 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br><br>ROBERT P. GEORGE, CREDIT MANAGER |
|---|---|

*Penalty for presenting fraudulent claim*: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

FORM B10 (Official Form 10) (4/01)

| UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | PROOF OF CLAIM |

| Name of Debtor   CROWN VANTAGE INC. | Case Number  00-41584 N  FILED |

03 AUG 15 PM 4: 11

BANKRUPTCY COURT
NORTHERN DIST. OF CA.
OAKLAND, CA.

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): RAYONIER INC.   46314

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:   With a copy to:

Tim Courson
Rayonier Inc.
4474 Savannah Highway
Jessup, GA 31545

Telephone number: (912) 588-8215

Michael P. Ellis
Pillsbury Winthrop LLP
50 Fremont Street
P.O. Box 7880
San Francisco, CA 94120
(415) 983-1000

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here
if this claim  ☐ replaces  ☐ amends   a previously filed claim, dated:_____

**1.**  **Basis for Claim**
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)

☐ Wages, salaries, and compensation (fill out below)

Your SS #: _____

Unpaid compensation for services performed

From _____ to _____
(date)        (date)

**2.**  Date debt was incurred: **November 1, 1999 to Petition Date**

**3.**  If court judgment, date obtained:

**4.**  Total Amount of Claim at Time Case Filed:   $ **At least $ 43,000.00. See Exhibit "A"**

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges. Please See Exhibit "A."

**5.**  **Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
- ☐ Real Estate   ☐ Motor Vehicle
- ☐ Other _____

Value of Collateral:

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6.**  **Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
- ☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

THIS SPACE IS FOR COURT USE ONLY

**7.**  **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8.**  **Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9.**  **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.:00-41584
CLAIM NO.:2993

| Date   12 August 2003 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):  T. Coursen  Timothy H. Coursen, Assistant Secretary |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| Name of Debtor: | Case Number: | Your Claim Is Scheduled As Follows: |
|---|---|---|
| XX CROWN VANTAGE, INC. | 00-41584N11 | Crown Paper, Co. |
| ☐ CROWN PAPER COMPANY | 00-41583N11 | Unsecured Non-Priority Claim In the Amount Of: $13,048.56 |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or entity to whom the debtor owes money or property):
CRV-46087-BD-RI
REICHHOLD CHEMICALS INC
2400 ELLIS RD
DURHAM NC 27703

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case.

☒ Check this box if your address differs from the address on the envelope sent to you.

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584
**CLAIM NO.: 488**

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file your claim.

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:
Reichhold, Inc.
Name of Creditor
P.O. Box 13582
Address of Creditor
Research Triangle Park, NC 27709-3582
City/State/Zip Code
Attn: Legal Dept

Telephone No. of Creditor:
(919) 990-7500
Fax No.: 9199907707

Tax I.D. No. or Social Security No. of Creditor:
13-1764826

Account or Other Number by Which Creditor Identifies Debtor:
206336

Check here ☐ replaces
if this claim ☐ amends a previously filed claim, dated_____

**1. Basis For Claim:**
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other

- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries and compensation (fill out below)
  Your Social Security No. _____
  Unpaid compensation for services performed
  From: _____ to _____
  (date)        (date)

**2. Date Debt Was Incurred:**
2/22/00

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):**
$ 13,048.56

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____
Value of collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$_____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
  Amount entitled to priority $_____
  Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use – 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units – 11 U.S.C. § 507(a)(8).
☐ Other – specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space For Court Use Only

LOGAN & COMPANY, INC.
2000 JUL 24

Date:
7-14-00

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Joseph Lischwe, Asst. General Counsel

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.*

**Name of Debtor:**
☒ CROWN VANTAGE, INC.
☐ CROWN PAPER COMPANY

**Case Number:**
00-41584N11
00-41583N11

**Your Claim Is Scheduled As Follows:**
Crown Paper, Co.
Unsecured Non-Priority Claim
In the Amount Of: $200.00

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or entity to whom the debtor owes money or property):
CRV-45520-BD-LE
RIGGERS INC
901 HOLLY SPRINGS AVE
RICHMOND VA

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case.

☐ Check this box if your address differs from the address on the envelope sent to you.

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO: 00-41584
CLAIM NO.: 266

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:

_____

Name of Creditor

_____

Address of Creditor

_____

City/State/Zip Code

**Telephone No. of Creditor:**
804-232-1281

Fax No. 804-232-294

**Tax I.D. No. or Social Security No. of Creditor:**
54-0991816

**Account or Other Number by Which Creditor Identifies Debtor:**

Check here ☐ replaces
if this claim ☐ amends a previously filed claim, dated _____

**1. Basis For Claim:**
☐ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries and compensation (fill out below)
Your Social Security No. _____
Unpaid compensation for services performed
From: _____ to _____
(date)        (date)

**2. Date Debt Was Incurred:**

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):**
$_____
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____
Value of collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$_____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use — 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child — 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units — 11 U.S.C. § 507(a)(8).
☐ Other — specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

RECEIVED '00 JUL 13

**Date:**
7/10/00

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
R. CLAYTON MAYS, JR.   PRESIDENT

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

| UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA (OAKLAND) | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>CROWN VANTAGE , INC.<br>CROWN PAPER COMPANY | Case Number<br>00-41584 N11<br>00-41583 N11 | |

**NOTE:** this form should not be used to make a claim for an administrative expense arising after the commencement of the case
A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584

CLAIM NO.: 2332

| Name of Creditor  (The person or other entity to whom the debtor owes money or property):<br><br>RITE INDUSTRIES, INC.<br><br>*19624* | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|

Name and addresses where notices should be sent:
Peter S. Clark II, Esquire

Reed Smith Shaw & McClay LLP
2500 One Liberty Place
Philadelphia, PA 19103
Telephone Number: 215-851-8142

☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

| Account or other number by which creditor identifies debtor:<br>105890 and 105891 | Check here if this claim | ☐ replaces<br>☐ amends | a previously filed claim, dated: . . . . . |

**1. Basis For Claim:**

- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other Consignment Claim

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)

Your SS#:  _ _ _ - _ _ - _ _ _ _

Unpaid compensation for services performed

From ___/___/___ to ___/___/___
(date)          (date)

**2. Date debt was incurred:** various

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**     $41,761 - Unsecured Claim
$74,360 - Administrative Expense Claim

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:

☐ Real Estate     ☐ Motor Vehicle
☐ Other _____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any:

**6. Unsecured Priority Claim**

☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ . . . . .
Specify the priority of the claim:

☐ Wages, salaries, or commissions (up to $4,300),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
☐ Up to $1,950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date<br>September 5, 2000 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>Peter S. Clark II, Esquire of Reed Smith Shaw & McClay LLP,<br>Attorneys for Rite Industries, Inc. | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FORM B10 (Official Form 10) (9/97)

| UNITED STATES BANKRUPTCY COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND DIVISION | PROOF OF CLAIM<br>CHAPTER 11 |
|---|---|

| | Case Number:<br>**00-41584N11**<br>**00-41583N11** | Your Claim Is Scheduled As Follows:<br>**Crown Paper, Co.**<br>**Unsecured Non-Priority Claim**<br>**In the Amount Of: $729.00** |
|---|---|---|

Name of Debtor:

☒ **CROWN VANTAGE, INC.**

☐ **CROWN PAPER COMPANY**

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or entity to whom the debtor owes money or property):

CRV-46653-BD-RI
RS TECHNICAL SERVICES INC
PO BOX 291, 13684 BECKWITH DR.,
LOWELL, MI 49331-0291

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case.

☐ Check this box if your address differs from the address on the envelope sent to you.

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584
**CLAIM NO.: 607**

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS. If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:

Name of Creditor _____

Address of Creditor _____

City/State/Zip Code _____

Telephone No. of Creditor:
616-897-7041
Fax No.: 616-897-3015

Tax I.D. No. or Social Security No. of Creditor:
38-2900554

Account or Other Number by Which Creditor Identifies Debtor:

Check here ☐ replaces
if this claim ☐ amends a previously filed claim, dated _____

1. Basis For Claim:
☐ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other

☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries and compensation (fill out below)
Your Social Security No. _____
Unpaid compensation for services performed
From: _____ (date) _____ to _____ (date) _____

2. Date Debt Was Incurred: 2/29/2000

3. If claim is based on a Court Judgment, Date Obtained: _____

4. Total Amount of Claim at Time Case Filed (March 15, 2000): $_____

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

5. Secured Claim:
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other _____

Value of collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any:

$_____

6. Unsecured Priority Claim:
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use — 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child — 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units — 11 U.S.C. § 507(a)(8).
☐ Other — specify applicable paragraph of 11 U.S.C. § 507(a)(___).

This Space Is For Court Use Only

7. Credits: The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

8. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.

9. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

Date: 7/26/00

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

Noël A. Siez, V.P. Noël A. Seif

RECEIVED '00 JUL 31

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

Case: 00-41584    Doc# 1911-7    Filed: 10/31/07    Entered: 10/31/07 13:56:07    Page 9 of 25

## United States Bankruptcy Court

**Northern** District of **California**

# PROOF OF CLAIM

| | |
|---|---|
| In re (Name of Debtor) **Crown Vantage, Inc.** | Case Number **00-41584 N** |

NOTE. This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

FILED
00 MAY 26 AM 10:08
KEENAN G. CASADY CLERK
U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA.
OAKLAND, CA.

**Name of Creditor**
(The person or other entity to whom the debtor owes money or property)

**Name and Address Where Notices Should be Sent**

RYDER SHARED SERVICES CENTER
M/S2868
6000 WINDWARD PARKWAY
ALPHARETTA, GA 30005

Telephone No. **770-569-6559**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☒ Check box if the address differs from the address on the envelope sent to you by the court.

**THIS SPACE IS FOR COURT USE ONLY**

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR. **6308769**

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

## 1. BASIS FOR CLAIM
- ☐ Goods sold
- ☒ Services performed **A/R**
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other (Describe briefly)

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (Fill out below)
  Your social security number_____
  Unpaid compensation for services performed
  from_____ to_____
  (date)          (date)

## 2. DATE DEBT WAS INCURRED
**3/00 - 3/14/00** *based on date of service*

## 3. IF COURT JUDGMENT, DATE OBTAINED:

## 4. CLASSIFICATION OF CLAIM.
Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another.
CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

☐ SECURED CLAIM $_____
Attach evidence of perfection of security interest
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other (Describe briefly)

Amount of arrearage and other charges at time case filed included in secured claim above, if any $_____

☒ UNSECURED NONPRIORITY CLAIM $ **1,403.96**
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ UNSECURED PRIORITY CLAIM $_____
Specify the priority of the claim.

☐ Wages, salaries, or commissions (up to $4000),* earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier—11 U.S.C. § 507(a)(3)

☐ Contributions to an employee benefit plan—11 U.S.C. § 507(a)(4)

☐ Up to $1,800* of deposits toward purchase, lease, or rental of property or services for personal, family or household use—11 U.S.C. § 507(a)(6)

☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child—11 U.S.C. § 507(a)(7)

☐ Taxes or penalties of governmental units—11 U.S.C. § 507:a)(8)

☐ Other—Specify applicable paragraph of 11 U.S.C. § 507(a)_____
*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

## 5. TOTAL AMOUNT OF CLAIM AT THE TIME CASE FILED:

| $ **1,403.96** | $ | $ | $ **1,403.96** |
|---|---|---|---|
| (Unsecured) | (Secured) | (Priority) | (Total) |

☐ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

## 6. CREDITS AND SETOFFS
The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

## 7. SUPPORTING DOCUMENTS
*Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

## 8. TIME-STAMPED COPY
To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

**THIS SPACE IS FOR COURT USE ONLY**

| Date **5/22/00** | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) *Jennifer M. Morris* **Jennifer M. Morris - Sr. Analyst** | DEBTOR: CROWN VANTAGE FILED: U.S.B.C.N.D.C. CASE NO.: 00-41584 **CLAIM NO.: 15** |
|---|---|---|

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**PROOF OF CLAIM**

| Name of Debtor: | Case Number: |
|---|---|
| ☒ CROWN VANTAGE, INC. | 00-41584N11 |
| ☐ CROWN PAPER COMPANY | 00-41583N11 |

Your Claim is Scheduled As Follows:

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or entity to whom the debtor owes money or property):

CRV-19500-BD-21
SEMCO ENERGY GAS CO
~~PO BOX 5005~~
~~HURON MI 48061-5005~~

Jeffrey S. Theuer
Loomis, Ewert,
Parsley, Davis &
Gotting, P.C.
232 S. Capitol Ave.
Suite 1000
Lansing, MI  48933
Attorneys for Semco

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim.  Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case.

☐ Check this box if your address differs from the address on the envelope sent to you.

DEBTOR: CROWN VANTAGE, INC.
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584

**CLAIM NO.: 1639**

If an amount is identified above, you have a claim scheduled by the Debtor as shown.  If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, **EXCEPT AS FOLLOWS** If the amount shown is "DISPUTED," UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim.  If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:

**Name of Creditor**
Semco Energy Gas Company
c/o Jeffrey S. Theuer, Esq. Loomis Law Firm
**Address of Creditor**
232 S. Capitol Ave., Suite 1000
**City/State/Zip Code**
Lansing, MI  48933

Telephone No. of Creditor:
(517)  482-2400
Fax No.:   (517) 482-6604
Tax I.D. No. or Social
Security No. of Creditor:

Account or Other Number by Which Creditor Identifies Debtor:

Check here ☐ replaces
if this claim ☐ amends   a previously filed claim, dated _____

**1.  Basis For Claim:**
- ☒ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other

- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries and compensation (fill out below)
  Your Social Security No.
  Unpaid compensation for services performed
  From: _____ (date)  _____ (date)

**2.  Date Debt Was Incurred:**
March 1-14, 2000

**3.  If claim is based on a Court Judgment, Date Obtained:**

**4.  Total Amount of Claim at Time Case Filed (March 15, 2000):**   $ 54,747.24

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim.  Attach an itemized statement of all interest or additional charges.

**5.  Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of collateral:  $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$ _____

**6.  Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
  Amount entitled to priority $ _____
  Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use — 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child — 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units — 11 U.S.C. § 507(a)(8).
☐ Other — specify applicable paragraph of 11 U.S.C. § 507(a)(__).

**7.  Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8.  Supporting Documents:** *Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien.  DO NOT SEND ORIGINAL DOCUMENTS.  If such supporting documents are not available, explain.  If the documents are voluminous, attach a summary.*

**9.  Date-Stamped Copy:**  To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

| Date: | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 8/30/00 | Jeffrey S. Theuer, Attorney for Creditor |

*Penalty for presenting fraudulent claim:  Fine of up to $500,000 or imprisonment for up to five years, or both.  18 U.S.C. §§ 152 and 3571.*

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re:

CROWN PAPER CO.,

Debtor.

Case No. 00-41584
Jointly Administered
Chapter 11

*5 3147*

_____/

## UNSECURED PROOF OF CLAIM

1.    The undersigned, who resides at First Floor, Treasury Building, Lansing, Michigan 48922, is the agent of the State of Michigan, Department of Treasury, Revenue Division, and is authorized to make this proof of claim on behalf of claimant.

2.    The debtor was, at the time of the filing of the petition initiating this case, and still is indebted (or liable) to this claimant, in the sum of $6,114.34.

3.    The ground of liability for this debt is as follows:
Motor Carrier, Single Business, Sales and Use Tax

4.    No judgment has been rendered on the claim and the amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. This claim is not subject to any setoff or counterclaim presently known to the undersigned; the claimant retains all setoff rights.

5.    The amount of all payments of this claim has been credited and deducted for the purpose of making this proof of claim.

6.    No security interest is held for this claim.

7.    This claim is a general unsecured claim, except to the extent that the security interest, if any, described in paragraph 6 is sufficient to satisfy the claim and except to the extent that it is a priority claim as set forth in paragraph 3.

8.    This claim is filed as an General Unsecured Claim.

Claim Number

_____

$6,114.34
Total Amount Claimed
Name of Creditor: STATE OF MICHIGAN
DEPT. OF TREASURY, REVENUE DIVISION

Dated: August 8, 2000

California

By: *Peggy A. Housner*
Peggy A. Housner (P47207)
Assistant Attorney General
First Floor Treasury Building
Lansing, MI 48922

BA/00/PAH CROWN.PCU


**REVENUE**

State of Washington
Department of Revenue
2101 4th Ave., Suite 1400
Seattle, Washington 98121-2300

| **United States Bankruptcy Court** **Northern District of California, Oakland** | **PROOF OF CLAIM** |

*FILED*
*00 JUN -9 AM 8: 40*
KEENAN G. CASEY
U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA.
OAKLAND. CA.

Re ( Name of Debtor)
**Crown Paper Co**

Case Number
**00-41583**

Name of Creditor
**State of Washington, Department of Revenue**
*CED 53177*

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address Where Notices Should be Sent
**State of Washington, Department of Revenue**
**Attn: Douglas V. Houghton**
**2101 4th Ave, Suite 1400**
**Seattle, WA 98121-2300**
**Telephone Number (206) 956-3018**

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor
**601-650-052**

Check here if this claim ☐ replaces a previously filed claim, dated ____
☐ amends

**1. BASIS FOR CLAIM:**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death

☐ Retiree benefits as defined in 11 U.S.C sec. 1114(a)
☐ Wages, salaries, and compensations ( fill out below)
Your social security number
Unpaid compensation for services performed
from ____ to ____
☐ Other (Describe briefly)
☒ **Taxes**

**2. Date debt was incurred: 7/1/99 to2/29/00**

**3. If Court Judgment, date obtained:**

**4. CLASSIFICATION OF CLAIM.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured Nonpriority, ( 2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another. CHECK THE APPROPRIATE BOX OR BOXES THAT BEST DESCRIBE YOUR CLAIM AND STATE THE AMOUNT OF THE CLAIM AT THE TIME CASE FILED.

☐ SECURED CLAIM $ ____
Secured to the extent of collateral: priority as to balance
Statutory Lien Claim with Interest Due (see below)
SEE 11 U.S.C. SEC 101(53), RCW 82.32.210

☒ UNSECURED PRIORITY CLAIM $ **32,465.13**
Specify the priority of the claim below

☒ TAXES OR PENALTIES OF GOVERNMENTAL UNITS -
11 U.S.C. SEC 507(a)(8)

☒ **UNSECURED NONPRIORITY CLAIM $ 5,400.00**

**TOTAL AMOUNT OF CLAIM AT TIME CASE FILD**

| $ **5,400.00** (UNSECURED) | $____ (SECURED) | $ **32,465.13** (PRIORITY) | $ **37,865.13** (TOTAL) |

☐ **IN ADDITION THE DEPARTMENT CLAIMS POST PETITION INTEREST @ 1% PER MONTH (RCW 82.32.210) ON THE AMOUNT SECURED UNDER 506(b)**

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim, claimant has deducted all amounts that claimant owes to debtor.
**7. SUPPORTING DOCUMENTS:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**8. TIME-STAMPED COPY:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

.THIS SPACE IS FOR COURT USE ONLY

Date 6/6/00

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim.
Douglas V. Houghton, agent for the above
Senior Revenue Officer, (206) 956-3018

PENALTY FOR PRESENTING FRAUDULENT CLAIM: FINE OF UP $500,000 OR IMPRISONMENT TO 5 YEARS, OR BOTH 18 U.S.C. SEC 152 AND 3571.

FORM B10 (Official Form 10) (9/97)

<table>
<tr><td colspan="2">UNITED STATES BANKRUPTCY COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND DIVISION</td><td>PROOF OF CLAIM<br>CHAPTER 11</td></tr>
</table>

| Name of Debtor | Case Number: | Your Claim Is Scheduled As Follows: |
|---|---|---|
| ☐ CROWN VANTAGE, INC. | 00-41584N11 | Crown Paper, Co.<br>Unsecured Non-Priority Claim<br>In the Amount Of: $40,910.56 |
| ☐ CROWN PAPER COMPANY | 00-41583N11 | |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584

**CLAIM NO.: 649**

| Name of Creditor (The person or entity to whom the debtor owes money or property): | |
|---|---|
| CRV-20934-BD-30<br>TEXAS STAR EXPRESS<br>2890 SOUTH GOLIAD<br>ROCKWALL   TX 75032 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details. |

☐ Check this box if you have never received any notices in this case.

☐ Check this box if your address differs from the address on the envelope sent to you.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS. If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:

Name of Creditor

Address of Creditor

City/State/Zip Code

Telephone No. of Creditor:
**(972) 771-5655**
Fax **(972) 722-1509**
Tax I.D. No. or Social Security No. of Creditor:

| Account or Other Number by Which Creditor Identifies Debtor: | Check here ☐ replaces<br>if this claim ☐ amends   a previously filed claim, dated _____ |
|---|---|

**1. Basis For Claim**
- ☒ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries and compensation (fill out below)<br>Your Social Security No. _____<br>Unpaid compensation for services performed<br>From: _____ to _____<br>(date)      (date)

**2. Date Debt Was Incurred:**  JAN - MAR  2000

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):** $ 45,935.06

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
- ☐ Check this box if your claim is secured by collateral (including a right of setoff).
- Brief description of collateral:
  - ☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____
- Value of collateral: $ _____
- Amount of arrearage and other charges at time case filed included in secured claim, if any:
- $ _____

**6. Unsecured Priority Claim:**
- ☐ Check this box if you have an unsecured priority claim
  - Amount entitled to priority $ _____
- Specify the priority of the claim
  - ☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
  - ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
  - ☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use – 11 U.S.C. § 507(a)(6).
  - ☐ Alimony, maintenance or support owed to a spouse, former spouse or child –11 U.S.C. § 507(a)(7).
  - ☐ Taxes or penalties of governmental units – 11 U.S.C. § 507(a)(8).
  - ☐ Other – specify applicable paragraph of LJ U.S.C. § 507(a)(_).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space is For Court Use Only

JUL 31 P2:35   RECEIVED BY JNL

| Date: | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 7-27-00 | Linda Nolden  Office Manager |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

FORM B10 (Official Form 10) (9/97)

<table>
<tr><td colspan="2">UNITED STATES BANKRUPTCY COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND DIVISION</td><td>PROOF OF CLAIM<br>CHAPTER 11</td></tr>
</table>

| Name of Debtor: ☐ CROWN VANTAGE, INC. ☒ CROWN PAPER COMPANY | Case Number: 00-41584N11 00-41583N11 | Your Claim Is Scheduled As Follows: Crown Paper, Co. Unsecured Non-Priority Claim In the Amount Of: $39,266.52 |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or entity to whom the debtor owes money or property): CRV-20926-BD-30 T G BAKER TRUCKING INC P O BOX 109 WATER VALLEY      MS 38965 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details. ☒ Check this box if you have never received any notices in this case. ☐ Check this box if your address differs from the address on the envelope sent to you. | DEBTOR: CROWN VANTAGE, INC. FILED: U.S.B.C.N.C.D. CASE NO.: 00-41584 **CLAIM NO.: 1666** |

| If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:<br><br>Name of Creditor ___<br><br>Address of Creditor ___<br><br>City/State/Zip Code ___ | Telephone No. of Creditor: 662-473-4003 Fax No.: 662-473-3020 Tax I.D. No. or Social Security No. of Creditor: 62-1642005 | If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need notrefile your claim. |

Account or Other Number by Which Creditor Identifies Debtor: T G Baker   OR   T 3 L Brokerage

Check here ☐ replaces ☐ amends   a previously filed claim, dated _____
if this claim

| 1. Basis For Claim: | |
|---|---|
| ☐ Goods sold | ☐ Severance agreement |
| ☒ Services performed | ☐ Refund |
| ☐ Money loaned | ☐ Real property lease |
| ☐ Personal injury/wrongful death | ☐ Personal property lease |
| ☐ Taxes | ☐ Other contract |
| ☐ Other | |

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries and compensation (fill out below)
Your Social Security No. ___
Unpaid compensation for services performed
From: ___ (date)   to ___ (date)

**2. Date Debt Was Incurred:** 4-6-99

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):** $ 48,020.09

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other ___
Value of collateral: $ N/A

Amount of arrearage and other charges at time case filed included in secured claim, if any:

$ ___

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ N/A
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use – 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units – 11 U.S.C. § 507(a)(8).
☐ Other – specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.
**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such documents are not available, explain. If the documents are voluminous, attach a summary.
**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

| Date: 08-24-2000 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): John Hollister   John Hollister Manager |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

RECEIVED JUL 1 0 200_

PROOF OF CLAIM
CHAPTER 11

**Name of Debtor:**

☐ CROWN VANTAGE, INC.

☐ CROWN PAPER COMPANY

**Case Number:**

00-41584N11

00-41583N11

Your Claim Is Scheduled As Follows:
Crown Paper, Co.
**Unsecured Non-Priority Claim**
In the Amount Of: $30,811.07

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584
**CLAIM NO.: 1005**

**Name of Creditor** (The person or entity to whom the debtor owes money or property):

CRV-45815-BD-RI
TRIDENT CHEMICAL CO
11863 MARKET PLACE
SUITE 2
BATON ROUGE LA 70816

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case.

☐ Check this box if your address differs from the address on the envelope sent to you.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need notrefile your claim.

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:

_____

Name of Creditor

_____

Address of Creditor

_____

City/State/Zip Code

Telephone No. of Creditor:

Fax No.:

Tax I.D. No. or Social Security No. of Creditor:

**Account or Other Number by Which Creditor Identifies Debtor:**

Check here ☐ replaces
if this claim ☐ amends a previously filed claim, dated_____

**1. Basis For Claim:**

☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other

☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries and compensation (fill out below)
Your Social Security No. _____
Unpaid compensation for services performed
From: _____ to _____
(date) (date)

**2. Date Debt Was Incurred:**

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):**

$_____

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____

Value of collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any:

$_____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan— 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use — 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child — 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units — 11 U.S.C. § 507(a)(8).
☐ Other — Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

Date: 7/19/00

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): G. W. ABRAHAM
CFO

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

| Name of Debtor: | Case Number: | Your Claim Is Scheduled As Follows: |
|---|---|---|
| ☒ **CROWN VANTAGE, INC.** | **00-41584N11** | |
| ☐ **CROWN PAPER COMPANY** | **00-41583N11** | |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

DEBTOR: CROWN VANTAGE, INC.
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584

**CLAIM NO.: 1696**

| Name of Creditor (The person or entity to whom the debtor owes money or property): | | |
|---|---|---|
| CRV-22725-BD-32<br>TRYNIECKI, THERESE M. PHD<br>287 N LINDBERGH, STE. 108<br>ST LOUIS MO 63141 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.<br><br>☒ Check this box if you have never received any notices in this case.<br><br>☒ Check this box if your address differs from the address on the envelope sent to you. | If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim. |

| If address identified above is incorrect, or if notices should be sent to a different address, please complete the following: | Telephone No. of Creditor: |
|---|---|
| *Therese M. Tryniecki, PhD* <br>Name of Creditor<br>*332 NEWPORT AVENUE*<br>Address of Creditor<br>*ST. LOUIS MO 63119*<br>City/State/Zip Code | 616-321-0682<br>Fax No. 616 321 8992<br>Tax I.D. No. or Social Security No. of Creditor:<br>43 1743287 |

| Account or Other Number by Which Creditor Identifies Debtor: | Check here ☐ replaces<br>if this claim ☐ amends a previously filed claim, dated_____ |
|---|---|

**1. Basis For Claim:**

| | | |
|---|---|---|
| ☐ Goods sold | ☐ Severance agreement | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) |
| ☒ Services performed | ☐ Refund | ☐ Wages, salaries and compensation (fill out below) |
| ☐ Money loaned | ☐ Real property lease | Your Social Security No._____ |
| ☐ Personal injury/wrongful death | ☐ Personal property lease | Unpaid compensation for services performed |
| ☐ Taxes | ☐ Other contract_____ | From:_____ to_____ |
| ☐ Other_____ | | (date)     (date) |

| 2. Date Debt Was Incurred: | 3. If claim is based on a Court Judgment, Date Obtained: |
|---|---|

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):**

$_____

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other_____

Value of collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$_____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier -- 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan -- 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use -- 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child--11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units -- 11 U.S.C. § 507(a)(8).
☐ Other -- specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

'00 SEP -1 P2:23 RECEIVED BY

| Date:<br>*8/27/00* | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>*Therese M. Tryniecki, PhD*<br>*THERESE M TRYNIECKI PhD* |
|---|---|

*Penalty for presenting fraudulent claim*: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

| UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA OAKLAND DIVISION | PROOF OF CLAIM CHAPTER 11 |
|---|---|

| Name of Debtor: | Case Number: | Your Claim Is Scheduled As Follows: |
|---|---|---|
| ☑ CROWN VANTAGE, INC. | 00-41584N11 | Crown Paper, Co. Unsecured Non-Priority Claim In the Amount Of: $483.76 |
| ☐ CROWN PAPER COMPANY | 00-41583N11 | |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or entity to whom the debtor owes money or property): CRV-45758-BD-RI UNITED STATES FILTER CORP 1029 W HARIMAW COURT METAIRIE LA 70001 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details. ☑ Check this box if you have never received any notices in this case. ☐ Check this box if your address differs from the address on the envelope sent to you. | DEBTOR: CROWN VANTAGE FILED: U.S.B.C.N.C.D. CASE NO.: 00-41584 **CLAIM NO.: 2467** If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS. If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need notrefile your claim. |
| If address identified above is incorrect, or if notices should be sent to a different address, please complete the following: Name of Creditor UNITED STATE FILTER Address of Creditor 10875 Kempwood ste1 City/State/Zip Code HOUSTON TX 77043 | Telephone No. of Creditor: 713-460 0900 Fax No.: 7138957934 Tax I.D. No. or Social Security No. of Creditor: | |

| Account or Other Number by Which Creditor Identifies Debtor: | Check here ☐ replaces if this claim ☐ amends a previously filed claim, dated _____ |
|---|---|

**1. Basis For Claim:**
- ☐ Goods sold
- ☑ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries and compensation (fill out below)
  Your Social Security No. _____
  Unpaid compensation for services performed
  From: _____ to _____
  (date)          (date)

| 2. Date Debt Was Incurred: | 3. If claim is based on a Court Judgment, Date Obtained: |
|---|---|

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):** $_____
☐ If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any:
$_____

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
  Amount entitled to priority $_____
  Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use – 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units – 11 U.S.C. § 507(a)(8).
☐ Other – specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

| Date: 7/17/00 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): Jenifer M Clair |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

B10 (Official Form 10)
(Rev. 6/91)

# United States Bankruptcy Court

NORTHERN _____ District of _____ CALIFORNIA

## PROOF OF CLAIM

| | |
|---|---|
| In re (Name of Debtor)<br>**CROWN VANTAGE** | Case Number<br>**00-41584** |

**FILED**
JUN 2 2000
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor
(The person or entity to whom the debtor owes money or property)
**USF HOLLAND INC.**

Name and Addresses Where Notices Should be Sent
**USF HOLLAND INC.** CR# 46511
**750 E 40TH STREET**
**HOLLAND MI 49423**

Telephone No.     **616-395-5170**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:

Check here if this claim ☐ replaces ☐ amends     a previously filed claim, dated: _____

**1. BASIS FOR CLAIM:**
☐ Goods sold
XXX Services performed
☒ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (Describe briefly)

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensations (Fill out below)
Your social security number _____
Unpaid compensations for services performed
from _____ to _____
      (date)        (date)

**2. DATE DEBT WAS INCURRED:**
15 DAYS FROM BILLING

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another. CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM.

☐ SECURED CLAIM $ _____
Attach evidence of perfection of security interest
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other (Describe briefly)

Amount of arrearage and other charges included in secured claim above, if any $ _____

XXX UNSECURED NONPRIORITY CLAIM $ 136,921.19
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ UNSECURED PRIORITY CLAIM $ _____
Specify the priority of the claim.
☐ Wages, salaries, or commissions (up to $4,300), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor business, whichever is earlier—11 U.S.C. § 507(a)(3)
☐ Contributions to an employee benefit plan—11 U.S.C. § 507(a)(4)
☐ Up to $900 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use—11 U.S.C. § 507(a)(6)
☐ Taxes or penalties of governmental units—11 U.S.C. § 507(a)(7)
☐ Other—11 U.S.C. §§ 507(a)(2), (a)(5)—(Describe briefly)

| **5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:** | $ 136,921.19<br>(Unsecured) | $ _____<br>(Secured) | $ _____<br>(Priority) | $ 136,921.19<br>(Total) |
|---|---|---|---|---|

☐ Check this box if claim includes prepetition charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

THIS SPACE IS FOR COURT USE ONLY

**7. SUPPORTING DOCUMENTS:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. TIME-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date<br>MAY 19, 2000 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br>GAIL FITTS - CREDIT MANAGER   _Gail Fitts_ |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**Name of Debtor:**

☐ CROWN VANTAGE, INC.

☐ CROWN PAPER COMPANY

**Case Number:**
00-41584N11
00-41583N11

Your Claim Is Scheduled As Follows:
Crown Paper, Co.
Unsecured Non-Priority Claim
In the Amount Of: ~~$5,256.00~~
$ 210,277.52

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or entity to whom the debtor owes money or property):
CRV-46100-BD-RI
U S XPRESS ENTERPRISES
~~2456 COTTAGER DR.~~ 4080 Jenkins Rd
~~HUDSON OH 44236~~ Chattanooga Tn
37421

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case.

☑ Check this box if your address differs from the address on the envelope sent to you.

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584
**CLAIM NO.: 247**

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS. If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:
U.S. Xpress Enterprises Inc
**Name of Creditor**
4080 Jenkins Rd
**Address of Creditor**
Chattanooga Tn 37421
**City/State/Zip Code**

Telephone Number of Creditor:
423-510-5000
Fax No.: 423-510-3594

Tax I.D. No. or Social Security No. of Creditor:

**Account or Other Number by Which Creditor Identifies Debtor:** 140727, 213117, 313644

Check here ☐ replaces
if this claim ☐ amends a previously filed claim, dated _____

**1. Basis For Claim:**
- ☐ Goods sold
- ☑ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries and compensation (fill out below)
  Your Social Security No. _____
  Unpaid compensation for services performed
  from _____ to _____
       (date)      (date)

**2. Date Debt Was Incurred:**

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):** $ 210,277.52

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$ _____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use — 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child — 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units — 11 U.S.C. § 507(a)(8).
☐ Other — specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

JUL 14 PZ 15

RECEIVED BY

**Date:** 7/11/00

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Denise Ware  Collections Rep.

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

FORM B10 (Official Form 10)

| Name of Debtor: | Case Number: | Your Claim Is Scheduled As Follows: |
|---|---|---|
| ☒ CROWN VANTAGE, INC. | 00-41584N11 | Crown Paper, Co.<br>Unsecured Non-Priority Claim |
| ☐ CROWN PAPER COMPANY | 00-41583N11 | In the Amount Of: $637.00 |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or entity to whom the debtor owes money or property):

CRV-20976-BD-30
VENEZIA TRANSPORT SERVIC
P O BOX 5205
LIMERICK   PA 19468

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☒ Check this box if you have never received any notices in this case.

☐ Check this box if your address differs from the address on the envelope sent to you.

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584

**CLAIM NO.: 275**

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS. If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need notrefile your claim.

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:

Name of Creditor _____

Address of Creditor _____

City/State/Zip Code _____

Telephone No. of Creditor:
610-495-5200
Fax No.: 610-495-5086

Tax I.D. No. or Social Security No. of Creditor:
23-2364297

Account or Other Number by Which Creditor Identifies Debtor:
CV PH 1

Check here ☐ replaces
if this claim ☐ amends   a previously filed claim, dated _____

**1. Basis For Claim:**
- ☐ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries and compensation (fill out below)
  Your Social Security No. _____
  Unpaid compensation for services performed
  From: _____ to _____
  (date)      (date)

**2. Date Debt Was Incurred:** 2-01-00

**3. If claim is based on a Court Judgment, Date Obtained:** _____

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):** $_____

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____
Value of collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$_____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use – 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child –11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units – 11 U.S.C. § 507(a)(8).
☐ Other – specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

RECEIVED BY
CROWN PAPER COMPANY
'00 JUL 13 P12:12

Date: 7-11-00

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

Mark L. Bullard
MARK L. BULLARD   CREDIT MANAGER

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

**PROOF OF CLAIM**
**CHAPTER 11**

| Name of Debtor: | Case Number: | Your Claim Is Scheduled As Follows: |
|---|---|---|
| ☒ CROWN VANTAGE, INC. | 00-41584N11 | Crown Paper, Co.<br>Unsecured Non-Priority Claim<br>In the Amount Of: $19,221.70 |
| ☐ CROWN PAPER COMPANY | 00-41583N11 | |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or entity to whom the debtor owes money or property):<br>CRV-45681-BD-LE<br>W D MATTHEWS MACHINERY CO<br>901 CENTER STREET<br>AUBURN ME 04218 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.<br><br>☒ Check this box if you have never received any notices in this case.<br><br>☒ Check this box if your address differs from the address on the envelope sent to you. | DEBTOR: CROWN VANTAGE<br>FILED: U.S.B.C.N.C.D.<br>CASE NO.: 00-41584<br>**CLAIM NO.: 1013**<br><br>If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS If the amount shown is DISPUTED, UNLIQUIDATED or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need notrefile your claim. |

| If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:<br><br>W. D. Matthews Machinery Co.<br>Name of Creditor<br>c/o Richard J. O'Brien, Esq.<br>Address of Creditor<br>P. O. Box 190<br>City/State/Zip Code<br>Auburn, ME  04212-0190 | Telephone No. of Creditor:<br>(207) 784-9311<br>Fax No.:<br>(207) 783-9542<br>Tax I.D. No. or Social<br>Security No. of Creditor: |

| Account or Other Number by Which Creditor Identifies Debtor:<br>09485 | Check here ☐ replaces<br>if this claim ☐ amends a previously filed claim, dated_____ |

**1. Basis For Claim:**
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries and compensation (fill out below)
  - Your Social Security No. _____
  - Unpaid compensation for services performed
  - From: _____ to _____
  - (date) (date)

**2. Date Debt Was Incurred:**
02/09/2000

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):**
$19,374.60
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other _____
Value of collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any:
$_____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use – 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units – 11 U.S.C. § 507(a)(8).
☐ Other – specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

'00 AUG 25 PM

RECEIVED BY

| Date:<br>8/21/00 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>_signature_ , Treasurer |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

FORM B10 (Official Form 10) (9/97)

| | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**FOR THE NORTHERN DISTRICT OF CALIFORNIA**<br>**OAKLAND DIVISION** | | **PROOF OF CLAIM**<br>**CHAPTER 11** |

| Name of Debtor: | Case Number: | Your Claim Is Scheduled As Follows: |
|---|---|---|
| ☐ CROWN VANTAGE, INC. | 00-41584N11 | **Crown Paper, Co.**<br>Unsecured Non-Priority Claim<br>In the Amount Of: **$8,208.33** |
| ☑ **CROWN PAPER COMPANY** | 00-41583N11 | |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

*+ $600.00*
*conference call*
*2/28/00*

| Name of Creditor (The person or entity to whom the debtor owes money or property): | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details. | If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim. |
|---|---|---|
| CRV-45699-BD-LE<br>WALSH, WILLIAM D<br>279 PARK LANE<br>ATHERTON CA 94027<br><br>DEBTOR: CROWN VANTAGE<br>FILED: U.S.B.C.N.C.D.<br>CASE NO.: 00-41584<br>**CLAIM NO.: 811** | ☐ Check this box if you have never received any notices from this case.<br><br>☐ Check this box if your address differs from the address on the envelope sent to you. | |
| **If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:**<br><br>Name of Creditor _____<br><br>Address of Creditor _____<br><br>City/State/Zip Code _____ | Telephone No. of Creditor:<br><br>Fax No.:<br><br>Tax I.D. No. or Social Security No. of Creditor: | |

| Account or Other Number by Which Creditor Identifies Debtor: | Check here ☐ replaces<br>if this claim ☐ amends a previously filed claim, dated _____ |
|---|---|

**1. Basis For Claim:**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☑ Other _____
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries and compensation (fill out below)<br>Your Social Security No. _____<br>Unpaid compensation for services performed<br>From: _____ (date) to _____ (date)

**2. Date Debt Was Incurred:** *Various dates*

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):** $ _____

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other _____

Value of collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any:

$ _____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use — 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child — 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units — 11 U.S.C. § 507(a)(8).
☐ Other — specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

RECEIVED BY '00 AUG 11 P1 27

| Date:<br>*8/9/00* | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>*William D Walsh* |
|---|---|

*Penalty for presenting fraudulent claim*: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

(Official Form 10) (9/97)

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

### PROOF OF CLAIM
### CHAPTER 11

| Name of Debtor: | Case Number: | Your Claim Is Scheduled As Follows: |
|---|---|---|
| ☒ CROWN VANTAGE, INC. | 00-41584N11 | |
| ☐ CROWN PAPER COMPANY | 00-41583N11 | |

**Note:** This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584

**CLAIM NO.: 768**

**Name of Creditor** (The person or entity to whom the debtor owes money or property):

CRV-44833-BD-LE
WARREN ELECTRIC CO
PO BOX 846017
DALLAS TX

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case.

☒ Check this box if your address differs from the address on the envelope sent to you.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, **EXCEPT AS FOLLOWS**: If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file your claim.

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:

*WARREN Electric Group*
Name of Creditor
*2429 McKinney*
Address of Creditor
*HOUSTON, TX, 77003*
City/State/Zip Code

Telephone No. of Creditor: *713-236 0971*

Fax No.: *236 2244*

Tax I.D. No. or Social Security No. of Creditor: *1-76-0625375-0*

| Account or Other Number by Which Creditor Identifies Debtor: *# 1734* | Check here if this claim | ☐ replaces ☐ amends a previously filed claim, dated_____ |
|---|---|---|

**1. Basis For Claim**
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries and compensation (fill out below)
  Your Social Security No._____
  Unpaid compensation for services performed
  From:_____ to_____
  (date)          (date)

**2. Date Debt Was Incurred** *2/8/00 to 3/8/00*

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):** *$2,121.69*

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other_____
Value of collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$_____

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use – 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units – 11 U.S.C. § 507(a)(8).
☐ Other – specify applicable paragraph of 11 U.S.C. § 507(a)_____

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

Date: *8/2/00*

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

*Johnny Langley by Johnny LANGLEY*

**Penalty for presenting fraudulent claim:** Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

FORM B10 (Official Form 10) (9/97)

| UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA OAKLAND DIVISION | | PROOF OF CLAIM CHAPTER 11 |
|---|---|---|

| Name of Debtor: <br> ☐ **CROWN VANTAGE, INC.** <br> ☐ **CROWN PAPER COMPANY** | Case Number: <br> **00-41584N11** <br> **00-41583N11** | Your Claim Is Scheduled As Follows: <br> **Crown Paper, Co.** <br> **Unsecured Non-Priority Claim** <br> **In the Amount Of: $90,761.80** |
|---|---|---|

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584

**CLAIM NO.: 668**

Name of Creditor (The person or entity to whom the debtor owes money or property):
CRV-45780-BD-RI
WEAVEXX CORP
11120 CAPITAL BLVD.
WAKE FOREST NC 27587

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case.

☐ Check this box if your address differs from the address on the envelope sent to you.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need notrefile your claim.

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:

Name of Creditor _____

Address of Creditor _____

City/State/Zip Code _____

Telephone No. of Creditor:
*919- 556- 7235*

Fax No.: *919-556-2432*

Tax I.D. No. or Social Security No. of Creditor:

Account or Other Number by Which Creditor Identifies Debtor:

Check here ☐ replaces
if this claim ☐ amends a previously filed claim, dated_____

**1. Basis For Claim:**
☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other

☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries and compensation (fill out below)
Your Social Security No. _____
Unpaid compensation for services performed
From: _____ to _____
(date) (date)

**2. Date Debt Was Incurred:** *4/10, 4/11, 4/28 4/24, 4/28, 4/28 + 2/24/00*

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):**
$ *101,573.72*

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other _____

Value of collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$ _____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use – 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to spouse, former spouse or child—11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units – 11 U.S.C. § 507(a)(8).
☐ Other – specify applicable paragraph of 11 U.S.C. § 507(a)( ).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

Date:
*7/25/00*

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

*John E. Prevost Credit Mgr*

Penalty for presenting fraudulent claim : Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.