FORM B10 (Official Form 10) (9/97)

| UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA OAKLAND DIVISION | | PROOF OF CLAIM CHAPTER 11 |
|---|---|---|

| Name of Debtor: ☐ CROWN VANTAGE, INC. ☐ CROWN PAPER COMPANY | Case Number: 00-41584N11 00-41583N11 | Your Claim Is Scheduled As Follows: Crown Paper, Co. Unsecured Non-Priority Claim In the Amount Of: $155,055.22 |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584
**CLAIM NO.: 424**

| Name of Creditor (The person or entity to whom the debtor owes money or property): CRV-20991-BD-30 WERNER ENTERPRISES INC LOCKBOX 3116 201 N 16T OMAHA NE 68102 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details. ☐ Check this box if you have never received any notices in this case. ☐ Check this box if your address differs from the address on the envelope sent to you. | If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim. |
| If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:<br><br>_____<br>Name of Creditor<br>_____<br>Address of Creditor<br>_____<br>City/State/Zip Code | Telephone No. of Creditor:<br><br>Fax No.: 402-894-3909<br><br>Tax I.D. No. or Social Security No. of Creditor:<br>420648386 | |

| Account or Other Number by Which Creditor Identifies Debtor: | Check here ☐ replaces if this claim ☐ amends a previously filed claim, dated_____ |
|---|---|

**1. Basis For Claim:**
- ☐ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other_____
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract_____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries and compensation (fill out below) Your Social Security No._____ Unpaid compensation for services performed From:_____ to_____ (date) (date)

**2. Date Debt Was Incurred:**

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):** $ 169,450.48

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other_____
Value of collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$_____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier -- 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan -- 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use -- 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child -- 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units -- 11 U.S.C. § 507(a)(8).
☐ Other -- specify applicable paragraph of 11 U.S.C. § 507(a)(__).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

| Date: 7/10/00 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): [signature] VP/Treasurer, CFO |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

**PROOF OF CLAIM — CHAPTER 11**

| Name of Debtor: | Case Number: | Your Claim Is Scheduled As Follows: |
|---|---|---|
| ☒ CROWN VANTAGE, INC. | 00-41584N11 | Crown Paper, Co. Unsecured Non-Priority Claim In the Amount Of: $8,956.71 |
| ☐ CROWN PAPER COMPANY | 00-41583N11 | |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584
CLAIM NO.: 900

**Name of Creditor** (The person or entity to whom the debtor owes money or property):
CRV-46226-BD-RI
WESCO
3443 GEMBRIT CIRCLE
KALAMAZOO MI 49001

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case.

☐ Check this box if your address differs from the address on the envelope sent to you.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:

Name of Creditor: **Wesco Distribution**
Address of Creditor: **21610 Meyers RD**
City/State/Zip Code: **Oak Park, MI 48237**

Telephone No. of Creditor: **248-399-3500**
Fax No.: **248-399-9161**
Tax I.D. No. or Social Security No. of Creditor: **25-1723345**

Account or Other Number by Which Creditor Identifies Debtor:

Check here ☐ replaces ☐ amends a previously filed claim, dated _____

**1. Basis For Claim:**
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries and compensation (fill out below)
  - Your Social Security No. _____
  - Unpaid compensation for services performed
  - From: _____ to _____

**2. Date Debt Was Incurred:** 2/1/2000

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):** $ **9,484.37**

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier -- 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan -- 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use -- 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child -- 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units -- 11 U.S.C. § 507(a)(8).
☐ Other -- specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

RECEIVED
AUG 17 REC'D
at the offices of
Logan & Company

Date: **8/9/00**
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
[signature] Financial Services Manager **STEVE KATZ**
Financial Services Manager

*Penalty for presenting fraudulent claim*: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

FORM B10 (Official Form 10) (9/97)

| UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA OAKLAND DIVISION | | PROOF OF CLAIM CHAPTER 11 |
|---|---|---|
| Name of Debtor:<br>☐ CROWN VANTAGE, INC.<br>☐ CROWN PAPER COMPANY | Case Number:<br>00-41584N11<br>00-41583N11 | Your Claim Is Scheduled As Follows:<br>Crown Paper, Co.<br>Unsecured Non-Priority Claim<br>In the Amount Of: $83,160.00 |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or entity to whom the debtor owes money or property):
CRV-46207-BD-RI
WESTERN POLYMER CORPORATION
32 RD. R S.E.
MOSES LAKE WA 98837

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case.

☐ Check this box if your address differs from the address on the envelope sent to you.

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584
**CLAIM NO.: 2369**

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:

Name of Creditor

Address of Creditor

City/State/Zip Code

Telephone No. of Creditor:
509-765-1803
Fax No.: 509-765-0327

Tax I.D. No. or Social Security No. of Creditor:
94-1706145

Account or Other Number by Which Creditor Identifies Debtor:
CUSTOMER #320

Check here ☐ replaces
if this claim ☐ amends a previously filed claim, dated _____

**1. Basis For Claim:**
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries and compensation (fill out below)
  Your Social Security No. _____
  Unpaid compensation for services performed
  From: _____ to _____
  (date) (date)

**2. Date Debt Was Incurred:**
BETWEEN DEC 99 and MARCH 14, 2000

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):**  $83,160.00

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$_____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier -- 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use -- 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units – 11 U.S.C. § 507(a)(8).
☐ Other – specify applicable paragraph of 11 U.S.C. § 507(a)(__).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.
**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.
**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

Date: 9/6/00

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
*[signature]*
Lynn Townsend-White / Business Manager/Corp Treas.

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.*

Case: 00-41584   Doc# 1911-8   Filed: 10/31/07   Entered: 10/31/07 13:56:07   Page 3 of 5

FORM B10 (Official Form 10) (9/97)

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

**PROOF OF CLAIM CHAPTER 11**

Name of Debtor:
- ☐ CROWN VANTAGE, INC.
- ☒ CROWN PAPER COMPANY

Case Number:
00-41584N11
00-41583N11

Your Claim Is Scheduled As Follows:

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or entity to whom the debtor owes money or property):

CRV-22407-BD-32
WESTVACO
DEPT 79142
BALTIMORE MD 212790142

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case.

☒ Check this box if your address differs from the address on the envelope sent to you.

DEBTOR: CROWN VANTAGE
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584
**CLAIM NO.: 540**

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:

Name of Creditor: WESTVACO CORPORATION
Address of Creditor: 1011 Boulder Springs Drive
City/State/Zip Code: Richmond, VA 23225
ATTN: Mr. Gary C. Fields

Telephone No. of Creditor: 804-327-7928
Fax No.: 804-327-7987
Tax I.D. No. or Social Security No. of Creditor: 13-1466285

Account or Other Number by Which Creditor Identifies Debtor:
01220, 1653765 and 01510, 1662196

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated _____

**1. Basis For Claim:**
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries and compensation (fill out below)
  Your Social Security No. _____
  Unpaid compensation for services performed
  From: _____ to _____ (date)

**2. Date Debt Was Incurred:** 2-16-2000 thru 3-9-2000

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):** $60,832.87

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other _____
Value of collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier -- 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan -- 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use -- 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child -- 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units -- 11 U.S.C. § 507(a)(8).
☐ Other -- specify applicable paragraph of 11 U.S.C. § 507(a)(__).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

'00 JUL 26 PM 12:56
RECEIVED BY LOGAN & COMPANY

Date: 7/14/00

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
/s/ Gary C. Fields
GARY C. FIELDS, Asst. TREASURER

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

**PROOF OF CLAIM — CHAPTER 11**

| Name of Debtor: | Case Number: | Your Claim Is Scheduled As Follows: |
|---|---|---|
| ☐ CROWN VANTAGE, INC. | 00-41584N11 | |
| ☐ CROWN PAPER COMPANY | 00-41583N11 | |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the Debtor's bankruptcy case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

DEBTOR: CROWN VANTAGE, INC.
FILED: U.S.B.C.N.C.D.
CASE NO.: 00-41584
CLAIM NO.: 1641

**Name of Creditor** (The person or entity to whom the debtor owes money or property):

CRV-19679-BD-99
WEYERHAUSER COMPANY
MARILYN GEEO
PO BOX 1060
HOT SPRINGS AR 71902

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.

☐ Check this box if you have never received any notices in this case.

☐ Check this box if your address differs from the address on the envelope sent to you.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, **EXCEPT AS FOLLOWS** If the amount shown is DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

If address identified above is incorrect, or if notices should be sent to a different address, please complete the following:

Name of Creditor _____
Address of Creditor _____
City/State/Zip Code _____

Telephone No. of Creditor: 501-624-8558
Fax No.: 501-624-8562 Fax

Tax I.D. No. or Social Security No. of Creditor: 91-0470860

Account or Other Number by Which Creditor Identifies Debtor:

Check here ☐ replaces   ☐ amends a previously filed claim, dated _____
if this claim

**1. Basis For Claim:**
- ☑ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries and compensation (fill out below)
  Your Social Security No. _____
  Unpaid compensation for services performed
  From: _____ to _____

**2. Date Debt Was Incurred:** Feb. 18, 2000 through Mar. 14, 2000

**3. If claim is based on a Court Judgment, Date Obtained:**

**4. Total Amount of Claim at Time Case Filed (March 15, 2000):** $841,607.51 ($443,889.56 of which is subject to reclamation demand)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim:**
☐ Check this box if claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____
Value of collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$ _____

**6. Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim
☐ Wages, salaries or commissions (up to $4,300), earned within 90 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier -- 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan -- 11 U.S.C. § 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease or rental of property or services for personal, family or household use -- 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child -- 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units -- 11 U.S.C. § 507(a)(8).
☐ Other -- specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**7. Credits:** The amount of all payments on account of this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If such supporting documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim.

This Space Is For Court Use Only

| Date: Aug. 30, 2000 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *Marilyn J. Geeo*
Marilyn J. Geeo, Business Credit Manager |

*Penalty for presenting fraudulent claim*: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.