# Exhibit E

**CROWN VANTAGE, INC. AND CROWN PAPER CO.**
Exhibit E for Default Order Request
Seventh Omnibus Objection to Claims
Amended and Superseded Claims

## CLAIMS TO BE DISALLOWED

| Id | Creditor Name | Claim No. | Claim Amount | Class |
|---|---|---|---|---|
| 46558 | APPLIED INDUSTRIAL TECHNOLOGIES<br>ATTN: ALAN M KRUPA<br>PO BOX 6925<br>CLEVELAND OH 44101 | 40<br>Date Filed: 06/06/2000<br>Debtor: CROWN VANTAGE, INC | $159,063.24 | UNS |
| 46445 | CRA SERVICES<br>ATTN: JEFFREY T KRUEGER<br>621 EAST NORTH STREET<br>KALAMAZOO MI 49007 | 818<br>Date Filed: 08/11/2000<br>Debtor: CLAIMANT DID NOT SPECIFY DEBTOR | $242,490.58 | UNS |
| 22539 | CROMPTON & KNOWLES COLORS INC.<br>500 PEAR ST<br>READING PA 19601-2736 | 1699<br>Date Filed: 09/01/2000<br>Debtor: CROWN VANTAGE, INC | $48,300.80 | UNS |
| 44250 | DAVISON PETROLEUM PRODUCTS, LLC<br>AKA PAUL M. DAVISON PETROLEUM CO<br>PO DRAWER 310<br>RUSTON LA 71273-0310 | 433<br>Date Filed: 07/24/2000<br>Debtor: CROWN VANTAGE, INC | $40,932.21 | UNS |
| 20644 | DUPRE TRANSPORT INC<br>ATTN: ROBERT P COUSSAN<br>201 ENGERGY PKWY STE 500<br>LAFAYETTE LA 70508 | 602<br>Date Filed: 07/31/2000<br>Debtor: CROWN VANTAGE, INC | $60,476.82 | UNS |
| 20672 | FRITZ COMPANIES INC<br>C/O LAWRENCE M SCHWAB ESQ<br>THOMAS M GAA ESQ<br>BIALSON BERGEN & SCHWAB<br>2600 EL COMINO REAL SUITE 300<br>PALO ALTO CA 94306 | 2603<br>Date Filed: 01/05/2001<br>Debtor: CROWN VANTAGE, INC | $34,451.02 | UNS |

## REMAINING CLAIMS

| Id | Creditor Name | Claim No. | Claim Amount | Class |
|---|---|---|---|---|
| 46558 | APPLIED INDUSTRIAL TECHNOLOGIES<br>ATTN: ALAN M KRUPA<br>PO BOX 6925<br>CLEVELAND OH 44101 | 1611<br>Date Filed: 08/21/2000<br>Debtor: CROWN VANTAGE, INC | $171,672.53 | UNS |
| 83554 | CRA SERVICES<br>C/O BARTLETT & LEADER-PICONE, LLP<br>ATTN KAIPO KB YOUNG, ESQ<br>2201 BROADWAY, SUITE 803<br>OAKLAND CA 94612 | 2964<br>Date Filed: 02/07/2003<br>Debtor: CROWN PAPER COMPANY | $261,950.71 | UNS |
| 68426 | CROMPTON & KNOWLES COLORS INCORPORAT 2335<br>C/O BAER MARKS & UPHAM LLP<br>THELEN REID BROWN RAYSMAN & STEINER<br>875 THIRD AVE<br>NEW YORK NY 10022 | Date Filed: 09/06/2000<br>Debtor: CLAIM ASSERTED AGAINST NUMEROUS DEBTORS | $188,000.00 | ADM |
| | Comment: | CLAIM PAID BY CROWN CHECK 1197 DATED 03/01/02 | | |
| 83555 | DAVISON PETROLEUM, LLC<br>C/O BARTLETT & LEADER-PICONE, LLP<br>ATTN KAIPO KB YOUNG, ESQ<br>2201 BROADWAY, SUITE 803<br>OAKLAND CA 94612 | 2965<br>Date Filed: 02/07/2003<br>Debtor: CROWN VANTAGE, INC | $44,932.21 | UNS |
| 83566 | DUPRE TRANSPORT, INC<br>C/O WENDEL ROSEN BLACK & DEAN, LLP<br>ATTN: VALERY P LOUMBER, ESQ<br>1111 BROADWAY, 24TH FLOOR<br>OAKLAND CA 94607 | 2977<br>Date Filed: 05/19/2003<br>Debtor: CROWN VANTAGE, INC | $62,598.26 | UNS |
| 83625 | UPS SUPPLY CHAIN SOLUTIONS, INC FKA<br>FRITZ COMPANIES<br>C/O WAYNE A SILVER, ESQ<br>111 W EVELYN AVE, STE 107<br>SUNNYVALE CA 94086 | 3058<br>Date Filed: 07/09/2004<br>Debtor: CROWN VANTAGE, INC | $56,951.00 | UNS |

CLASS DESCRIPTION : ADM - ADMINISTRATIVE, MUL - MULTIPLE CLASSES ASSERTED, PRI - UNSECURED PRIORITY, SEC - SECURED, UNS - UNSECURED NON-PRIORITY

**CROWN VANTAGE, INC. AND CROWN PAPER CO.**
Exhibit E for Default Order Request
Seventh Omnibus Objection to Claims
Amended and Superseded Claims

## CLAIMS TO BE DISALLOWED / REMAINING CLAIMS

| Id | Creditor Name | Claim No. | Claim Amount | Class | Id | Creditor Name | Claim No. | Claim Amount | Class |
|---|---|---|---|---|---|---|---|---|---|
| 46501 | GENERAL ELECTRIC COMPANY<br>GE POWER SYSTEMS/APPARATUS SRVCE DIV<br>ATTN: GLENN M REISMAN ESQ<br>TWO CORPORATE DRIVE STE 636<br>PO BOX 861<br>SHELTON CT 06484-0861 | 64<br>Date Filed: 06/19/2000<br>Debtor: CROWN VANTAGE, INC | $11,056.96 | UNS | 10420 | GENERAL ELECTRIC CO<br>GE POWER SYSTEMS/APPARATUS SVC DIV<br>C/O GLENN M REISMAN, ESQ<br>TWO CORPORATE DRIVE<br>PO BOX 861<br>SHELTON CT 06484-0861 | 2940<br>Date Filed: 03/10/2003<br>Debtor: CROWN VANTAGE, INC | $12,856.96 | UNS |
| 68464 | IBM CREDIT CORPORATION<br>1 NEW ORCHARD RD<br>ARMONK NY 10504-1722 | 1769<br>Date Filed: 07/03/2000<br>Debtor: CROWN VANTAGE, INC | $69,875.51 | UNS | 67748 | IBM CORPORATION<br>1 NEW ORCHARD RD<br>ARMONK NY 10504-1722 | 2602<br>Date Filed: 01/05/2001<br>Debtor: CROWN VANTAGE, INC | $26,363.55 | UNS |
| 46574 | J M HUBER CORP<br>ATTN: JAMES L KING<br>4401 NORTHSIDE PARKWAY<br>ATLANTA GA 30327 | 767<br>Date Filed: 08/07/2000<br>Debtor: CROWN VANTAGE, INC | $23,760.00 | UNS | 46306 | J M HUBER CORPORATION<br>ATTN: SANDRA BLUESTEIN<br>4401 NORTHSIDE PARKWAY, SUITE 600<br>ATLANTA GA 30327 | 2943<br>Date Filed: 05/07/2003<br>Debtor: CROWN VANTAGE, INC | $134,377.23 | UNS |
| 46306 | J M HUBER CORPORATION<br>ATTN: SANDRA BLUESTEIN<br>4401 NORTHSIDE PARKWAY, SUITE 600<br>ATLANTA GA 30327 | 807<br>Date Filed: 08/11/2000<br>Debtor: CLAIMANT DID NOT SPECIFY DEBTOR | $86,081.97 | UNS | 46306 | J M HUBER CORPORATION<br>ATTN: SANDRA BLUESTEIN<br>4401 NORTHSIDE PARKWAY, SUITE 600<br>ATLANTA GA 30327 | 2943<br>Date Filed: 05/07/2003<br>Debtor: CROWN VANTAGE, INC | $134,377.23 | UNS |
| 46388 | KELLY SERVICES INC<br>ATTN: GAIL BROWN<br>999 W BIG BEAVER ROAD<br>TROY MI 48084 | 49<br>Date Filed: 06/13/2000<br>Debtor: CROWN VANTAGE, INC | $51,059.74 | UNS | 83592 | KELLY SERVICES, INC<br>ATTN SHARON HAMDEN<br>999 W BIG BEAVER RD<br>TROY MI 48084 | 3014<br>Date Filed: 10/06/2003<br>Debtor: CROWN VANTAGE, INC | $61,136.68 | UNS |
| 68558 | NORTON COMPANY<br>ATTN: CONRAD VOELLINGS<br>1 NEW BOND STREET<br>PO BOX 15008<br>WORCESTER MA 01615-0008 | 2626<br>Date Filed: 02/05/2001<br>Debtor: CLAIMANT DID NOT SPECIFY DEBTOR | $129,066.00 | UNS | 83154 | NORTON COMPANY<br>1 NEW BOND ST<br>PO BOX 15008<br>WORCESTER MA 01605-0008<br>Comment: CLAIM PAID BY CROWN CHECK 1205 DATED 03/01/02 | 100005<br>Date Filed: 10/08/2001<br>Debtor: CROWN PAPER COMPANY | $129,006.00 | ADM |

CLASS DESCRIPTION : ADM - ADMINISTRATIVE, MUL - MULTIPLE CLASSES ASSERTED, PRI - UNSECURED PRIORITY, SEC - SECURED, UNS - UNSECURED NON-PRIORITY

CROWN VANTAGE, INC. AND CROWN PAPER CO.
Exhibit E for Default Order Request
Seventh Omnibus Objection to Claims
Amended and Superseded Claims

Page: 3 of 3
Date: 10/25/2007

## CLAIMS TO BE DISALLOWED

| Id | Creditor Name | Claim No. | Claim Amount | Class |
|---|---|---|---|---|
| 45821 | PQ CORPORATION, THE<br>ATTN: KELLY BUSHNELL<br>PO BOX 840<br>VALLEY FORGE PA 19482 | 518<br>Date Filed: 07/25/2000<br>Debtor: CROWN VANTAGE, INC | $25,248.74 | UNS |
| 22671 | PRECISION ROLL GRINDER INC<br>ATTN: THOMAS J. PECUCH<br>6356 CHAPMANS ROAD<br>ALLENTOWN PA 18064 | 559<br>Date Filed: 07/27/2000<br>Debtor: CROWN VANTAGE, INC | $5,908.00 | UNS |
| 46087 | REICHHOLD CHEMICALS INC<br>ATTN: LEGAL DEPARTMENT<br>PO BOX 13582<br>RESEARCH TRIANGLE PARK NC 27709-3582 | 488<br>Date Filed: 07/24/2000<br>Debtor: CROWN VANTAGE, INC | $13,048.56 | UNS |
| 53147 | STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>ATTN JUANDISHA M HARRIS<br>525 W. OTTAWA ST 2ND FL<br>LANSING MI 48909 | 808<br>Date Filed: 08/11/2000<br>Debtor: CROWN VANTAGE, INC | $6,114.34 | UNS |
| 46207 | WESTERN POLYMER CORPORATION<br>ATTN: LYNN TOWNSEND-WHITE<br>32 RD R.S.E.<br>MOSES LAKE WA 98837 | 2369<br>Date Filed: 09/07/2000<br>Debtor: CLAIMANT DID NOT SPECIFY DEBTOR | $83,160.00 | UNS |
| 22407 | WESTVACO CORPORATION<br>ATTN: MR. GARY C FIELDS<br>1011 BOULDER SPRINGS DRIVE<br>RICHMOND VA 23225 | 540<br>Date Filed: 07/26/2000<br>Debtor: CLAIM ASSERTED AGAINST NUMEROUS DEBTORS | $60,832.87 | UNS |

## REMAINING CLAIMS

| Id | Creditor Name | Claim No. | Claim Amount | Class |
|---|---|---|---|---|
| 45821 | PQ CORPORATION, THE<br>ATTN: KELLY BUSHNELL<br>PO BOX 840<br>VALLEY FORGE PA 19482 | 2947<br>Date Filed: 06/12/2003<br>Debtor: CROWN VANTAGE, INC | $30,248.74 | UNS |
| 83581 | PRECISION ROLL GRINDERS, INC<br>C/O WENDEL ROSEN BLACK & DEAN LLP<br>ATTN VALERY P LOUMBER, ESQ<br>1111 BROADWAY, 24TH FLOOR<br>OAKLAND CA 94607 | 2998<br>Date Filed: 04/22/2003<br>Debtor: CROWN VANTAGE, INC | $11,908.00 | UNS |
| 83572 | REICHHOLD CHEMICALS, INC<br>NKA REICHHOLD, INC<br>C/O HANCOCK ROTHERT & BUNSHOFT, LLP<br>ATTN ERIC JUNINGER, ESQ<br>FOUR EMBARCADERO CENTER<br>SAN FRANCISCO CA 94111 | 2985<br>Date Filed: 07/01/2003<br>Debtor: CROWN VANTAGE, INC | $17,048.56 | UNS |
| 53147 | STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>ATTN JUANDISHA M HARRIS<br>525 W. OTTAWA ST 2ND FL<br>LANSING MI 48909 | 2597<br>Date Filed: 12/15/2000<br>Debtor: CROWN VANTAGE, INC | $5,536.34 | UNS |
| 83563 | WESTERN POLYMER CORPORATION<br>C/O CARR MCCLELLAN ETAL<br>ATTN DON ROBINSON, ESQ<br>216 PARK ROAD<br>BURLINGAME CA 94010-0513 | 2973<br>Date Filed: 04/25/2003<br>Debtor: CROWN VANTAGE, INC | $86,660.00 | UNS |
| 83564 | MEADWESTVACO CORP<br>C/O BUCHALTER NEMER ETAL<br>ATTN GEOFFREY A HEATON<br>333 MARKET STREET, 25TH FLOOR<br>SAN FRANCISCO CA 94105 | 2975<br>Date Filed: 05/19/2003<br>Debtor: CROWN VANTAGE, INC | $115,832.87 | UNS |

Total Claims to be Disallowed: 18

Total Amount to be Disallowed: $1,150,927.36

CLASS DESCRIPTION : ADM - ADMINISTRATIVE, MUL - MULTIPLE CLASSES ASSERTED, PRI - UNSECURED PRIORITY, SEC - SECURED, UNS - UNSECURED NON-PRIORITY