# Exhibit F

CROWN VANTAGE, INC. AND CROWN PAPER CO.
Exhibit F for Default Order Request
Seventh Omnibus Objection to Claims
General Unsecured Claims to be Reduced in Amount

Page: 1 of 7
Date: 10/25/2007
Time : 18:10:53

| ID | Creditor | Claim No. | Claim Amount | Allowed Amount | File Date | Asserted Class |
|---|---|---|---|---|---|---|
| 20489 | A DUIE PYLE INC<br>ATTN: PETER LATTA<br>650 WESTTOWN ROAD<br>PO BOX 564<br>WEST CHESTER PA 19381 | 56 | $43,054.51<br>Asserted Debtor: CROWN PAPER COMPANY | $38,537.02 | 06/05/2000 | UNSECURED NON-PRIORITY |
| 45888 | ABAL MATERIAL HANDLING INC<br>ATTN: ANN T JENNINGS<br>1401 PLANTATION RD NE<br>ROANOKE VA 24012 | 317 | $641.39<br>Asserted Debtor: CLAIMANT DID NOT SPECIFY DEBTOR | $616.55 | 07/14/2000 | UNSECURED NON-PRIORITY |
| 46462 | ABB INDUSTRIAL SYSTEMS INC<br>3614 MANCHESTER RD<br>AKRON OH 44319 | 31071 | $135,053.54<br>Asserted Debtor: CROWN PAPER COMPANY | $90,389.08 | 03/15/2000 | UNSECURED NON-PRIORITY |
| 46502 | AIR PRODUCTS & CHEMICALS INC<br>ATTN: NANCY GREGORIS<br>7201 HAMILTON BLVD<br>ALLENTOWN PA 18195-1501 | 33 | $97,514.41<br>Asserted Debtor: CLAIM ASSERTED AGAINST NUMEROUS DEBTORS | $81,958.96 | 05/15/2000 | UNSECURED NON-PRIORITY |
| 44943 | AIRMATIC INC<br>ATTN: STEPHEN P DOUGHERTY<br>7317 STATE ROAD<br>PHILADELPHIA PA 19136 | 342 | UNLIQUIDATED<br>Asserted Debtor: CLAIMANT DID NOT SPECIFY DEBTOR | $1,740.55 | 07/19/2000 | UNSECURED NON-PRIORITY |
| 19790 | ALBANY INTERNATIONAL CORP<br>ATTN: C J SILVA, JR<br>1373 BROADWAY<br>ALBANY NY 12204 | 2327 | $258,127.83<br>Asserted Debtor: CLAIM ASSERTED AGAINST NUMEROUS DEBTORS | $200,013.28 | 09/06/2000 | UNSECURED NON-PRIORITY |
| 45942 | ALUSUISSE ALUMINUM USA INC<br>296 COUNTRY CLUB RD<br>AVON CT 06001 | 622 | $19,299.51<br>Asserted Debtor: CROWN PAPER COMPANY | $9,119.55 | 07/31/2000 | UNSECURED NON-PRIORITY |
| 52946 | BAKER PRINTING CO<br>ATTN: L. THOMAS SZEKELY<br>PO BOX 450<br>BAKER LA 70714 | 576 | $2,231.71<br>Asserted Debtor: CLAIM ASSERTED AGAINST NUMEROUS DEBTORS | $1,677.01 | 07/28/2000 | UNSECURED NON-PRIORITY |
| 45996 | BARECO PRODUCTS<br>ATTN: RICHARD ROBHOLZ<br>PO BOX 10312<br>140 E MAIN ST<br>ROCK HILL SC 29730 | 734 | $20,431.08<br>Asserted Debtor: CROWN VANTAGE, INC | $18,447.48 | 08/04/2000 | UNSECURED NON-PRIORITY |
| 20541 | BAX GLOBAL<br>ATTN: G R HODAPP<br>16808 ARMSTRONG AVE.<br>PO BOX 19571<br>IRVINE CA 92633-9571 | 146 | $14,446.17<br>Asserted Debtor: CROWN VANTAGE, INC | $353.80 | 07/17/2000 | UNSECURED NON-PRIORITY |
| 19915 | BETZ DEARBORN<br>NKA GEBETZ<br>1035 WHEELER WAY<br>LANGHORNE PA 19047-1707 | 2300 | $273,481.26<br>Asserted Debtor: CROWN VANTAGE, INC | $262,019.61 | 09/06/2000 | UNSECURED NON-PRIORITY |
| 59164 | BODINE CO., THE<br>ATTN: PATRICIA DOLLAR<br>PO BOX 460<br>COLLIERVILLE TN 38027-0460<br>Transferee: DEBT ACQUISITION CO OF AMERICA VLLC | 196 | $299.58<br>Asserted Debtor: CROWN VANTAGE, INC | $149.79 | 07/17/2000 | UNSECURED NON-PRIORITY |

CROWN VANTAGE, INC. AND CROWN PAPER CO.
Exhibit F for Default Order Request
Seventh Omnibus Objection to Claims
General Unsecured Claims to be Reduced in Amount

Page: 2 of 7
Date: 10/25/2007
Time : 18:10:53

| ID | Creditor | Claim No. | Claim Amount | Allowed Amount | File Date | Asserted Class |
|---|---|---|---|---|---|---|
| 83596 | CARGILL, INC<br>C/O DORSEY & WHITNEY, LLP<br>ATTN MONICA L CLARK, ESQ<br>50 S SIXTH ST STE 1500<br>MINNEAPOLIS MN 55402-1498 | 3019 | UNLIQUIDATED<br>Asserted Debtor: CROWN VANTAGE, INC | $43,439.55 | 02/24/2004 | UNSECURED NON-PRIORITY |
| 83594 | CARGILL, INC. /AKA<br>CARGILL BATON ROUGE<br>C/O DORSEY & WHITENEY, LLP<br>ATTN MONICA L CLARK, ESQ<br>50 S SIXTH ST STE 1500<br>MINNEAPOLIS MN 55402-1498 | 3018 | UNLIQUIDATED<br>Asserted Debtor: CROWN VANTAGE, INC | $58,419.90 | 02/24/2004 | UNSECURED NON-PRIORITY |
| 23864 | CELERITY SOLUTIONS<br>ATTN: PATRICIA MCGILLIWADY<br>270 BRIDGE ST., STE. 301<br>DEDHAM MA 02026 | 465 | $12,005.96<br>Asserted Debtor: CROWN VANTAGE, INC | $11,470.00 | 07/26/2000 | UNSECURED NON-PRIORITY |
| 14467 | CLAYTOR, ROBERT C<br>7700 GRIFFIN WAY<br>HINSDALE IL 60527-5620 | 20030502 | UNLIQUIDATED<br>Asserted Debtor: CROWN VANTAGE, INC | $113,200.00 | 07/14/2000 | UNSECURED NON-PRIORITY |
| 67786 | CONTROL WORX LLC<br>17630 PERKINS RD<br>BATON ROUGE LA 70810-1706<br>Counsel: ATTN: PAMEL K RICHARD | 879 | UNLIQUIDATED<br>Asserted Debtor: CLAIM ASSERTED AGAINST NUMEROUS DEBTORS | $7,837.14 | 08/15/2000 | UNSECURED NON-PRIORITY |
| 20608 | CSX TRANSPORTATION<br>ATTN: MR. KENNETH MUELLER<br>6735 SOUTHPOINT DR. S. (J-675)<br>JACKSONVILLE FL 32216-6177 | 2187 | $7,286.88<br>Asserted Debtor: CROWN VANTAGE, INC | $6,263.88 | 09/05/2000 | UNSECURED NON-PRIORITY |
| 20614 | DART TRANSIT COMPANY<br>ATTN: JANICE A SCHWEIGER<br>SCOTT BUCHANAN<br>PO BOX 64110<br>ST PAUL MN 55164-0110 | 2360 | $9,897.90<br>Asserted Debtor: CROWN VANTAGE, INC | $1,584.44 | 09/07/2000 | UNSECURED NON-PRIORITY |
| 46531 | DISTRIBUTION SPECIALISTS INC<br>ATTN: JACQUELIN MATTRESS<br>800 PRIMROSE AVE.<br>FOLCRAFT PA 19032 | 384 | $13,757.92<br>Asserted Debtor: CLAIMANT DID NOT SPECIFY DEBTOR | $9,058.31 | 07/20/2000 | UNSECURED NON-PRIORITY |
| 46230 | ENSR CORPORATION<br>300 BAKER AVE 3RD FL<br>CONCORD MA 01742 | 63 | $10,566.60<br>Asserted Debtor: CLAIM ASSERTED AGAINST NUMEROUS DEBTORS | $9,403.17 | 06/23/2000 | UNSECURED NON-PRIORITY |
| 10226 | ERNST & YOUNG LLP 072<br>PO BOX 251<br>TD CENTRE<br>TORONTO ON M5K 1J7 CANADA | 539 | $3,300.00<br>Asserted Debtor: CROWN VANTAGE, INC | $2,200.00 | 07/26/2000 | UNSECURED NON-PRIORITY |
| 20657 | ESTES EXPRESS LINES<br>P O BOX 25612<br>RICHMOND VA 23260 | 580 | $53,686.90<br>Asserted Debtor: CLAIMANT DID NOT SPECIFY DEBTOR | $27,093.27 | 07/28/2000 | UNSECURED NON-PRIORITY |

CROWN VANTAGE, INC. AND CROWN PAPER CO.
Exhibit F for Default Order Request
Seventh Omnibus Objection to Claims
General Unsecured Claims to be Reduced in Amount

Page: 3 of 7
Date: 10/25/2007
Time : 18:10:53

| ID | Creditor | Claim No. | Claim Amount | Allowed Amount | File Date | Asserted Class |
|---|---|---|---|---|---|---|
| 20665 | FLEETLINE INC<br>ATTN JANICE A SCHWEI<br>PO BOX 64110<br>ST PAUL MN 55164-0110 | 2361 | $134,510.25<br>Asserted Debtor: CROWN VANTAGE, INC | $98,978.90 | 09/07/2000 | UNSECURED NON-PRIORITY |
| 45172 | FRANKLIN ENVIROMENTAL SERVICES INC<br>ATTN: PHILIP A GENATOSSIO<br>PO BOX 617<br>185 INDUSTRIAL RD<br>WRENTHAM MA 02093 | 346 | $246,404.02<br>Asserted Debtor: CROWN VANTAGE, INC | $225,268.90 | 07/19/2000 | UNSECURED NON-PRIORITY |
| 54771 | FUSAKIO, EDWARD A<br>1672 RIVER SHORE COURT<br>KINGS MILLS OH 45034<br>Counsel: ATTN: THOMAS J GEYGAN, SR, ESQ | 200167301 | $159,490.28<br>Asserted Debtor: CROWN PAPER COMPANY | $155,315.38 | 09/01/2000 | UNSECURED NON-PRIORITY |
| 45941 | GE INDUSTRIAL SYSTEMS<br>171 SOUTH GARY AVE.<br>CAROL STREAM IL 60188<br>Counsel: ATTN: GLENN M. REISMAN, ESQ | 50 | $10,950.00<br>Asserted Debtor: CROWN VANTAGE, INC | $9,650.00 | 06/05/2000 | UNSECURED NON-PRIORITY |
| 14605 | HANEGRAAF, MICHAEL J<br>320 FRANKLIN SQUARE DRIVE<br>DALLASTOWN PA 17313 | 2349 | UNLIQUIDATED<br>Asserted Debtor: CROWN PAPER COMPANY | $2,793.27 | 09/07/2000 | UNSECURED NON-PRIORITY |
| 45223 | HAYES PUMP NEW JERSEY INC<br>ATTN: HELEN JEMAKES<br>66 OLD POWDER MILL RD.<br>W CONCORD MA 01742 | 773 | UNLIQUIDATED<br>Asserted Debtor: CLAIMANT DID NOT SPECIFY DEBTOR | $1,523.47 | 08/07/2000 | UNSECURED NON-PRIORITY |
| 19709 | HERCULES, INC.<br>1313 N MARKET ST<br>WILMINGTON DE 19894-0001 | 2299 | $1,056,599.66<br>Asserted Debtor: CROWN VANTAGE, INC | $1,049,021.10 | 09/06/2000 | UNSECURED NON-PRIORITY |
| 45239 | HOLYOKE CARD & PAPER CO<br>95 FISK AVE<br>SPRINGFIELD MA 01107-1075 | 92 | UNLIQUIDATED<br>Asserted Debtor: CLAIMANT DID NOT SPECIFY DEBTOR | $1,762.08 | 07/13/2000 | UNSECURED NON-PRIORITY |
| 46387 | HYSTER CREDIT CO<br>C/O GUTTENBERG, RAPSON & COLVIN, LLP<br>ATTN: DAVID J. RAPSON<br>1111 BROADWAY, SUITE 1500<br>OAKLAND CA 94607 | 825 | $46,988.42<br>Asserted Debtor: CROWN PAPER COMPANY | $46,104.14 | 08/14/2000 | UNSECURED NON-PRIORITY |
| 67748 | IBM CORPORATION<br>1 NEW ORCHARD RD<br>ARMONK NY 10504-1722 | 2602 | $26,363.55<br>Asserted Debtor: CROWN VANTAGE, INC | $11,463.01 | 01/05/2001 | UNSECURED NON-PRIORITY |
| 45264 | INSIGHT<br>ATTN: DARRON MONTGOMERY<br>6820 SOUTH HARL AVE.<br>TEMPE AZ 85283 | 446 | $107,299.27<br>Asserted Debtor: CLAIMANT DID NOT SPECIFY DEBTOR | $81,440.20 | 07/24/2000 | UNSECURED NON-PRIORITY |
| 19548 | ITT INDUSTRIES<br>ATTN: DENNIS M O'DONNELL<br>2881 EAST BAYARD STREET<br>SENECA FALLS NY 13148 | 4 | $118,408.52<br>Asserted Debtor: CROWN VANTAGE, INC | $87,392.15 | 04/10/2000 | UNSECURED NON-PRIORITY |

CROWN VANTAGE, INC. AND CROWN PAPER CO.
Exhibit F for Default Order Request
Seventh Omnibus Objection to Claims
General Unsecured Claims to be Reduced in Amount

Page: 4 of 7
Date: 10/25/2007
Time : 18:10:53

| ID | Creditor | Claim No. | Claim Amount | Allowed Amount | File Date | Asserted Class |
|---|---|---|---|---|---|---|
| 45990 | JOHN RAUSCHENBERGER CO<br>ATTN: JOHN R BUESING<br>2595 S 124TH STREET<br>MILWAUKEE WI 53227 | 164 | UNLIQUIDATED<br>Asserted Debtor: CROWN VANTAGE, INC | $1,192.80 | 07/17/2000 | UNSECURED NON-PRIORITY |
| 45294 | JOHN T DAGON ROOFING INC<br>314 W BERWICK ST<br>EASTON PA 18040 | 405 | UNLIQUIDATED<br>Asserted Debtor: CROWN VANTAGE, INC | $25,051.09 | 07/21/2000 | UNSECURED NON-PRIORITY |
| 67766 | KANSAS CITY SOUTHERN RAILWAY CO<br>C/O ROBERT K DREILING<br>PO BOX 219335<br>KANSAS CITY MO 64121-9335 | 542 | $25,000.00<br>Asserted Debtor: CROWN VANTAGE, INC | $12,750.00 | 07/26/2000 | UNSECURED NON-PRIORITY |
| 23371 | KELLER & HECKMAN<br>1001 G ST NW, STE. 500W<br>WASHINGTON DC 20001 | 824 | UNLIQUIDATED<br>Asserted Debtor: CROWN VANTAGE, INC | $1,622.61 | 08/14/2000 | UNSECURED NON-PRIORITY |
| 45727 | KEYSTONE ENGINEERING COMPANY<br>100 E CICOTTE<br>RIVER ROUGE MI 48218 | 30620 | $17,110.00<br>Asserted Debtor: CROWN PAPER COMPANY | $8,990.00 | 03/15/2000 | UNSECURED NON-PRIORITY |
| 20752 | LANDAIR TRANSPORT INC<br>ATTN: ANDREW MANLEY<br>PO BOX 1058<br>GREENEVILLE TN 37744 | 2378 | $9,408.26<br>Asserted Debtor: CROWN VANTAGE, INC | $7,627.19 | 09/07/2000 | UNSECURED NON-PRIORITY |
| 20760 | LANDSTAR RANGER INC<br>ATTN: JOHN R. SABER<br>13410 SUTTON PARK DRIVE SOUTH<br>JACKSONVILLE FL 32224 | 918 | $102,190.35<br>Asserted Debtor: CROWN VANTAGE, INC | $101,324.71 | 08/18/2000 | UNSECURED NON-PRIORITY |
| 45356 | LIGHTSPEED TECHNOLOGIES INC<br>10024 OFFICE CENTER AVE STE 125<br>ST LOUIS MO 63128 | 956 | $45,150.00<br>Asserted Debtor: CROWN VANTAGE, INC | $6,547.15 | 08/21/2000 | UNSECURED NON-PRIORITY |
| 46092 | LOUISIANA MILL SUPPLY<br>ATTN: SANDRA RODRIQUEZ<br>ATTN: CREDIT DEPARTMENT<br>2413 AVENUE K.<br>GALENA PARK TX 77547 | 280 | $40,661.22<br>Asserted Debtor: CROWN VANTAGE, INC | $39,961.45 | 07/14/2000 | UNSECURED NON-PRIORITY |
| 20791 | MATSON NAVIGATION COMPANY<br>555 12TH ST SUITE 700<br>OAKLAND CA 94607-4046 | 2320 | $35,316.31<br>Asserted Debtor: CROWN VANTAGE, INC | $28,705.62 | 09/06/2000 | UNSECURED NON-PRIORITY |
| 23030 | MCCURNIN SWAN & ASSOCIATES<br>A SUB OF JOHN H CARTER CO INC<br>2728 N ARNOULT RD<br>METAIRIE LA 70002<br>Counsel: ATTN: PAMELA K RICHARD | 878 | UNLIQUIDATED<br>Asserted Debtor: CLAIM ASSERTED AGAINST NUMEROUS DEBTORS | $19,591.84 | 08/15/2000 | UNSECURED NON-PRIORITY |
| 46286 | MECHANICAL SERVICE CORPORATION<br>41 SOUTH JEFFERSON RD.<br>WHIPPANY NJ 07981 | 154 | UNLIQUIDATED<br>Asserted Debtor: CROWN VANTAGE, INC | $7,429.96 | 07/18/2000 | UNSECURED NON-PRIORITY |
| 43039 | MOORE<br>ATTN: KATHERINE A DUIKO<br>900 BUFFALO AVE.<br>NIAGARA FALLS NY 14303 | 12 | $59,764.99<br>Asserted Debtor: CROWN VANTAGE, INC | $20,016.31 | 05/30/2000 | UNSECURED NON-PRIORITY |

CROWN VANTAGE, INC. AND CROWN PAPER CO.
Exhibit F for Defaulf Order Request
Seventh Omnibus Objection to Claims
General Unsecured Claims to be Reduced in Amount

Page: 5 of 7
Date: 10/25/2007
Time : 18:10:53

| ID | Creditor | Claim No. | Claim Amount | Allowed Amount | File Date | Asserted Class |
|---|---|---|---|---|---|---|
| 46527 | MSE ASSOCIATES INC<br>80 SECOND ST PIKE<br>SUITE 4<br>SOUTHHAMPTON PA 18966 | 321 | UNLIQUIDATED<br>Asserted Debtor: CLAIMANT DID NOT SPECIFY DEBTOR | $8,819.07 | 07/14/2000 | UNSECURED<br>NON-PRIORITY |
| 21617 | NORTHEAST PUMP CO INC<br>ATTN: GEN DAVIS<br>472 AMHERST ST.<br>NASHUA NH 03063 | 102 | $1,786.03<br>Asserted Debtor: CLAIMANT DID NOT SPECIFY DEBTOR | $1,759.65 | 07/17/2000 | UNSECURED<br>NON-PRIORITY |
| 12853 | NUCLEAR REGULATORY COMMISSION<br>ATTN JAMES TURDICI<br>MAIL STOP T-9E10<br>WASHINGTON DC 20555<br>Counsel: ATTN US ATTORNEY GENERAL | 38 | $2,715.37<br>Asserted Debtor: CROWN VANTAGE, INC | $1,179.23 | 06/14/2000 | UNSECURED<br>NON-PRIORITY |
| 23078 | OLIVER H VAN HORN CO INC<br>ATTN: RONALD L WATTIGNY<br>PO BOX 95340<br>NEW ORLEANS LA 70195 | 234 | $42,812.00<br>Asserted Debtor: CROWN VANTAGE, INC | $40,248.92 | 07/17/2000 | UNSECURED<br>NON-PRIORITY |
| 46434 | OMYA INC<br>ATTN: JOHN M MITCHELL<br>61 MAIN STREET<br>PROCTOR VT 05765 | 2533 | $48,033.80<br>Asserted Debtor: CLAIMANT DID NOT SPECIFY DEBTOR | $35,785.00 | 09/13/2000 | UNSECURED<br>NON-PRIORITY |
| 76132 | ONDEO NALCO COMPANY<br>ATTN CHAD PECHMAN<br>ONDEO NALCO CENTER<br>NAPERVILLE IL 60563-1198 | 3010 | $11,602.00<br>Asserted Debtor: CROWN PAPER COMPANY | $9,000.00 | 09/19/2003 | UNSECURED<br>NON-PRIORITY |
| 46071 | P H GLATFELTER CO<br>ATTN DON BOWMAN<br>228 S MAIN STREET<br>SPRING GROVE PA 17362<br>Counsel: ATTN: DEREK J BAKER, ESQ | 233 | UNLIQUIDATED<br>Asserted Debtor: CROWN VANTAGE, INC | $150,887.97 | 07/17/2000 | UNSECURED<br>NON-PRIORITY |
| 46340 | PCA & ASSOCIATES INC<br>ATTN: PAT ATKINSON<br>47 ALDEN GLEN DRIVE<br>THE WOODLANDS TX 77382 | 947 | UNLIQUIDATED<br>Asserted Debtor: CROWN VANTAGE, INC | $2,082.42 | 08/21/2000 | UNSECURED<br>NON-PRIORITY |
| 45472 | PINNACLE GROUP ASOCIATES INC<br>C/O MORRISON & FOERSTER LLP<br>ATTN ADAM A LEWIS<br>425 MARKET ST<br>SAN FRANCISCO CA 94105-2482 | 30470 | $88,471.11<br>Asserted Debtor: CROWN PAPER COMPANY | $42,936.61 | 03/15/2000 | UNSECURED<br>NON-PRIORITY |
| 15297 | POMCO GRAPHICS<br>ATTN: FRANK A WLODARCZYK<br>4411-27 WHITAKER AVE<br>PHILADELPHIA PA 19027 | 211 | $15,739.83<br>Asserted Debtor: CROWN VANTAGE, INC | $15,281.30 | 07/17/2000 | UNSECURED<br>NON-PRIORITY |
| 45808 | POWER LOGIC INC<br>ATTN: WALTER J WESELAU<br>PO BOX 46216<br>BATON ROUGE LA 70895 | 678 | UNLIQUIDATED<br>Asserted Debtor: CLAIMANT DID NOT SPECIFY DEBTOR | $10,987.54 | 07/31/2000 | UNSECURED<br>NON-PRIORITY |

CROWN VANTAGE, INC. AND CROWN PAPER CO.
Exhibit F for Default Order Request
Seventh Omnibus Objection to Claims
General Unsecured Claims to be Reduced in Amount

Page: 6 of 7
Date: 10/25/2007
Time : 18:10:53

| ID | Creditor | Claim No. | Claim Amount | Allowed Amount | File Date | Asserted Class |
|---|---|---|---|---|---|---|
| 45520 | RIGGERS INC<br>ATTN: R CLAYTON MAYS, JR<br>901 HOLLY SPRINGS AVE<br>RICHMOND VA 23224-5038 | 266 | UNLIQUIDATED<br>Asserted Debtor: CROWN VANTAGE, INC | $200.00 | 07/13/2000 | UNSECURED NON-PRIORITY |
| 19624 | RITE INDUSTRIES<br>C/O REED SMITH<br>ATTN: PETER S. CLARK II<br>2500 ONE LIBERTY PLACE<br>1650 MARKET STREET<br>PHILADELPHIA PA 19103-7301 | 2332 | $116,121.00<br>Asserted Debtor: CLAIM ASSERTED AGAINST NUMEROUS DEBTORS | $49,226.00 | 09/06/2000 | UNSECURED NON-PRIORITY |
| 46653 | RS TECHNICAL SERVICES INC<br>PO BOX 291<br>13684 BECKWITH DR<br>LOWELL MI 49331-0291 | 607 | UNLIQUIDATED<br>Asserted Debtor: CROWN VANTAGE, INC | $729.00 | 07/31/2000 | UNSECURED NON-PRIORITY |
| 12314 | RYDER SHARED SERVICES CENTER<br>ATTN:JENNIFER M. MORRIS  S/L ANALYIST<br>M/S  2868<br>6000 WINDWARD PARKWAY<br>ALPHARETTA GA 30005 | 15 | $1,403.96<br>Asserted Debtor: CROWN VANTAGE, INC | $566.97 | 05/26/2000 | UNSECURED NON-PRIORITY |
| 46056 | RYDER TRANSPORTATION SVCS<br>2211 E. KILGORE<br>KALAMAZOO MI 49001 | 30820 | $1,853.21<br>Asserted Debtor: CROWN PAPER COMPANY | $566.97 | 03/15/2000 | UNSECURED NON-PRIORITY |
| 19500 | SEMCO ENERGY GAS CO<br>C/O JEFFREY S THEUER, ESQ<br>LOOMIS LAW FIRM<br>232 S CAPITAL AVE, SUITE 1000<br>LANSING MI 48933 | 1639 | $54,747.24<br>Asserted Debtor: CROWN VANTAGE, INC | $45,911.99 | 08/31/2000 | UNSECURED NON-PRIORITY |
| 53177 | STATE OF WASHINGTON<br>DEPARTMENT OF REVENUE<br>ATTN: DOUGLAS V. HOUGHTON<br>2101 4TH AVE., SUITE 1400<br>SEATTLE WA 98121-2300 | 2005702 | $5,400.00<br>Asserted Debtor: CROWN PAPER COMPANY | $1,089.51 | 06/09/2000 | UNSECURED NON-PRIORITY |
| 20926 | T G BAKER TRUCKING INC<br>PO BOX 830<br>WATER VALLEY MS 38965-0830 | 1666 | $48,020.09<br>Asserted Debtor: CROWN PAPER COMPANY | $39,214.25 | 08/31/2000 | UNSECURED NON-PRIORITY |
| 20934 | TEXAS STAR EXPRESS<br>ATTN: LINDA NALDEN<br>2890 SOUTH GOLIAD<br>ROCKWALL TX 75032 | 649 | $45,935.06<br>Asserted Debtor: CLAIMANT DID NOT SPECIFY DEBTOR | $42,856.98 | 07/31/2000 | UNSECURED NON-PRIORITY |
| 45640 | TOWNLEY LABORATORIES INC<br>RTE 31 N<br>GLEN GARDNER NJ 08826 | 30567 | $14,060.99<br>Asserted Debtor: CROWN PAPER COMPANY | $11,370.99 | 03/15/2000 | UNSECURED NON-PRIORITY |
| 45815 | TRIDENT CHEMICAL CO<br>C/O NALCO CO<br>2660 AMERICAN WAY<br>PORT ALLEN LA 70767 | 1005 | UNLIQUIDATED<br>Asserted Debtor: CLAIMANT DID NOT SPECIFY DEBTOR | $30,811.07 | 07/25/2000 | UNSECURED NON-PRIORITY |
| 22725 | TRYNIECKI, THERESE M. PHD<br>332 NEW PORT AVE.<br>ST LOUIS MO 63119 | 1696 | UNLIQUIDATED<br>Asserted Debtor: CROWN VANTAGE, INC | $989.00 | 09/01/2000 | UNSECURED NON-PRIORITY |

CROWN VANTAGE, INC. AND CROWN PAPER CO.
Exhibit F for Default Order Request
Seventh Omnibus Objection to Claims
General Unsecured Claims to be Reduced in Amount

Page: 7 of 7
Date: 10/25/2007
Time : 18:10:53

| ID | Creditor | Claim No. | Claim Amount | Allowed Amount | File Date | Asserted Class |
|---|---|---|---|---|---|---|
| 23425 | UNITED STATES FILTER CORP<br>ATTN: CARDLYN HAWKINS<br>10 TECHONOLGY DRIVE<br>LOWELL MA 01851 | 2467 | UNLIQUIDATED<br>Asserted Debtor: CROWN VANTAGE, INC | $486.00 | 07/24/2000 | UNSECURED<br>NON-PRIORITY |
| 46511 | USF HOLLAND<br>ATTN: GAIL FITTS<br>750 E 40TH STREET<br>HOLLAND MI 49423 | 43 | $136,921.19<br>Asserted Debtor: CROWN VANTAGE, INC | $33,071.82 | 06/02/2000 | UNSECURED<br>NON-PRIORITY |
| 20976 | VENEZIA TRANSPORT SERVIC<br>PO BOX 909<br>ROYERSFORD PA 19468-8025 | 275 | UNLIQUIDATED<br>Asserted Debtor: CROWN VANTAGE, INC | $637.00 | 07/13/2000 | UNSECURED<br>NON-PRIORITY |
| 45681 | W D MATTHEWS MACHINERY CO<br>901 CENTER STREET<br>AUBURN ME 04218<br>Counsel: ATTN: RICHARD J O'BRIEN | 1013 | $19,374.60<br>Asserted Debtor: CROWN VANTAGE, INC | $19,221.70 | 08/25/2000 | UNSECURED<br>NON-PRIORITY |
| 45699 | WALSH, WILLIAM D<br>279 PARK LANE<br>ATHERTON CA 94027 | 811 | UNLIQUIDATED<br>Asserted Debtor: CROWN PAPER COMPANY | $8,208.33 | 08/11/2000 | UNSECURED<br>NON-PRIORITY |
| 44833 | WARREN ELECTRIC CO<br>C/O SUMMIT ELECTRIC SUPPLY<br>903 ENNIS ST<br>HOUSTON TX 77003 | 768 | $2,121.69<br>Asserted Debtor: CROWN VANTAGE, INC | $1,803.03 | 08/07/2000 | UNSECURED<br>NON-PRIORITY |
| 45780 | WEAVEXX CORP<br>NKA XERIUM TECHNOLOGIES<br>14101 CAPITAL BLVD STE 201<br>YOUNGSVILLE NC 27596 | 668 | $101,573.72<br>Asserted Debtor: CLAIMANT DID NOT SPECIFY DEBTOR | $54,362.55 | 07/31/2000 | UNSECURED<br>NON-PRIORITY |
| 20991 | WERNER ENTERPRISES INC<br>ATTN: JOHN J STEELE<br>LOCKBOX 3116<br>201 N 16T<br>OMAHA NE 68102 | 424 | $169,450.48<br>Asserted Debtor: CLAIMANT DID NOT SPECIFY DEBTOR | $135,080.97 | 07/21/2000 | UNSECURED<br>NON-PRIORITY |
| 46226 | WESCO DISTRIBUTION<br>ATTN: STEVE KATZ<br>21610 MEYERS ROAD<br>OAK PARK MI 48237 | 900 | $9,484.37<br>Asserted Debtor: CROWN VANTAGE, INC | $8,956.71 | 08/17/2000 | UNSECURED<br>NON-PRIORITY |
| 19679 | WEYERHAUSER COMPANY<br>MARILYN GEEO<br>PO BOX 1060<br>HOT SPRINGS AR 71902 | 1641 | $841,607.51<br>Asserted Debtor: CLAIMANT DID NOT SPECIFY DEBTOR | $140,000.00 | 09/01/2000 | UNSECURED<br>NON-PRIORITY |
| 46638 | ZPF PAPER FILM GMBH<br>MARKSTRABE 6 41236<br>MONCHENGLADBACH<br>GERMANY | 31178 | $11,176.67<br>Asserted Debtor: CROWN PAPER COMPANY | $383.83 | 03/15/2000 | UNSECURED<br>NON-PRIORITY |

**Total Claims to be Reduced:** 82
**Total Amount to be Reduced:** $5,007,110.17
**Total Amount to be Allowed:** $3,991,228.05