David W. Trench, Esq. (FBN 202975)
James C. Moon, Esq. (FBN 938211)
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 374-7580
Facsimile: (305) 374-7593

Debra Grassgreen, Esq. (CA Bar No. 169978)
Pamela E. Singer, Esq. (CA Bar No. 224758)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: (415) 263-7000
Facsimile: (415) 263-7010

Co-Counsel for Jeffrey H. Beck, LIQUIDATING TRUSTEE
OF THE CROWN PAPER LIQUIDATING TRUST

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re<br><br>CROWN VANTAGE, INC.,<br>CROWN PAPER CO.,<br><br>          Debtors. | Case No. 00-41584 (RN)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**DECLARATION OF PAMELA E. SINGER IN SUPPORT OF REQUEST FOR ORDER BY DEFAULT PARTIALLY SUSTAINING LIQUIDATING TRUSTEE'S OMNIBUS OBJECTION NO. 7 TO CERTAIN CLAIMS** |

I, Pamela E. Singer, declare as follows:

1. I am an attorney at law, licensed to practice in the State of California and in this district. I am an attorney at the law firm of Pachulski Stang Ziehl & Jones LLP, counsel to Jeffrey H. Beck, the Liquidating Trustee of the Crown Paper Liquidating Trust (the "Liquidating Trustee") in the above-captioned, bankruptcy case. I have personal knowledge of the facts set forth herein and, if called as a witness, I would and could competently testify thereto.

DOCS_SF:56540.1

1

DECLARATION OF PAMELA E. SINGER IN SUPPORT
OF LIQUIDATING TRUSTEE'S PARTIAL DEFAULT REQUEST

Case: 00-41584    Doc# 1911-11    Filed: 10/31/07    Entered: 10/31/07 13:56:07    Page 1 of 2

2. I file this declaration in support of the *Request for Order by Default Partially Sustaining Liquidating Trustee's Omnibus Objection No. 7 to Certain Claims* (the "Partial Default Request"), pursuant to which the Liquidating Trustee has requested that the Court enter an order by default partially sustaining the *Liquidating Trustee's Omnibus Objection No. 7 to Certain Claims* (the "Omnibus Objection"). Unless otherwise defined herein, capitalized terms have the meaning ascribed to them in the Partial Default Request or the Omnibus Objection, as applicable.

3. On August 30, 2007, the Liquidating Trustee caused to be filed the Omnibus Objection. A true and correct copy of the Omnibus Objection is attached to the Partial Default Request as Exhibit A.

4. On August 30, 2007, the Liquidating Trustee caused to be filed a notice of the Omnibus Objection, and on September 10, 2007, the Liquidating Trustee caused to be filed an amended notice of the Omnibus Objection (the "Amended Notice"). A true and correct copy of the Amended Notice is attached to the Partial Default Request as Exhibit B.

5. On September 10, 2007, the Liquidating Trustee caused to be served the Omnibus Objection, and the Amended Notice on the parties set forth in the Certificate of Service that is attached to the Partial Default Request as Exhibit C. The parties listed in the Certificate of Service include each party required to be served by the *Order Establishing Case Management Procedures and Hearing Schedule*, entered on the Court's docket on April 27, 2000 [Docket No. 133], as amended by the *Amendment to Order Establishing Case Management Procedures*, entered on May 22, 2002 [Docket No. 1538].

6. Pursuant to B.L.R. 9014-1(b)(4), a true and correct copy of each claim affected by this Default Request, absent any attachments or exhibits, is attached to the Partial Default Request as Exhibit D.

I declare under penalty of perjury under the laws of California and of the United States that the foregoing is true and correct of my own personal knowledge.

Executed this 29th day of October, 2007, at San Francisco, California.

*/s/ Pamela E. Singer*
Pamela E. Singer