David W. Trench, Esq. (FBN 202975)
James C. Moon, Esq. (FBN 938211)
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 374-7580
Facsimile: (305) 374-7593

Debra Grassgreen, Esq. (CA Bar No. 169978)
Pamela E. Singer, Esq. (CA Bar No. 224758)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: (415) 263-7000
Facsimile: (415) 263-7010

Co-Counsel for Jeffrey H. Beck, LIQUIDATING TRUSTEE
OF THE CROWN PAPER LIQUIDATING TRUST

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re<br><br>CROWN VANTAGE, INC.,<br>CROWN PAPER CO.,<br><br>        Debtors. | Case No. 00-41584 (RN)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**DECLARATION OF JAMES C. MOON IN SUPPORT OF REQUEST FOR ORDER BY DEFAULT PARTIALLY SUSTAINING LIQUIDATING TRUSTEE'S OMNIBUS OBJECTION NO. 7 TO CERTAIN CLAIMS** |

I, James C. Moon, declare as follows:

1. I am an attorney at law, licensed to practice in the State of Florida. I am an attorney at the law firm of Bilzin Sumberg Baena Price & Axelrod LLP, counsel to Jeffrey H. Beck, the Liquidating Trustee of the Crown Paper Liquidating Trust (the "Liquidating Trustee") in the above-captioned, bankruptcy case. I have personal knowledge of the facts set forth herein and, if called as a witness, I would and could competently testify thereto.

2. I file this declaration in support of the *Request for Order by Default Partially Sustaining Liquidating Trustee's Omnibus Objection No. 7 to Certain Claims* (the "Partial Default Request"), pursuant to which the Liquidating Trustee has requested that the Court enter an order by default partially sustaining the *Liquidating Trustee's Omnibus Objection No. 7 to Certain Claims* (the "Omnibus Objection"). Unless otherwise defined herein, capitalized terms have the meaning ascribed to them in the Partial Default Request or the Omnibus Objection, as applicable.

3. With the exception of the formal and informal responses described below, the Liquidating Trustee has not received any opposition to, request for hearing on, or other response to the Omnibus Objection, despite proper service thereof.

4. Formal responses were received from (1) U.S. Xpress Enterprises ("U.S. Xpress") [Docket No. 1882] regarding Claim No. 247, originally filed by U.S. Xpress in the amount of $210,277.52 and (2) David Nelson ("Nelson") [Docket No. 1892] regarding Claim No. 20090102, originally filed in the amount of $679,882.00.

5. Informal responses were received from:

   a. Jennifer Matthew, Esq., counsel to Securitas Security Services USA ("Securitas"), successor in interest to Burns International Security Services ("Burns"), regarding Claim No. 24 originally filed by Burns in the amount of $21,191.41;

   b. Andrew Sklar, Esq. counsel to Canon Financial Services, Inc. ("Canon Financial") regarding Claim Nos. 1690 and 1691, originally filed by Canon Financial in the amounts of $60,322.68 and $7,943.63 respectively;

   c. David Wender, Esq., counsel to Printpack, Inc. ("Printpack") regarding Claim No. 819, originally filed by Printpack in the amount of $117,491.79; and

   d. Michael Ellis, Esq., counsel to Rayonier, Inc. ("Rayonier") regarding Claim No. 2993, originally filed by Rayonier in the amount of $43,000.00.

6. Counsel for the foregoing informal respondents have each reviewed the Partial Default Request and proposed Order, submitted herewith, and none have an objection to the relief requested in the Partial Default Request or to the proposed Order as it relates to the resolution of the claims described above or otherwise.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Case: 00-41584   Doc# 1911-12   Filed: 10/31/07   Entered: 10/31/07 13:56:07   Page 2 of 3

1 | I declare under penalty of perjury under the laws of Florida, California and of the United
2 | States that the foregoing is true and correct of my own personal knowledge.
3 | Executed this 29th day of October, 2007, at Miami, Florida.

*/s/ James C. Moon*
James C. Moon

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA