**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re | ) Jointly Administered |
| | ) Case No. 00-41584 N |
| CROWN VANTAGE, INC., | ) |
| CROWN PAPER CO., | ) |
| | ) Chapter 11 |
| Debtors, | ) |
| | ) **CERTIFICATE OF SERVICE** |

<u>**PROOF OF SERVICE**</u>

| | |
|---|---|
| STATE OF NEW JERSEY | ) |
| | ) |
| CITY OF UPPER MONTCLAIR | ) |

I, Kathleen M. Logan, am the President of Logan & Company, Inc., located at 564 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above captioned debtors. I am over the age of 18 and not a party to the within action.

On August 28, 2009, I caused to be served pursuant to the *Order Authorizing the Retention and Employment of Logan & Company, Inc., as Claims Agent for Debtors and as Noticing Agent for Clerk of the Bankruptcy Court Pursuant to 28 U.S.C. § 156(c) Nunc Pro Tunc*, entered on April 5, 2000 (Docket No. 62) and pursuant to the *Order Establishing Case Management Procedures*, dated April 27, 2000 (Docket No. 133), as amended by the *Amendment to Order Establishing Case Management Procedures*, dated May 22, 2002 (Docket No. 1538) the:

*<u>NOTICE OF MOTION BY LIQUIDATING TRUSTEE FOR ORDER DEEMING CLAIMS 9 AND 2347 AS HAVING BEEN SATISFIED</u>*

*<u>MOTION OF LIQUIDTING TRUSTEE FOR ORDER DEEMING CLAIMS 9 AND 2347 AS HAVING BEEN SATISFIED</u>*

*<u>DECLARATION OF JEFFREY H. BECK IN SUPPORT OF MOTION BY LIQUIDTING TRUSTEE FOR ORDER DEEMING CLAIMS 9 AND 2347 AS HAVING BEEN SATISFIED</u>*

*<u>DECLARATION OF JASON Z. JONES IN SUPPORT OF MOTION BY LIQUIDTING TRUSTEE FOR ORDER DEEMING CLAIMS 9 AND 2347 AS HAVING BEEN SATISFIED</u>*

by U.S. Mail, with First Class postage prepaid and deposited in sealed envelopes at Upper Montclair, New Jersey to the parties listed on the attached Service List.

I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first class postage thereon fully prepaid, in Upper Montclair, New Jersey, for mailing to the office of the addressee following ordinary course business practices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 1, 2009, at Upper Montclair, New Jersey.

/s/  Kathleen M. Logan
Kathleen M. Logan

1  <u>SERVICE LIST</u>

2  3M DISBURSEMENT SERVICES
   ATTN: PAUL J COLBERT
3  3M CENTER, BUILDING 223-65-04
   ST PAUL  MN 55133-3223

4  ABLECO FINANCE LLC
   ATTN: ERIC MILLER
5  299 PARK AVE FL 23
   NEW YORK  NY 10171-2399

6  AGWAY SYSTEMS INC
   12959 RONALDSON RD
7  BATON ROUGE  LA 70807

8  AIR PRODUCTS & CHEMICALS INC
   ATTN: NANCY GREGORIS
   7201 HAMILTON BLVD
9  ALLENTOWN  PA 18195-1501

10  AKIN GUMP STRAUSS HAUER & FELD LLP
    ATTN: MANAGING PARTNER
    2029 CENTURY PARK EAST
11  SUITE 2600
    LOS ANGELES CA 90067

12
    AKIN GUMP STRAUSS HAUER & FELD LLP
13  CHRISTOPHER A PROVOST  &
    DANIEL GOLDEN
    ONE BRYANT PARK
14  NEW YORK NY 10036

15  ALLIANCE CAPTIAL MANAGEMENT LLP
    ATTN: KATALIN E KUTASI
16  1345 AVENUE OF THE AMERICAS
    NEW YORK  NY 10105

17  ALSTON & BIRD LLP
    DENNIS CONNOLLY & MARK I DUEDALL
18  1201 WEST PEACHTREE STREET
    ATLANTA  GA 30309-3424

19  AMERICAN EXPRESS FINANCIAL CORP
    PEG A SIBBER
20  3000 IDS TOWER 10
    MINNEAPOLIS  MN 55440

21  AMERICAN EXPRESS FINANCIAL CORPORATION
    59 AXP FINANCIAL CENTER
22  MINNEAPOLIS  MN 55474-9900

23

24

25

26

27

28

SERVICE LIST

1

2  AMERICAN TISSUE INC
   C/O  CHRISTINE C SHUBERT TRUSTEE
3  7 FOX SPARROW TURN
   TABERNACLE  NJ 08088

4  AMERIPRISE FINANCIAL
   ATTN PEG SIBBET, T30/216
5  70100 AMERIPRISE FINANCIAL CENTER
   MINNEAPOLIS  MN 55474

6  ARACRUZ CELLULOSE USA INC.
   16300 NE 19TH AVE STE 210
7  NORTH MIAMI BEACH  FL 33162

8  ARCHER & GREINER
   ATTN: STEPHEN M PACKMAN, ESQ.
   ONE CENTENNIAL SQUARE
9  EAST EUCLID AVENUE
   HADDONFIELD NJ 08033-0968

10
   BAER MARKS & UPHAM LLP
   THELEN REID BROWN RAYSMAN & STEINER
11 875 THIRD AVENUE
   NEW YORK  NY 10022

12
   BAER MARKS & UPHAM LLP
13 ATTN: JAY L GOTTLIEB, ESQ
   805 THRID AVENUE
   NEW YORK  NY 10022
14
   BANC ONE, AS TRUSTEE
15 ATTN RHONDA ELLISON
   CORPORATE TRUST FEE GROUP
   5321 CORPORATE BLVD.
16 BATON ROUGE LA 70808

17 BANK OF AMERICA
   555 SOUTH FLOWER ST, 10TH FL
18 MAIL CODE CA-9-706-10-10
   LOS ANGELES  CA 90071

19 BANK ONE
   AS TRUSTEE, CORP. TRUST FUND
20 AMY MAULDIN
   PO BOX 91210
   NEW ORLEANS LA 70821-9210
21
   BANK ONE TRUST COMPANY
22 ERIC M STOLLER
   C/O FIDUCIARY WORKOUT SERVICES
23 100 EAST BROAD ST, 8TH FLOOR
   COLUMBUS OH 43215

24

25

26

27

28

SERVICE LIST-OW

1

2   BANK ONE TRUST COMPANY
    N A, AS INDENTURE TRUSTEE
3   ATTN JEFFREY A AYERS
    100 EAST BROAD STREET 8TH FLR
    COLUMBUS OH 43271
4

5   BARON & BUDD PC
    ATTN: BROOKE COHEN
    3102 OAK LAWN AVENUE, STE 1100
6   DALLAS  TX 75219

7   BEARD & BEARD
    ATTN CHRISTOPHER BEARD, ESQ
    170 W STREET PO BOX 2271
8   ANNAPOLIS  MD 21404

9   BENNETT LOTTERHOS SULSER ETAL
    ATTN MARCUS M WILSON
    PO BOX 98
10  JACKSON  MS 39205-0466

11  BERNSTEIN SHUR SAWYER AND NELSON
    ATTN LOENARD M. GULINO
    PO BOX 9729
12  PORTLAND  ME 04104-5029

13  BIALSON, BERGEN & SCHWAB
    C/O FRITZ COMPANIES, INC
    THOMAS M GAA & LAWRENCE SCHWAB
14  2600 EL CAMINO REAL, STE 300
    PALO ALTO CA 94306
15
    BILZIN SUMBERG DUNN BAENA ET AL
16  ATTN SCOTT L BAENA
    2500 FIRST UNION FINANCIAL CTR
    200 S BISCAYNE BLVD
17  MIAMI FL 33131-2336

18  BINGHAM MCCUTCHEN LLP
    STEPHEN D. HIBBARD, ESQ.
    THREE EMBARCADERO CENTER, STE 1800
19  SAN FRANCISCO  CA 94111

20  BLAKELEY & BLAKELEY LLP
    ATTN SCOTT E. BLAKELEY ESQ.
    1000 QUAIL ST STE 200
21  NEWPORT BEACH  CA 92660

22  BREAZEALE, SACHSE & WILSON, LLP
    ATTN STEPHEN F CHICCARELLI
    23RD FLOOR, ONE AMERICAN PLACE
23  PO BOX 3197
    BATON ROUGE LA 70821-3197
24

25

26

27

28

SERVICE LIST-OW
(related to DI 2219)

# SERVICE LIST

BRICE VANDER LINDEN & WERRICK
ATTN LANCE J VANDER LINDEN
9441 LBJ FWY, STE 350
DALLAS  TX 75243

BRICE, VANDER LINDEN & WERNICK, PC
ATTN: LANE J VANDER LINDEN
PO BOX 829009
DALLAS  TX 75382-9009

BRUBAKER & ASSOCIATES, INC
C/O KEAN, MILLER, HAWTHORNE, D'ARMOND, ET AL
ATTN: MARK D. MESE
PO BOX 3513
BATON ROUGE LA 70821-3513

BUTLER SNOW
ATTN: AN CORSO
210 CAPITAL STREET, 17TH FL
JACKSON  MS 39201

CAIN HIBBARD MYERS & COOK
ATTN: SID SMITHERS ESQ.
66 WEST STREET
PITTSFIELD  MA 01201

CAPSTONE TECHNOLOGY CORP
PO BOX 840
CAMAS  WA 98607

CARTER CHAMBERS, LLC
6800 S CHOCTAW DRIVE
BATON ROUGE  LA 70806

CARVER DARDEN KORETZKY ET AL
ATTN: LEANN OPOTOWSKY MOSES, ESQ
1100 POYDRAS STREET, STE 3100
NEW ORLEANS  LA 70163

CASCINO VAUGHAN LAW OFFICES
ATTN: JILL A RAKAUSKI
220 S ASHLAND AVE
CHICAGO  IL 60607-5309

CELLMARK
ATTN: JEAN-CARLOS RIVERA
200 TAMAL PLAZA
CORTE MADERA  CA 94925

# SERVICE LIST

CELLMARK
ATTN: WILLIAM MANUSAK
200 TAMAL PLAZA
CORTE MADERA  CA 94925

CENTURYTEL
ATTN JANESSA LEWING
885 BERT KOUNS ROAD
SHREVEPORT  LA 71118

CHAPMAN, PETER A
572 FERNWOOD LN
FAIRLESS HILLS  PA 19030-3804

CHASE MANHATTAN BANK
1121 MADISON AVENUE
NEW YORK  NY 10017

CHASE MANHATTAN BANK
ATTN JOHN MCDONAGH
1 CHASE MANHATTAN BASEMENT
NEW YORK  NY 10005

CHASE MANHATTAN BANK
ATTN JOHN KIMBALL
1 CHASE MANHATTAN BASEMENT
NEW YORK  NY 10005

CHRISTIANI BANK
SECURED TRANSACTIONS DEPT
437 MADISON AVE FL 21
NEW YORK  NY 10022

CITIZENS POWER
160 FEDERAL ST STE 4
BOSTON  MA 02110-1776

CITY OF PARCHMENT
ATTN: SANDY GOWER, CITY MNGR
650 SOUTH RIVERVIEW DRIVE
PARCHMENT  MI 49004

CITY OF PARCHMENT
ATTN: ROBERT A SOLTIS, ESQ
PARCHMENT CITY ATTORNEY
650 SO RIVER VIEW
PARCHMENT MI 49004

Case: 00-41584     Doc# 2221     Filed: 09/01/09     Entered: 09/01/09 09:13:32     Page 6 of 30

CLARIANT CORPORATION
ATTN J. ANDRE HALL ESQ
4000 MONROE ROAD
CHARLOTTE  NC 28205

COMMISSIONER OF REVENUE
ATTN TISHA FEDERICO, ESQ
312 8TH AVENUE N, 27TH FLOOR
NASHVILLE  TN 37243

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE
BUREAU OF CORPORATE TAXES
TAXING DIVISION DEPT 280703
HARRISBURG PA 17128-0703

CONTRARIAN CAPITAL MANAGEMENT
ATTN BRYAN WATTS
411 W. PUTNAM AVE, NO 225
GREENWICH   CT 06830

COOLEY GODWARD KRONISH LLP
ATTN JAY RANDALL INDYKE
1114 AVENUE OF THE AMERICAS
NEW YORK  NY 10036-7798

CROSBY HEAFEY ROACH & MAY
ATTN: DOUGLAS G BOVEN
1999 HARRISON STREET, #2200
PO BOX 2084
OAKLAND CA 94612-3572

CROWN PAPER LIQUIDATING TRUST
ATTN: TOM SIMPSON
PO BOX 428694
BLUE ASH  OH 45242-8694

CROWN VANTAGE, INC
ATTN: EVAN C DAVIS
4445 LAKE FOREST DR SUITE 700
CINCINNATI  OH 45242

CURTIN & HEEFNER LLP
ATTN: ROBERT SZWAJKOS, ESQ
250 N PENNSYLVANIA AVENUE
MORRISVILLE  PA  19067

DACA V, LLC
ATTN: TOM SCHEIDT
1565 HOTEL CIRCLE SOUTH #310
SAN DIEGO  CA 92108

1

2

DAILY INSIGHTS
JAF BOX 3127
NEW YORK  NY 10116

3

DARDIN TIMBER CO
C/O PHILLIP BUFFINGTON, JR.
PO BOX 12690
JACKSON  MS 39236-2690

4

5

6

DAVIDOFF & MALITO LLP
ATTN BRUCE S NATHAN ESQ
605 THIRD AVENUE, 34TH FLOOR
NEW YORK  NY 10158

7

8

DAVIS POLK & WARDWEL
ATTN MARSHALL S HUEBNER
450 LEXINGTON AVENUE
NEW YORK  NY 10017

9

10

DEPARTMENT OF REVENUE - LA
SEVERANCE TAX DIVISION
HATTIE PRYER
PO BOX 3863
BATON ROUGE LA 70821

11

12

DETROIT EDISON
CASH MANAGEMENT- 319 SB
2000 2ND AVE
DETROIT  MI 48226

13

14

DETROIT EDISON
ATTN SONYA MITCHELL
26801 NORTHWESTERN, STE 198
SOUTHFIELD  MI 48034

15

16

DEWEY & LEBOEUF LLP
ATTN: BENNETT G. YOUNG
ONE EMBARCADERO CENTER
SUITE 400
SAN FRANCISCO CA 94111

17

18

DILLINGHAM AND MURPHY
ATTN KATHERINE L. TRAN
225 BUSH ST, 6TH FL
SAN FRANCISCO  CA 94104-4207

19

20

DILWORTH PAXSON LLP
ATTN ANNE MARIE P KELLY, ESQ
LIBERTY VIEW, STE 700
457 HADDONFIELD RD
CHERRY HILL NJ 08002

21

22

23

24

25

26

27

28

SERVICE LIST-OW
related to DI 2219

DINSMORE & SHOHL
KIM MARTIN LEWIS & TIM J ROBINSON
1900 CHEMED CENTER
255 EAST FIFTH STREET
CINCINNATI OH 45202-3172

DOJ TAX DIVISION
ATTN D.L PATRICK MULLARKEY
PO BOX 55
BEN FRANKLIN STATION
WASHINGTON DC 20044

DOW CHEMICAL CO
ATTN: THOMAS R ELLIS
1079 MONROE DRIVE NE
ATLANTA  GA 30306

DOW CHEMICAL COMPANY
ATTN: PAULA STAFFORD
2020 DOW CENTER
MIDLAND  MI 48674

DOW CHEMICAL COMPANY
ATTN LYNN S LOOBY ESQ
LEGAL DEPARTMENT
2030 DOW CENTER
MIDLAND MN 48674

DOW CHEMICAL COMPANY, THE
C/O DILWORTH PAXSON LLP
ATTN: ANNE MARIE KELLEY, ESQ
457 HADDONFIELD ROAD, STE 700
PO BOX 2570
CHERRY HILL  NJ 08034-2570

DRESDNER KLEINWORT BENSON
1301 AVENUE OF THE AMERICAS
NEW YORK  NY 10019

DRINKER BIDDLE GARDNER CARTON
ATTN MANAGING PARTNER
191 N WACKER DR STE 3700
CHICAGO  IL 60606-1298

DUANE MORRIS
ATTN MAIRI V. LUCE
4200 ONE LIBERTY PLACE
PHILADELPHIA PA 19103-7396

DUKE WEEKS REALTY LP
4555 LAKE FOREST DRIVE
SUITE 400
CINCINNATI  OH 45242

SERVICE LIST

DUPONT CO.
974 CENTRE RD
CHESTNUT RUN PLAZA
WILMINGTON  DE 19805

EI DU PONT DE NEMOURS & CO
DUPONT PIGMENTS
ATTN RONALD B BAILEY
BARLEY MILL PLAZA BMP 36-1214
RT 141 & LANCASTER PIKE
WILMINGTON  DE 19805

EI DUPONT DE NEMOURS & CO.
ATTN SUSAN F HERR
DUPONT LEGAL, D7156
1007 MARKET STREET
WILMINGTON DE 19898

ELF ATOCHEM
JEFFREY ANGULO
2000 MARKET ST
PHILADELPHIA  PA 19103-3222

ELF ATOCHEM NORTH AMERICA, INC
ATTN KAREN P FLYNN
2000 MARKET STREET
PHIDELPHIA  PA 19103-3222

ENTERGY GULF STATES, INC.
C/O SHEPPARD MULLIN RICHTER HAMPTON
ATTN: MICHAEL H. AHRENS
4 EMBARCADERO CENTER, STE. 1700
SAN FRANCISCO CA 94111

ENTERGY GULF STATES, INC.
C/O ENTERGY SERVICES INC.
ROBERT M CHAISSON
4809 JEFFERSON HIGHWAY
PO BOX 6008
JEFFERSON  LA 70121

ENTERGY GULF STATES, INC.
C/O SHEPPARD MULLIN RICHTER HAMPTON
ATTN: KIMBERLY S. FINEMAN
4 EMBARCADERO CENTER, STE., 1700
SAN FRANCISCO CA 94111

ENTERGY GULF STATES, INC.
ENTERGY SERVICES INC
ALAN H KATZ ESQ
PO BOX 61000
NEW ORLEANS LA 70161-1000

ENTERGY SERVICES, INC
C/O ALAN H KATZ, ESQ
639 LOYOLA AVENUE, 26TH FL
NEW ORLEANS  LA 70113

SERVICE LIST-OW
Printed to DI 2219

## SERVICE LIST

FEDERICO, TISHA
312 8TH AVENUE NORTH, 27TH FL
NASHVILLE  TN 37243

FELICIANA FEDERAL CREDIT UNION
C/O GEORGE L CLAUER, III
11750 BRICKSOME AVE
SUITE B
BATON ROUGE LA 70816

FELICIANA FEDERAL CREDIT UNION
PO BOX 2180
ST. FRANCISVILLE  LA 70775

FIBERS INC
C/O LAWRENCE A STEIN
HUCK BOUMA PC
1755 SOUTH NAPERVILLE ROAD
WHEATON IL 60187

FINOVA LOAN ADMINISTRATION
4800 N SCOTTSDALE RD FL 4
SCOTTSDALE  AZ 85251-7639

FISHER, D MICHAEL, ESQ
ATTORNEY GENERAL
MANOR COMPLEX
564 FORBES AVENUE
PITTSBURG PA 15219

FOLEY & LARDNER
ATTN: NANCY J GEENEN ESQ
ONE MARITIME PLAZA, 6TH FLR
SAN FRANCISCO  CA 94111

FOLEY & LARDNER LLP
ATTN: HAROLD L KAPLAN
321 NORTH CLARK, SUITE 2800
CHICAGO  IL 60654

FOLGER LEVIN & KAHN LLP
ATTN: ROGER B MEAD, ESQ
275 BATTERY STREET WEST, 23RD FLR
SAN FRANCISCO  CA 94111

FORT JAMES CORPORATION
ATTN: CLIFF CUTCHINS
PO BOX 350
ST. MARY'S  GA 31558

SERVICE LIST

FRITZ COMPANIES, INC
550-1/3 & 534 ECCLES AVENUE
SOUTH SAN FRANCISCO  CA 94080

FRITZ COMPANIES, THE
PO BOX 360302
PITTSBURGH  PA 15250-6302

FULLERTON ASSOCIATES, INC
FULLERTON HARBOR BLVD
1440 N HARBOR BLVD
SUITE 110
FULLERTON CA 92835

FULLERTON HARBOR BOULIVARD, LP
C/O GOOD WILDMAN HEGNESS & WALLEY
ATTN RONALD K BROWN, JR
5000 CAMPUS DRIVE
NEWPORT BEACH CA 92660

FUSAKIO, EDWARD A.
1672 RIVER SHORE COURT
KINGS MILLS  OH 45034

FUSAKIO, EDWARD A.
C/O GEYGAN & GEYGAN, LTD
ATTN: THOMAS J GEYGAN, SR, ESQ
8050 HOSBROOK ROAD, SUITE 107
CINCINNATI OH 45236

FUSAKIO, EDWARD A.
1672 RIVER SHORE COURT
KINGS MILLS  OH 45034

GARDNER, CARTON & DOUGLAS
ATTN HAROLD L KAPLAN
191 W WACHER DR
CHICAGO  IL 60606-1698

GARDNER, CARTON & DOUGLAS
NKA DRINKER BIDDLE
ATTN TIMOTHY R CASEY
191 NORTH CLARK ST STE 3700
CHICAGO IL 60610

GENERAL ELECTRIC COMPANY
INDUSTRIAL SYSTEMS DIVISION
ATTN: GLENN M. REISMAN
TWO CORPORATE DRIVE
PO BOX 861
SHELTON  CT 06484-0861

SERVICE LIST-OW

1      <u>SERVICE LIST</u>

2      GEORGE B. CURTIS, ESQ.
       1801 CALIFORNIA ST, 42 FL
3      DENVER  CO 80202-2641

4      GEORGIA PACIFIC
       C/O JOSEPH MARIN, ESQ
       133 PEACHTREE STREET, NE
5      ATLANTA  GA 30303

6      GEORGIA PACIFIC CORPORATION
       ATTN:  JASON POULOS, ESQ.
       133 PEACHTREE STREET, NE 41ST FL
7      ATLANTA  GA 30303

8      GESCHMAN CORP
       C/O SARAH A TROOPS
       HELLER EHRMAN
9      333 BUSH STREET
       SAN FRANCISCO CA 94104-2878

10
       GIBSON DUNN & CRUTCHER
11     ATTN SCOTT A. FINK, ESQ.
       ONE MONTGOMERY ST, 31ST FL
       SAN FRANCISCO  CA 94104-4505
12
       GRANHOLM, JENNIFER M ESQ
13     DEPARTMENT  OF ATTORNEY GENERAL
       REVENUE DIVISION
       FIRST FLOOR TREASURY BLDG
14     LANSING MI 48922

15     GRAYBAR ELECTRIC COMPANY INC
       616 BINGLE
       HOUSTON  TX 77092
16
       GREENBERG TRAURIG, LLP
17     ATTN: HOWARD J BERMAN, ESQ,
       200 PARK AVENUE
18     NEW YORK  NY 10166

19     HELLER EHRMAN WHITE & MCAULIFFE LLP
       ATTN MICHAEL L RUGEN ESQ.
       333 BUSH ST, 30TH FL
20     SAN FRANCISCO  CA 94104

21     HERCULES
       ATTN: TIMOTHY STOLZ
       4050 EXECUTIVE PARK DRIVE
22     CINCINNATI  OH 45241

23

24

25

26

27

28

SERVICE LIST-OW
related to DI 2219

<u>SERVICE LIST</u>

HIGHLAND CAPITAL MANAGEMENT
ATTN: JAMES DONDERO
1-150 TWO GALLERIA TOWER
13455 NOEL ROAD LB #45
DALLAS TX 75240

HOLLAND & KNIGHT
ATTN RALPH A. KERSTETTER
50 CALIFORNIA ST, NO 2800
SAN FRANCISCO  CA 94111-4624

HOLLAND, MARGARET A
DEPUTY ATTORNEY GENERAL
PO BOX 106
TRENTON  NJ 08625

HOUSNER, PEGGY A, ESQ
DEPARTMENT OF ATTORNEY GENERAL
REVENUE DIVISION
FIRST FLOOR TREASURY BLDG
LANSING MI 48922

HOWARD RICE NEMEROVSKI ETAL
ATTN: WILLIAM J LAFFERTY ESQ
3 EMBARCADERO CTR, 7TH FLOOR
SAN FRANCISCO  CA 94111

HOWREY LLP
BENJAMIN K. RILEY, ESQ.
525 MARKET STREET, SUITE 3600
SAN FRANCISCO  CA 94111

HSBC BANK USA AS SUCCESSOR TRUST
ATTN ROBERT A CONRAD
425 FIFTH AVE
NEW YORK  NY 10018-2706

HSBC BANK USA AS SUCCESSOR TRUST
C/O KELLEY DRYE & WARREN LLP
ATTN: DAVID E RETTER, ESQ
101 PARK AVENUE
NEW YORK NY 10178

HSBC BANK USA AS SUCCESSOR TRUST
C/O KELLEY DRYE & WARREN LLP
ATTN: MARIE VICINANZA
101 PARK AVENUE
NEW YORK NY 10178

HSBC BANK USA, NATIONAL ASSOCIATION
ATTN: ROBERT A CONRAD
452 FIFTH AVE
NEW YORK  NY 10018-2706

SERVICE LIST–OW

1

<div align="center">

<u>SERVICE LIST</u>

</div>

2

HSBC BANK USA, NATIONAL ASSOCIATION
C/O KELLEY DRYE & WARREN LLP
ATTN: DAVID E RETTER, ESQ
101 PARK AVENUE
NEW YORK NY 10178

3

4

HSBC SECURITIES INC
ATTN VICE PRESIDENT
452 5TH AVE 22F
NEW YORK  NY 10005

5

6

IMERY'S PIGMENTS & ADDITIVES
MIKE MANNIT/FRED FISHER
100 MARSHALL COURT EAST
SUITE 300
ROSWELL GA 30076

7

8

IMERY'S PIGMENTS & ADDITIVES GROUP
C/O GROUP CONTROLLER
JEFFREY A CURTIS
100 MARSHALL COURT E,
SUITE 300
ROSWELL  GA 30076

9

10

11

IMERYS PIGMENTS & ADDITIVES
PO BOX 102078
ATLANTA  GA 30368-0078

12

13

IMPACT SYSTEMS
C/O VOITH PAPER INC
2200 N ROEMER RD
APPLETON  WI 54912

14

15

ING BARING (US) CAPITAL
ATTN GEOFFREY GOLD
55 EAST 52ND ST, 7TH FL
NEW YORK  NY 10055

16

17

ING BARING (US) CAPTIAL
ATTN DAVID KOVNER
55 EAST 52ND STREET, 7TH FL
NEW YORK  NY 10055

18

19

INTERNAL REVENUE SERVICE
C/O UNITED STATES ATTORNEY'S OFFICE
1301 CLAY STREET
OAKLAND  CA 94612

20

21

INTERNATIONAL PAPER CO.
C/O UNION CAMP
ATTN: BARRY ISAACS/LEW CARR
6400 POPLAR AVE
MEMPHIS TN 38197-0100

22

23

24

25

26

27

28

SERVICE LIST-OW
ttached to DI 2219

SERVICE LIST

IOS CAPITAL, INC.
ATTN: SANDRA ROYIER
1738 BASS ROAD
PO BOX 9115
MACON GA 31208

IRBY, DONIVAN R
ASSISTANT ATTORNEY GENERAL
900 FOURTH AVENUE, STE 2000
SEATTLE  WA 98164

JAAKKO POYRY CONSULTING
580 WHITE PLAINS RD STE 5
NEW YORK  NY 10591-5198

JEFFER MANGLES BUTLER & MARMARO LLP
ATTN JOENNIFER S. COLEMAN ESQ.
TWO EMBARCADERO CTR, 5TH FL
SAN FRANCISCO  CA 94111

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
ATTN: MITCHELL P DELABARRE
2600 CHESTER KIMM RD
WENATCHEE  WA 98801

JOHN H CARTER CO
C/O MORALES & GARY
ATTN: KATHERINE P MATTHEWS
2300 CONTRA COSTA BLVD
SUITE 310
PLEASANT HILL  CA 94523

JOHNSON, RUSSELL R., ESQ
1306 ALSATIA DRIVE
RICHMOND  VA 23233

JONES WALKER WAECHTER POITEVENT CARRERE
& DENEGRE
ROBERT SCHEFFY ESQ
8555 UNITED PLAZA BLVD 5TH FL
BATON ROUGE LA 70809

KEAN, MILLER, HAWTHORNE, D'ARMOND
MCCOWAN & JARMAN
ATTN: MARK D. MESE
PO BOX 3513
BATON ROUGE LA 70821-3513

KELLEY DRYE & WARREN LLP
ATTN MARK I BANE, ESQ
JAY N HEINRICH, ESQ
101 PARK AVENUE
NEW YORK NY 10178

SERVICE LIST-OW
related to DI 2219

# SERVICE LIST

2

KRIEG KELLER SLOAN REILLEY & ROMAN
ATTN JAMES C. KRIEG ESQ.

3
114 SANSOME ST, 4TH FLOOR
SAN FRANCISCO  CA 94104

4
LABOR COMMISSIONER
1515 CLAY ST, ROOM 801

5
OAKLAND  CA 94612

6
LATHAM & WATKINS
ATTN: DAVD G BRUMBAUGH, ESQ
SEARS TOWER, SUITE 5800

7
233 SOUTH WACKER DRIVE
CHICAGO IL 60606

8
LAW OFFICES OF DAVID R LIPSON
ATTN: DAVID R LIPSON

9
ONE MARITIME PLAZA, STE 400
SAN FRANCISCO  CA 94111

10

LEBOEUF LAMB GREENE ETAL
ATTN TIMOTHY W WALSH, ESQ

11
125 W 55TH STREET
NEW YORK  NY 10019

12

LISKOW & LEWIS
ATTN: DENA L OLIVIER, ESQ

13
701 POYDRAS STREET, 50TH FLR
NEW ORLEANS  LA 70139-5099

14

LOWENSTEIN SADLER
ATTN BRUCE NATHAN, ESQ

15
1241 AVENUE OF THE AMERICAS
NEW YORK  NY 10020

16

MACNEILL & BUFFINGTON, P.A.

17
ATTN: PHILLIP BUFFINGTON, JR.
A-250 RIVER OAKS OFFICE PLAZA

18
1080 RIVER OAKS DRIVE
JACKSON MS 39208

19

MANDEL RESNIK
AMERICAN TISSUE CORPORATION

20
ATTN MANAGING PARTNER
220 EAST 42ND ST #20

21
NEW YORK NY 10017

22
MARATHON PULP
DOUG C SMITH
C/O TEMBEC

23
70 YORK STREET
TORONTO ON MSJ159

24
CANADA

25

26

27

28

<u>SERVICE LIST</u>

MARATHON PULP, INC.
ATTN LARRY BOVEY
1 MILL ROAD
MARATHON  ON POT2EO
CANADA

MAYS & VALENTINE, LLP
ATTN: ANDREA M SULLIVAN, ESQ.
PO BOX 1122
RICHMOND  VA 23218-1122

MCCOOL JOHNNY LOGGING CO INC
315 SILVER CREEK DRIVE
VICKSBURG  MS 39180

MCDERMOTT WILL & EMERY LLP
ATTN DAVID E. ROGERS
600 THIRTEENTH ST, NW
WASHINGTON  DC 20005

MERRILL LYNCH ASSET MANAGEMENT
JOHN JOHNSON
800 SCUDDERS MILL ROAD
AREA 1B
PLAINSBORO NJ 08536

MERRILL LYNCH PIERCE FENNER & SMITH INC
MEREDITH RUBEL LIPSHER, ESQ
OFFICE OF GENERAL COUNSEL
WORLD FINANCIAL CENTER
NORTH TOWER, 12TH FLOOR
NEW YORK  NY 10281-1312

MERRILL LYNCH, PIERCE ETAL
ATTN ROBERT FRALEY
WORLD FINANCIAL CENTER
NORTH TOWER, 7TH FLOOR
NEW YORK NY 10281-1307

MICHAEL H WEISS ESQ
1724 LA VEREDA RD
BERKELEY  CA 94709

MICHELMAN, INC.
9080 SHELL ROAD
CINCINNATI  OH 45236

MILFORD BOROUGH
28 WATER STREET
PO BOX 484
MILFORD  NJ 08848-0484

1

2  MILFORD POWER LP
   NKA PURENERGY LLC
3  1732 W GENESEE ST
   SYRACUSE  NY 13204

4  MILLER CANFIELD PADDOCK & STONE
   ATTN: MICHAEL H TRAISON,ESQ
5  150 W JEFFERSON, STE 2500
   DETROIT  MI 48226-4415

6  MILLING BENSON WOODWARD, LLP
   ATTN: WILLIAM S ROBBINS, TA
7  339 FLORIDA STREET
   SUITE 300
8  BATON ROUGE LA 70801

9  MINTZ LEVIN COHN FERRIS ETAL
   DAVID HADAS & WILLIAM W KANNEL
   ONE FINANCIAL CENTER
10 BOSTON  MA 02111

11 MOORE & VAN ALLEN, PLLC
   BRADLEY E PEARCE & JENNIFER A MERLO
   BANK OF AMERICA CORPORATE CENTER
12 100 N TRYONE STREET, 4TH FL
   CHARLOTTE NC 28202-4003

13
   MOORE BUSINESS PRODCUTS
   LAW OFFICES OF LEVY AND DRONEY
14 74 BATTERSON PARK ROAD
   FARMINGTON  CT 06032

15
   MOORE BUSINESS PRODUCT
   SHIPMAN SOSENSKY RANDICH & MARKS
16 ROSS G. FINGOLD ESQ.
   135 SOUTH ROAD
17 FRAMINGTON CT 06032

18 MORGAN GUARANTY TRUST CO OF NY, AS
   C/O DAVIS, POLK & WARDWELL
   ATTN: DONALD S BERNSTEIN, ESQ
19 450 LEXINGTON AVENUE
   NEW YORK NY 10017

20
   MORGAN GUARANTY TRUST CO OF NY, AS
   AGENTS/ CHASE MANHATTAN BANK
21 C/OMURPHY SHENEMAN JULIAN, ET AL
   ATTN PATRICK MURPHY
22 101 CALIFORNIA ST, SUITE 3900
   SAN FRANCISCO  CA 94111

23
   MORGAN TRUST COMPANY OF NY
   JP MORGAN
24 UNN BOUCHER/ROBERT VECSLER
   60 WALL ST, 24TH FLOOR
25 NEW YORK NY 10260

26

27

28

SERVICE LIST-OW
Printed to DI 2219

SERVICE LIST

MORRIS, NICHOLS, ARSHT & TUNNELL
ATTN: ROBERT J DEHNEY, ESQ.
1201 N MARKET STREET
PO BOX 1347
WILMINGTON DE 19899-1347

MORRISON AND FOERSTER
425 MARKET ST
SAN FRANCISCO  CA 04105-2482

MUNGER TOLLES & OLSON LLP
ATTN KRISTIN MYLES, ESQ
560 MISSION ST, 27TH FL
SAN FRANCISCO  CA 94105-2907

MUNGER TOLLES & OLSON LLP
ATTN BRAD D. BRIAN, ESQ.
355 SOUTH GRAND AVE, 35TH FL
LOS ANGELES  CA 90071-1560

MURPHY SHENEMAN JULIAN & RODGERS
ATTN: PATRICK MURPHY, ESQ
TOBIAS S KELLER, ESQ
101 CALIFORNIA ST., 39TH FL
SAN FRANCISCO CA 94111

NORTHERN PULP AN DPAPER CO., INC.
LAW OFFICES JONATHAN R. GOLDSMITH
1380 MAIN STREET
SPRINGFIELD  MA 01130

NUYEN TOMTISHEN AND AOUN PC
ATTN JOSEPH T. AOUN, ESQ.
640 GRISWOLD
NORTHVILLE  MI 48167

O'MELVENY & MYERS LLP
BARRY LEVINSON
153 E 53RD STREET
NEW YORK  NY 10022

O'MELVENY & MYERS LLP
ATTN BARRY LEVINSON
TIME SQUARE TOWER
7 TIMES SQUARE
NEW YORK NY 10036

O'MELVENY & MYERS LLP
ATTN LINDA J. SMITH, ESQ.
1999 AVENUE OF THE STARS, 7TH FL
LOS ANGELES  CA 9067-6035

SERVICE LIST-OW
Printed to DI 2219

1        <center>SERVICE LIST</center>

2    OFFICE OF THE ATTORNEY GENERAL
     ATTN: D MICHAEL FISHER
3    MANOR COMPLEX
     564 FORBES AVENUE
     PITTSBURGH PA 15219
4
     OFFICE OF THE UNITED STATES TRUSTEE
5    ATTN: MARGARET MCGEE
     1301 CLAY STREET, STE 690N
     OAKLAND  CA 94612-5217
6
     OFFICE OF THE US ATTORNEY
7    ATTN JAY R. WEILL
     450 GOLDEN GATE AVE, 10TH FL
     SAN FRANCISCO  CA 94102
8
     OLIVER & HEDGES LLP
9    ATTN: A. WILLIAM URQUHART
     865 SOUTH FIGUEROA ST, 10TH FL
10   LOS ANGELES  CA 90017

11   OLIVER & HEDGES LLP
     ATTN LOREN KIEVE, ESQ.
     50 CALIFORNIA STREET, 22ND FL
12   SAN FRANCISCO  CA 94111

13   P H GLATFELTER COMPANY
     PO BOX 64285
     PITTSBURGH  PA 15264-2485
14
     PACE INTERNATIONAL UNION
15   3340 PERIMETER HILL DRIVE
     NASHVILLE  TN 37211

16   PACE INTERNATIONAL UNION
     NKA UNITED STEELWORKERS
17   ATTN GENERAL COUNSEL
     206 MINOT ST
18   DORCHESTER MA 02122

19   PATRICK A MURPHY
     TOBIAS S KELLER, ESQ
     MURPHY SHENEMAN JULIAN & ROGERS
20   101 CALIFORNIA STREET, STE 3900
     SAN FRANCISCO CA 94111

21   PAUL WEISS RIFKIND ET AL
     ATTN: ALAN W KORNBERG, ESQ
22   ANDREW N ROSENBERG, ESQ
     1285 AVENUE OF THE AMERICAS
23   NEW YORK NY 10010-6064

24

25

26

27

28

                                                    SERVICE LIST-OW
                                                    (related to DI 2219)

<div align="center">

SERVICE LIST

</div>

PENSION BENEFIT GUARANTY CORP
OFFICE OF GENERAL COUNSEL
ATTN JOSEPH DEFANCO ESQ
1200 K STREET NW  STE 340
WASHINGTON DC 20005-4026

PETER L. SLINNICES, INC.
STOEL RIVES LLP
3600 ONE UNION SQUARE
600 UNIVERSITY STREET
SEATTLE  WA 98101

PH GLATFELTER CO.
MARCUS MUELLER
96 SOUTH GEORGE ST, STE 500
YORK  PA 17401

PHELPS DUNBAR, LLP
ATTN: JONATHAN C BENDA
445 NORTH BOULEVARD SUITE 701
PO BOX 4412
BAON ROUGE LA 70821-4412

PILLSBURY WINTHROP LLP
ATTN BRUCE A. ERICSON ESQ.
50 FREMONT STREET
SAN FRANCISCO  CA 94015

PIPER RUDNICK, LLP
ATTN: TIMOTHY W WALSH, ESQ
1251 AVENUE OF THE AMERICAS
NEW YORK  NY 10020-1104

PNC BANK
TOM MCCOOL
MAIL STOP P1P0PP18-1
5TH AVE & WOOD STREET
PITTSBURGH PA 15222

POLICANO & MANZO
ROBERT MANZO & PETER NURGE
PARK 80 WEST, PLAZA II, STE 200
SADDLE BROOK  NJ 07662

POSADA, SARAH
REVENUE ACCOUNTS AUDITOR
PO BOX 66658
BATON ROUGE  LA 70896

PRECISION ROLL GRINDERS INC
ATTN TOM PESUCH
6356 CHAPANS ROAD
ALLENTOWN  PA 18106

1

<u>SERVICE LIST</u>

2   PRYOR, HATTIE
    SEVERANCE TAX DIVISION
3   PO BOX 3863
    BATON ROUGE  LA 70821

4   PULP & PAPER OF AMERICA LLC
    NKA FRASER PAPER
5   650 MAIN STREET
    BERLIN   NH 03570-2431

6   RAINACH, REX D.
    A PROFESSIONAL LAW CORP
7   3622 GOVERNMENT STREET
    BATON ROUGE  LA 70806-5720

8   RAND MCNALLY
    ATTN: DIANE FIDUCCIA
9   8255 N CENTRAL PARK
    SKOKIE  IL 60076

10
    RAVICH MEYER KIRKMAN ET AL
11  ATTN: MICHAEL F MCGRATH, ESQ
    4545 IDS CENTER
    80 SOUTH EIGTH STREET
12  MINNEAPOLIS MN 55402

13  RAVIXH MEYER KIRKMAN MCGRATH ET AL
    ATTN: MICHAEL F. MCGRATH, ESQ.
    80 SOUTH 8TH STREET #4545
14  MINNEAPOLIS  MN 55402

15  REED SMITH
    PH GLATFELTER CO.
16  C/O JEFFREY M ROSENTHAL
    2500 ONE LIBERTY PLACE
    1650 MARKET STREET
17  PHILADELPHIA  PA 19103-7301

18  REED SMITH
    ATTN DEREK J BAKER, ESQ
19  2500 ONE LIBERTY PLACE
    1650 MARKET STREET
    PHILADELPHIA PA 19103-7301

20
    REILY ELECTRICAL SUPPLY, INC
21  DIVISION OF WESCO DIST.
    C/O STEPHEN F. CHICCARELLI
    BREAZEALE, SACHSE & WILSON LLP
22  23RD FLORR, ONE AMERICAN PL, POB 3197
    BATON ROUGE  LA 70821-3197

23
    REISMAN, GLENN M
24  ATTORNEY FOR GENERAL ELECTRIC CO
    TWO CORPORATE DRIVE
    PO BOX 861
25  SHELTON CT 06484-0861

26

27

28

SERVICE LIST-OW

1

2 RICHMOND CORRUGATED BOX CO
ATTN LUTHER CECIL
3 PO BOX 7715
RICHMOND  VA 23231

4 RIDER BENNETT EGAN & ARUNDEL LLP
ATTN DANIEL J. MCGARRY
5 SOUTH SEVENTH STREET, STE 2000
MINNEAPOLIS  MN 55402

6 RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
ATTN: MANAGING PARTNER
7 HEADQUARTERS PLAZA
ONE SPEEDWELL AVENUE
8 MORRISTOWN NJ 07962-1981

9 RITE INDUSTRIES
C/O DAVID J CROFT
10 REED SMITH
2500 ONE LIBERTY PLACE
1650 MARKET STREET
11 PHILADELPHIA  PA 19103-7301

12 RITE INDUSTRIES
C/O WILMINGTON TRUST SP SERVICES
1105 N MARKET STREET STE 300
13 WILMINGTON  DE 19810

14 RITE INDUSTRIES, INC.
C/O REED SMITH
ATTN: PETER S. CLARK II
15 2500 ONE LIBERTY PLACE
1650 MARKET STREET
16 PHILADELPHIA  PA 19103-7301

17 ROBINSON & COLE LLP
ATTN: MICHAEL R. ENRIGHT, ESQ.
280 TRUMBULL STREET
18 HARTFORD  CT 06103

19 RODALE INC
C/O WENDEL ROSEN BLACK & SEAN LLP
1111 BROADWAY, 24TH FL
20 OAKLAND  CA 94607

21 ROJIER, SANDRA
1738 BASS ROAD
PO BOX 9115
22 MACON  GA 31208

23 ROPES & GRAY
C/O STEVEN T HOORT
PUTNAM HIGH YIELD TRUST FND
24 ONE INTERNATIONAL PLACE
BOSTON MA 02110-2624

25

26

27

28

Case: 00-41584   Doc# 2221   Filed: 09/01/09   Entered: 09/01/09 09:13:32   Page 24
of 30

<u>SERVICE LIST</u>

2   ROTHSCHILD, INC.
    DAVID RESNICK
3   1251 AVENUE OF THE AMERICAS
    NEW YORK  NY 10020

4   RR DONNELLEY & SONS CO
    111 S WACKER DR
5   CHICAGO  IL 60606-4301

6   RR DONNELLEY & SONS CO
    C/O OTTERBOURG STEINDLER HOUSTON ROSEN
    ATTN: FERRARIO, REMY J
7   230 PARK AVENUE
    NEW YORK NY 10169-0075

8   RUSSELL R. JOHNSON, ESQ.
    2258 WHEATLAND
9   MANAKIN SABOT  VA 23103

10  SCHREIBER CORP
    C/O DAVID SCHLACKMAN, KER RUSSELL
    500 WOODWARD AVENUE, NO 2500
11  DETROIT  MI 48226-3406

12  SCHULTE ROTH & ZABEL LLP
    FRED RAGUCCI ESQ
13  900 3RD AVENUE
    NEW YORK  NY 10022

14  SECURITIES & EXCHANGE COMMISSION
    ATTN: SANDRA W LAVIGNA
15  PACIFIC REGIONAL OFFICE
    5670 WILSHIRE BLVD, 11TH FLR
16  LOS ANGELES CA 90036

    SEYFARTH SHAW
17  ATTN KARI ERICKSON LEVINE
    400 CAPITOL MALL, STE 2350
18  SACRAMENTO  CA 95814

19  SEYFARTH SHAW FAIRWEATHER ET AL
    JOHN P SIEGER; GUS A PALOIAN &
    DANIEL M BLOUIN
20  FORT JAMES CORPORATION
    131 SOUTH DEARBORN STREET, STE 2400
21  CHICAGO  IL 60603

    SEYFARTH SHAW LLP
22  ATTN KARI ERICKSON LEVINE
    560 MISSION ST STE 3100
23  SAN FRANCISCO  CA 94105-2930

24

25

26

27

28

SERVICE LIST-OW
(related to DI 2219)

<u>SERVICE LIST</u>

SHAWN C REED
839 SAINT CHARLES AVE, STE 306
NEW ORLEANS  LA 70130

SHEARMAN & STERLING
DOUGLAS P BARTNER ESQ
FREDERICK SOSNICK, ESQ
599 LEXINGTON AVENUE
NEW YORK NY 10022-6030

SHEPPARD MULLIN RICHTER & HAMPTON
ATTN: STEVEN H WINICK, ESQ
FOUR EMBARCADERO CENTER, 17TH FL
SAN FRANCISCO  CA 94111-4106

SHEPPARD MULLIN RICHTER & HAMPTON, LLP
ATTN: JOSEPH F COYNE, JR., ESQ
JOEL R OHLGREN, ESQ
333 S HOPE STREET, 48TH FL
LOS ANGELES CA 90071-1448

SOUTHEASTERN PAPERBOARD INC.
ATTN LOU SCOLA
100 SOUTH HARRIS ROAD
PIEDMONT  SC 29673-9311

STATE BOARD OF EQUALIZATION
COLLECTION DEPT.
PO BOX 942879
SACRAMENTO  CA 94279

STATE OF LOUISANA
DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
330 N ARDENWOOD
BATON ROUGE LA 70806

STATE OF NEW HAMPSHIRE
DEPT OF EMPLOYMENT SECURITY
ATTN MICHAEL R. TANDALL
32 MAIN STREET
CONCORD NH 03301

STATE OF NEW JERSEY
OFFICE OF THE ATTORNEY GENERAL
ATTN: RACHEL JEANNE LEHR, DAG
RJ HUGHES JUSTICE COMPLEX
PO BOX 093
TRENTON  NJ 08625

STATE OF NEW JERSEY - TAXATION
OFFICE OF THE ATTORNEY GENERAL
ATTN: MARGARET A HOLLAND, DAG
RJ HUGHES JUSTICE COMPLEX
PO BOX 106
TRENTON  NJ 08625

SERVICE LIST

STEFFES VINGIELLO & MCKENZIE LLC
ATTN: WILLIAM E STEFFES
BUILDING 3, 13702 COURSEY BLVD
BATON ROUGE  LA 70817

STOEL RIVES LLP
ATTN: STEPHEN A REDSHAW
900 SW FIFTH STREET, STE 2600
PORTLAND  OR 97204-1268

STONE CONSOLIDATED
GEORGE VIBIEN
150 N MICHIGAN AVENUE
CHICAGO  IL 60601

STONE CONTAINER CORPORATION
ATTN CREDIT DEPT
PO BOX 2276
ALTON   IL 62002

STUTMAN TREISTER AND GLATT PC
ROGER GREENFIELD; GARY KLAUSNER &
JEFFREY KRAUSE
1901 AVENUE OF THE STARS, 12TH FL
LOS ANGELES CA 90067

THE BANK OF NEW YORK
CORPORATE TRUST ADMINISTRATION
ATTN IRENE SIEGEL
101 BARCLAY STREET, STE 21W
NEW YORK NY 10286

THE DELAWARE BAY COMPANY, INC
ATTN JEFFREY ROSENKRANZ
680 5TH AVENUE 22ND FL
NEW YORK  NY 10019-5429

THELEN REID & PRIEST LLP
ATTN RICHARD A LAPPING
101 SECOND ST, STE 1800
SAN FRANCISCO  CA 94105-3601

THOMPSON HINE & FLORY LLP
ATTN LOUIS F SOLIMINE, ESQ
312 WALNUT STREET, STE 1400
CINCINNATI  OH 45202-4029

TRAVELERS INDEMNITY CO
COMMERCIAL LINES
ATTN: ELIZABETH K FLYNN
1 TOWER SQUARE, 9GS
HARTFORD CT 06183-4044

1

<u>SERVICE LIST</u>

2  TROY BOILER WORKS, INC.
   2800 SEVENTH AVENUE
3  TROY   NY 12180-1587

4  U.S. BANKRUPTCY COURT
   KENNAN G CASADY, CLERK
   NORTHERN DIV. OF CALIFORNIA
5  OAKLAND DIVISION
   1300 CLAY ST, STE 300
6  OAKLAND  CA 94612

7  UNITED STATES DEPARTMENT OF JUSTICE
   ATTN: KIRK W KOESTER, ESQ.
   ENVIRONMENTAL ENFORCEMENT SECTION
8  PO BOX 7611
   WASHINGTON  DC 20044

9  UNITED STATES EPA, REGION 6
   ATTN: MARCIA E MONCRIEFFE, ESQ.
10 1445 ROSS AVENUE
   DALLAS  TX 75202-2733

11 US ATTORNEY - CIVIL DIVISION
   450 GOLDEN GATE AVENUE
12 SAN FRANCISCO  CA 94102-3400

13 VARNUM RIDDERING SCHMIDT & HOWLETT
   ATTN: MARK MCALEENAN ESQ
   PO BOX 352
14 GRAND RAPIDS  MI 49501-0352

15 VINSON & ELKINS LLP
   DANIEL STEWART & JOHN MITCHELL
16 3700 TRAMMELL CROW CENTER
   2001 ROSS AVENUE
   DALLAS TX 75201-2975
17
   VOITH SULZER PAPER TECHNOLOGY NA
18 ATTN DAVID HOBERG
   220 N ROEMER RD
   PO BOX 2377
19 APPLETON WI 5491302337

20 WARDROP & WARDROP. P C
   ATTN ROBERT F WARDROP II &
   MARY SAUR COHN
21 SUITE 150-FREY BUILDING
   300 OTTAWA AVENUE NW
22 GRAND RAPIDS  MI 49503

23 WATSON WYATT WORLDWIDE
   ATTN GENERAL COUNSEL
   901 N GLEBE RD
24 ARLINGTON  VA 22203

25

26

27

28

SERVICE LIST-OW
related to DI 2219

1

WERKHEISER, GREGORY W ESQ
1201 N MARKET STREET
PO BOX 1347
WILMINGTON DE 19899-1347

WESTERN POLYMER CORPORATION
32 ROAD R SE
MOSES LAKE WA 98837

WEYERHAEUSER
ATTN: SUSAN M. HAGMAN
12850 EAST 9 MILE ROAD
WARREN MI 48089

WEYERHAUSER CO.
ATTN LEE ALFORD
PO BOX 2431
2056 JESSE HALL MEMORIAL RD
MAGNOLIA MS 39652

WEYERHAUSER COMPANY
MARILYN GEEO
PO BOX 1060
HOT SPRINGS AR 71902

WEYERHAUSER COMPANY
C/O CLAIR S. GRACE
REGISTERED AGENT
33663 WEYERHAUSER WAY S
FEDERAL WAY WA 98003-9777

WHITE & CASE LLP
ATTN BRIAN L HOLMAN, ESQ.
633 WEST FIFTH STREET, STE 1900
LOS ANGELES CA 90071

WILLIAMS MULLEN CLARK & DOBBINS
ATTN: HUGH T HARRISON II, ESQ
2 JAMES CENTER, 16TH FL
1021 EAST CARY STREET
RICHMOND VA 23219

WILLIE E. JOHNSON
REGISTERED AGENT FOR
FELICIANA FEDERAL CREDIT UNION
2552 LOUISIANA HIGHWAY 964
PO BOX 2180
ST FRANCESVILLE LA 70775

WINSTON & STRAWN
ATTN DAN K WEBB, ESQ
35 W WACKER STREET
CHICAGO IL 60601-9703

1

2   CHARLES D NOVACK
    C.Novack@Kornfieldlaw.com

3

4   CHRISTIAN L. RAISNER
    bankruptcycourtnotices@unioncounsel.net; craisner@unioncounsel.net

5

6   DAVID J. RAPSON
    drapson@grclaw.com

7   DEBRA I. GRASSGREEN & PAMELA SINGER
    dgrassgreen@pszyjw.com

8

9   DOUGLAS G BOVEN
    dboven@reedsmith.com; veisenmann@reedsmith.com

10

11  LOUIS J. CISZ
    ljcisz@thelenreid.com

12  MATTHEW A. GOLD
    courts@argopartners.com

13

14  MIKE C. BUCKLEY
    mbuckley@reedsmith.com

15

16  PETER C. L. ROTH
    peter.roth@doj.nh.gov

17  PHILIP S. WARDEN
    phillip.warden@pillsburylaw.com

18

19  ROBERT EISENBACH
    reisenbach@cooley.com

20

21  STEVEN E. SHERMAN
    sesherman@shearman.com

22  WILLIAM BATES
    bill.bates@bingham.com

23

24

25

26

27

28

SERVICE LIST-OW
related to DI 2219