# Exhibit A

Crown Paper Liquidating Trust Outstanding Checks Report
Sorted by Creditor Name

| Claim No. | Creditor Name | Address1 | Address2 | Address 3 | City, State, Zip | Dist Amount | Check No. |
|---|---|---|---|---|---|---|---|
| 56 | A DUIE PYLE INC | ATTN: PETER LATTA | 650 WESTTOWN ROAD | PO BOX 564 | WEST CHESTER, PA 19381 | $263.39 | 2021 |
| 31071 | ABB INDUSTRIAL SYSTEMS INC | 3614 MANCHESTER RD | | | AKRON OH 44319 | $1,973.91 | 2594 |
| 381 | AERO BULK CARRIER INC | ATTN: GREG REHWOLDT | 5160 FALCON VIEW SE | | GRAND RAPIDS MI 45912 | $114.93 | 2083 |
| 2327 | ALBANY INTERNATIONAL CORP | ATTN: C J SILVA, JR | 1373 BROADWAY | | MENANDS NY 12204 | $1,367.09 | 2277 |
| 2982 | ALBANY INTERNATIONAL CORP | C/O HELLER EHRMAN | ATTN SARAH A TOOPS | 333 BUSH STREET | SAN FRANCISCO CA 94104-2878 | $205.05 | 2351 |
| 231828 | ALLEN, ROBERT, JR. | C/O PACE INTERNATIONAL UNION AND LOCAL 6-323 | | | | $224.67 | 2664 |
| 3051 | ALLIANCE CONSULTING GRP ASSOC, INC | C/O ROBERT M GREENBAUM, ESQ | CENTRE SQUARE WEST | 1500 MARKAET STREET, 38TH FLOOR | PHILADELPHIA PA 19102 | $49.21 | 2391 |
| 30618 | AMERIGAS | RR2 BOX 2129D | | | STROUDSBURG PA 18360 | $120.95 | 2504 |
| 1011 | AMERITECH CORPORATION | ATTN: MAGGIE SORG | 646 CHICAGO ROAD | | CHICAGO HEIGHTS IL 60411 | $157.93 | 2218 |
| 55 | ATLAS BUCKET MFG CO | ATTN: LARRY W CROWELL SR | PO BOX 1969 | | MONTICELLO MS 39654 | $81.95 | 2020 |
| 1086 | B & H DISTRIBUTORS, INC | C/O MARTIN K MALEY ESQ | 9921 BARRINGERS CT | | BATON ROUGE LA 70809 | $40.05 | 2221 |
| 30922 | BAYBRIDGE INTL INC. | 35 N CENTRAL AVE | | | SAINT LOUIS MO 63105 | $128.94 | 2565 |

| Claim No. | Creditor Name | Address1 | Address2 | Address 3 | City, State, Zip | Dist Amount | Check No. |
|---|---|---|---|---|---|---|---|
| 3052 | BAYER CORP | DBA LANXESS CORPORATION | ATTN ANN ANDERSON | 111 RIDC PARK WEST DRIVE | PITTSBURGH PA 15275-1112 | $1,066.49 | 2392 |
| 45 | BELL ATLANTIC-PA | ATTN: DEBRA HULL / CONSULTANT | PO BOX 588 | | FAIR LAWN NJ 07410 | $152.00 | 2014 |
| 2575 | BELLSOUTH TELECOMMUNICATIONS, INC | C/O BELLSOUTH REGIONAL BANKRUPTCY CENTER | ATTN DELORIES H FANN | 12DD1-301 WEST BAY STREET | JACKSONVILLE FL 32202 | $28.79 | 2305 |
| 1693 | BELOIT CORPORATION | CENTRAL COLLECTIONS CORPORATION | ATTN: KIMBERLY UNGER | PO BOX 410 | HUNTINGTON STATION NY 11746 | $1,646.74 | 2248 |
| 400 | BERTSCH COMPANY | ATTN: MARY MCADAMS | 1655 STEELE SW | | GRAND RAPIDS MI 49507 | $502.24 | 2088 |
| 2300 | BETZ DEARBORN, INC. | ATTN KEVIN MARSHALL | 4636 SOMERTON ROAD | | TREVOSE PA 19053-6783 | $1,790.89 | 2270 |
| 31163 | BETZ ELECTRIC | PO BOX 15493 | | | BATON ROUGE LA 70775 70895 | $163.20 | 2611 |
| 231803 | BONEY, KEVIN | C/O PACE INTERNATIONAL UNION AND LOCAL 6-323 | | | | $50.63 | 2639 |
| 231804 | BOWERMAN, STEPHEN | C/O PACE INTERNATIONAL UNION AND LOCAL 6-323 | | | | $50.63 | 2640 |
| 231805 | BROWN, ERNEST | C/O PACE INTERNATIONAL UNION AND LOCAL 6-323 | | | | $50.63 | 2641 |
| 425 | C A LAWTON CO | ATTN: NEAL MUELLER | 1950 ENTERPRISE DRIVE | PO BOX 330 | DEPERE WI 54115-0330 | $110.98 | 2097 |
| 426 | C A LAWTON CO | ATTN: NEAL MUELLER | 1950 ENTERPRISE DRIVE | PO BOX 330 | DEPERE WI 54115-0330 | $22.38 | 2098 |

| Claim No. | Creditor Name | Address1 | Address2 | Address 3 | City, State, Zip | Dist Amount | Check No. |
|---|---|---|---|---|---|---|---|
| 31226 | C H ROBINSON WORLDWIDE INC | ATTN: DENA M YANGAS | PO BOX 88656 | | CHICAGO IL 60601 | $104.49 | 2623 |
| 30230 | CAMPART COMPANY INC | 1850 W MAIN ST | | | STROUDSBURG PA 18360 | $111.98 | 2436 |
| 2969 | CANADIAN NATIONAL RAILWAY CO | ATTN MARIO PLOURDE | 935 DE LA GAUCHETIERE E STREET WEST | | MONTREAL QC H3B 2M9 CANADA | $4,482.30 | 2343 |
| 2619 | CAPSTONE TECHNOLOGY CORP | ATTN MIKE MYERS | 416 NE DALLAS STREET, NO 204 | | CAMAS WA 98607 | $495.92 | 2310 |
| 997 | CASCADES SONOCO INC | BIRMINGHAM DIV. | 170 CLEAGE DR., STE 100 | ATTN: LYNE BROUSSEAU | BIRMINGHAM AL 35217 | $935.87 | 2214 |
| 465 | CELERITY SOLUTIONS | ATTN: PATRICIA MCGILLIWADY | 270 BRIDGE ST., STE. 301 | | DEDHAM MA 02026 | $78.40 | 2107 |
| 3049 | CIBA SPECIALTY CHEMICALS CORP | C/O THELEN, REID & PRIEST, LLP | ATTN ADAM BREZINE, ESQ | 101 SECOND STREET, SUITE 1800 | SAN FRANCISCO CA 94105 | $197.15 | 2389 |
| 80 | CINCINNATI BELL TELEPHONE INC. | ATTN: DEBORAH ELKINS-BROWN | 201 EAST 4TH STREET | | CINCINNATI OH 45202 | $30.82 | 2029 |
| 921 | CL POWER SALES NINE, LLC | C/O DOUGLAS G BOVEN | CROSBY, HEAFEY, ROACH & MAY | 1999 HARRISON STREET, STE 2200 | OAKLAND CA 94612 | $686.27 | 2196 |
| 974 | CLARIANT CORP | C/O LOWENSTEIN SADLER, PC | ATTN: BRUCE S NATHAN, ESQ | 1251 AVENUE OF THE AMERICA | NEW YORK NY 10020 | $1,156.14 | 2207 |
| 975 | CLARIANT CORP | C/O LOWENSTEIN SADLER, PC | ATTN: BRUCE S NATHAN, ESQ | 1251 AVENUE OF THE AMERICA | NEW YORK NY 10020 | $907.03 | 2208 |
| 3031 | CONTINENTAL PAPER GRADING CO. | C/O LAUREN NEWMAN ESQ | FAGELHABER LLC | 55 E MONROE STREET 40TH FLOOR | CHICAGO IL 60603 | $246.06 | 2383 |

| Claim No. | Creditor Name | Address1 | Address2 | Address 3 | City, State, Zip | Dist Amount | Check No. |
|---|---|---|---|---|---|---|---|
| 31159 | CYTEC INDUSTRIES INC | ATTN: JOHN GRIFFIN/DONALD KRETZ | 5 GARRET MOUNTAIN PLAZA | | WEST PATERSON NJ 07424 | $155.35 | 2609 |
| 3025 | DARDEN TIMBER, INC. | C/O DAVID F ANDERSON ESQ | PO BOX 1397 | | WOODBRIDGE CA 95258 | $24.60 | 2378 |
| 785 | DESENCRAGE CASCADES DIV DE ROLLAND CORP. | ATTN: FRANCOIS LARARENCE | 739 ST AUGUSTIN | | BREAKEYVILLE QC G0S 1E2 CANADA | $156.30 | 2164 |
| 384 | DISTRIBUTION SPECIALISTS INC | ATTN: JACQUELIN MATTRESS | 800 PRIMROSE AVE. | | FOLCRAFT PA 19032 | $215.15 | 2084 |
| 2686 | DUKE REALTY LP | C/O THOMPSON HINE LLP | ATTN: LOUIS F. SOLIMINE | 312 WALNUT STREET, STE. 1400 | CINCINNATI OH 45202 | $2,010.04 | 2319 |
| 30106 | DUPLAINVILLE TRANSPORT | D/B/A QUADTECH INC | ATTN: JOHN FOWLER | N64W23110 MAIN ST | SUSSEX WI 53089 | $81.24 | 2413 |
| 91 | ELF ATOCHEM | ATTN: DOMINICK FAUST | 2000 MARKET ST. | | PHILADELPHIA PA 19103 | $2,086.62 | 2034 |
| 2933 | ENGELHARD CORP | ATTN STEPHEN MCINTYRE | 101 WOOD AVENUE | | ISELIN NJ 08830 | $277.44 | 2323 |
| 2375 | ENVIRONMENTAL, (EPA) | US ENVIRONMENTAL PROTECTION AGENCY REGION 6 | C/O MARCIA E. MONCRIEFFE, ESQ. 6RC-ER | 1445 ROSS AVENUE | DALLAS TX 75201 | $4,295.67 | 2289 |
| 30692 | FERRELLGAS COMPANY | 12537 AIRLINE HWY | | | BATON ROUGE LA 70817 | $61.76 | 2519 |
| 30798 | FGI INC | 400 MEADOWMONT VILLAGE CIRCLE | SUITE 431 | | CHAPEL HILL NC 27517 | $475.81 | 2540 |
| 2991 | FIBERS CORPORATION | C/O HUCK BOUMA PC | ATTN: LAWRENCE A STEIN | 1755 S NAPERVILLE RD STE 200 | WHEATON IL 60189 | $1,105.23 | 2354 |

Case: 00-41584   Doc# 2236-1   Filed: 12/23/09   Entered: 12/23/09 14:04:51   Page 5 of 16

Crown Paper Liquidating Trust Outstanding Checks Report
Sorted by Creditor Name

| Claim No. | Creditor Name | Address1 | Address2 | Address 3 | City, State, Zip | Dist Amount | Check No. |
|---|---|---|---|---|---|---|---|
| 231812 | FIELDS, WILLIAM | C/O PACE INTERNATIONAL UNION AND LOCAL 6-323 | | | | $50.63 | 2648 |
| 231813 | FITZPATRICK, GEORGE | C/O PACE INTERNATIONAL UNION AND LOCAL 6-323 | | | | $50.63 | 2649 |
| 231814 | FRANCISCO, MICHALE | C/O PACE INTERNATIONAL UNION AND LOCAL 6-323 | | | | $50.63 | 2650 |
| 30302 | FRANKLIN STORAGE LP | ATTN: RYAN S JOHNSTON | 2294 MOLLY PITCHER HWY S | | CHAMBERSBURG PA 17201 | $108.34 | 2439 |
| 231815 | GABOS, PETER | C/O PACE INTERNATIONAL UNION AND LOCAL 6-323 | | | | $224.67 | 2651 |
| 30307 | GATX LOGISTICS INC | 1301 RIVERPLACE BLVD | SUITE 1200 | | JACKSONVILLE FL 32207 | $121.09 | 2441 |
| 50 | GE INDUSTRIAL SYSTEMS | DBA GE ENERGY | 171 SOUTH GARY AVE | | CAROL STREAM IL 60188 | $65.96 | 2017 |
| 680 | GENERAL CHEMICAL CORP | ATTN: ROBERT V MARIN | 90 EAST HALSEY ROAD | | PARSIPPANY NJ 07054 | $101.22 | 2147 |
| 2940 | GENERAL ELECTRIC CO | GE POWER SYSTEMS/APPARATUS SVC DIV | C/O GLENN M REISMAN, ESQ | TWO CORPORATE DRIVE PO BOX 861 | SHELTON CT 06484-0861 | $87.88 | 2326 |
| 2310 | GESCHMAY WET FELTS DIVISION | C/O GESCHMAY CORP | C/O ALBANY INTERNATIONAL CORP | ATTN: CJ SILVA 1373 BROADWAY | MENANDS NY 12204 | $1,349.46 | 2274 |
| 75 | GRAINGER | DBA W.W. GRAINGER, INC. | ATTN: W.F. ALLEN | 100 GRAINGER PARKWAY | LAKE FOREST IL 60045 | $126.56 | 2027 |
| 31252 | HARKER, JOHN | 776 REEDS BRIDGE ROAD | | | CONWAY MA 01341 | $112.40 | 2683 |

| Claim No. | Creditor Name | Address1 | Address2 | Address 3 | City, State, Zip | Dist Amount | Check No. |
|---|---|---|---|---|---|---|---|
| 30902 | HARRIS DEVILLE & ASSOCIATES INC | ATTN: JIMMY F HARRIS | 307 FRANCE ST. | | BATON ROUGE LA 70802 | $102.53 | 2561 |
| 2958 | HAUCK MANUFACTORING CO | C/O MCNEES WALLACE & NURICK LLC | ATTN CLAYTON W DAVIDSON, ESQ | 100 PINE STREET PO BOX 1166 | HARRISBURG PA 17108-1166 | $24.60 | 2335 |
| 3022 | HERCULES INCORPORATED | ASHLAND HERCULES WATER TECH DIV. | 1313 N MARKET STREET | | WILMINGTON DE 19894 | $1,427.14 | 2375 |
| 2299 | HERCULES, INC. | 1313 N MARKET ST | | | WILMINGTON DE 19894-0001 | $7,170.01 | 2269 |
| 30336 | HERMAN SOMMER & ASSOCIATES | 859 N GILMORE ST | | | ALLENTOWN PA 18101 | $54.50 | 2450 |
| 284 | HOUSTON ARMATURE WORKS INC | C/O FULBRIGHT & JAWORSKI, LLP | ATTN J A CLEMENT/J C BOLTON, ESQS | 1301 MCKINNEY, SUITE 5100 | HOUSTON TX 77010-3095 | $93.61 | 2066 |
| 3061 | HOUSTON ARMATURE WORKS INC | C/O FULBRIGHT & JAWORSKI, LLP | ATTN J A CLEMENT/J C BOLTON, ESQS | 1301 MCKINNEY, SUITE 5100 | HOUSTON TX 77010-3095 | $102.53 | 2401 |
| 911 | HYDROCHEM INDUSTRIAL SERVICES, INC. | 900 GEORGIA AVENUE | | | DEER PARK TX 77536 | $524.18 | 2192 |
| 2966 | ILLINOIS CENTRAL RAILROAD COMPANY | 17641 SOUTH ASHLAND AVE | | | HOMEWOOD IL 60430 | $4,299.29 | 2340 |
| 274 | INGERSOLL DRESSER PUMP CO | ATTN: CREDIT MANAGER | 942 MEMORIAL PKWY | | PHILLIPSBURG NJ 08865 | $1,603.98 | 2065 |
| 2356 | INNOVARE LOGISTICS LLC | ATTN: MARK S AODY | 3828 VETERANS BLVD STE 202 | | METAIRIE LA 70002 | $314.62 | 2284 |
| 4 | ITT INDUSTRIES CORP. | ATTN H.L. CAMPESE, SR TEAM LEADER | CREDIT DEPARTMENT | 2881 EAST BAYARD STREET | SENECA FALLS NY 13148 | $430.07 | 2001 |

Crown Paper Liquidating Trust Outstanding Checks Report
Sorted by Creditor Name

| Claim No. | Creditor Name | Address1 | Address2 | Address 3 | City, State, Zip | Dist Amount | Check No. |
|---|---|---|---|---|---|---|---|
| 30124 | J&L TRANSPORTATION INC | 2653 OLHOFF DRIVE | | | MUSKEGON MI 49444 | $251.15 | 2418 |
| 27 | JEVIC TRANSPORTATION INC | ATTN: JERRY BOYER | PO BOX 519 | | MOUNT LAUREL NJ 08054-0519 | $31.76 | 2010 |
| 880 | JOHN H CARTER CO INC | PO BOX 95062 | | | NEW ORLEANS LA 70195 | $676.43 | 2182 |
| 542 | KANSAS CITY SOUTHERN RAILWAY CO | C/O ROBERT K DREILING | PO BOX 219335 | | KANSAS CITY MO 64121-9335 | $87.14 | 2120 |
| 30377 | KAR LABORATORIES INC | 4425 MANCHESTER RD | | | KALAMAZOO MI 49001 | $45.75 | 2459 |
| 30620 | KEYSTONE ENGINEERING COMPANY | 100 E CICOTTE | | | RIVER ROUGE MI 48218 | $61.45 | 2505 |
| 30386 | KIEFFER PULP MILLS INC | 1220 W SPRING ST | | | BROWNSTOWN IN 47220 | $231.07 | 2462 |
| 380 | KIRKWOOD COMPANY INC | ATTN: A GERARD KIRKWOOD | PO BOX 7021 | | METARIE LA 70010-7021 | $83.37 | 2082 |
| 231816 | KNAPER, NORMAN | C/O PACE INTERNATIONAL UNION AND LOCAL 6-323 | | | | $224.67 | 2652 |
| 231817 | LEARN, TERRY | C/O PACE INTERNATIONAL UNION AND LOCAL 6-323 | | | | $50.63 | 2653 |
| 969 | LEE HECHT HARRISON, INC | 50 TICE BLVD | | | WOODCLIFF LAKE NJ 07677 | $1,213.22 | 2206 |
| 30400 | LEONARD WOODS & ASSOCIATES INC | 221 EAST CEDAR ST | | | LIVINGSTON NJ 07039 | $81.55 | 2464 |

Crown Paper Liquidating Trust Outstanding Checks Report
Sorted by Creditor Name

| Claim No. | Creditor Name | Address1 | Address2 | Address 3 | City, State, Zip | Dist Amount | Check No. |
|---|---|---|---|---|---|---|---|
| 2684 | LIBERTY PROPERTIES LP | C/O GOLDBERG STINNETT MEYERS & DAVIS | ATTN MERLE C. MEYERS ESQ | 44 MONTGOMERY STREET STE 2900 | SAN FRANCISCO CA 94104 | $1,388.83 | 2318 |
| 30915 | LUCENT TECHNLOGIES | CURRENTLY ALCATEL-LUCENT | ATTN CASH ACCOUNTING /BANK REC | 600 MOUNTAIN AVENUE | MURRAY HILL NJ 07974 | $24.00 | 2564 |
| 30416 | MAIN & CO | 4804 20TH AVE N W | | | GIG HARBOR WA 98335 | $140.75 | 2467 |
| 165 | MAINTENANCE MASTERS INC | ATTN TOM LAMM | PO BOX 65 | | KALAMAZOO MI 49004-0065 | $115.44 | 2037 |
| 231818 | MANN, DANIEL | C/O PACE INTERNATIONAL UNION AND LOCAL 6-323 | | | | $50.63 | 2654 |
| 667 | MANPOWER, INC OF ST CLAIR | ATTN: VICYTOR GAUEL | 218 HURON AVE. | | PORT HURON MI 48060 | $32.92 | 2141 |
| 30133 | MARCH BLANC INC | 10455 JEFFERSON HWY SUIT | | | BATON ROUGE LA 70809 | $1,413.04 | 2419 |
| 30421 | MASSACHUSETTS ELECTRIC CO | NATIONAL GRID | ATTN MICHAEL J LARSON | 25 RESEARCH DRIVE | WESTBOROUGH MA 01582 | $897.85 | 2469 |
| 231819 | MCELRATH, ALVIN | C/O PACE INTERNATIONAL UNION AND LOCAL 6-323 | | | | $224.67 | 2655 |
| 30624 | MCI TELECOMMUNICATIONS | 100 S 4TH ST., 4TH FLOOR, | | | ST. LOUIS MO 63102 | $100.03 | 2507 |
| 31011 | MCI WORLDCOM CONFERENCING | 500 SECOND AVE SE | | | CEDAR RAPIDS IA 52401 | $36.17 | 2583 |
| 3064 | MCN ENERGY GROUP INC | DBA DTE ENTERPRISES, INC. | C/O MICHAEL T WOOD, DTE ENERGY | 2000 SECOND AVENUE, 688 WCB | DETROIT MI 48226 | $956.90 | 2403 |

| Claim No. | Creditor Name | Address1 | Address2 | Address 3 | City, State, Zip | Dist Amount | Check No. |
|---|---|---|---|---|---|---|---|
| 570 | MCNAUGHTON-MCKAY ELECTRIC CO | ATTN: JAMES G JACKSON | 1357 E. LINCOLN AVE | | MADISON HEIGHTS MI 48071 | $73.76 | 2123 |
| 2975 | MEADWESTVACO CORP | C/O BUCHALTER NEMER ETAL | ATTN PAMELA WEBSTER, ESQ. | 1000 WILSHIRE BLVD, STE 1500 | LOS ANGELES CA 90017-2457 | $570.03 | 2347 |
| 202 | MIR ROLL DIVISION INC | ATTN: JOHN SPOMHEIMER | PO BOX 216 | BREAULT ROAD | BEACON FALLS CT 06403 | $103.12 | 2046 |
| 30732 | MONSON CO INC | 154 PIONEER DRIVE | | | LEOMINSTER MA 01453 | $38.14 | 2525 |
| 3047 | MOORE BUSINESS PRODUCTS | C/O LEVY & DRONEY, PC | ATTN ROSS G FINGOLD, ESQ | PO BOX 887 | FARMINGTON CT 06034-0887 | $110.72 | 2387 |
| 30738 | MOREHOUSE COWLES | 1600 W. COMMONWEALTH AV., | | | FULLERTON CA 92834 | $104.15 | 2527 |
| 3060 | NATIONAL BUREAU OF PROPERTY ADMIN, CORP. | C/O BAKER & MCKENZIE | ATTN ALI M M MOJDEHI, ESQ | 101 WEST BROADWAY, 12TH FLOOR | SAN DIEGO CA 92101 | $109.19 | 2400 |
| 3006 | NATIONAL COUNCIL FOR AIR & STREAM | IMPROVEMENT, INC | C/O BUCHALTER NEMER FIELDS ET AL | ATTN ARON M OLINER 333 MARKET STREET, 25TH FLOOR | SAN FRANCISCO CA 94102 | $34.44 | 2363 |
| 912 | NATIONAL FILTRATION | DBA NATIONAL WIRE FABRIC, INC | ATTN: STEVE ANDERS | PO BOX 159 | STAR CITY AR 71667 | $42.34 | 2193 |
| 670 | NOBLE LOWNDES SETTLEMENT | TRUSTEES LTD | 5 BEDFORD PARK | CROYDON | SURREY CR9 2ZT ENGLAND | $187.81 | 2143 |
| 31161 | NORANDA DUPONT LLC | ATTN: S. ROSSELL, LINCASTER PIKE | ROOM 1225C | | WILMINGTON DE 19880-0023 | $964.77 | 2610 |
| 647 | NORFOLK SOUTHERN RAILWAY COMPANY | C/O WILLIAM H JOHNSON, ESQ | LAW DEPARTMENT | THREE COMMERICAL PLACE | NORFOLK VA 23510-2191 | $213.28 | 2136 |

Crown Paper Liquidating Trust Outstanding Checks Report
Sorted by Creditor Name

| Claim No. | Creditor Name | Address1 | Address2 | Address 3 | City, State, Zip | Dist Amount | Check No. |
|---|---|---|---|---|---|---|---|
| 31182 | NUI CORPORATION | ONE ELIZABETH PLAZA | | | UNION NJ 07083 | $1,476.42 | 2614 |
| 2416 | OFFICE DEPOT, INC. | ATTN: KYLE HOLDER-ACCS | 2200 OLD GERMANTOWN ROAD | | DELRAY BEACH FL 33445 | $174.26 | 2295 |
| 31145 | OLSTEN STAFFING SERVICES INC | 9414 INTERLINE AVE. | | | BATON ROUGE LA 70809 | $170.45 | 2607 |
| 244 | OPTIMIZATION TECHNOLOGY | ATTN: MICHAEL SMARACKO | 2820C LASSITER RD | | MARIETTA GA 30062 | $113.06 | 2059 |
| 231822 | OSBORN, BARBARA | C/O PACE INTERNATIONAL UNION AND LOCAL 6-323 | | | | $50.63 | 2658 |
| 30141 | OVERNITE TRANSPORTATION | PO BOX 79755 | | | BALTIMORE MD 21279 | $103.50 | 2421 |
| 444 | PALMETTO INC | ATTN: STEPHEN D KOEHLER | DENTON INDUSTRIAL PARK | 25 ENGERMAN AVE | DENTON MD 21629 | $48.02 | 2101 |
| 30463 | PENFORD PRODUCTS CO | 1001 1ST ST. SW | | | CEDAR RAPIDS IA 52404 | $133.71 | 2473 |
| 2362 | PHOTOTYPE COLOR GRAPHICS | ATTN: PETER H BACKENSON | 4625 SUFFOLK AVE | | PHILADELPHIA PA 19153-3020 | $667.72 | 2286 |
| 30470 | PINNACLE GROUP ASSOCIATES INC | C/O MORRISON & FOERSTER LLP | ATTN ADAM A LEWIS | 425 MARKET ST | SAN FRANCISCO CA 94105-2482 | $211.30 | 2475 |
| 195 | PLANT MACHINE WORKS INC | ATTN: CLAUDE L BARBER | 4633 BLOUNT RD | | BATON ROUGE LA 70807 | $134.54 | 2045 |
| 678 | POWER LOGIC INC | ATTN: WALTER J WESELAU | PO BOX 46216 | | BATON ROUGE LA 70895 | $75.10 | 2146 |

Crown Paper Liquidating Trust Outstanding Checks Report
Sorted by Creditor Name

| Claim No. | Creditor Name | Address1 | Address2 | Address 3 | City, State, Zip | Dist Amount | Check No. |
|---|---|---|---|---|---|---|---|
| 267 | PREMIER SOURCE INC | ATTN: T J THOMAS | PO BOX 7703 | | METAIRE LA 70010 | $115.93 | 2062 |
| 3002 | PRINTPACK, INC | C/O ALSTON & BIRD, LLP | ATTN DANA C SIRAGUSA, ESQ | 1201 WEST PEACHTREE STREET | ATLANTA GA 30309-3424 | $533.53 | 2359 |
| 30638 | PROTEIN TECHNOLOGIES INTRNTL | 1034 DANFORTH DR | | | ST LOUIS MS 63102 | $68.85 | 2510 |
| 30489 | PSI INDUSTRIES, INC. | ATTN JOE WILLIAMS | | | FRISCO TX 75034 | $116.44 | 2479 |
| 231824 | REILLY, ROBERT | C/O PACE INTERNATIONAL UNION AND LOCAL 6-323 | | | | $50.63 | 2660 |
| 2648 | RICHFIELD INVESTMENT COMPANY | C/O MORTON L PORTNOY, ESQ | PORTNOY & GALLAGHER PC | 260 MADISON AVE, 17TH FL | NEW YORK NY 10016 | $47.29 | 2314 |
| 30506 | RICHMOND GOODWILL INDUSTRIES, INC. | 6301 MIDLOTHIAN TURNPIKE | | | RICHMOND VA 23173 | $31.38 | 2484 |
| 20078901 | RICK, JOHN H | 1051 LOGAN ST | | | PHILLIPSBURG NJ 08865 | $114.51 | 2669 |
| 2332 | RITE INDUSTRIES, INC. | C/O REED SMITH | ATTN: PETER S. CLARK II | 2500 ONE LIBERTY PLACE 1650 MARKET STREET | PHILADELPHIA PA 19103-7301 | $1,169.20 | 2279 |
| 421 | RIVERSIDE LOGISTICS INC | ATTN: KEITH E HAMLETT | 8014 MIDLOTHIAN TKPE STE 319 | | RICHMOND VA 23235 | $170.57 | 2095 |
| 2355 | ROCHESTER INSTITUTE OF TECHNOLOGY | C/O PETER J CRAIG, ESQ | 101 SULLYS TRAIL | SUITE 20 | PITTSFORD NY 14534-4552 | $63.37 | 2283 |
| 30510 | ROLLED PRODUCT PTY LTD | 55-65 GRANDVIEW ST | PO BOX 934 | | PYMBLE NSW 2073 AUSTRALIA | $120.35 | 2682 |

| Claim No. | Creditor Name | Address1 | Address2 | Address 3 | City, State, Zip | Dist Amount | Check No. |
|---|---|---|---|---|---|---|---|
| 2963 | SECOR INTERNATIONAL, INC | DBA STANTEC CONSULTING CORPORATION | ATTN ANNE M WEBB | 12034 134TH COURT N E STE #102 | REDMOND WA 98052 | $405.70 | 2337 |
| 1639 | SEMCO ENERGY GAS CO | DBA SEMCO ENERGY INC | C/O JEFFREY S THEUER, ESQ | LOOMIS LAW FIRM 232 S CAPITAL AVE, SUITE 1000 | LANSING MI 48933 | $313.81 | 2240 |
| 31001 | SIEMENS INFO & COMM NETWORKS INC | 1700 TECHNOLOGY DR | | | SAN JOSE CA 95110-1383 | $37.26 | 2580 |
| 903 | SOUTHERN IONICS INC | ATTN: STEVE MITCHENER | 201 COMMERCE ST | PO BOX DRAWER 1217 | WEST POINT MS 39773 | $622.54 | 2188 |
| 2169 | ST ANNE-NACKAWIC PULP CO LTD | ATTN: RANDALL W MCCULLOUGH | MICHAEL CONNELL | PO BOX 1000 103 PINDER ROAD | NACKAWIC NB E6G 2P2 CANADA | $366.58 | 2258 |
| 30534 | STAR CRANE & HOIST SERVICE CO | 2612 MILLER RD | | | KALAMAZOO MI 49001-4167 | $111.97 | 2491 |
| 2632 | STATE OF NEW JERSEY | DEPT OF ENVIRONMENT PROT | ATTN FRANCIS A. ALLMAN | 501 E. STATE STREET CN 404 | TRENTON NJ 08625 | $218.38 | 2312 |
| 3029 | STONE CONTAINER CORPORATION | ATTN RON MEGNA, ASST GEN COUNSEL | 150 N MICHIGAN AVENUE | | CHICAGO IL 60601 | $1,156.48 | 2381 |
| 30721 | STONE-CONSOLIDATED, INC. | 150 N. MICH AVE. | | | CHICAGO IL 60601 | $1,206.89 | 2523 |
| 341 | SULLIVAN, STEVEN P | 73 CEDAR AVE., APT 45 | | | LONG BRANCH NJ 07740 | $512.35 | 2074 |
| 2576 | SUNGARD RECOVERY SERVICES, INC. | AKA SUNGARD AVAILABILITY SER LP | ATTN MAUREEN A MCGREEVEY | 680 EAST SWEDESFORD ROAD | WAYNE PA 19087 | $149.31 | 2306 |
| 31106 | SYN-FAB INC | 7863 SCHILLINGER PARK RD. | | | MOBILE AL 36608 | $103.59 | 2599 |

Crown Paper Liquidating Trust Outstanding Checks Report
Sorted by Creditor Name

| Claim No. | Creditor Name | Address1 | Address2 | Address 3 | City, State, Zip | Dist Amount | Check No. |
|---|---|---|---|---|---|---|---|
| 1105 | TAMFELT INC | ATTN: MICHAEL LAZDOWSKY, CFO | 450 PEARL ST SUITE 7 | | STOUGHTON MA 02072 | $113.44 | 2226 |
| 3008 | THIELE KAOLIN CO | C/O TROUTMAN SANDERS, LLP | ATTN THOMAS R WALKER, ESQ | 600 PEACHTREE STREET NE, STE 5200 | ATLANTA GA 30308-2216 | $209.98 | 2365 |
| 231825 | THOMAS, ERIC | C/O PACE INTERNATIONAL UNION AND LOCAL 6-323 | | | | $50.63 | 2661 |
| 2008801 | TOMLINSON, DAVID L | 204 DURAND ROAD | | | RANDOLPH NH 03593 | $102.10 | 2670 |
| 3023 | TRAVELERS INDEMNITY CO & AFFILIATES | THE TRAVELERS | ATTN BETH DIBIASO-FRANCIS | ONE TOWER SQ | HARTFORD CT 06183 | $43.06 | 2376 |
| 1117 | TRIPLE R MAINTENANCE SERVICE INC | ATTN: ROBERT FORBES | 28228 HWY 1070 | | FRANKLINTON LA 70438 | $302.46 | 2229 |
| 30158 | TWIN MODAL, INC. | ATTN ADAM HENSLEY | 16025 W 113TH STREET | | LENEXA KS 66219 | $73.69 | 2428 |
| 2960 | TWIN MODAL, INC | ATTN ERIC VOTAW | 16025 W 113TH STREET | | LENEXA KS 66219 | $45.31 | 2336 |
| 2301 | UNITED PACKAGING | ATTN: KEITH RUSHING | 3603 CUBA BLVD. | | MONROE LA 71201 | $381.92 | 2271 |
| 30878 | URS GREINER WOODWARD CLYDE CONSULTANTS INC | 2882 O'NEAL LANE | | | BATON ROUGE LA 70816 | $115.59 | 2556 |
| 61 | USF RED STAR INC | ATTN: SHARON MILANO | 34 WRIGHT AVENUE | | AUBURN NY 13021 | $107.17 | 2022 |
| 231826 | VADER, RONALD | C/O PACE INTERNATIONAL UNION AND LOCAL 6-323 | | | | $50.63 | 2662 |

Crown Paper Liquidating Trust Outstanding Checks Report
Sorted by Creditor Name

| Claim No. | Creditor Name | Address1 | Address2 | Address 3 | City, State, Zip | Dist Amount | Check No. |
|---|---|---|---|---|---|---|---|
| 1630 | VELEZ, RICHARD | 1509 SOLITUDE LN | | | EL SOBRANTE CA 94803 | $50.73 | 2236 |
| 2950 | VIKING FIBRES INC | ATTN VLAD TINOVSKY | 1515 MARKET STREET 9TH FLOOR | | PHILADELPHIA PA 19102 | $239.22 | 2334 |
| 31013 | VIRGINIA POWER | 5000 DOMINION BLVD. | | | GLEN ALLEN VA 23060 | $501.62 | 2584 |
| 231827 | WALTERS, TIMOTHY | C/O PACE INTERNATIONAL UNION AND LOCAL 6-323 | | | | $50.63 | 2663 |
| 2225 | WAY INC, THE | ATTN: WAYNE WIGGINS | 204 STREET A | | PICAYUNE MS 39466 | $43.58 | 2264 |
| 40001 | WAY, INC THE | ATTN WAYNE R WIGGINS | 204 STREET A | | PICAYUNE MS 39466 | $43.58 | 2635 |
| 222 | WEBB CHEMICAL SERVICE CORP | ATTN: R A TOPP | 2708 JARMAN STREET | PO BOX 4348 | MUSKEGON HEIGHTS MI 49444-0348 | $37.28 | 2052 |
| 30080 | WEXLER, DANIEL | 36 YORK STREET | | | OLD BRIDGE NJ 08857 | $222.74 | 2408 |
| 605 | WILSON BRINKER ASSOCIATES INC | PO BOX 2289 | | | KALAMAZOO MI 49003-2289 | $34.71 | 2133 |
| 782 | WRIGHT SPECIALIZED INC | ATTN JIM WRIGHT, JR. | 885 HARPER BOTOM ROAD | | RUSTON LA 71270 | $102.49 | 2163 |
| 30924 | XEROX CORP | 350 SOUTH N W HIGHWAY | ATTN: TRACY SMITH | | PARK RIDGE IL 60068 | $122.34 | 2566 |
| 30607 | YELTON DESIGN | N6279 LAKESHORE DR | | | STOCKBRIDGE WI 53088 | $360.05 | 2502 |

Case: 00-41584    Doc# 2236-1    Filed: 12/23/09    Entered: 12/23/09 14:04:51    Page 15 of 16

Crown Paper Liquidating Trust Outstanding Checks Report
Sorted by Creditor Name

| Claim No. | Creditor Name | Address1 | Address2 | Address 3 | City, State, Zip | Dist Amount | Check No. |
|---|---|---|---|---|---|---|---|
| 793 | ZACHARY ELECTRIC MOTOR REPAIR & INC | 4948 RANKIN ST | | | ZACHARY LA 70791 | $859.50 | 2166 |
| | | | | | | $75,739.08 | |