David W. Trench, Esq. (FBN 202975, admitted *pro hac vice*)
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 374-7580
Facsimile: (305) 374-7593

Debra I. Grassgreen (CA Bar No. 169978)
Pamela E. Singer (CA Bar No. 224758)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

Co-Counsel for Jeffrey H. Beck, LIQUIDATING TRUSTEE OF
THE CROWN PAPER LIQUIDATING TRUST

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No.: 00-41584 (RN) |
| CROWN VANTAGE, INC., CROWN PAPER CO., | Chapter 11 |
| Debtors. | **NOTICE OF TURNOVER OF TRUST FUNDS TO THE CLERK OF THE COURT** |

Pursuant to the *Order Granting Motion By Liquidating Trustee Seeking Order (I) Clarifying Unclaimed and Undeliverable Funds Surrender Procedures, (II) Approving Wind-Down Procedures, and (III) Authorizing Abandonment of Liquidating Trust Assets and Destruction of Liquidating Trust Documents* (the "Order"), entered on October 7, 2009 [Docket No. 2229], Jeffrey H. Beck, the Liquidating Trustee of the Crown Paper Liquidating Trust (the "Liquidating Trustee") hereby turns over to the Clerk of the Court, the Trust Funds (as defined in the Order) in the amount of $75,739.08. The Trust Funds are funds that the Liquidating Trustee attempted to distribute by check, but that remain uncashed or were returned as undeliverable. The chart, attached hereto as

Exhibit A1, lists the claim number, name, address, check amount, and check number with respect to the Trust Funds with the list sorted in numerical order by claim number and **Exhibit A2,** lists the same information but sorted in alphabetical order by name of the payee of the checks.

Dated: December 23, 2009

Respectfully Submitted,

_/s/ Jeffrey H. Beck, Trustee_
JEFFREY H. BECK
Liquidating Trustee of the Crown
Paper Liquidating Trust

Crown Paper Liquidating Trust Outstanding Checks Report
Sorted by Creditor Name

| Claim No. | Creditor Name | Address1 | Address2 | Address 3 | City, State, Zip | Dist Amount | Check No. |
|---|---|---|---|---|---|---|---|
| 56 | A DUIE PYLE INC | ATTN: PETER LATTA | 650 WESTTOWN ROAD | PO BOX 564 | WEST CHESTER, PA 19381 | $263.39 | 2021 |
| 31071 | ABB INDUSTRIAL SYSTEMS INC | 3614 MANCHESTER RD | | | AKRON OH 44319 | $1,973.91 | 2594 |
| 381 | AERO BULK CARRIER INC | ATTN: GREG REHWOLDT | 5160 FALCON VIEW SE | | GRAND RAPIDS MI 45912 | $114.93 | 2983 |
| 2327 | ALBANY INTERNATIONAL CORP | ATTN: C J SILVA, JR | 1373 BROADWAY | | MENANDS NY 12204 | $1,367.09 | 2277 |
| 2982 | ALBANY INTERNATIONAL CORP | C/O HELLER EHRMAN | ATTN SARAH A TOOPS | 333 BUSH STREET | SAN FRANCISCO CA 94104-2878 | $205.05 | 2851 |
| 231828 | ALLEN, ROBERT, JR. | C/O PACE INTERNATIONAL UNION AND LOCAL 6-323 | | | | $224.67 | 2864 |
| 3051 | ALLIANCE CONSULTING GRP ASSOC, INC | C/O ROBERT M GREENBAUM, ESQ | CENTRE SQUARE WEST | 1500 MARKAET STREET, 38TH FLOOR | PHILADELPHIA PA 19102 | $49.21 | 2191 |
| 30618 | AMERIGAS | RR2 BOX 2129D | | | STROUDSBURG PA 18360 | $120.95 | 2504 |
| 1011 | AMERITECH CORPORATION | ATTN: MAGGIE SORG | 646 CHICAGO ROAD | | CHICAGO HEIGHTS IL 60411 | $157.93 | 2418 |
| 55 | ATLAS BUCKET MFG CO | ATTN: LARRY W CROWELL SR | PO BOX 1969 | | MONTICELLO MS 39654 | $81.95 | 2020 |
| 1086 | B & H DISTRIBUTORS, INC | C/O MARTIN K MALEY ESQ | 9921 BARRINGERS CT | | BATON ROUGE LA 70809 | $40.05 | 2221 |
| 30922 | BAYBRIDGE INTL INC. | 35 N CENTRAL AVE | | | SAINT LOUIS MO 63105 | $128.94 | 2565 |

Crown Paper Liquidating Trust Outstanding Checks Report
Sorted by Creditor Name

| Claim No. | Creditor Name | Address1 | Address2 | Address 3 | City, State, Zip | Dist Amount | Check No. |
|---|---|---|---|---|---|---|---|
| 3052 | BAYER CORP | DBA LANXESS CORPORATION | ATTN ANN ANDERSON | 111 RIDC PARK WEST | PITTSBURGH PA 15275-1112 | $1,066.49 | 2592 |
| 45 | BELL ATLANTIC-PA | ATTN: DEBRA HULL / CONSULTANT | PO BOX 588 | | FAIR LAWN NJ 07410 | $152.00 | 2614 |
| 2575 | BELLSOUTH TELECOMMUNICATIONS, INC | C/O BELLSOUTH REGIONAL BANKRUPTCY CENTER | ATTN DELORIES H FANN | 12DD1-301 WEST BAY STREET | JACKSONVILLE FL 32202 | $28.79 | 2305 |
| 1693 | BELOIT CORPORATION | CENTRAL COLLECTIONS CORPORATION | ATTN: KIMBERLY UNGER | PO BOX 410 | HUNTINGTON STATION NY 11746 | $1,646.74 | 2748 |
| 400 | BERTSCH COMPANY | ATTN: MARY MCADAMS | 1655 STEELE SW | | GRAND RAPIDS MI 49507 | $502.24 | 2088 |
| 2300 | BETZ DEARBORN, INC. | ATTN KEVIN MARSHALL | 4636 SOMERTON ROAD | | TREVOSE PA 19053-6783 | $1,790.89 | 2270 |
| 3163 | BETZ ELECTRIC | PO BOX 15493 | | | BATON ROUGE LA 70775 70895 | $163.20 | 2611 |
| 231803 | BONEY, KEVIN | C/O PACE INTERNATIONAL UNION AND LOCAL 6-323 | | | | $50.63 | 2639 |
| 231804 | BOWERMAN, STEPHEN | C/O PACE INTERNATIONAL UNION AND LOCAL 6-323 | | | | $50.63 | 2640 |
| 231805 | BROWN, ERNEST | C/O PACE INTERNATIONAL UNION AND LOCAL 6-323 | | | | $50.63 | 2641 |
| 425 | C A LAWTON CO | ATTN: NEAL MUELLER | 1950 ENTERPRISE DRIVE | PO BOX 330 | DEPERE WI 54115-0330 | $110.98 | 2097 |
| 426 | C A LAWTON CO | ATTN: NEAL MUELLER | 1950 ENTERPRISE DRIVE | PO BOX 330 | DEPERE WI 54115-0330 | $22.38 | 2098 |

Case: 00-41584  Doc# 2247  Filed: 12/28/09  Entered: 01/07/10 14:29:17  Page 4 of 17

Crown Paper Liquidating Trust Outstanding Checks Report
Sorted by Creditor Name

| Claim No. | Creditor Name | Address1 | Address2 | Address 3 | City, State, Zip | Dist Amount | Check No. |
|---|---|---|---|---|---|---|---|
| 31226 | C H ROBINSON WORLDWIDE INC | ATTN: DENA M YANGAS | PO BOX 88656 | | CHICAGO IL 60601 | $104.49 | 2623 |
| 30230 | CAMPART COMPANY INC | 1850 W MAIN ST | | | STROUDSBURG PA 18360 | $111.98 | 2436 |
| 2969 | CANADIAN NATIONAL RAILWAY CO | ATTN MARIO PLOURDE | 935 DE LA GAUCHETIER E STREET WEST | | MONTREAL, QC H3B 2M9 CANADA | $4,482.30 | 2343 |
| 2619 | CAPSTONE TECHNOLOGY CORP | ATTN MIKE MYERS | 416 NE DALLAS STREET, NO 204 | | CAMAS WA 98607 | $495.92 | 2210 |
| 997 | CASCADES SONOCO INC | BIRMINGHAM DIV. | 170 CLEAGE DR., STE 100 | ATTN: LYNE BROUSSEAU | BIRMINGHAM AL 35217 | $935.87 | 2814 |
| 465 | CELERITY SOLUTIONS | ATTN: PATRICIA MCGILLIWADY | 270 BRIDGE ST., STE. 301 | | DEDHAM MA 02026 | $78.40 | 2107 |
| 3049 | CIBA SPECIALTY CHEMICALS CORP | C/O THELEN, REID & PRIEST, LLP | ATTN ADAM BREZINE, ESQ | 101 SECOND STREET, SUITE 1800 | SAN FRANCISCO CA 94105 | $197.15 | 2289 |
| 80 | CINCINNATI BELL TELEPHONE INC. | ATTN: DEBORAH ELKINS-BROWN | 201 EAST 4TH STREET | | CINCINNATI OH 45202 | $30.82 | 2029 |
| 921 | CL POWER SALES NINE, LLC | C/O DOUGLAS G BOVEN | CROSBY, HEAFEY, ROACH & MAY | 1999 HARRISON STREET, STE 2200 | OAKLAND CA 94612 | $686.27 | 2196 |
| 974 | CLARIANT CORP | C/O LOWENSTEIN SADLER, PC | ATTN: BRUCE S NATHAN, ESQ | 1251 AVENUE OF THE AMERICA | NEW YORK NY 10020 | $1,156.14 | 2207 |
| 975 | CLARIANT CORP | C/O LOWENSTEIN SADLER, PC | ATTN: BRUCE S NATHAN, ESQ | 1251 AVENUE OF THE AMERICA | NEW YORK NY 10020 | $907.03 | 2208 |
| 3031 | CONTINENTAL PAPER GRADING CO. | C/O LAUREN NEWMAN ESQ | FAGELHABER LLC | 55 E MONROE STREET 40TH FLOOR | CHICAGO IL 60603 | $246.06 | 2383 |

Case: 00-41584   Doc# 2247   Filed: 12/28/09   Entered: 01/07/10 14:29:17   Page 5 of 17

Crown Paper Liquidating Trust Outstanding Checks Report
Sorted by Creditor Name

| Claim No. | Creditor Name | Address1 | Address2 | Address 3 | City, State, Zip | Dist Amount | Check No. |
|---|---|---|---|---|---|---|---|
| 31159 | CYTEC INDUSTRIES INC | ATTN: JOHN GRIFFIN/DONALD KRETZ | 5 GARRET MOUNTAIN PLAZA | | WEST PATERSON NJ 07424 | $155.35 | 2009 |
| 3025 | DARDEN TIMBER, INC. | C/O DAVID F ANDERSON ESQ | PO BOX 1397 | | WOODBRIDGE CA 95258 | $24.60 | 2378 |
| 785 | DESENCRAGE CASCADES DIV DE ROLLAND CORP. | ATTN: FRANCOIS LARARENCE | 739 ST AUGUSTIN | | BREAKEYVILLE QC G0S 1E2 CANADA | $156.30 | 2164 |
| 384 | DISTRIBUTION SPECIALISTS INC | ATTN: JACQUELIN MATTRESS | 800 PRIMROSE AVE. | | FOLCRAFT PA 19032 | $215.15 | 2084 |
| 2686 | DUKE REALTY LP | C/O THOMPSON HINE LLP | ATTN: LOUIS F. SOLIMINE | 312 WALNUT STREET, STE. 1400 | CINCINNATI OH 45202 | $2,010.04 | 2619 |
| 30106 | DUPLAINVILLE TRANSPORT | D/B/A QUADTECH INC | ATTN:JOHN FOWLER | N64W23110 MAIN ST | SUSSEX WI 53089 | $81.24 | 2013 |
| 91 | ELF ATOCHEM | ATTN: DOMINICK FAUST | 2000 MARKET ST. | | PHILADELPHIA PA 19103 | $2,086.62 | 2034 |
| 2933 | ENGELHARD CORP | ATTN STEPHEN MCINTYRE | 101 WOOD AVENUE | | ISELIN NJ 08830 | $277.44 | 2323 |
| 2375 | ENVIRONMENTAL, (EPA) | US ENVIRONMENTAL PROTECTION AGENCY REGION 6 | C/O MARCIA E. MONCRIEFFE, ESQ. 6RC-ER | 1445 ROSS AVENUE | DALLAS TX 75201 | $4,295.67 | 2189 |
| 30692 | FERRELLGAS COMPANY | 12537 AIRLINE HWY | | | BATON ROUGE LA 70817 | $61.76 | 2219 |
| 30798 | FGI INC | 400 MEADOWMONT VILLAGE CIRCLE | SUITE 431 | | CHAPEL HILL NC 27517 | $475.81 | 2240 |
| 2991 | FIBERS CORPORATION | C/O HUCK BOUMA PC | ATTN: LAWRENCE A STEIN | 1755 S NAPERVILLE RD STE 200 | WHEATON IL 60189 | $1,105.23 | 2554 |

Case 00-41584    Doc# 2247    Filed: 12/28/09    Entered: 01/07/10 14:29:17    Page 6 of 17

Crown Paper Liquidating Trust Outstanding Checks Report
Sorted by Creditor Name

| Claim No. | Creditor Name | Address1 | Address2 | Address 3 | City, State, Zip | Dist Amount | Check No. |
|---|---|---|---|---|---|---|---|
| 231812 | FIELDS, WILLIAM | C/O PACE INTERNATIONAL UNION AND LOCAL 6-323 | | | | $50.63 | 2648 |
| 231813 | FITZPATRICK, GEORGE | C/O PACE INTERNATIONAL UNION AND LOCAL 6-323 | | | | $50.63 | 2649 |
| 231814 | FRANCISCO, MICHALE | C/O PACE INTERNATIONAL UNION AND LOCAL 6-323 | | | | $50.63 | 2650 |
| 30302 | FRANKLIN STORAGE LP | ATTN: RYAN S JOHNSTON | 2294 MOLLY PITCHER HWY S | | CHAMBERSBURG PA 17201 | $108.34 | 2439 |
| 231815 | GABOS, PETER | C/O PACE INTERNATIONAL UNION AND LOCAL 6-323 | | | | $224.67 | 2651 |
| 30307 | GATX LOGISTICS INC | 1301 RIVERPLACE BLVD | SUITE 1200 | | JACKSONVILLE FL 32207 | $121.09 | 2441 |
| 50 | GE INDUSTRIAL SYSTEMS | DBA GE ENERGY | 171 SOUTH GARY AVE | | CAROL STREAM IL 60188 | $65.96 | 2017 |
| 680 | GENERAL CHEMICAL CORP | ATTN: ROBERT V MARIN | 90 EAST HALSEY ROAD | | PARSIPPANY NJ 07054 | $101.22 | 2147 |
| 2940 | GENERAL ELECTRIC CO | GE POWER SYSTEMS/APPARATUS SVC DIV | C/O GLENN M REISMAN, ESQ | TWO CORPORATE DRIVE PO BOX 861 | SHELTON CT 06484-0861 | $87.88 | 2826 |
| 2310 | GESCHMAY WET FELTS DIVISION | C/O GESCHMAY CORP | C/O ALBANY INTERNATIONAL CORP | ATTN: C J SILVA 1373 BROADWAY | MENANDS NY 12204 | $1,349.46 | 2274 |
| 75 | GRAINGER | DBA W.W. GRAINGER, INC. | ATTN: W.F. ALLEN | 100 GRAINGER PARKWAY | LAKE FOREST IL 60045 | $126.56 | 2027 |
| 31252 | HARKER, JOHN | 776 REEDS BRIDGE ROAD | | | CONWAY MA 01341 | $112.40 | 2683 |

Case: 00-41584   Doc# 2247   Filed: 12/28/09   Entered: 01/07/10 14:29:17   Page 7 of 17

Crown Paper Liquidating Trust Outstanding Checks Report
Sorted by Creditor Name

| Claim No. | Creditor Name | Address1 | Address2 | Address 3 | City, State, Zip | Dist Amount | Check No. |
|---|---|---|---|---|---|---|---|
| 30902 | HARRIS DEVILLE & ASSOCIATES INC | ATTN: JIMMY F HARRIS | 307 FRANCE ST. | | BATON ROUGE LA 70802 | $102.53 | 2561 |
| 2958 | HAUCK MANUFACTORING CO | C/O MCNEES WALLACE & NURICK LLC | ATTN CLAYTON W DAVIDSON, ESQ | 100 PINE STREET PO BOX 1166 | HARRISBURG PA 17108-1166 | $24.60 | 2335 |
| 3022 | HERCULES INCORPORATED | ASHLAND HERCULES WATER TECH DIV. | 1313 N MARKET STREET | | WILMINGTON DE 19894 | $1,427.14 | 2375 |
| 2299 | HERCULES, INC. | 1313 N MARKET ST | | | WILMINGTON DE 19894-0001 | $7,170.01 | 2269 |
| 30336 | HERMAN SOMMER & ASSOCIATES | 859 N GILMORE ST | | | ALLENTOWN PA 18101 | $54.50 | 2450 |
| 284 | HOUSTON ARMATURE WORKS INC | C/O FULBRIGHT & JAWORSKI, LLP | ATTN J A CLEMENT/J C BOLTON, ESQS | 1301 MCKINNEY, SUITE 5100 | HOUSTON TX 77010-3095 | $93.61 | 2066 |
| 3061 | HOUSTON ARMATURE WORKS INC | C/O FULBRIGHT & JAWORSKI, LLP | ATTN J A CLEMENT/J C BOLTON, ESQS | 1301 MCKINNEY, SUITE 5100 | HOUSTON TX 77010-3095 | $102.53 | 2401 |
| 911 | HYDROCHEM INDUSTRIAL SERVICES, INC. | 900 GEORGIA AVENUE | | | DEER PARK TX 77536 | $524.18 | 2192 |
| 2966 | ILLINOIS CENTRAL RAILROAD COMPANY | 17641 SOUTH ASHLAND AVE | | | HOMEWOOD IL 60430 | $4,299.29 | 2840 |
| 274 | INGERSOLL DRESSER PUMP CO | ATTN: CREDIT MANAGER | 942 MEMORIAL PKWY | | PHILLIPSBURG NJ 08865 | $1,603.98 | 2065 |
| 2356 | INNOVARE LOGISTICS LLC | ATTN: MARK S AODY | 3828 VETERANS BLVD STE 202 | | METAIRIE LA 70002 | $314.62 | 2284 |
| 4 | ITT INDUSTRIES CORP. | ATTN H.L. CAMPESE, SR TEAM LEADER | CREDIT DEPARTMENT | 2881 EAST BAYARD STREET | SENECA FALLS NY 13148 | $430.07 | 2001 |

Case: 00-41584   Doc# 2247   Filed: 12/28/09   Entered: 01/07/10 14:29:17   Page 8 of 17

Crown Paper Liquidating Trust Outstanding Checks Report
Sorted by Creditor Name

| Claim No. | Creditor Name | Address1 | Address2 | Address 3 | City, State, Zip | Dist Amount | Check No. |
|---|---|---|---|---|---|---|---|
| 30124 | J&L TRANSPORTATION INC | 2653 OLHOFF DRIVE | | | MUSKEGON MI 49444 | $251.15 | 2418 |
| 27 | JEVIC TRANSPORTATION INC | ATTN: JERRY BOYER | PO BOX 519 | | MOUNT LAUREL NJ 08054-0519 | $31.76 | 2010 |
| 880 | JOHN H CARTER CO INC | PO BOX 95062 | | | NEW ORLEANS LA 70195 | $676.43 | 2182 |
| 542 | KANSAS CITY SOUTHERN RAILWAY CO | C/O ROBERT K DREILING | PO BOX 219335 | | KANSAS CITY MO 64121-9335 | $87.14 | 2120 |
| 30377 | KAR LABORATORIES INC | 4425 MANCHESTER RD | | | KALAMAZOO MI 49001 | $45.75 | 2459 |
| 30620 | KEYSTONE ENGINEERING COMPANY | 100 E CICOTTE | | | RIVER ROUGE MI 48218 | $61.45 | 2505 |
| 30386 | KIEFFER PULP MILLS INC | 1220 W SPRING ST | | | BROWNSTOWN IN 47220 | $231.07 | 2462 |
| 380 | KIRKWOOD COMPANY INC | ATTN: A GERARD KIRKWOOD | PO BOX 7021 | | METARIE LA 70010-7021 | $83.37 | 2082 |
| 231816 | KNAPER, NORMAN | C/O PACE INTERNATIONAL UNION AND LOCAL 6-323 | | | | $224.67 | 2852 |
| 231817 | LEARN, TERRY | C/O PACE INTERNATIONAL UNION AND LOCAL 6-323 | | | | $50.63 | 2853 |
| 969 | LEE HECHT HARRISON, INC | 50 TICE BLVD | | | WOODCLIFF LAKE NJ 07677 | $1,213.22 | 2206 |
| 30400 | LEONARD WOODS & ASSOCIATES INC | 221 EAST CEDAR ST | | | LIVINGSTON NJ 07039 | $81.55 | 2464 |

Case: 00-41584    Doc# 2247    Filed: 12/28/09    Entered: 01/07/10 14:29:17    Page 9 of 17

Crown Paper Liquidating Trust Outstanding Checks Report
Sorted by Creditor Name

| Claim No. | Creditor Name | Address1 | Address2 | Address 3 | City, State, Zip | Dist Amount | Check No. |
|---|---|---|---|---|---|---|---|
| 2684 | LIBERTY PROPERTIES LP | C/O GOLDBERG STINNETT MEYERS & DAVIS | ATTN MERLE C. MEYERS ESQ | 44 MONTGOMERY STREET STE 2900 | SAN FRANCISCO CA 94104 | $1,388.83 | 2518 |
| 30915 | LUCENT TECHNLOGIES | CURRENTLY ALCATEL-LUCENT | ATTN CASH ACCOUNTING /BANK REC | 600 MOUNTAIN AVENUE | MURRAY HILL NJ 07974 | $24.00 | 2564 |
| 30416 | MAIN & CO | 4804 20TH AVE N W | | | GIG HARBOR WA 98335 | $140.75 | 2467 |
| 165 | MAINTENANCE MASTERS INC | ATTN TOM LAMM | PO BOX 65 | | KALAMAZOO MI 49004-0065 | $115.44 | 2637 |
| 231818 | MANN, DANIEL | C/O PACE INTERNATIONAL UNION AND LOCAL 6-323 | | | | $50.63 | 2854 |
| 667 | MANPOWER, INC OF ST CLAIR | ATTN: VICYTOR GAUEL | 218 HURON AVE. | | PORT HURON MI 48060 | $32.92 | |
| 30133 | MARCH BLANC INC | 10455 JEFFERSON HWY SUIT | | | BATON ROUGE LA 70809 | $1,413.04 | 2619 |
| 30421 | MASSACHUSETTS ELECTRIC CO | NATIONAL GRID | ATTN MICHAEL J LARSON | 25 RESEARCH DRIVE | WESTBOROUGH MA 01582 | $897.85 | 2469 |
| 231819 | MCELRATH, ALVIN | C/O PACE INTERNATIONAL UNION AND LOCAL 6-323 | | | | $224.67 | 2855 |
| 30624 | MCI TELECOMMUNICATIONS | 100 S 4TH ST., 4TH FLOOR, | | | ST. LOUIS MO 63102 | $100.03 | 2507 |
| 31011 | MCI WORLDCOM CONFERENCING | 500 SECOND AVE SE | | | CEDAR RAPIDS IA 52401 | $36.17 | 2583 |
| 3064 | MCN ENERGY GROUP INC | DBA DTE ENTERPRISES, INC. | C/O MICHAEL T WOOD, DTE ENERGY | 2000 SECOND AVENUE, 688 WCB | DETROIT MI 48226 | $956.90 | 2603 |

Case: 00-41584   Doc# 2247   Filed: 12/28/09   Entered: 01/07/19 14:29:17   Page 10 of 17

Crown Paper Liquidating Trust Outstanding Checks Report
Sorted by Creditor Name

| Claim No. | Creditor Name | Address1 | Address2 | Address 3 | City, State, Zip | Dist Amount | Check No. |
|---|---|---|---|---|---|---|---|
| 570 | MCNAUGHTON-MCKAY ELECTRIC CO | ATTN: JAMES G JACKSON | 1357 E. LINCOLN AVE | | MADISON HEIGHTS MI 48071 | $73.76 | 2123 |
| 2975 | MEADWESTVACO CORP | C/O BUCHALTER NEMER ETAL | ATTN PAMELA WEBSTER, ESQ. | 1000 WILSHIRE BLVD, STE 1500 | LOS ANGELES CA 90017-2457 | $570.03 | 2347 |
| 202 | MIR ROLL DIVISION INC | ATTN: JOHN SPOMHEIMER | PO BOX 216 | BREAULT ROAD | BEACON FALLS CT 06403 | $103.12 | 2046 |
| 30732 | MONSON CO INC | 154 PIONEER DRIVE | | | LEOMINSTER MA 01453 | $38.14 | 2525 |
| 3047 | MOORE BUSINESS PRODUCTS | C/O LEVY & DRONEY, PC | ATTN ROSS G FINGOLD, ESQ | PO BOX 887 | FARMINGTON CT 06034-0887 | $110.72 | 2687 |
| 30738 | MOREHOUSE COWLES | 1600 W. COMMONWEALTH AV., | | | FULLERTON CA 92834 | $104.15 | 2527 |
| 3060 | NATIONAL BUREAU OF PROPERTY ADMIN, CORP. | C/O BAKER & MCKENZIE | ATTN ALI M MOJDEHI, ESQ | 101 WEST BROADWAY, 12TH FLOOR | SAN DIEGO CA 92101 | $109.19 | 2700 |
| 3006 | NATIONAL COUNCIL FOR AIR & STREAM IMPROVEMENT, INC | C/O BUCHALTER NEMER FIELDS ET AL | ATTN ARON M OLINER | 333 MARKET STREET, 25TH FLOOR | SAN FRANCISCO CA 94102 | $34.44 | 2563 |
| 912 | NATIONAL FILTRATION | DBA NATIONAL WIRE FABRIC, INC | ATTN: STEVE ANDERS | PO BOX 159 | STAR CITY AR 71667 | $42.34 | 2193 |
| 670 | NOBLE LOWNDES SETTLEMENT | TRUSTEES LTD | 5 BEDFORD PARK | CROYDON | SURREY CR9 2ZT ENGLAND | $187.81 | 2143 |
| 31161 | NORANDA DUPONT LLC | ATTN: S. ROSSELL, LINCASTER PIKE | ROOM 1225C | | WILMINGTON DE 19880-0023 | $94.77 | 2610 |
| 647 | NORFOLK SOUTHERN RAILWAY COMPANY | C/O WILLIAM H JOHNSON, ESQ | LAW DEPARTMENT | THREE COMMERICAL PLACE | NORFOLK VA 23510-2191 | $213.28 | 2136 |

Case: 00-41584    Doc#: 2247    Filed: 12/28/09    Entered: 01/07/19 14:29:17    Page 11 of 17

Crown Paper Liquidating Trust Outstanding Checks Report
Sorted by Creditor Name

| Claim No. | Creditor Name | Address1 | Address2 | Address 3 | City, State, Zip | Dist Amount | Check No. |
|---|---|---|---|---|---|---|---|
| 31182 | NUI CORPORATION | ONE ELIZABETH PLAZA | | | UNION NJ 07083 | $1,476.42 | 2614 |
| 2416 | OFFICE DEPOT, INC. | ATTN: KYLE HOLDER-ACCS | 2200 OLD GERMANTOWN ROAD | | DELRAY BEACH FL 33445 | $174.26 | 2595 |
| 31145 | OLSTEN STAFFING SERVICES INC | 9414 INTERLINE AVE. | | | BATON ROUGE LA 70809 | $170.45 | 2607 |
| 244 | OPTIMIZATION TECHNOLOGY | ATTN: MICHAEL SMARACKO | 2820C LASSITER RD | | MARIETTA GA 30062 | $113.06 | 2959 |
| 231822 | OSBORN, BARBARA | C/O PACE INTERNATIONAL UNION AND LOCAL 6-323 | | | | $50.63 | 2658 |
| 30141 | OVERNITE TRANSPORTATION | PO BOX 79755 | | | BALTIMORE MD 21279 | $103.50 | 2101 |
| 444 | PALMETTO INC | ATTN: STEPHEN D KOEHLER | DENTON INDUSTRIAL PARK | 25 ENGERMAN AVE | DENTON MD 21629 | $48.02 | 2101 |
| 30463 | PENFORD PRODUCTS CO | 1001 1ST ST. SW | | | CEDAR RAPIDS IA 52404 | $133.71 | 2473 |
| 2362 | PHOTOTYPE COLOR GRAPHICS | ATTN: PETER H BACKENSON | 4625 SUFFOLK AVE | | PHILADELPHIA PA 19153-3020 | $667.72 | 2486 |
| 30470 | PINNACLE GROUP ASSOCIATES INC | C/O MORRISON & FOERSTER LLP | ATTN ADAM A LEWIS | 425 MARKET ST | SAN FRANCISCO CA 94105-2482 | $211.30 | 2475 |
| 195 | PLANT MACHINE WORKS INC | ATTN: CLAUDE L BARBER | 4633 BLOUNT RD | | BATON ROUGE LA 70807 | $134.54 | 2445 |
| 678 | POWER LOGIC INC | ATTN: WALTER J WESELAU | PO BOX 46216 | | BATON ROUGE LA 70895 | $75.10 | 2446 |

Case: 00-41584    Doc#: 2247    Filed: 12/28/09    Entered: 01/07/10 14:29:17    Page 12 of 17

Crown Paper Liquidating Trust Outstanding Checks Report
Sorted by Creditor Name

| Claim No. | Creditor Name | Address1 | Address2 | Address 3 | City, State, Zip | Dist Amount | Check No. |
|---|---|---|---|---|---|---|---|
| 267 | PREMIER SOURCE INC | ATTN: T J THOMAS | PO BOX 7703 | | METAIRE LA 70010 | $115.93 | 2062 |
| 3002 | PRINTPACK, INC | C/O ALSTON & BIRD, LLP | ATTN DANA C SIRAGUSA, ESQ | 1201 WEST PEACHTREE STREET | ATLANTA GA 30309-3424 | $533.53 | 2359 |
| 30638 | PROTEIN TECHNOLOGIES INTRNTL | 1034 DANFORTH DR | | | ST LOUIS MS 63102 | $68.85 | 2510 |
| 30489 | PSI INDUSTRIES, INC. | ATTN JOE WILLIAMS | | | FRISCO TX 75034 | $16.44 | 2479 |
| 231824 | REILLY, ROBERT | C/O PACE INTERNATIONAL UNION AND LOCAL 6-323 | | | | $50.63 | 2660 |
| 2648 | RICHFIELD INVESTMENT COMPANY | C/O MORTON L PORTNOY, ESQ | PORTNOY & GALLAGHER PC | 260 MADISON AVE, 17TH FL | NEW YORK NY 10016 | $47.29 | 2323 |
| 30506 | RICHMOND GOODWILL INDUSTRIES, INC. | 6301 MIDLOTHIAN TURNPIKE | | | RICHMOND VA 23173 | $31.38 | 2684 |
| 20078901 | RICK, JOHN H | 1051 LOGAN ST | | | PHILLIPSBURG NJ 08865 | $114.51 | 2669 |
| 2332 | RITE INDUSTRIES, INC. | C/O REED SMITH | ATTN: PETER S. CLARK II | 2500 ONE LIBERTY PLACE 1650 MARKET STREET | PHILADELPHIA PA 19103-7301 | $1,169.20 | 2179 |
| 421 | RIVERSIDE LOGISTICS INC | ATTN: KEITH E HAMLETT | 8014 MIDLOTHIAN TKPE STE 319 | | RICHMOND VA 23235 | $170.57 | 2095 |
| 2355 | ROCHESTER INSTITUTE OF TECHNOLOGY | C/O PETER J CRAIG, ESQ | 101 SULLYS TRAIL SUITE 20 | | PITTSFORD NY 14534-4552 | $63.37 | 2283 |
| 30510 | ROLLED PRODUCT PTY LTD | 55-65 GRANDVIEW ST | PO BOX 934 | | PYMBLE NSW 2073 AUSTRALIA | $120.35 | 2682 |

Case: 00-41584    Doc# 2247    Filed: 12/28/09    Entered: 01/07/19 14:29:17    Page 13 of 17

Crown Paper Liquidating Trust Outstanding Checks Report
Sorted by Creditor Name

| Claim No. | Creditor Name | Address1 | Address2 | Address 3 | City, State, Zip | Dist Amount | Check No. |
|---|---|---|---|---|---|---|---|
| 2963 | SECOR INTERNATIONAL, INC | DBA STANTEC CONSULTING CORPORATION | ATTN ANNE M WEBB | 12034 134TH COURT N E STE #102 | REDMOND WA 98052 | $405.70 | 2237 |
| 1639 | SEMCO ENERGY GAS CO | DBA SEMCO ENERGY INC | C/O JEFFREY S THEUER, ESQ | LOOMIS LAW FIRM 232 S CAPITAL AVE, SUITE 1000 | LANSING MI 48933 | $313.81 | 2240 |
| 31001 | SIEMENS INFO & COMM NETWORKS INC | 1700 TECHNOLOGY DR | | | SAN JOSE CA 95110-1383 | $37.26 | 2580 |
| 903 | SOUTHERN IONICS INC | ATTN: STEVE MITCHENER | 201 COMMERCE ST | PO BOX DRAWER 1217 | WEST POINT MS 39773 | $622.54 | 2188 |
| 2169 | ST ANNE-NACKAWIC PULP CO LTD | ATTN: RANDALL W MCCULLOUGH | MICHAEL CONNELL | PO BOX 1000 103 PINDER ROAD | NACKAWIC NB E6G 2P2 CANADA | $366.58 | 2258 |
| 30534 | STAR CRANE & HOIST SERVICE CO | 2612 MILLER RD | | | KALAMAZOO MI 49001-4167 | $111.97 | 2292 |
| 2632 | STATE OF NEW JERSEY | DEPT OF ENVIRONMENT PROT | ATTN FRANCIS A. ALLMAN | 501 E. STATE STREET CN 404 | TRENTON NJ 08625 | $218.38 | 2112 |
| 3029 | STONE CONTAINER CORPORATION | ATTN RON MEGNA, ASST GEN COUNSEL | 150 N MICHIGAN AVENUE | | CHICAGO IL 60601 | $1,156.48 | 2581 |
| 30721 | STONE-CONSOLIDATED, INC. | 150 N. MICH AVE. | | | CHICAGO IL 60601 | $1,206.89 | 2623 |
| 341 | SULLIVAN, STEVEN P | 73 CEDAR AVE., APT 45 | | | LONG BRANCH NJ 07740 | $512.35 | 2074 |
| 2576 | SUNGARD RECOVERY SERVICES, INC. | AKA SUNGARD AVAILABILITY SER LP | ATTN MAUREEN A MCGREEVEY | 680 EAST SWEDESFORD ROAD | WAYNE PA 19087 | $149.31 | 2306 |
| 31106 | SYN-FAB INC | 7863 SCHILLINGER PARK RD. | | | MOBILE AL 36608 | $103.59 | 2599 |

Case: 00-41584    Doc# 2247    Filed: 12/28/09    Entered: 01/07/10 14:29:17    Page 14 of 17

Crown Paper Liquidating Trust Outstanding Checks Report
Sorted by Creditor Name

| Claim No. | Creditor Name | Address1 | Address2 | Address 3 | City, State, Zip | Dist Amount | Check No. |
|---|---|---|---|---|---|---|---|
| 1105 | TAMFELT INC | ATTN: MICHAEL LAZDOWSKY, CFO | 450 PEARL ST SUITE 7 | | STOUGHTON MA 02072 | $113.44 | 2226 |
| 3008 | THIELE KAOLIN CO | C/O TROUTMAN SANDERS, LLP | ATTN THOMAS R WALKER, ESQ | 600 PEACHTREE STREET NE, STE 5200 | ATLANTA GA 30308-2216 | $209.98 | 2365 |
| 231825 | THOMAS, ERIC | C/O PACE INTERNATIONAL UNION AND LOCAL 6-323 | | | | $50.63 | 2061 |
| 20088801 | TOMLINSON, DAVID L | 204 DURAND ROAD | | | RANDOLPH NH 03593 | $102.10 | 2670 |
| 3023 | TRAVELERS INDEMNITY CO & AFFILIATES | THE TRAVELERS | ATTN BETH DIBIASO-FRANCIS | ONE TOWER SQ | HARTFORD CT 06183 | $43.06 | 2576 |
| 1117 | TRIPLE R MAINTENANCE SERVICE INC | ATTN: ROBERT FORBES | 28228 HWY 1070 | | FRANKLINTON LA 70438 | $302.46 | 2022 |
| 30158 | TWIN MODAL, INC. | ATTN ADAM HENSLEY | 16025 W 113TH STREET | | LENEXA KS 66219 | $73.69 | 2428 |
| 2960 | TWIN MODAL, INC | ATTN ERIC VOTAW | 16025 W 113TH STREET | | LENEXA KS 66219 | $45.31 | 2536 |
| 2301 | UNITED PACKAGING | ATTN: KEITH RUSHING | 3603 CUBA BLVD. | | MONROE LA 71201 | $381.92 | 2271 |
| 30878 | URS GREINER WOODWARD CLYDE CONSULTANTS INC | 2882 O'NEAL LANE | | | BATON ROUGE LA 70816 | $115.59 | 2556 |
| 61 | USF RED STAR INC | ATTN: SHARON MILANO | 34 WRIGHT AVENUE | | AUBURN NY 13021 | $107.17 | 2022 |
| 231826 | VADER, RONALD | C/O PACE INTERNATIONAL UNION AND LOCAL 6-323 | | | | $50.63 | 2662 |

Case: 00-41584    Doc# 2247    Filed: 12/28/09    Entered: 01/07/19 14:29:17    Page 15 of 17

Crown Paper Liquidating Trust Outstanding Checks Report
Sorted by Creditor Name

| Claim No. | Creditor Name | Address1 | Address2 | Address 3 | City, State, Zip | Dist Amount | Check No. |
|---|---|---|---|---|---|---|---|
| 1630 | VELEZ, RICHARD | 1509 SOLITUDE LN | | | EL SOBRANTE CA 94803 | $50.73 | 2236 |
| 2950 | VIKING FIBRES INC | ATTN VLAD TINOVSKY | 1515 MARKET STREET 9TH FLOOR | | PHILADELPHIA PA 19102 | $239.22 | 2334 |
| 31013 | VIRGINIA POWER | 5000 DOMINION BLVD. | | | GLEN ALLEN VA 23060 | $501.62 | 2384 |
| 231827 | WALTERS, TIMOTHY | C/O PACE INTERNATIONAL UNION AND LOCAL 6-323 | | | | $50.63 | 2663 |
| 2225 | WAY INC, THE | ATTN: WAYNE WIGGINS | 204 STREET A | | PICAYUNE MS 39466 | $43.58 | 2615 |
| 40001 | WAY, INC THE | ATTN WAYNE R WIGGINS | 204 STREET A | | PICAYUNE MS 39466 | $43.58 | 2652 |
| 222 | WEBB CHEMICAL SERVICE CORP | ATTN: R A TOPP | 2708 JARMAN STREET | PO BOX 4348 | MUSKEGON HEIGHTS MI 49444-0348 | $37.28 | 2617 |
| 30080 | WEXLER, DANIEL | 36 YORK STREET | | | OLD BRIDGE NJ 08857 | $222.74 | 2408 |
| 605 | WILSON BRINKER ASSOCIATES INC | PO BOX 2289 | | | KALAMAZOO MI 49003-2289 | $34.71 | 2133 |
| 782 | WRIGHT SPECIALIZED INC | ATTN JIM WRIGHT, JR. | 885 HARPER BOTOM ROAD | | RUSTON LA 71270 | $102.49 | 2163 |
| 30924 | XEROX CORP | 350 SOUTH N W HIGHWAY | ATTN: TRACY SMITH | | PARK RIDGE IL 60068 | $122.34 | 2566 |
| 30607 | YELTON DESIGN | N6279 LAKESHORE DR | | | STOCKBRIDGE WI 53088 | $360.05 | 2502 |

Case: 00-41584    Doc# 2247    Filed: 12/28/09    Entered: 01/07/10 14:29:17    Page 16 of 17

Crown Paper Liquidating Trust Outstanding Checks Report
Sorted by Creditor Name

| Claim No. | Creditor Name | Address1 | Address2 | Address 3 | City, State, Zip | Dist Amount | Check No. |
|---|---|---|---|---|---|---|---|
| 793 | ZACHARY ELECTRIC MOTOR REPAIR & INC | 4948 RANKIN ST | | | ZACHARY LA 70791 | $859.50 | 9166 |
| | | | | | | $75,739.08 | |

Case: 00-41584   Doc# 2247   Filed: 12/28/09   Entered: 01/07/10 14:29:17   Page 17 of 17